IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | | |
|---|---|---|
| Mireille Kotoklo | ) | |
| Plaintiff, | ) | Hon. Joan B. Gottschall |
| v. | ) | |
| | ) | Magistrate Judge M. David Weisman |
| Robert Karpinski, | ) | |
| and DePaul University | ) | No. 20–cv–635 |
| Defendants. | ) | |
| _____ | ) | |

**Mireille Kotoklo's Statement of Material Facts Pursuant to Local Rule 56.1**
**of the United States District Court for the Northern District of Illinois**

Mireille Kotoklo ("Ms. Kotoklo") submit the following statement of material facts as to which she states that (i) there is no genuine issue, and (ii) entitle her to a judgment as a matter of law:

**Description of the Parties**

1.      Mireille Kotoklo ("Ms. Kotoklo") was Access Service Coordinator at library at De-Paul University's ("DePaul") Lincoln Park Campus from November 15, 2000 to October 3, 2019. (Defendants' Answer And Defenses To Plaintiff's Complaint at ¶7, copy attached as Exhibit B.)

2.      Ms. Kotoklo is a naturalized citizen of the United States of America and was born in the Republic of Côte d'Ivoire. (Kotoklo Declaration at ¶3, copy attached as Exhibit A.)

3.      Ms. Kotoklo's race is black. (Kotoklo Dep. 35:21–24, copy attached as Exhibit G.)

4.      DePaul University ("DePaul") is a not-for-profit corporation and is the largest Catholic university in the United States. (Defendants' Answer And Defenses To Plaintiff's Complaint at ¶3.)

5.      Robert Karpinski ("Mr. Karpinski") is a white male, a resident of Cook County, Illinois and was, at all times relevant to this complaint, Associate Vice President of Academic Affairs

and Interim University Librarian at DePaul. (Defendants' Answer And Defenses To Plaintiff's Complaint at ¶2; Kotoklo Declaration at ¶4.)

## Jurisdiction and Venue

6.     This Court has jurisdiction over the defendants because they are residents of this district. (Defendants' Answer And Defenses To Plaintiff's Complaint at ¶4.)

7.     Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1) because Mr. Karpinski and DePaul are residents of this district. (Defendants' Answer And Defenses To Plaintiff's Complaint at ¶5.)

8.     This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §1331 because Counts I, II, IV, V, and VII allege violations of 42 U.S.C. §1981, 42 U.S.C. §2000e, and 29 U.S.C. §621, and this Court has jurisdiction over the state law claims alleged in Counts III, VI, and VIII pursuant to 28 U.S.C. §1367 because those claims are so related to the federal claims that they form the basis for the same case or controversy. (Defendants' Answer And Defenses To Plaintiff's Complaint at ¶6.)

## Facts

9.     In calendar year 2019, Ms. Kotoklo was tasked with filling two positions within her department—a day circulation supervisor and a night circulation supervisor. (Defendants' Answer And Defenses To Plaintiff's Complaint at ¶8.)

10.     The responsibilities for these two positions were substantially similar; however, the night circulation supervisor position generally had less responsibility than the day-circulation supervisor position. (Karpinski Dep. 166:22–167:6, copy attached as Exhibit F; McMullin Dep. 34:11–35:5, copy attached as Exhibit H.)

11.     The process for hiring the day circulation supervisor proceeded normally: (i) a search committee was created, (ii) the search committee recommended that DePaul hire a white man, Matthew Wedge, into the position, and (iii) DePaul's library director hired Mr. Wedge. (Defendants' Answer And Defenses To Plaintiff's Complaint at ¶9; Kotoklo Dep. 108:22–109:6, copy attached as Exhibit G.)

12.     To attempt to select a night circulation supervisor, a search committee (the "Search Committee") was formed that comprised of Ms. Kotoklo, Travis Eastham (a white male), and Firouzeh Rismiller (a white female). (Defendants' Answer And Defenses To Plaintiff's Complaint at ¶10; DePaul University's Answers To Plaintiff's First Requests To Admit Nos. 33–34, copy attached as Exhibit C.)

13.     On September 16, 2019 at 4:48 p.m., the Search Committee recommended that DePaul hire Dilnesa Eshete (Mr. Eshete), a former DePaul employee, and a cancer survivor to serve as the night circulation supervisor. (McMullin Dep. 96:7–23 and document Bates labeled Kotoklo000317; Eshete Dep. 9:20–11:24, 32:12–17, copy attached as Exhibit E.)

14.     Mr. Eshete's race is black. (DePaul University's Answers To Plaintiff's First Requests To Admit No. 31.)

15.     Mr. Eshete was born in Ethiopia. (Eshete Dep. 12:7–24.)

16.     Mr. Karpinski knew Mr. Eshete's race is black when he refused to hire him. (Karpinski Dep. 237:15–17.)

17.     Mr. Karpinski knew Mr. Eshete hailed from Ethiopia when he refused to hire him. (Karpinski Dep. 75:4–12; Eshete Dep. 14:1–16:1.)

18.     The recommendation that DePaul hire Mr. Eshete was supported by each member of the Search Committee. (Kotoklo Dep. 109:7–110:14; Eastham Dep. 35:22–36:18, copy attached as Exhibit D; Rismiller Dep. 32:19–33:19, copy attached as Exhibit J.)

19.     On September 17, 2019 at 9:30 a.m., Mr. Karpinski and Ashley McMullin met with the Search Committee, which meeting lasted approximately thirty minutes (the "September 17th Meeting"). (Karpinski Dep. 177:17–178:1.)

20.     Ms. McMullin's race is white. (McMullin Dep. 43:17–19.)

21.     No more than three hours after the September 17th Meeting, Mr. Karpinski decided to terminate Ms. Kotoklo's employment at DePaul. (Karpinski Dep. 231:5–233:1 and document Bates labeled KOTOKLO000442–43.)

22.     Prior to Mr. Karpinski taking over the library, Ms. Kotoklo's personnel file was clean: she had never received a negative formal review during her tenure, and she had never received progressive discipline pursuant to DePaul's progressive discipline policy. (Kotoklo Dec. ¶¶5–6.)

23.     As the Access Services Coordinator, Ms. Kotoklo reported directly to an associate university librarian, who was Ms. McMullin at the time of Ms. Kotoklo's termination. (McMullin Dep. 21:5–20.)

24.     In December 2018, Robert Karpinski became the head of DePaul's library. (Karpinski Dep. 26:16–27:14.)

25.     On March 21, 2019, Mr. Karpinski called a meeting with Ms. Kotoklo where he accused her of an inability to lead (the "March 21st Meeting"). (Karpinski Dep. 146:19–150:10 and document Bates labeled Kotoklo000245.)

26.     During the March 21st Meeting, Ms. Kotoklo asked Mr. Karpinski for specific examples about her alleged inability to lead, but Mr. Karpinski refused to provide them. Karpinski Dep. 150:11–151:18 and document Bates labeled Kotoklo000245; Kotoklo Dep. 45:5–11.)

27.     On April 18, 2019 at 3:17 p.m., Ms. Kotoklo sent an email to Mr. Karpinski asking for guidance to help her following the issues that Mr. Karpinski raised during the March 21 Meeting. (Karpinski Dep. 146:19–150:10 and document Bates labeled Kotoklo000245.)

28.     On April 18, 2019 at 3:20 p.m., Mr. Karpinski acknowledged that he had not provided the guidance that Ms. Kotoklo requested during the March 21 Meeting. (Karpinski Dep. 146:19–150:10 and document Bates labeled Kotoklo000245.)

29.     Mr. Karpinski did not provide the guidance that he promised to Ms. Kotoklo until May 1, 2019. (Karpinski Dep. 152:17–24 and document Bates labeled Kotoklo000246.)

30.      Ms. Kotoklo was looking for feedback from her supervisor on how to improve her performance. (Karpinski Dep.155:2–6.)

31.     On June 20, 2019 at 12:58 p.m. Ms. Kotoklo sent an email (the "June 20 Email") to Mr. Karpsinki stating, among other things, that she believed there was "a deliberate effort to intimidate, silence and marginalize [her], to try to create a paper trail, to build up a case against [her]." (Karpinski Dep. 160:5–162:10 and document Bates labeled Kotoklo000456–461.)

32.     Within an hour of Ms. Kotoklo sending the June 20 Email, Mr. Karpinski emailed Isabel Diaz in DePaul's human resources department to ask for help in crafting a response. (Karpinski Dep. 162:12–162:16.)

33.     Mr. Karpinski terminated Ms. Kotoklo's employment on October 3, 2019, ostensibly for a lack of honesty and for a lack of confidence in her ability to lead the Access Services Department. (Karpinski Dep. 81:15–83:24 and document Bates labeled Kotoklo000201.)

34.     Prior to interviewing anyone for the night circulation supervisor position, the Search Committee identified Mr. Eshete as a potential hire and asked DePaul's human resources office for permission to interview Mr. Eshete only. (Kotoklo Dep. 62:15–63:12; Rismiller Dep. 25:21–26:19.)

35.     The Search Committee received permission from human resources to interview only Mr. Eshete; however, Mr. Karpinski told the Search Committee to identify and interview at least three candidates for the position, ostensibly to "protect the integrity of the process." (Kotoklo Dep. 62:15–63:12; Karpinski Dep. 118:10–13.)

36.     Ms. Kotoklo did not have a history of disregarding instructions given by her supervisor. (McMullin Dep. 27:20–29:1.)

37.     On September 5, 2019, while Mr. Eshete's interview was in the process of being scheduled, Mr. Karpinski sent an email to Ms. Kotoklo and told her (i) that he wanted to speak with her before the interviews about "concerns" he had with respect to Mr. Eshete's candidacy, (ii) to send all of the candidate's resumes and cover letters to Ms. McMullin, and (iii) that the Search Committee should interview all the top candidates for the position. (Karpinski 94:17–95:7 and document Bates labeled Kotoklo000257–58.)

38.     On September 6, 2019 (the "September 6th Meeting") Mr. Karpinski, Ms. McMullin, and Ms. Kotoklo met to discuss the "concerns" that Mr. Karpinski had about Mr. Eshete's candidacy, which were (according to Mr. Karpinski) that (i) Mr. Eshete had a history of

attendance issues while previously employed by DePaul, and (ii) Ms. Kotoklo allegedly gave Mr. Eshete preferential treatment during his prior employment at DePaul. (Karpinski 111:6–112:17.)

39.     Mr. Eshete prior attendance issues were due to his treatment for brain cancer. (Eshete Dep. 32:3–17; Kotoklo Dep. 106:8–16.)

40.     During the September 6th meeting, Ms. Kotoklo told Mr. Karpinski and Ms. McMullin that Mr. Eshete's absences had been due to illness. (McMullin Dep. 62:6–15, 140:7–14.)

41.     The only preferential treatment Mr. Eshete allegedly received from Ms. Kotoklo involved his attendance issues. (Karpinski Dep. 224:15–226:17; McMullin Dep. 66:24–67:6.)

42.     The Search Committee identified and interview its top three prospective candidates for the night circulation supervisor position. (Kotoklo Dep. 93:14–94:3.)

43.     Each of the candidates for the night circulation supervisor position were graded on an objective scale, and each member of the Search Committee graded each candidate. (Rismiller Dep. 31:3–15, 32:4–33:4; Kotoklo Dep. 104:11–20, 119:22–120:17, 122:8–14.)

44.     In addition to interviewing with the Search Committee, each candidate for the night circulation supervisor position interviewed with Ms. McMullin. (McMullin Dep. 75:4–12, 81:12–17.)

45.     Ms. McMullin could have taken any candidate for the night circulation supervisor position out of the running for that position. (McMullin Dep. 82:2–82:16.)

46.     Following the interviews of the candidates to serve as the night circulation supervisor, DePaul's office of human resources checked each candidate's references. (Kotoklo Dep. 122:8–123:3.)

47.     Unbeknownst to Ms. Kotoklo or Mr. Eastham, Mr. Eshete listed both of them as references for the night circulation supervisor position. (Kotoklo Dep. 109:13–110:8, 110:21–111:9; Eastham Dep. 34:5–15; Eshete Dep. 19:8–21.)

48.     When Ms. Kotoklo learned she had been listed as a reference for Mr. Eshete, she checked with DePaul's human resources office to determine whether she was permitted to serve as a reference given that she was also chairing the Search Committee. (Kotoklo Dep. 109:13–110:8, 110:21–111:9.)

49.     Human resources did not object to Ms. Kotoklo serving as a reference for Mr. Eshete. (Kotoklo Dep. 109:13–110:8, 110:21–111:9.)

50.     Mr. Karpinski could articulate no policy prohibiting Ms. Kotoklo or Mr. Eastham from serving as references while also serving on a search committee. (Karpinski Dep. 200:17–202:8.)

51.     At the end of the interview process, Mr. Eshete received the highest interview scores of the candidates the Search Committee considered, and Mr. Eshete received the second highest score on his reference check. (Kotoklo Dep. 122:8–24.)

52.     The Search Committee asked Mr. Eshete about his prior tardiness issues when they interviewed him. (Rismiller Dep. 30:6–21.)

53.     Both Mr. Eastham and Ms. Rismiller would have withheld their consent to recommend that DePaul hire Mr. Eshete if they believed Mr. Eshete would not have been able to serve as the night circulation supervisor. (Eastham Dep. 29:20–30:1; Rismiller 35:8–19.)

54.     Other than the case of Mr. Eshete, neither Ms. Kotoklo, Mr. Karpinski, Ms. McMullin, nor Mr. Eastham could ever recall a situation where a unanimous search committee's

recommendation to hire an employee was rejected. (McMullin Dep. 32:23–34:3; Karpinski 54:23–55:7; Eastham Dep. 18:13–19:4; Kotoklo Dep. 108:16–109:6.)

55.     Mr. Karpinski rejected the Search Committee's recommendation that DePaul hire Mr. Eshete. (Karpinski Dep. 181:15–22.)

56.     Mr. Karpinski's putative reasons for terminating Ms. Kotoklo's employment are due to an alleged lack of confidence in her ability to do her job, and for alleged dishonesty in failing to disclose that she had previously placed Mr. Eshete on progressive discipline. (Karpinski Dep. 83:13–93:17.)

57.     DePaul has a progressive discipline policy. (DePaul University's Answers To Plaintiff's First Requests To Admit Nos. 17–18; Kotoklo Dep. 17:2–8, 18:23–20:2; Kotoklo Dec. ¶¶8–9.)

58.     Ms. Kotoklo was not on progressive discipline when her employment was terminated. (McMullin Dep. 121:18–122:15; Kotoklo 17:2–8, 18:23–20:2, 219:9–12.)

59.     DePaul does not cavalierly terminate long-time productive employees without going through the progressive discipline process. (Kotoklo Dec. ¶8.)

60.     The only alleged dishonest conduct that Mr. Karpinski believed Ms. Kotoklo engaged in prior to September 17, 2019 was Ms. Kotoklo's failure to disclose that Mr. Eshete had been on progressive discipline. (Karpinski Dep. 89:13–23.)

61.     There is no policy requiring Ms. Kotoklo to have disclosed that Mr. Eshete was on progressive discipline. (Karpinski Dep. 90:24–91:4.)

62.     Mr. Karpinski and Ms. McMullin were both aware of the issues leading Mr. Eshete to have received progressive discipline even if they were not aware of the progressive discipline itself. (Karpinski Dep. 91:10–93:2, 111:20–112:17; McMullin Dep. 62:6–15, 140:7–14.)

63.     The entirety of the Search Committee was also aware of Mr. Eshete's attendance issues. (Karpinski 183:7–22, 202:9–18; Rismiller 29:7–30:10; Eastham 30:2–10, 34:23–35:9.)

64.     DePaul's progressive discipline policy permits the removal of written counselings from the file after a year provided that there have been no additional written counselings. (DePaul University's Answers To Plaintiff's First Requests To Admit Nos. 17–18.)

65.     Mr. Karpinski knew that Ms. Kotoklo was an immigrant before he decided to terminate her. (Kotoklo Dep. 35:21–36:15.)

66.     Mr. Karpinski failed to disclose to human resources that he decided to terminate Ms. Kotoklo mere hours after she confirmed her recommendation that DePaul hire a black immigrant. (Karpinski 235:4–238:10.)

67.     According to Mr. Karpinski and Ms. McMullin, all of the staff within Access Services, except for Mr. Eastham and Ms. Kotoklo, (allegedly) objected to Mr. Eshete's hire because of his attendance issues. (McMullin Dep. 53:1–55:1; Karpinski Dep. 92:8–93:2.)

68.     Both Ms. McMullin and Mr. Karpinski knew that that Mr. Eshete's attendance issues were due to health conditions. (McMullin Dep. 140:7–14.)

69.     Neither Mr. Karpinski nor Ms. McMullin told anyone within Access Services that Mr. Eshete's prior attendance problems were (i) due to a prior health condition, or (ii) unlikely to reoccur. (McMullin Dep. 62:16–63:9.)

70.     Neither Mr. Karpinski or Ms. McMullin ever shared the (alleged) concerns that Access Services personnel had concerning Mr. Eshete's performance with members of the Search Committee. (McMullin Dep. 70:12–73:14.)

71.     A white student–employee with a history of attendance issues was encouraged to apply to the night circulation supervisor position. (McMullin 30(b)(6) Dep. 16:4–22, copy attached as Exhibit I; Kotoklo 59:4–61:5.)

72.     A white employee (Cary Cline) with a history of poor performance was permitted to transfer freely within the library without any administrative interference from Mr. Karpinski or anyone else. (Kotoklo 50:8–15, 65:4–66:3.)

73.     It is not against DePaul's policies to interview only one person–as opposed to the top three or five candidates–for a position. (McMullin Dep. 47:7–13.)

74.     In 2019 Mr. Karpinski elevated Ms. McMullin from the position of assessment and marketing librarian to the position of associate university librarian after interviewing only her. (McMullin Dep. 19:3–20:24.)

75.     On September 19, prior to her termination, Ms. Kotoklo sent an email to Mr. Karpinski (i) memorializing the September 17th Meeting, (ii) asking whether Mr. Karpinski did not want to hire Mr. Eshete because Mr. Eshete was from Africa, and (iii) acknowledging that Mr. Karpinski had the final say as to whether to hire Mr. Eshete (the "September 19th Email"). (Karpinski Dep. 205:23–206:10 and document Bates labeled Kotoklo000444–45.)

76.     Mr. Karpsinki took a strong stance against DePaul hiring Mr. Eshete. (McMullin Dep. 106:13–21.)

11

77.     Ms. Kotoklo did not know that Mr. Karpinski had decided to fire her before she sent the September 19th Email. (Kotoklo Dep. 178:3–179:2.)

78.     Neither Mr. Karpinski nor Ms. McMullin asked Ms. Kotoklo any follow up questions concerning Mr. Eshete's illness during the September 6 Meeting. (McMullin Dep. 62:6–15, 140:7–14.)

79.     The Search Committee knew that Mr. Eshete's absences were caused by illness prior to the September 17th Meeting. (Rismiller Dep. 40:17–41:2.)

80.     No one from Access Services told Mr. Eastham or Ms. Rismiller about any of their (alleged) concerns about Mr. Eshete while Mr. Eastham and Ms. Rismiller were on the search committee. (Rismiller Dep. 37:8–38:10, 43:14–44:8; Eastham 42:17–44:9.)

Respectfully submitted,
February 22, 2021

/s/ Fitzgerald T. Bramwell
Fitzgerald T. Bramwell
LAW OFFICES OF FITZGERALD BRAMWELL
255 West Washington, Suite 2200
Chicago, Illinois 60606
312-924-2884 (voice)
bramwell@fitzgeraldbramwell.com

**Certificate of Service**

The undersigned, an attorney, certifies that on February 22, 2021, he caused the foregoing Statement of Material Facts Pursuant to Local Rule 56.1 of the United States District Court for the Northern District of Illinois to be electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Accordingly, service will be accomplished through CM/ECF on the following counsel of record:

Katherine A. Manuel, Esq.
Joseph T. Charron, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
katherine.manuel@ogletree.com
joseph.charron@ogletreedeakins.com
*Counsel for defendants*

*/s/ Fitzgerald T. Bramwell*
Fitzgerald T. Bramwell
LAW OFFICES OF FITZGERALD BRAMWELL
255 West Washington, Suite 2200
Chicago, Illinois 60606
312-924-2884 (voice)
bramwell@fitzgeraldbramwell.com

**Index of Exhibits To Mireille Kotoklo's Statement of Material Facts Pursuant to Local Rule
<u>56.1 of the United States District Court for the Northern District of Illinois</u>**

Declaration of Mireille Kotoklo.................................................................................. Exhibit A

Defendants Answer and Defenses To Plaintiff's Complaint .................................................. Exhibit B

DePaul University's Answers To Plaintiffs First Requests To Admit .................................. Exhibit C

Transcript of the deposition of Travis Eastham ..................................................................Exhibit D

Transcript of the deposition of Dilnesa Eshete.................................................................. Exhibit E

Transcript of the deposition of Robert Karpinski..................................................................Exhibit F

Transcript of the deposition of Mireille Kotoklo ..................................................................Exhibit G

Transcript of the deposition of Ashley McMullin..................................................................Exhibit H

Transcript of the deposition of Ashley McMullin as representative deponent ....................Exhibit I

Transcript of the deposition of Firouzeh Rismiller ..............................................................Exhibit J

# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | | |
|---|---|---|
| Mireille Kotoklo | ) | |
|     Plaintiff, | ) | Hon. Joan B. Gottschall |
| v. | ) | |
| | ) | Magistrate Judge M. David Weisman |
| Robert Karpinski, | ) | |
| and DePaul University | ) | No. 20–cv–635 |
|     Defendants. | ) | |
| _____ | ) | |

**<u>Declaration of Mireille Kotoklo In Support Of Motion For Summary Judgment</u>**

I, Mireille Kotoklo, being first duly sworn upon oath, depose and state that this declaration is made on personal knowledge. If sworn as a witness I could testify competently to the facts articulated herein and to the authenticity of the attached documents:

1.    I am the plaintiff in the above captioned matter.

2.    My race is black.

3.    I am a naturalized citizen of the United States of America and was born in the Republic of Côte d'Ivoire.

4.    From my prior work with defendant Robert Karpinski, I know his race is white.

5.    Prior to filing this litigation, I requested (through my attorney) my personnel file pursuant to the Illinois Personnel Records Review Act, 820 ILCS 40/0.01, *et. seq.* Copies of all the performance evaluations I received prior to Mr. Karpinski taking over the library, and which are included in that personnel file, are attached to this declaration as Exhibit 1.

6.    I was never placed on progressive discipline by DePaul University pursuant to DePaul's Progressive Discipline Policy, a copy of which is attached as Exhibit A to the Complaint and Jury Demand filed in the above captioned case.

7.     Reviewing my personnel file, I also noticed a performance evaluation from September 2019, a copy of which is attached to this declaration as Exhibit 2. I was never given the performance evaluation attached as Exhibit 2.

8.     The document attached as Exhibit 3 is an email from my former supervisor, Linda Morrissett, which she sent to me after I advocated terminating a severely underperforming employee. Based on my continued training concerning DePaul's progressive discipline policy, I understand that Ms. Morrissett's statements "firing of an employee is a very serious matter which must not be done summarily" and "a long term productive employee . . . should be counseled and worked with, including if necessary, the implementation of a work improvement plan" are consistent with DePaul's policies.

9.     In connection with my continued training concerning DePaul University's progressive discipline policy, I received the document attached as Exhibit 4. As per pages 28–29 of that document (Bates labeled 001550-51), DePaul's progressive discipline policy states that discharge is "used for infractions of a grave nature or repeated infractions for which the employee has already received a final written counseling and warned that reoccurrence of the infraction would result in discharge."

## Certification Pursuant to 28 U.S.C. §1746

I have read the foregoing Declaration of Mireille Kotoklo In Support Of Motion For Summary Judgment and declare under penalty of perjury that the foregoing is true and correct.

*Mireille Kotoklo*

Mireille Kotoklo
February **8**, 2021

2

# Exhibit 1

| PLEASE TYPE: | | | | |
|---|---|---|---|---|
| **STAFF MEMBER'S NAME AND TITLE:** MIREILLE KOTOKLO | | | | |
| **STAFF MEMBER'S STATUS:** | EXEMPT ☒ | NON-EXEMPT ☐ | FULL-TIME ☐ | PART-TIME ☐ |
| **STAFF MEMBER'S EMPL ID:** 0618461 | | | | |
| **DEPARTMENT/DIVISION:** LIBRARY | | | RECEIVED (5-28-13) | |
| **REVIEW PERIOD:** 2012-13 | | | | |
| **REVIEWER'S NAME AND TITLE:** TERRY TAYLOR- ASSOCIATE DIR. FOR RESEARCH AND INFORMATION SERVICES | | | | |
| **REVIEWER'S EMPL ID:** 0404727 | | | | |

---

### OVERALL PERFORMANCE RATING:

This summative rating should reflect a heightened emphasis on the staff member's principal responsibilities, performance goals and behaviors associated with strategic goals of DePaul University and those of the reviewing department. Reviewers and staff member comments are required if the Overall Performance Rating exceeds expectations or needs improvement.

| **Staff Member:** | ☒ Exceeds Expectations ☐ Meets Expectations ☐ Needs Improvement* |
|---|---|

**Staff Member Comments:** I continue to run the department successfully. We are updating policies and procedures as needed for our student workers as well as our processes. The staff members are helping one another and taking advantage of the training opportunities that can be found in the department. This year like last year, we accomplished a lot and everyone participated fully. I enjoy a great staff that is knowlegeable, helpful, and team oriented. We planned for our move to the second floor while the first floor of the library is renovated. We implemented the OCLC Faculty Borrowing Program and estasblish an interlibrary loan agreement with Rosalind Franklin University. I have accomplished all the goals discussed in my previous appraisal and I have work with the assessement librarian.

| **Reviewer:** | ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement* |
|---|---|

**Reviewer Comments:** Mireille manages her department efficiently, which is the expectation for her position. As I have been her direct supervisor for only a couple of months, I can speak to my knowledge of her work through the committee work we have done together and through the work I have done with her previous supervisor, who has since left DePaul. Mireille manages the largest number of staff of any of the departments in the library and that staffing covers all of the hours that the library is open. Because of this, she makes herself available to her staff and is open to having them communicate with her by whatever mode works best (phone, email, in-person) at the day or time they need her. Mireille's contribution to the security committee, library space planning and the service desk statistics project provided valuable input for decision-making with regard to the renovation of the Richardson Library. Moving forward, there are a couple of areas that will be important focal points for Mireille in the coming year: customer interaction data and customer service training. The former will be an important source of information in planning staffing in the upcoming phases of the Richardson Library renovation and in any planning for changes to the DePaul Center Library. The latter will be a library-wide training effort that will have particular impact on the public service points in the library with Access Services being the largest and most visible to the greatest number of people. Mireille's input and participation in these two projects will be critical to their success.

### SIGNATURES AND RECORD KEEPING

At the conclusion of the appraisal meeting, the staff member and supervisor sign the appraisal form signifying discussion of the performance appraisal. Each receives a copy for their records. The original appraisal is forwarded to the second level reviewer, (the reviewer's manager), for approval. A second level reviewer signature is required to ensure that annual performance appraisals are conducted in a timely manner; check for possible rater bias; and to identify any continued performance issues for further review.

Last Updated March 2011.

KOTOKLO000014

_____    5-20-13
**Staff Member Signature (Indicates discussion of review)**    **Date**

_____    5-20-13
**Reviewing Manager/Supervisor Signature**    **Date**

5/21/13
_____
**Second Level Reviewer Signature**    **Date**

_____
**Human Resources Representative Signature**    **Date**

*A performance improvement plan should be developed if the staff member receives an overall rating of Needs Improvement or when a staff member receives a rating of Needs Improvement in several areas. This plan should be specific and results-oriented with measurable outcomes to be achieved within a reasonable time period.

Consultation with an Employee Relations representative is <u>required</u> when an overall rating of Needs Improvement is given by the supervisor.

**PERFORMANCE APPRAISAL FOR FY:** <u>2012/2013</u>

Evaluate the employee's performance related to annual performance goals and principal responsibilities established at prior appraisal or at the beginning of the introductory period. Principal responsibilities and annual goals are important. The employee and supervisor should discuss and agree that the principal responsibilities and goals reflect those set a prior appraisal or at the beginning of the introductory period. The review should be limited to ten principal responsibilities/goals or less.
**Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

## I. PERFORMANCE GOALS FROM PREVIOUS YEAR AND PRINCIPAL RESPONSIBILITIES

| Performance Goal/Principal Responsibilities | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 1) **Plans and manages Access Services for DePaul University Libraries on all campuses, for DePaul programs at all non-DePaul sites, and for remote users. Develops and recommends to Library administration policies and procedures for the effective operation of the Access Services Department. Establishes and enforces policies in accord national, international and statewide standards, including statewide and international interlibrary loan standards; Fair Use Guidelines for copyright law; Freedom to Read and other stipulations of the American Library Association Code of Ethics. (25%) Related FY12 goal: Actively participate in the second phase of the renovation planning.** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I plan and manage Access Services for the DePaul libraries on all campuses including developing policies and making recommendations to the library administration. I ensure that we are compliant with copyright laws and other laws relevant to libraries.

**Reviewer Comments:** Mireille was a key contributor to the planning of the Richardson Library where it concerned Access Services' new work space and service desk as well as the planning for the temporary location of Access Services over the summer 2013 during the phase 2 renovation. She also implemented several new programs, including: OCLC Reciprocal Borrowing for Faculty, an interlibrary loan agreement with Rosalind Franklin University of Medicine and Science ( RFUMS), and Friends of DePaul status for Chicago History Museum staff.

| | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 2) **Hires, trains, evaluates, schedules and supervises Access Services staff at Loop and Lincoln Park campus libraries: 11 full-time non-exempt staff; 6 part-time staff and 20-40 part time student workers. Reviews and approves Time Labor System records of all Access Services staff. Ensures that time reporting and records are accurate and in accord with University Compliance policy. (20%)** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I hire the department workforce and review and approves Time Labor System records accurately and in accordance with University compliance policy.

**Reviewer Comments:**

| | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 3) **In collaboration with Collection Development, Acquisitions/Serials and the Electronic Resources Librarian and in consultation with other library staff as needed, develops workflows across the Collections and Scholarly Resources Division to ensure smooth and efficient operations. Provides vision and leadership in developing collection-enhancing services such as Interlibrary Loan, Course Reserves, and Document Delivery. In coordination** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

KOTOKLO000016

| | | |
|---|---|---|
| with the Electronic Resources Librarian, develops innovative new services that expand these capabilities. Coordinates with Digital Library Services on digital library projects by allocating scanning resources to digital projects as needed. (15%) | | |

**Staff Member Comments:** I collaborate with coordinators in my unit as well as the Reference coordinator to develop workflows that ensure smooth operations. We drafted a digitization workflow this year for the the library in general.

**Reviewer Comments:**

| | | |
|---|---|---|
| 4) In Coordination with Library Administration, promotes and facilitates use of library resources and services. Works cooperatively with other library functional areas in preparation and delivery of library promotional materials and programs. Communicates with students and faculty as needed regarding the use of library space and resources at both Chicago campus libraries. Resolves student and faculty issues that may arise. (10%) | ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement | ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement |

**Staff Member Comments:**

**Reviewer Comments:**

| | | |
|---|---|---|
| 5) Supervises the operation of the Library's ILS system in the context of Access Services. Coordinates efficient use of the Voyager system with the Law Library and other libraries in the state. Coordinates with the DePaul Libraries' Voyager System Administrator and CARLI-ISHARE regarding: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions. (10%) | ☒ Exceeds Expectations ☐ Meets Expectations ☐ Needs Improvement | ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement |

**Staff Member Comments:** I run the patron load frequently and ensure that the patrons records are accurate with each load. This year we realized that some patrons were not updated when I ran the patron load. After a lot of investigations, we found out that the law students where classified under a new category which was not included in the load program. This issue was fixed. I reports Voyager issues to Carli.

**Reviewer Comments:**

| | | |
|---|---|---|
| 6) Supervise the billing and collection of fines and work with other offices of the University and ISHARE to insure proper handling of delinquent accounts. Supervise the processing of receipts to ensure compliance with University wide policies and procedures. (5%) | ☒ Exceeds Expectations ☐ Meets Expectations ☐ Needs Improvement | ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement |

**Staff Member Comments:** We continue to work on the a DePaul University compliant and sound billing system I set created a couple of years ago. We conduct audit monthly.

**Reviewer Comments:**

KOTOKLO000017

| 7) Supervise the maintenance of the Library's physical collections including shelving, inventory, repair of audio-video viewers and photocopies, and shifting of collections as necessary. Oversee the request and return of materials to the off-site storage facility. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** The library stacks are very well maintained. The collection is shifted as needed. I ran reports for the vincentian collection and met with the special collection staff to prepare for the integration of that collection into the circulating collection. We have planned the move of the first floor collection.

**Reviewer Comments:** Mireille and her staff coordinated multiple, major shifts of the library collection in preparation for phase 2 of the Richardson Library renovation.

| 8) Maintain and interpret statistics on the use of the collection, attendance, peak hours of operation, fines collected, and other information as needed. Prepare statistical analysis and reports including an annual report of Access Services operations. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I record statistics on the use of the collection as needed and during exams and holidays.

**Reviewer Comments:** In addition to maintaining statistics on the collection, Mireille has begun to work with a new statistics-gathering tool (LibAnalytics) and iPads for collecting data on interactions with customers at the public service desks. This is an important project that will need to be implemented consistently across all services desks at the Richardson and DePaul Center libraries, and I will look to Mireille to ensure that all of her staff receive appropriate training and guidance so that data is collected during all of the staffed desk hours.

| 9) Serve as subject bibliographer in one subject area. (5%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I serve as the Math bibliographer.

**Reviewer Comments:**

| 10) FY12 goal: Chair the Security Committee | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:**

**Reviewer Comments:** Mireille chaired a security committee charged with studying available entrance security equipment/staffing options and determining the feasibility of such options for the Richardson Library. The committee's report was submitted to the Director, but due to lack of funding for this in the renovation plans and other design concerns, the committee's recommendations were tabled. Nonetheless, Mireille did a good job of arranging site visits, coordinating committee members' assigned tasks, and writing the report.

KOTOKLO000018

## II. CORE BEHAVIORS

Evaluate performance relating to each of the categories reflecting core behavioral requirements.
**Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

| CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic, Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments: I enjoy good communication with my staff and my manager. I offer a weekly one-to-one meeting with my staff and can see the difference it makes with the ones who take advantage of it in person or over the phone. We work well as a team in the department.**

**Reviewer Comments:**

Last Updated March 2011.

KOTOKLO000019

## III. CORE MANAGERIAL BEHAVIORS

The following section entitled "Core Managerial Behaviors" should be completed only for employees who supervise others or who manage a functional area of business.  Evaluate performance relating to each of the five major managerial categories. **Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

| CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments: I manage the performance of those reportin to me well by addressing issues in a timely manner and offering solutions or sugggestions for improvement. I continue to use the existing  resources efficiently. With the Reserve system which we are using, it is particularly difficult to respond to professor requests in a timely manner. The system is antiquated and time consuming. We are all working to ensure that  the new reserve system we purchased is ready for use this Fall.  I encourage the staff to act independently.**

**Reviewer Comments:**

KOTOKLO000020

## IV. TECHNOLOGY

Evaluate performance pertaining to knowledge, awareness, acceptance and management of technology.
**Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

| TECHNOLOGY – KNOWLEDGE, AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Awareness, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments: I demonstrate knowledge of computers, software and equipment useful to my job responsibility. I know Voyager very well. I run reports for other departments as needed.**

**Reviewer Comments:**

## V. FUTURE PROJECTS, PERFORMANCE GOALS AND OBJECTIVES

List performance goals and objectives to be achieved during the next appraisal period.
Employees and supervisors should complete this section together.

1.
Ares:  Attend ARES training and train Access Services staff (Summer 2013), review workflows (Spring Quarter), make necessary workflow revisions (Summer 2014).

2.
Renovation: Establish workflow to ensure consistent daily collection of interaction statistics at Access Services desks using LibAnalytics (Summer 2013), review statistics monthly with Associate Director.]

3.
Access Services Procedures:  Review and revise Access Services e-mailboxes for different functions of the department to centralize for efficiency.  Propose to LIDS unit for implementation.

4.

Last Updated March 2011.

KOTOKLO000021

## VI. FUTURE CAREER AND DEVELOPMENT GOALS

The following section should be complete by the employee and discussed with the supervisor during the performance appraisal conversation. Goals should list the career and/or development goals you have set for yourself and the skills and abilities you need to reach your goals.

### FUTURE CAREER AND DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE)

1. What are the professional opportunities you are looking for in the near and long-term?
I am looking to be proficient in the upcoming reserve system.

2. What development and career goals have you set for yourself?

3. Are there specific knowledge, skills or abilities you want to develop to achieve your professional and developmental goals?

4. Are you able to identify the current barriers or supports to achieving your professional and developmental goals?

Reviewer Comments:
*Please identify how you may provide support to employee's career and development goals.*

KOTOKLO000022

## VII. MANAGEMENT/INSTITUTIONAL FEEDBACK

1.  Identify the key strengths of your department.
knowlegeable staff.

2.  Identify changes or improvements that are needed in your department.
The Document Delivery staff job descriptions still remain to be updated.  We have made all the corrections/revisions over two years ago and only one staff member's job description has been revised. The rest that needed minor revisions have not yet been updated.

Simple issues take too long to be implemented if they are in my opinion. This may be due to a difficulty in decision making or the new organizational structure in which we operate.

 We need IT support to deal with simple projects.  The staff is still using too much time figuring out the technology.

Reviewer Comments:
I will work with Mireille to identify the issues in question and see what can be done to expedite decisions as appropriate.

KOTOKLO000023

| PLEASE TYPE: | | | |
|---|---|---|---|
| STAFF MEMBER'S NAME AND TITLE: MIREILLE KOTOKLO | | | |
| STAFF MEMBER'S STATUS: | EXEMPT ☒ | NON-EXEMPT ☐ FULL-TIME ☐ | PART-TIME ☐ |
| STAFF MEMBER'S EMPL ID: 0618461 | | | |
| DEPARTMENT/DIVISION: LIBRARY | | | |
| REVIEW PERIOD: 2011-12 | | | |
| REVIEWER'S NAME AND TITLE: JAMES GALBRAITH - ASSOCIATE DIRECTOR | | | *MAY 1* |
| REVIEWER'S EMPL ID: | | | *2012* |

---

## OVERALL PERFORMANCE RATING:

This summative rating should reflect a heightened emphasis on the staff member's principal responsibilities, performance goals and behaviors associated with strategic goals of DePaul University and those of the reviewing department. Reviewers and staff member comments are required if the Overall Performance Rating exceeds expectations or needs improvement.

| **Staff Member:** | ☒ Exceeds Expectations ☐ Meets Expectations ☐ Needs Improvement* |
|---|---|

**Staff Member Comments:** I have succeeded in integreting the two departments that cam in to form one and the staff is working harmoniously and together for the good of the library as a whole. The staff members are helping oen another and taking advantage of the training opportunities that can be found in the department. This year we accomplished a lot and everyone participated fully. I have accomplished all the goals discussed in my previous appraisal except for the collaboration with the Vincentian institution in the Philipines.

| **Reviewer:** | ☒ Exceeds Expectations ☐ Meets Expectations ☐ Needs Improvement* |
|---|---|

**Reviewer Comments:** Mireille had an excellent year. Her work integrating the Access Services and Document Delivery Departments was remarkable. She has regular meetings with all her staff, has introduced several training initiatives, and has given all her staff opportunities to participate in departmental and library activities. One very good example of her approach were recent meetings she had with students workers; she wanted to reach out to them, ask them about the work they were doing and what the Library could to to make their work more rewarding. This was a welcome initiative. The collaboration with Adamson will happen in the upcoming year; it was put on the back burner until we had time to really address the relationship properly.

---

## SIGNATURES AND RECORD KEEPING

At the conclusion of the appraisal meeting, the staff member and supervisor sign the appraisal form signifying discussion of the performance appraisal. Each receives a copy for their records. The original appraisal is forwarded to the second level reviewer, (the reviewer's manager), for approval. A second level reviewer signature is required to ensure that annual performance appraisals are conducted in a timely manner; check for possible rater bias; and to identify any continued performance issues for further review.

Staff Member Signature (Indicates discussion of review)      Date   5-9-12

Reviewing Manager/Supervisor Signature      Date   5-9-12

Second Level Reviewer Signature      Date   5/10/12

KOTOKLO000024

**Human Resources Representative Signature**                                   **Date**

*A performance improvement plan should be developed if the staff member receives an overall rating of Needs Improvement or when a staff member receives a rating of Needs Improvement in several areas.  This plan should be specific and results-oriented with measurable outcomes to be achieved within a reasonable time period.

Consultation with an Employee Relations representative is <u>required</u> when an overall rating of Needs Improvement is given by the supervisor.

KOTOKLO000025

| PERFORMANCE APPRAISAL FOR **FY:** <u>2011/2012</u> |
|---|

Evaluate the employee's performance related to annual performance goals and principal responsibilities established at prior appraisal or at the beginning of the introductory period.  Principal responsibilities and annual goals are important.  The employee and supervisor should discuss and agree that the principal responsibilities and goals reflect those set a prior appraisal or at the beginning of the introductory period.  The review should be limited to ten principal responsibilities/goals or less.
**Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

## I. PERFORMANCE GOALS FROM PREVIOUS YEAR AND PRINCIPAL RESPONSIBILITIES

| Performance Goal/Principal Responsibilities | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **1)  Plans and manages Access Services for DePaul University Libraries on all campuses, for DePaul programs at all non-DePaul sites, and for remote users. Develops and recommends to Library administration policies and procedures for the effective operation of the Access Services Department.  Establishes and enforces policies in accord national, international and statewide standards, including statewide and international interlibrary loan standards; Fair Use Guidelines for copyright law; Freedom to Read and other stipulations of the American Library Association Code of Ethics. (25%)** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Staff Member Comments:  I plan and manage Access Services for the DePaul libraries on all campuses including developing policies and making recommendations to the library administration. I ensure that we are compliant with copyright laws and other laws relevant to libraries.** | | |
| **Reviewer Comments:  Mireille does an excellent job of managing AccessServices. She establishes clear policies, trains her staff well, and works closely with Library Administration - most closely with the Associate Director for Administrative Affairs and myself as Associate Director for Collections and Scholarly Resources. I've worked with Mireille and Mireille's staff on numerous issues over the past year, ranging from access policies to user suggestions, and have been very impressed with how knowledgeable and decisive Mireille and her staff are.** | | |
| **2)  Hires, trains, evaluates, schedules  and supervises Access Services staff at Loop and Lincoln Park campus libraries:  11 full-time non-exempt staff; 6 part-time staff and 20-40 part time student workers.  Reviews and approves Time Labor System records of all Access Services staff.  Ensures that time reporting and records are accurate and in accord with University Compliance policy. (20%)** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Staff Member Comments: I hire the department workforce and review and approves Time Labor System records accurately and in accord with University compliance policy.** | | |
| **Reviewer Comments:  Mireill hires, trains, evaluates and supervises staff for the largest unit in the Libraries. She has a well-trained and motivated staff and policies in place to guide her employees. As noted, Mireille has introduced several training initiatives over the past year. She is quick to offer feedback to her staff, both positive and suggestions on how to improve performance** | | |
| **3)  In collaboration with Collection Development, Acquisitions/Serials and the Electronic Resources Librarian and in consultation with other library staff as needed, develops workflows across the Collections and Scholarly Resources Division to ensure smooth and efficient operations. Provides vision and leadership in developing collection-enhancing services such as Interlibrary Loan, Course Reserves, and Document Delivery. In coordination** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

KOTOKLO000026

| | | |
|---|---|---|
| with the Electronic Resources Librarian, develops innovative new services that expand these capabilities. Coordinates with Digital Library Services on digital library projects by allocating scanning resources to digital projects as needed. (15%) | | |

**Staff Member Comments:** I collaborate with coordinators in my unit as well as the Electronic Resources librarian to develop workflow that ensure smooth operations.
This year we implemented the Vanderbilt TV archives; we added several new collections; offered digitization services; developed procedures to request periodicals from storage and reviewed our Document delivery policies. we ran reports to prepare for the integration of the Vincentian collection into the circulating collection. We weeded the VHS collection, keeping only needed item that could not be found in DVD.

**Reviewer Comments:** Mireille has collaborated across the Collections Division, but also with other Divisions in making the projects she mentions above happen. Her work on the new collections and the Document delivery process were particularly noteworthy.

| | | |
|---|---|---|
| 4) In Coordination with Library Administration, promotes and facilitates use of library resources and services. Works cooperatively with other library functional areas in preparation and delivery of library promotional materials and programs. Communicates with students and faculty as needed regarding the use of library space and resources at both Chicago campus libraries. Resolves student and faculty issues that may arise. (10%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:**

**Reviewer Comments:**

| | | |
|---|---|---|
| 5) Supervises the operation of the Library's ILS system in the context of Access Services. Coordinates efficient use of the Voyager system with the Law Library and other libraries in the state. Coordinates with the DePaul Libraries' Voyager System Administrator and CARLI-ISHARE regarding: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions. (10%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I run the patron load frequently and ensure that the patrons records are accurate with each load. We had new universal policies for the consortium which I communicated to the staff and patrons via our webpage and e-mail as needed. I set up the Voyager sytems administration to prepare for the self check machine. I enlisted the help of Carli technicians in order to help the vendor set the self check machine. I reports Voyager issues to Carli.

**Reviewer Comments:** Over the past year, Mireille has done an excellent job of coordinating our services with the Law Library, but also as our liaison to the CARLI I-Share system. She did an excellent job of implementing new CARLI policies and does a good job of keeping our patron records and loads current.

| | | |
|---|---|---|
| 6) Supervise the billing and collection of fines and work with other offices of the University and ISHARE to insure proper handling of delinquent accounts. Supervise the processing of receipts to ensure compliance with University wide policies and procedures. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I set up a DePaul University compliant and sound billing system. We made changes in the service indicators (blocks) we place on student accounts. We conduct audit monthly.

**Reviewer Comments:** Mireille and her staff do an excellent job of managing billing and the collection of fines. She and her staff deal with patrons with courtesy and respect, even patrons who are more "emotional" about the situations. I rely on her and her staff to manage these areas, but have worked with Access on some of the more complicated account issues, in all of these instances, I was impressed by their work in resolving the issues. One of my best experiences working with Mireille was our work on revising our blocks policy, which we did in conjunction with EMM.

| 7) Supervise the maintenance of the Library's physical collections including shelving, inventory, repair of audio-video viewers and photocopies, and shifting of collections as necessary. Oversee the request and return of materials to the off-site storage facility. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** The library stacks are very well maintained. The collection is shifted as needed. Several shifting projects were handled in preparation of the renovation. We have started to inventory the collection.

**Reviewer Comments:** Under Mireille's leadership, our stack are very well maintained.

| 8) Maintain and interpret statistics on the use of the collection, attendance, peak hours of operation, fines collected, and other information as needed. Prepare statistical analysis and reports including an annual report of Access Services operations. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I record statistics on the use of the collection as needed and during exams and holidays.

**Reviewer Comments:** Mireille does a very good job of maintaining statistics on the use of our collections and library services. She always gets her reports done in a timely manner and, working with her staff, provides data on demand as well.

| 9) Serve as subject bibliographer in one subject area. (5%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I serve as the Math bibliographer.

**Reviewer Comments:**

| 10) Performs other duties as assigned. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I perform other duties as assigned. I am chairing the security committee and participated in several committees.

**Reviewer Comments:**

KOTOKLO000028

## II. CORE BEHAVIORS

⬤⬤⬤⬤⬤⬤⬤ ⬤⬤⬤⬤⬤⬤⬤⬤⬤ ⬤⬤⬤⬤⬤⬤⬤⬤ ⬤⬤ ⬤⬤⬤⬤⬤ ⬤⬤ ⬤⬤⬤ ⬤⬤⬤⬤⬤⬤⬤⬤⬤
⬤⬤⬤⬤⬤⬤⬤⬤⬤⬤ ⬤⬤⬤⬤ ⬤⬤⬤⬤⬤⬤⬤⬤⬤ ⬤⬤⬤⬤⬤⬤⬤⬤⬤⬤⬤

**Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

| CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic*, *Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I enjoy good communication with my staff and my manager. I offer a weekly one-to-one meeting with my staff and can see the difference it makes with the ones who take advantage of it in person or over the phone. We work well as a team in the department.

Last Updated March 2011.
KOTOKLO000029

**Reviewer Comments:** I've enjoyed working with Mireille over the past year. I very much appreciate her strong communication. She keeps me in the loop on developments in Access Services and progress on projects. She is direct and I always learn from our interactions. More than any other colleague, she helps me to be a better manager both by giving me candid advice, therefore pushing me to be better and live up to quality standards we often share.

## III. CORE MANAGERIAL BEHAVIORS

The following section entitled "Core Managerial Behaviors" should be completed only for employees who supervise others or who manage a functional area of business. Evaluate performance relating to each of the five major managerial categories. **Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

| CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments:** I continue to use the existing resources efficiently. With the Reserve system which we are using, it is particularly difficult to respond to professor requests in a timely manner. The system is antiquated and time consuming. I hope that we will purchase a new system this year and have it ready for use this Fall.

I have succeeded to create a culture in the AS department where we help one another and value the contribution of all. I encourage the staff to act independently.

KOTOKLO000030

**Reviewer Comments:** Over the past year, I have seen numerous examples of Mireille's dedication to building a culture of teamwork and collaboration. Many of her staff have stepped up to plan a leadership role in the Library over the past year, with Mireille's encouragement. Mireille handles potential issues with with efficiently, addressing them before they become issues; over the past year, we've discussed several of these instances, all of which she has handled very professionally.

---

## IV. TECHNOLOGY

Evaluate performance pertaining to knowledge, awareness, acceptance and management of technology.
**Note:** Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.

| TECHNOLOGY – KNOWLEDGE, AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Awareness, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments:** I demonstrate knowledge of computers, software and equipment useful to my job responsibility. I know Voyager very well and set up the parameters in preparation for the self check machine. I run reports for other departments as needed.

**Reviewer Comments:**

---

## V. FUTURE PROJECTS, PERFORMANCE GOALS AND OBJECTIVES

List performance goals and objectives to be achieved during the next appraisal period.
Employees and supervisors should complete this section together.

1.
Continue to chair the Security committee

2.
Actively participate in the second phase of the renovation planning.

3.
Actively participates in assessment projects.

KOTOKLO000031

4.
Work in collaboration with Adamson University library as a sister institution once the terms of the arrangement are established.

## VI. FUTURE CAREER AND DEVELOPMENT GOALS

The following section should be complete by the employee and discussed with the supervisor during the performance appraisal conversation. Goals should list the career and/or development goals you have set for yourself and the skills and abilities you need to reach your goals.

## FUTURE CAREER AND DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE)

1. What are the professional opportunities you are looking for in the near and long-term?
I am looking to update my skills in ILL and ILLIad specifically as well as in the upcoming reserve system.

2. What development and career goals have you set for yourself?
To be proficient in ILLiad and Ares.

3. Are there specific knowledge, skills or abilities you want to develop to achieve your professional and developmental goals?
Get training for Illiad and Ares so I can better plan in those areas (interlibrary loan and course reserves).

4. Are you able to identify the current barriers or supports to achieving your professional and developmental goals?
Regarding the skills I want to update, I do not see any barrier. The administration has to consider that I have another department added to my original one and allow me to receive the extra training needed.

KOTOKLO000032

Reviewer Comments:
*Please identify how you may provide support to employee's career and development goals.*
**I will continue to support Mireille development goals by advocating for her to attend conferences and training session that will enable her career advancement. I appreciate Mireille's comments about our ILL system and I agree that a key to our success is purchasing the ARES interlibrary loan system.**

## VII. MANAGEMENT/INSTITUTIONAL FEEDBACK

1. Identify the key strengths of your department.
The staff is knowlegeable and willing to work together to better serve our patrons.

2. Identify changes or improvements that are needed in your department.
The Document Delivery staff job descriptions still remain to be updated. We have made all the corrections/revisions over a year ago and only one staff member's job description has been revised. The rest that needed minor revisions have not yet been updated.

Simple issues take too long to be implemented in my opinion maybe due to a difficulty in decision making or the new organizational structure in which me operate.

We desperately need a new reserves system in order to better serve our patrons.

We need IT support to deal with simple projects. Right now the staff is using too much time figuring out the technology and a simple system such as Ares has taken over 2 years to be considered for implementation while an institution of this stature is using an antiquated home grown system that is inefficient.

Reviewer Comments:
I agree with Mireille's comments about the job descriptions. The ILL job descriptions revisions were going to be part of a larger review of job descriptions that unfortunately did not happen, but hopefully will now that we have hired a new University Librarian and the leadership to do a more sweeping review of job descriptions.

Mireille is right about simple issues taking too long to resolve and I think she has pinpointed two of the main causes. In some cases, this is a matter of difficulty in decision making, particularly when multiple people need to sign off on decisions. More frequently, I think it is a product of the new library structure and a need to establish policies and procedures; after two years of major organization changes, we are still developing our management structure.

ARES is must.

KOTOKLO000033

## VIII. ADDITIONAL NOTES/COMMENTS

My manager has been very supportive. He is very thoughtful, generous and compassionate.

Mireille has pushed me to be a better manager over the past year. Her belief in fairness and compassion - indeed, her support for the Vincentian ideal, have been an inspiration for me.

KOTOKLO000034

1/10/2012

Dear Donna,

As we discussed, I am forwarding a letter I received on December 20, 2011 from Mireille Kotoklo, regarding her 2010 review, please add this to her file.

I met with Mireille to discuss the letter. In our meeting, I told her that I appreciated her writing and welcomed her comments. I also explained that while this could not be appended to her review due to the timing (this is being submitted several months after the review period, though she explained to me that she wrote it at the time), it would be added to her folder.

I can't respond to Mireille's points in detail so long after the review. Suffice to say that I did not intend my comments to be as critical as they were taken (I understand my point was lost in my defensive tone). On the contrary, I appreciated Mireille's taking the initiative during a time of change. Mireille's initiative was one reason I nominated her for a performance award, to quote the Performance Award Nomination I sent in with her review:

> "Mireille accomplished all of this while successfully managing the day-to-day operations of her department. Ultimately, her exceptional work in integrating these departments enabled the Libraries to move ahead more quickly with other planning. I and other Administrators did not have to be actively involved in the integration; I trusted Mireille to move ahead as needed and she made it happen."

I hope that this will provide clarity for anyone reviewing this file in the future.

Please let me know if you have any questions.

*Include with*
*2010-2011*
*Performance*
*Appraisal*

Sincerely,

Jim Galbraith

I would like to request that this document be added to my performance appraisal for the year 2010-11 in response to comments in my appraisal especially to those in the paragraph copied below.

Please note that the delay in this response was due to a great deal personal deliberations on my part.

*"VII Management/Institutional Feedback.*

*I appreciate Mireille's feedback regarding my working directly with her staff on projects. The introduction of the Associate Directors did lessen the autonomy of the coordinators, who now balance responsibility for running their units with addressing Divisional projects and goals. As Mireille indicates, it is my prerogative to work directly with staff, particularly those with libraries-wide responsibility. Still, I agree that communication is an issue and I will work to improve, but I feel it an issue we both need to work on. To be fair, I have given Mireille wide latitude on a number of issues as well – she has hired full-time staff and appointed people to committees without consulting me, appointments that other ADs generally approve and I have been encouraged by the Director to be directly involved in. I have and will continue to give Mireille latitude to explore new technologies and projects, e.g.: RAPID, exploring OCLC's ILL options, ARES, and the reserves widget for Desire to Learn."*

The annual appraisal should not be time for surprises and I am surprised two issues are brought up for the first time in my appraisal.

The first issue is about hiring full time staff without consulting my manager. In the fall of 2010, Jim and I talked about hiring a Billing Assistant, a position in the department I manage. Staffing changed their hiring procedures so Jim, Chris and I met to go over the new screening and hiring processes with the recruiter assigned to the Library. Jim and I met later during one of our weekly meetings and I explained how we go about interviewing and asked him how he wanted to be involved, he told me to go ahead, screen, interview and hire for the billing as I usually would. I informed him about the internal candidates as well. After the interviews, the search committee made the hiring decision and I informed Chris of the choice. Chris directed me to Human Resources to inform the successful candidate and make the offer as it is now customary. I also informed Jim who congratulated me on the selection. I am confused as this is the first time I hear that Jim was not happy about the way I handled the whole process while he had given me the go-ahead to screen, interview and selected the best candidate.

The second issue is about appointing people to committees without consulting my manager. Prior to my appraisal, the only time Jim and I talked about committee appointments was when I expressed my concern that the same people are always solicited/selected to serve on committees, which results in not everyone having the opportunity to serve.

I was surprised to read Jim's comments in my appraisal regarding committee appointments because the library still has no consistent way of appointing staff members to committees and Jim has not communicated that I needed to consult him or have his approval for appointments. Some committee members were directly appointed by the (former) library Director or by Jim since he joined the library; sometimes the staff are invited to self-nominate without the

KOTOKLO000036

knowledge/approval of their supervisor; sometimes some staff members are directly approached by the Committee Chair; sometimes the Director asks the Coordinator to self-nominate or to volunteer/appoint someone in his/her department; sometimes the Committee Chair approaches the Coordinator to inform him/her that s/he has selected/appointed one of his/her report; sometimes after you have been asked to volunteer someone in your department and have given a name, the committee chair comes to you with a person within your department s/he thinks is a better fit and ask you to reconsider your choice; and one of the Associate Directors informed me that she selected one of my reports as she felt the person is a good fit for the committee she is chairing. These are examples of the many ways people are appointed to serve on committees in the library that I have witnessed and I have no problem with the different approaches. However, I do not see any pattern in the way people are selected in the library to serve on committees. I do not know how the other two Associate Directors appoint committee members, and/or if they have a policy in place for that purpose.

One of the two requests for a committee member representing my department (which Jim referred to in my appraisal) came from the new E-Resource Librarian who directly reports to Jim. I made my recommendation to her and I informed Jim about whom I had selected and he approved the choice by saying that it was a good choice at our coordinators' meeting. I did not know about this committee/taskforce, the new E-Resources Librarian approached me at Jim request I presume.

For the second request, Jim himself informed me a day before I met with the Coordinator for Web Services that I will be asked to propose someone in my department or myself to serve on the Web Committee. He never told me that he had to approve whom I have recommended, when he is the one who directed the Web Committee chair to me.

Jim has asked me to appoint myself or someone from my department and I am totally surprised, that I have to consult with him again when he has directed people to asked me or has asked me to appoint someone in my area including myself.

Regarding communication, I have worked to establish good communication with my reports and the positive results are cited in my staff annual reviews. I agree with Jim that communication is an issue. The new organizational structure changed significantly in 2010-2011 which included a shift in my direct report from the former Library Director to the newly created Associate Director of Collections and Scholarly Resources filled by Jim. This is a new working relationship and it is my hope that Jim will clarify his expectations regarding my position in relation to his, because it has been challenging to determine exactly what has shifted by using only the job descriptions as guidelines.

Regarding the delay in returning the appraisals for my staff; Jim did not give his timeline for the annual reports and it took extra time to confirm that we were not using the smart goals as stated last year.

Mireille Kotoklo          12/20/11

KOTOKLO000037



# Staff Performance Appraisal

KOTOKLO000042

The Staff Performance Appraisal form is a part of DePaul's ongoing staff performance management and appraisal process. Staff members and supervisors complete the Staff Performance Appraisal Form annually. The form requires staff members and supervisors to review performance of the past year and develop performance goals for the year to come. This form is also used for the introductory period evaluation. All DePaul staff members and supervisors must complete the Staff Performance Appraisal Form. Annual pay increases are administered in accordance with the total compensation philosophy and reflect performance described in the performance appraisal form.

Performance appraisal policies and procedures are located at policies.depaul.edu.

Performance appraisal objectives are found in the Performance Management Guide and include:

- Setting goals, clarifying performance expectations and monitoring progress;
- Motivating employees through recognition and support;
- Identifying and preparing individuals for increased responsibility;
- Providing formal, written performance feedback;
- Developing employees professionally;
- Promoting an open dialogue between employees and supervisors;
- Addressing performance and/or behavior issues and concerns in a timely manner.

Annual performance management and appraisal training is offered to supervisors and staff annually.

For more information, visit hr.depaul.edu or contact Workplace Learning and Performance at training@depaul.edu.


## Rating Scale and Definitions

**Exceeds Expectations**
Employee **exceeded** all measures and expectations outlined in the job responsibilities and performance goals discussed in previous appraisal or introductory period.

**Meets Expectations**
Employee effectively **met** the measures and expectations outlined in the job responsibilities and performance goals discussed in previous appraisal or introductory period.

**Needs Improvement\***
Employee **did not meet** the measures and expectations outlined in the responsibilities and performance goals discussed in previous appraisal or introductory period.

\*A performance improvement plan should be developed if the staff member receives an overall rating of **Needs Improvement** or when a staff member receives a rating of Needs Improvement in several areas. This plan should be specific and results-oriented with measurable outcomes to be achieved within a reasonable time period.

Consultation with an Employee Relations representative is required when an overall rating of Needs Improvement is given by the supervisor.

MAY 12 2011

**PLEASE TYPE:**

| | |
|---|---|
| **STAFF MEMBER'S NAME AND TITLE:** MIREILLE KOTOKLO | |
| **STAFF MEMBER'S STATUS:** EXEMPT ☒ NON-EXEMPT ☐ FULL-TIME ☐ PART-TIME ☐ | |
| **STAFF MEMBER'S EMPL ID:** 0618461 | |
| **DEPARTMENT/DIVISION:** LIBRARY | |
| **REVIEW PERIOD:** 2010-11 | |
| **REVIEWER'S NAME AND TITLE:** JAMES GALBRAITH - ASSOCIATE DIRECTOR | |
| **REVIEWER'S EMPL ID:** 1286225 | |

**OVERALL PERFORMANCE RATING:**

This summative rating should reflect a heightened emphasis on the staff member's principal responsibilities, performance goals and behaviors associated with strategic goals of DePaul University and those of the reviewing department. Reviewers and staff member comments are required if the Overall Performance Rating exceeds expectations or needs improvement.

**Staff Member:** ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement*

**Staff Member Comments:** With significant responsibilities added to my position, I am learning to incorporate the new unit into the newly formed department and find ways to address some of the issues I am presented. I am doing this carefully.
Each of the full time staff (except the billing assistant) I supervise is seasoned and experienced. The Access Services department is very well run, all the procedures and processes are ironed out and challenging the staff can be a challenge.

**Reviewer:** ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement*

**Reviewer Comments:** Over the past year, Mireille provided leadership in a time of change and uncertainty as the Collection Development and Scholarly Resources Division underwent substantial organizational restructuring. I respect her ability to work with her team and I appreciate all the work she is doing to bring her unit together. Particularly impressive was the cross-training she promoted and the way she allowed Access Services staff the latitude to seek out opportunities for training and new initiatives such as RAPID ILL and OCLC's ILL service.

**SIGNATURES AND RECORD KEEPING**

At the conclusion of the appraisal meeting, the staff member and supervisor sign the appraisal form signifying discussion of the performance appraisal. Each receives a copy for their records. The original appraisal is forwarded to the second level reviewer, (the reviewer's manager), for approval. A second level reviewer signature is required to ensure that annual performance appraisals are conducted in a timely manner; check for possible rater bias; and to identify any continued performance issues for further review.

| | |
|---|---|
| Staff Member Signature (Indicates discussion of review) | Date 5-5-11 |
| Reviewing Manager/Supervisor Signature | Date 5-5-11 |
| Second Level Reviewer Signature | Date 5-6-11 |
| Human Resources Representative Signature | Date |

Last Updated March 2011.
KOTOKLO000044

*A performance improvement plan should be developed if the staff member receives an overall rating of Needs Improvement or when a staff member receives a rating of Needs Improvement in several areas. This plan should be specific and results-oriented with measurable outcomes to be achieved within a reasonable time period.

Consultation with an Employee Relations representative is <u>required</u> when an overall rating of Needs Improvement is given by the supervisor.

## PERFORMANCE APPRAISAL FOR **FY:** 2010/2011

Evaluate the employee's performance related to annual performance goals and principal responsibilities established at prior appraisal or at the beginning of the introductory period. Principal responsibilities and annual goals are important. The employee and supervisor should discuss and agree that the principal responsibilities and goals reflect those set a prior appraisal or at the beginning of the introductory period. The review should be limited to ten principal responsibilities/goals or less.

**Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

## I. PERFORMANCE GOALS FROM PREVIOUS YEAR AND PRINCIPAL RESPONSIBILITIES

| Performance Goal/Principal Responsibilities | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **1) Plans and manages Access Services for DePaul University Libraries on all campuses, for DePaul programs at all non-DePaul sites, and for remote users. Develops and recommends to Library administration policies and procedures for the effective operation of the Access Services Department. Establishes and enforces policies in accord national, international and statewide standards, including statewide and international interlibrary loan standards; Fair Use Guidelines for copyright law; Freedom to Read and other stipulations of the American Library Association Code of Ethics. (25%)** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I feel that I manage all access services at the DePaul general libaries very well. Every aspect is thought out and its issues addressed and procedures and processes implemented.

**Reviewer Comments:** Mireille excels at the day to day management of Access Services. Her unit is run efficiently and effectively and she does a very good job of enforcing policies and standards. Mireille is working on several Libraries-wide and Access Services initiatives right now. These collaborative efforts, including WorldCat Local, should revolutionize discovery systems in the library.

| | | |
|---|---|---|
| **2) Hires, trains, evaluates, schedules and supervises Access Services staff at Loop and Lincoln Park campus libraries: 11 full-time non-exempt staff; 6 part-time staff and 20-40 part time student workers. Reviews and approves Time Labor System records of all Access Services staff. Ensures that time reporting and records are accurate and in accord with University Compliance policy. (20%)** | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:**

**Reviewer Comments:**

| | | |
|---|---|---|
| **3) In collaboration with Collection Development, Acquisitions/Serials and the Electronic Resources Librarian and in consultation with other library staff as needed, develops workflows across the Collections and Scholarly Resources Division to ensure smooth and efficient operations. Provides vision and leadership in developing collection-enhancing services such as Interlibrary Loan, Course Reserves, and Document Delivery. In coordination with the Electronic Resources Librarian, develops innovative new services that expand these capabilities. Coordinates with Digital Library Services on digital library** | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

Last Updated March 2011.

KOTOKLO000046

| projects by allocating scanning resources to digital projects as needed. (15%) | | |
|---|---|---|

**Staff Member Comments:** I have set up systems policies in Voyager for new material types and locations. I am working toward getting a new reserves system and enhancing interlibary loans processes.

**Reviewer Comments:** Mireille has made very good progress and met this goal. Much of this collaboration is still being worked out as we only recently hired an Electronic Resources Librarian and we are coming out of a period of reorganization: I am looking forward to further strengthening of this collaboration in the upcoming year.

| 4) In Coordination with Library Administration, promotes and facilitates use of library resources and services. Works cooperatively with other library functional areas in preparation and delivery of library promotional materials and programs. Communicates with students and faculty as needed regarding the use of library space and resources at both Chicago campus libraries. Resolves student and faculty issues that may arise. (10%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:**

**Reviewer Comments:** Mireille and her staff are very good at resolving issues that arise with faculty and staff. In the upcoming year, as planning for the Information Commons gets underway, Mireille will provide leadership in the planning process, working in conjunction with the Associate Director for Libraries Information & Discovery who is leading the project.

| 5) Supervises the operation of the Library's ILS system in the context of Access Services. Coordinates efficient use of the Voyager system with the Law Library and other libraries in the state. Coordinates with the DePaul Libraries' Voyager System Administrator and CARLI-ISHARE regarding: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions. (10%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I supervise the operations of Voyager related to Access Services. I request for a patron load periodically which is followed by a clean up of duplicated patrons. I run reports for my colleagues as needed.

**Reviewer Comments:** Mireille has been actively involved in the implementation of WorldCat Local (a project the Library is undertaking in conjunction with the Law Library), the development of offsite storage procedures, and several other collection development projects. Mireille does a very good job of overseeing the administration of local and consortial services and policies and maintaining patron records. During the past year, Mireille's team designed and taught training session on generating system reports.

| 6) Supervise the billing and collection of fines and work with other offices of the University and ISHARE to insure proper handling of delinquent accounts. Supervise the processing of receipts to ensure compliance with University wide policies and procedures. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I supervise the billing and collection of fines, set up procedures for accuracy, consistency and compliance. We have a tight and compliant system and do a monthly audit.

**Reviewer Comments:** I am very impressed by how well Mireille and her staff handle billing and collections processes. The complexity of these interactions, particularly given the emotions involved, can be high, the process emotionally draining. Mireille ensures her staff have proper training and these issues seldom rise above Access Services.

Last Updated March 2011.

KOTOKLO000047

| 7) Supervise the maintenance of the Library's physical collections including shelving, inventory, repair of audio-video viewers and photocopies, and shifting of collections as necessary. Oversee the request and return of materials to the off-site storage facility. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** The stacks are very well maintained, the equipement used in the library are also well-maintained and ordered as needed.

**Reviewer Comments:** Under Mireille's leadership, Access Services keeps our collections in exceptional shape. Our stacks are orderly, collections are shifted as needed, and general maintenance is kept up at all times.

| 8) Maintain and interpret statistics on the use of the collection, attendance, peak hours of operation, fines collected, and other information as needed. Prepare statistical analysis and reports including an annual report of Access Services operations. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I run statitics as needed and record usage statistics during exams and holidays. We also run reports for fines and records any fine paid. We are currently recording statistical information for IS.

**Reviewer Comments:** Mireille and her staff maintain a copious amount of operational statistics and they are particularly skilled in running reports on demand. In the upcoming year, I would like Mireille to work with our new Assessment Librarian and Counting Opinions to develop an automated Access Services reporting system that allows for more easy data manipulation and automated reporting.

| 9) Serve as subject bibliographer in one subject area. (5%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:**

**Reviewer Comments:**

| 10) Performs other duties as assigned. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:**

**Reviewer Comments:**

KOTOKLO000048

## II. CORE BEHAVIORS

〔unreadable decorative text〕

**Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

| CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic, Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** good communication was mentioned as being one of the strenght of the AS department. I work well with everyone.

Last Updated March 2011.

KOTOKLO000049

**Reviewer Comments: I am very impressed with Mireille's ability to collaborate, often receive positive comments from other managers and staff who work with her on projects. Mireille's communication regarding the project to combine Document Delivery and Access Services was very good, she handled the situation diplomatically and directly. Mireille's support for DePaul's Mission is very strong, as one of her goals for next year, I would like her to consider working on the Libraries' collaboration with Adamson University, she could play a key role in this initiative.**

---

**III. CORE MANAGERIAL BEHAVIORS**

The following section entitled "Core Managerial Behaviors" should be completed only for employees who supervise others or who manage a functional area of business. Evaluate performance relating to each of the five major managerial categories. **Note: Reviewer and staff member comments are encouraged at all times but are _required_ if "Needs Improvement" or "Exceeds Expectations" is checked.**

| CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments: I am using the existing resources efficiently. Overtime was eliminated and resources are re-assigned appropriately. I address any issue in the department immediately and give feedback that way continuously. The staff is involved in finding a solution for any problem in the department. I am open and listen to the suggestions made and I give an explanation if I will not follow a suggestion made.**

Last Updated March 2011.

KOTOKLO000050

**Reviewer Comments:** Mireille is an effective manager. She did a very good job of uniting Access Services and Document Delivery, taking on issues such as addressing overtime practices that had gotten out of control over the years. She excels at managing resources and offers very good strategic input on projects. Mireille values immediate feedback and she does a good job communicating with her staff to address issues as they arise.

Mireille needs to continue working on completing reports, including her annual reviews, in timely manner. This centralized communication is critical and this year the lateness of her annual reports, for instance, impacted the Library Director who needed to assemble all the paperwork and evaluate staff performance across the libraries in a timely manner to ensure every staff member is treated fairly. Over the upcoming year, I will help by providing firm deadlines and expectations and by reinforcing messaging from the Library Director.

## IV. TECHNOLOGY

Evaluate performance pertaining to knowledge, awareness, acceptance and management of technology.

**Note:** Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.

| TECHNOLOGY – KNOWLEDGE, AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Awareness, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments:**

**Reviewer Comments:** Mireille is actively involved in several technology-related projects and has shown a great deal of leadership in this area. Under her direction, Access Services staff are exploring various technologies for inclusion in Access Services work flows, some of which will be implemented in the upcoming year.

## V. FUTURE PROJECTS, PERFORMANCE GOALS AND OBJECTIVES

List performance goals and objectives to be achieved during the next appraisal period.
Employees and supervisors should complete this section together.

1.
Implement a new reserve system

Work with the Assessment coordinator on Counting Opinion

2.
Set up OPAC configuration for circulation policies

Participate in information commons planning

Last Updated March 2011.

KOTOKLO000051

| 3. |
| Arrange resource sharing with Adamson University |
| |
| Arrange for offsite storage delivery options |

| 4. |
| cross-training as practse phase |
| |
| Look into exchange possibilities for the Adamson University library staff and DePaul library. |
| |
| Reinforce AS staff skills learned through the cross training program. |

## VI. FUTURE CAREER AND DEVELOPMENT GOALS

The following section should be complete by the employee and discussed with the supervisor during the performance appraisal conversation. Goals should list the career and/or development goals you have set for yourself and the skills and abilities you need to reach your goals.

### FUTURE CAREER AND DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE)

1. What are the professional opportunities you are looking for in the near and long-term?

2. What development and career goals have you set for yourself?

3. Are there specific knowledge, skills or abilities you want to develop to achieve your professional and developmental goals?

Last Updated March 2011.

KOTOKLO000052

4. Are you able to identify the current barriers or supports to achieving your professional and developmental goals?

Reviewer Comments:
*Please identify how you may provide support to employee's career and development goals.*
 **I look forward to supporting Mireille's work on various projects and to supporting her requests to attend conferences and training session in the future. After consulting with Linda Morrissett, the Library Director, I am specifically recommending that Mireille attend the IFLA conference; she is interested in international librarianship and I think there are tremendous possibilities in her work with Adamson for her to make an impact on international resource sharing.**

## VII. MANAGEMENT/INSTITUTIONAL FEEDBACK

1. Identify the key strengths of your department.
The staff is knowlegeable and willing to work together to better serve our patrons.

2. Identify changes or improvements that are needed in your department.
The DD staff job descriptions have to be updated.

I have noticed that  some of the staff who report directly to me are given projects by my supervisor without my knowledge. I understand that it is Jim prerogative but I feel this is underminig my role as a coordinator when the staff member is the one informing about such a project. For example, Cary mentioned at our staff meeting that Jim had asked him to write a proposal fto provide ILL service to students in the Philipines.

We  address the changes that we can change right away and usually have a plan to address the ones that  require the involvement of other parties. We are in need of a new reserves system and are working on it. We are also looking at self-check and text notification of notices etc.

KOTOKLO000053

Reviewer Comments:
We need to update job descriptions in Access Services as we do across the Library. This will be addressed over the next year.

I appreciate Mireille's feedback regarding my working directly with her staff on projects. The introduction of the Associate Directors did lessen the autonomy of the coordinators, who now balance responsibility for running their units with addressing Divisional projects and goals. As Mireille indicates, it is my prerogative to work directly with staff, particularly those with libraries-wide responsibility. Still, I agree that communication is an issue and I will work to improve, but I feel it an issue we both need to work on. To be fair, I have given Mireille wide latitude on a number of issues as well -- she has hired full-time staff and appointed people to committees without consulting me, appointments that other ADs generally approve and I have been encouraged by the Director to be directly involved in. I have and will continue to give Mireille latitude to explore new technologies and projects, e.g.: RAPID, exploring OCLC's ILL options, ARES, and the reserves widget for Desire to Learn.

KOTOKLO000054

**VIII. ADDITIONAL NOTES/COMMENTS**

KOTOKLO000055

APR 3 0 2010

| | |
|---|---|
| **PLEASE TYPE:** | |
| **STAFF MEMBER'S NAME AND TITLE:** MIREILLE-PAULE KOTOKLO, ACCESS SERVICES COORDINATOR | |
| **STAFF MEMBER'S STATUS:** EXEMPT ☒ NON-EXEMPT ☐ FULL-TIME ☒ PART-TIME ☐ | |
| **STAFF MEMBER'S EMPL ID:** 0618461 | |
| **DEPARTMENT/DIVISION:** LIBRARY TLR | |
| **REVIEW PERIOD: ANNUAL 2009-10** | |
| **REVIEWER'S NAME AND TITLE:** TERRY TAYLOR, ASSOC DIR RESEARCH AND INFORMATION SERVICES | |

**OVERALL PERFORMANCE RATING:**

This summative rating should reflect a heightened emphasis on the staff member's principal responsibilities, performance goals and behaviors associated with strategic goals of DePaul University and those of the reviewing department. Reviewers and staff member comments are required if the Overall Performance Rating exceeds expectations or needs improvement.

**Staff Member:** ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement*

**Staff Member Comments:** I feel that I run the Access services department very well. There is a lot of work we do that goes unnoticed but that is the nature of the department and I am very comfortable with it. I will continue to strive to give the best to our users.

**Reviewer:** ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement*

**Reviewer Comments:** Mireille is correct that the it is a common expectation that an Access Services department will always run smoothly, seeming going unnoticed. However, I know that even the smallest issues or problems in such departments are highly visible when they occur. This year Mireille's departments work has run very smoothly: materials are processed and shelved quickly; reports and records are up to date; student and part time staff are hired and trained efficiently. Any significant issues with patrons or security problems are reported and resolved effectively. All of this is evidence of Mireille's competence and effectiveness as manager of AS.

**SIGNATURES AND RECORD KEEPING**

At the conclusion of the appraisal meeting, the staff member and supervisor sign the appraisal form signifying discussion of the performance appraisal. Each receives a copy for their records. The original appraisal is forwarded to the second level reviewer, (the reviewer's manager), for approval. A second level reviewer signature is required to ensure that annual performance appraisals are conducted in a timely manner; check for possible rater bias; and to identify any continued performance issues for further review.

| | |
|---|---|
| **Staff Member Signature (Indicates discussion of review)** | 4-27-10 **Date** |
| **Reviewing Manager/Supervisor Signature** | 4/27/10 **Date** |
| **Second Level Reviewer Signature** | 4/27/10 **Date** |
| **Human Resources Representative Signature** | **Date** |

Last Updated January 2010.
KOTOKLO000056

*A performance improvement plan should be developed if the staff member receives an overall rating of Needs Improvement or when a staff member receives a rating of Needs Improvement in several areas.  This plan should be specific and results-oriented with measurable outcomes to be achieved within a reasonable time period.

Consultation with an Employee Relations representative is <u>required</u> when an overall rating of Needs Improvement is given by the supervisor.

PERFORMANCE APPRAISAL FOR FY: <u>09/10</u>

Evaluate the employee's performance related to annual performance goals and principal responsibilities established at prior appraisal or at the beginning of the introductory period. Principal responsibilities and annual goals are important. The employee and supervisor should discuss and agree that the principal responsibilities and goals reflect those set a prior appraisal or at the beginning of the introductory period. The review should be limited to ten principal responsibilities/goals or less.

**Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

## I. PERFORMANCE GOALS FROM PREVIOUS YEAR AND PRINCIPAL RESPONSIBILITIES

| Performance Goal/Principal Responsibilities | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 1) Supervise the operation of the ILLINET Online automated circulation system to ensure effective circulation of all library materials including books, microforms, and media. Coordinate efficient use of the system with the Law Library and other libraries in the state. Coordinate with the DP Libraries' Voyager System Administrator and ILCSO regarding: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions. (8%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** continue to communicate with libraries in the consortium to resolve or redirect circulation and billing matters as I am the concortium contact for the DePaul general libraries. I keep in touch with the law Library via email, telephone or in person to coordinate or consider any new procedure relevant to Access Services. I download the patron load in Voyager regularly and have it ready for Illiad as well. I run the duplicate patron records and delete duplicate records in a timely manner after every patron load. I also contact Carli to resolve Voyager issues related to Circulation.

**Reviewer Comments:** We depend on Mireille as the DePaul expert regarding Voyager reports and circulation, CARLI interactions.

| | | |
|---|---|---|
| 2) Provide direct service to students and faculty by working at Access Services desks at Lincoln Park and Loop campuses for a minimum of 18 hours per week, and supervising other service desk staff. Scheduled desk time may include evenings as necessary, and may include participation in the weekend desk rotation as required. (50%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I provide direct service to patrons by working at the circulation desks at Lincoln Park and Loop campuses. I ensure coverage by substitution during staff absences.

**Reviewer Comments:** Mireille's leadership in providing professional service to patrons at the service desk is highly important in modeling excellent customer service.

| | | |
|---|---|---|
| 3) Supervise the billing and collection of fines and work with other offices of the University and ILCSO to insure proper maintenance of delinquent records. Supervise processing of receipts in keeping with University wide compliance policies and procedures. (10%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

Last Updated January 2010.
KOTOKLO000058

**Staff Member Comments:** I have instituted a monthly audit to verify and reconcile all the money received and deposited. TTeh audit will be less frequent one we have found the most efficient way to do it. We now have an easier way to run a report for all fines paid trough the POS system. The billing procedures are well established and systematic. We directly place service indicators on patron records and removed them as soon as the library obligation is satisfied or to allow the students to register for classes in special situations. We are very compliant and document all the exeptions we make.

**Reviewer Comments:**

| 4) Hire, train, evaluate and schedule support staff for both Chicago campuses, including 1.5 staff at Loop campus and 4 at Lincoln Park. Hire and supervise part time staff and student assistants. Review and approve Time Labor System records of all Access services staff. (9%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I hired and trained three part-time staff members for the Loop campus. I hire all the student assistants, review and approve Time labor System records for the full-time and non students part-time Access Services staff.

**Reviewer Comments:** It is difficult to hire train and manage staff at the 2 campuses. This process appears to be running smoothly and Mireille is working on additional training for her staff. She provides appropriate needed guidance for the relatively new full time Loop campus AS assistant. She has also facilitated staffing for 24hr services during finals weeks since last spring quarter.

| 5) Supervise and provide services to students and faculty in the use of the periodicals and the microform and media viewing/listening collections at both Chicago campuses. Monitor condition of microform, AV and photocopier equipment and reporting of equipment service needs. Supervise the maintenance of the library's print and non print collections including shelving, inventory, and shifting of collections as necessary. Supervise the operation of the Curriculum Materials Center collection at Lincoln Park. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I provide services to students and faculty in the use of periodicals in all formats while I serve at the desk. I ran reports about the second copies to assist the bibliographers in their weeding decisions. I participated in the selection of a new microform reader as the ones we have have been discontinued and do not work with all microform formats.

**Reviewer Comments:**

| 6) Promote and facilitate use of library resources and services. Provide assistance and communicate to students and faculty as needed in use of all library space and resources at both Chicago campus libraries as needed including: paper and electronic reserves; photocopier services; group study rooms; reference and instruction services; and overall library policies and procedures. Work cooperatively with other library functional areas in preparation and delivery of library promotional materials and programs. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I promote and facilitate the use of library materials while serving at the circulation desk. I work with the departments that make up Technical Services regarding workflow or to respond to procedure changes that occur in that departement . We are also participating in the weeding project at Loop and have helped in the second copy weeding project at the Lincoln Park campus.

**Reviewer Comments:** Mireille has very efficiently coordinated weeding with technical services and collection development staff, suggesting and running Voyager reports which identify candidates for deselection, and overseeing student assistants in pulling the items to be weeded.

| 7) Maintain and interpret statistics on the use of the collection, attendance, peak hours of operation, fines collected, and other information as needed. Prepare statistical analysis and reports including an annual report of Access Services operations. (2%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I gather the statistics for all functions of the departement including the 24hour exam week. I maintain the statistics for Access Services such as the gate count, billing statistics, etc. I run access reports about the activity at the desk and other circulation activity as needed. .

**Reviewer Comments:**

| 8) Develop and recommend to Library administration policies and procedures for the effective operation of the Access Services Department to ensure the needs of DePaul University Libraries patrons and in cooperation with ILCSO consortium needs; implement and communicate policies and procedures as approved. Maintain and update a policies and procedures manual. (3%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I develop policies and procedures to improve efficiency in Access Services as needed and update the procedure manual. Starting this year we are blocking patrons who have unreturned recalled items.

**Reviewer Comments:**

| 9) Participate in University and professional activities. Maintain an awareness of current developments in access services and librarianship in general. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I participated in several DePaul University activities and presented at one brown bag session. I continue to be active with the Association of Research Libraries as a mentor and I am a committee member for the International Relations Roundtable. I am also a mentor as part of the LAMP program. I have been asked to serve as a volunteer for the World Catholicism week. I am aware of current development in AS and try to make changes as much as I can when it does not prohibitive or if we are not alerady doing it. I am informally investigating how students do pay for tuition online and see if this is something the library can do.

**Reviewer Comments:**

| 10) Serve as subject bibliographer in one subject area. (5%)<br><br>Performs other duties as assigned. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I am the Math bibliographer and I am fortunate that the Math Department is very involved in selecting materials for the library. They are making much more recommendations than their allocation allows but the library was able to accommodate their priority list.

**Reviewer Comments: Bibliographer Subject Areas: Mathematics**
This year, Mireille wrote a library letter of support for a proposed new M.S. in Pure Mathematics, identifying a subject area within the Libraries' Approval Profile that needed to be raised in level, in order to provide support for the proposed new courses in the program.
R.Cooper

| II. CORE BEHAVIORS |
|---|
| Evaluate performance relating to each of the categories reflecting core behavioral requirements.<br>**Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.** |

| CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic, Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Staff Member Comments:** I hae maintained good relationship with my peers, supervisors and staff. | | |

Last Updated January 2010.

KOTOKLO000061

**Reviewer Comments:** Mireille is well respected and in particular has developed a good rapport with coordinator peers. I encourage her to continue building those working relationships so that others may learn and appreciate more the work of Access Services.

---

## III. CORE MANAGERIAL BEHAVIORS

The following section entitled "Core Managerial Behaviors" should be completed only for employees who supervise others or who manage a functional area of business. Evaluate performance relating to each of the five major managerial categories. **Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

| CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments:** I feel that I have developed my staff well as I share with them all there is to know. I continue to efficiently use funds, equipement, time and human resources for highest return.

**Reviewer Comments:** This has been a good year for Mireille as she has had better opportunity to concentrate on development of her staff rather than devoting time to unusually problematic situations. I forsee such a positive work environment for AS will continue in the future.

---

## IV. TECHNOLOGY

Evaluate performance pertaining to knowledge, awareness, acceptance and management of technology.
**Note: Reviewer and staff member comments are encouraged at all times but are <u>required</u> if "Needs Improvement" or "Exceeds Expectations" is checked.**

| TECHNOLOGY – KNOWLEDGE, AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Awareness, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments:** I am very knowlegeable of the systems used in my department as well as the equipement. I have trained the Billing Assistant to run the POS reports.

**Reviewer Comments:**

---

## V. FUTURE PROJECTS, PERFORMANCE GOALS AND OBJECTIVES

List performance goals and objectives to be achieved during the next appraisal period.
Employees and supervisors should complete this section together.

1.
Continue to meet individually with my staff on a weekly basis

2.
Prepare training for a couple of AS staff members to train their peers on using Voyager Access reports.

3.
Work with Megan and DePaul Central on improved billing efficiencies as DePaul financial systems applications are developed.

KOTOKLO000063

4.

## VI. FUTURE CAREER AND DEVELOPMENT GOALS

The following section should be complete by the employee and discussed with the supervisor during the performance appraisal conversation.  Goals should list the career and/or development goals you have set for yourself and the skills and abilities you need to reach your goals.

### FUTURE CAREER AND DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE)

1.  What are the professional opportunities you are looking for in the near and long-term?
Continue to serve on the IRRT committee and mentor as part of the Lamp program and the ARL Initiative to Recruit a Diverse workforce.

2.  What development and career goals have you set for yourself?

3.  Are there specific knowledge, skills or abilities you want to develop to achieve your professional and developmental goals?

4.  Are you able to identify the current barriers or supports to achieving your professional and developmental goals?

**Reviewer Comments:**
*Please identify how you may provide support to employee's career and development goals.*

## VII. MANAGEMENT/INSTITUTIONAL FEEDBACK

1. Identify the key strengths of your department.
The staff is very knowlegeable and efficient in all aspect of Access Services. The staff is cross-trained to ensure continuous and consistent service.

2. Identify changes or improvements that are needed in your department.
We need to continue to refine our processes.

**Reviewer Comments:**
Felicitations on the 10th year anniversary at DePaul! We appreciate the dedication you have shown to provide quality library services and enjoy working with you.

KOTOKLO000065

## VIII. ADDITIONAL NOTES/COMMENTS

I will be celebrating 10 years this year and I am happy to say that I enjoy coming here every day. DePaul is a good place to work.

KOTOKLO000066



**DEPAUL UNIVERSITY**

# ANNUAL STAFF PERFORMANCE APPRAISAL

The Staff Appraisal process is the annual process where staff members and supervisors review performance of the past year and develop individual goals for the year to come. All DePaul staff members and supervisors <u>must</u> participate in this process; the results are one factor used to determine the annual merit pay increase.

| PLEASE TYPE: |
| --- |
| STAFF MEMBER'S NAME AND TITLE: MIREILLE-PAULE KOTOKLO, ACCESS SERVICES COORDINATOR |
| STAFF MEMBER'S STATUS: EXEMPT ☒ NON-EXEMPT ☐　　　FULL-TIME ☒　PART-TIME ☐ |
| STAFF MEMBER'S EMPL ID: 0618461 |
| DEPARTMENT/DIVISION: LIBRARY |
| REVIEW PERIOD: ANNUAL 2008-09 |
| REVIEWER'S NAME AND TITLE: LINDA MORRISSETT - DIRECTOR OF LIBRARIES |

| RATING SCALE: |
| --- |
| Exceeds Expectations = Consistently meets and frequently exceeds job requirements<br>Meets Expectations = Meets job requirements　　**ENTERED** MAY 1 9 2009<br>Needs Improvement = Fails to meet some job requirements<br>N/A = Not Applicable |

| OVERALL PERFORMANCE RATING: This summative rating should reflect a heightened emphasis on the Staff Member's job responsibilities and behaviors associated with strategic goals of DePaul University and/or those of the reviewing department. |
| --- |
| Staff Member:　☐ Exceeds Expectations　☒ Meets Expectations　☐ Needs Improvement* |
| Staff Member Comments: I was very happy to receive and additional position in the Access Services department and applaud the library administration choice to re-structure instead of reducing its workforce as a result of workflow changes. |
| Reviewer:　　　☐ Exceeds Expectations　☒ Meets Expectations　☐ Needs Improvement* |
| Reviewer Comments: Mireille fulfilled staffing needs through hiring, training, and scheduling part time staff who are responsible for desk coverage on difficult shifts (e.g. evening, weekend). She also has weathered some difficult staff situations and has been able to hire and train new staff who are conscientious and attuned to customer service values as well as library policies and procedures. I encourage her to work with administration and other coordinators to identify more meaningful work for the new Loop assistant so he finds the position sufficiently interesting and rewarding. |

_Mireille Kotoklo_　　　　　　　　　　　　5-12-09
**Staff Member Signature (Indicates discussion of review)**　　　　**Date**

_Linda Morrissett_　　　　　　　　　　　　5/12/09
**Reviewing Manager/Supervisor Signature**　　　　　　　**Date**

*A work improvement plan should be developed if the Staff Member receives an overall rating of Needs Improvement or where a Staff Member receives a rating of Needs Improvement in several areas. This plan should be specific and results oriented with measurable outcomes to be achieved within a reasonable time period. <u>Consultation with an Employee Relations representative is recommended.</u>

KOTOKLO000067

**Second Level Reviewer Signature**                          **Date**

**Human Resources Representative Signature**                 **Date**

KOTOKLO000068

## I.  PRINCIPAL RESPONSIBILITIES AND/OR GOALS

Evaluate the Staff Member's performance relating to the primary responsibilities of the position, many of which are found in the job description.  The Staff Member and the Reviewing Manager should discuss and agree upon the current responsibilities of the position before the review is conducted.  The review should be limited to ten responsibilities/goals or less.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| PRIMARY RESPONSIBILITIES AND/OR GOALS (SET AT PRIOR EVALUATION) | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 1)  Supervise the operation of the ILLINET Online automated circulation system to ensure effective circulation of all library materials including books, microforms, and media. Coordinate efficient use of the system with the Law Library and other libraries in the state.  Coordinate with the DP Libraries' Voyager System Administrator and ILCSO regarding: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions.  (8%) | ☒ Exceeds Expectations <br> ☐ Meets Expectations <br> ☐ Needs Improvement | ☒ Exceeds Expectations <br> ☐ Meets Expectations <br> ☐ Needs Improvement |

**Staff Member Comments:**  I continue to communicate with libraries in the consortium to resolve or redirect circulation and billing matters as I am the concortium contact for the DePaul general libraries. I keep in touch with the law Library via email, telephone or in person to coordinate or consider any new procedure relevant to Access Services. I download the patron load in Voyager regularly and have it ready for Illiad as well. I run the duplicate patron records and delete duplicate records in a timely manner. I also contact Carli to resolve Voyager issues related to Circulation. I have updated the last records that still had social security numbers.

**Reviewer Comments:**  Coordination with other consortial libraries and Law are very important and records are kept up to date.  Masking/deletion of SSN in records was critical for compliance.

| 2)  Provide direct service to students and faculty by working at Access Services desks at Lincoln Park and Loop campuses for a minimum of 18 hours per week, and supervising other service desk staff.  Scheduled desk time may include evenings as necessary, and may include participation in the weekend desk rotation as required. (50%) | ☒ Exceeds Expectations <br> ☐ Meets Expectations <br> ☐ Needs Improvement | ☐ Exceeds Expectations <br> ☒ Meets Expectations <br> ☐ Needs Improvement |

**Staff Member Comments:**  I provide direct service to patrons by working at the circulation desks at Lincoln Park and Loop campuses. I ensure coverage by substitution during staff absences. This year we hired permanent part time staff who really alleviate coverage needs due to absences and provide a good and consistent level of service.

**Reviewer Comments:**

| 3)  Supervise the billing and collection of fines and work with other offices of the University and ILCSO to insure proper maintenance of delinquent records.  Supervise processing of receipts in keeping with University wide compliance policies and procedures. (10%) | ☒ Exceeds Expectations <br> ☐ Meets Expectations <br> ☐ Needs Improvement | ☒ Exceeds Expectations <br> ☐ Meets Expectations <br> ☐ Needs Improvement |

**Staff Member Comments:**   The billing procedures are well established and systematic. We directly place service indicators on patron records and removed them as soon as the library obligation is satisfied or to allow the students to register for classes in special situations. We are very compliant and document all the exeptions we make. I am very happy to have the support of my supervisor on some recurrent billing issues.

KOTOKLO000069

**Reviewer Comments:** Billing and interaction with patrons concerning fines is coordinated very smoothly. I am seldom called upon to intervene in the fine assessment and collection process, which is indicative that patrons complaints are listened to and handled appropriately, satisfactorily without escalation to higher levels of complaint.

| 4) Hire, train, evaluate and schedule support staff for both Chicago campuses, including 1.5 staff at Loop campus and 4 at Lincoln Park. Hire and supervise part time staff and student assistants. Review and approve Time Labor System records of all Access services staff. (9%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I hired and trained two full-time staff members for the Lincoln Park (Billing Assistant) and the Loop (Desk supervisor) campuses. As part of a necessary re-structure following workflow changes. The AS departement was happy to received an additional position. This has helped with coverage issues and we have eliminated the LPC morning part-time position as a result. I hire all the student assistants, review and approve Time labor System records for the full-time and non students part-time Access Services staff.

**Reviewer Comments:** Staffing assignments have worked well this year, and both service desks seem to be operating at appropriate service levels to meet patron needs.

| 5) Supervise and provide services to students and faculty in the use of the periodicals and the microform and media viewing/listening collections at both Chicago campuses. Monitor condition of microform, AV and photocopier equipment and reporting of equipment service needs. Supervise the maintenance of the library's print and non print collections including shelving, inventory, and shifting of collections as necessary. Supervise the operation of the Curriculum Materials Center collection at Lincoln Park. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I provide services to students and faculty in the use of periodicals in all formats while I serve at the desk. We have shelf-read the entire DVD collection to identify missing items we later re-ordered. Our DVD collection was overflowing so we added shelving units to accommodate the new DVDs. The CDs are now located in the viewing media room where patrons can browse and check them, they are kept in order. I run reports about the curriculum lab collection to assist the bibliographer in her weeding decisions. I am in the process of ordering a new microform reader as the ones we have have been discontinued and do not work with all microform formats.

**Reviewer Comments:**

| 6) Promote and facilitate use of library resources and services. Provide assistance and communicate to students and faculty as needed in use of all library space and resources at both Chicago campus libraries as needed including: paper and electronic reserves; photocopier services; group study rooms; reference and instruction services; and overall library policies and procedures. Work cooperatively with other library functional areas in preparation and delivery of library promotional materials and programs. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I promote and facilitate the use of library materials while serving at the circulation desk. I worked with the departments that make up Technical Services regarding workflow or to respond to procedure changes that occur in that departement . This year we inventoried the VHS collection and replaced some of the tapes with DVDs as part of a grant. We are also participating in the weeding project at Loop and will take part in another weeding project at the Lincoln Park campus.

**Reviewer Comments:** The inventory and weeding projects are very important to collection management processes. In the coming year we will need to coordinate space planning, especially at Loop if and when the IS lab is moved.

KOTOKLO000070

| 7) Maintain and interpret statistics on the use of the collection, attendance, peak hours of operation, fines collected, and other information as needed.  Prepare statistical analysis and reports including an annual report of Access Services operations. (2%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I maintain the statistics for Access Services such as the gate count, billing statistics, etc. I have recorded the gate count during exam for the last two quarters. The numbers indicated a need to extend the hours during exams.   I run access reports about the activity at the desk and other circulation activity as needed.

**Reviewer Comments:**

| 8) Develop and recommend to Library administration policies and procedures for the effective operation of the Access Services Department to ensure the needs of DePaul University Libraries patrons and in cooperation with ILCSO consortium needs; implement and communicate policies and procedures as approved.  Maintain and update a policies and procedures manual. (3%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I develop policies and procedures to improve efficiency in Access Services as needed I am in the process of reviewing the procedure manual.

**Reviewer Comments:**

| 9) Participate in University and professional activities. Maintain an awareness of current developments in access services and librarianship in general. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I participated in several DePaul University activities and presented at one  brown bag session. I continue to be active with the Association of Research Libraries as a mentor and I am a committee member for the International Relations Roundtable.

**Reviewer Comments:**   I am pleased to see Mireille participating more in DePaul activities.  Now that AS staffing issues and scheduling are manageable, Mireille has more time to devote to these.

| 10) Serve as subject bibliographer in one subject area. (5%)<br><br>Performs other duties as assigned. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:**

I am the Math bibliographer. I have used up my allocation well before the deadline. The Math Department donated a few books to the library as planned and reviewed their profile. The Math Department is very involved in selecting materials for the library.

**Reviewer Comments:** RMC:  Mireille Kotoklo - Meets Expectations

Bibliographer for 1 Library subject fund (Mathematics).

Since her meeting with the Chair of the Math Department and her readjustment

of the Gobi autoship profile last fiscal year, this year's MAT-a fund has

shown an increase in relevancy and number of autoships.  The addition of the

Chair and a new faculty liaison to GobiAlerts has generated a steady number of

relevant recommendations for purchase on the MAT-b fund through Gobi this

year.

KOTOKLO000071

## II. CORE BEHAVIORS

Evaluate performance relating to each of the categories reflecting core behavioral requirements.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| A. CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic*, *Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I continue to cooperate with other departments to complete projects such as the DVD replacement project, and various technical Services projects. I embrace the mission of DePaul and try to demonstrate it everyday.

KOTOKLO000072

**Reviewer Comments:** Mireille's ac ● participation and support of the re-org ● zation in August 2008 due to Tech services workflow changes, and her collegial work with the Bibliographic Services Group in planning inventory, weeding, and similar collaborative projects, has been highly beneficial to smooth operations of the library.

THE FOLLOWING SECTION ENTITLED "CORE MANAGERIAL BEHAVIORS" SHOULD BE COMPLETED ONLY FOR STAFF MEMBERS WHO SUPERVISE OTHERS OR WHO MANAGE A FUNCTIONAL AREA OF BUSINESS.

Evaluate performance relating to each of the five major managerial categories.

Note: Comments are encouraged at all times but are required if "Needs Improvement" is checked.

| B. CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments:** I effectively and efficiently allocate resources to better serve our patrons after monitoring areas that need attention.

KOTOKLO000073

**Reviewer Comments:**

---

## III. TECHNOLOGY

Evaluate performance pertaining to the following principles.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| TECHNOLOGY – AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments:** I download the patron load data from PeopleSoft periodically run the patron load for Voyager and Illiad. I run Voyager reports as needed.

**Reviewer Comments:**

---

## IV. PRIOR DEVELOPMENT GOALS & OBJECTIVES

List prior projects, development goals and objectives that were achieved during the last evaluation period, if applicable. The Staff Member should complete this section.

| PRIOR PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | COMPLETION DATE |
|---|---|
| Inventory of career, curriculum and video collections I | ongoing - yearly |
| Quarterly shelf-reading of the whole collection at both Loop and LPC | Ongoing - quarterly |
| Review all the job descriptions | August 2008 |

KOTOKLO000074

| | |
|---|---|
| Shift the DVDs and the CDs at the LP campus | 2008 |

---

## V.   FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES

List ongoing projects, development goals and objectives to be achieved during the next evaluation period, if applicable.  The Staff Member and the Reviewing Manager should complete this section together.

| FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | TARGET COMPLETION DATE |
|---|---|
| Meet with each Access Services staff member weekly | ongoing |
| Continue to strive to maintain the library collection in excellent order | ongoing |
| | |
| | |

---

## VI.   CAREER DEVELOPMENT PLANS

List the professional opportunities you are looking for in the next year.

I will continue to be a mentor in the Association for Research Libraries "Initiative to Recruit a Diverse Workforce" and serve on the "International Exchange Committee" of the  IRRT (International Relations Round Table of ALA).  OI plan to continue to work in international service projects related to libraries.

List the career or developmental goals you have set for yourself

List the skills and abilities you need to develop to achieve your professional goals.

List current personal practices that you believe are helping or hindering your professional goals.

KOTOKLO000075

**Reviewer Comments:**

## VII.   MANAGEMENT/INSTITUTIONAL FEEDBACK

Identify resources that your supervisor can provide to help increase your performance levels.

> My supervisor continues to be suportive and encouraging. This year there was a delibarate effort to bring all the coordinators together.

Identify changes and/or improvements that are needed in your department.

> The library continues to be attentive to the needs of the students and makes every effort to accommodate them.

**Reviewer Comments:  I appreciate Mireille's participation in the Coordinators Group meetings and retreat so the group can become more cohesive and develop common goals in keeping with the strategic plan and mission of the university.**

## VIII.   ADDITIONAL NOTES/COMMENTS

This area can be used for any additional notes; it can also be used to document the Staff Member's progress on goals identified in last year's performance appraisal.

KOTOKLO000076



**DePaul University**

RECEIVED MAY 1 5 2008

# ANNUAL STAFF PERFORMANCE APPRAISAL

The Staff Appraisal process is the annual process where staff members and supervisors review performance of the past year and develop individual goals for the year to come. All DePaul staff members and supervisors <u>must</u> participate in this process; the results are one factor used to determine the annual merit pay increase.

| PLEASE TYPE: |
|---|
| STAFF MEMBER'S NAME AND TITLE: MIREILLE-PAULE KOTOKLO, ACCESS SERVICES COORDINATOR |
| STAFF MEMBER'S STATUS: EXEMPT ☒ NON-EXEMPT ☐     FULL-TIME ☒ PART-TIME ☐ |
| STAFF MEMBER'S EMPL ID: 0618461 |
| DEPARTMENT/DIVISION: LIBRARY |
| REVIEW PERIOD: ANNUAL 2008 |
| REVIEWER'S NAME AND TITLE: LINDA MORRISSETT, DIRECTOR OF LIBRARIES |

| RATING SCALE: |
|---|
| **Exceeds Expectations = Consistently meets and frequently exceeds job requirements** |
| **Meets Expectations = Meets job requirements** |
| **Needs Improvement = Fails to meet some job requirements** |
| **N/A = Not Applicable** |

| OVERALL PERFORMANCE RATING: This summative rating should reflect a heightened emphasis on the Staff Member's job responsibilities and behaviors associated with strategic goals of DePaul University and/or those of the reviewing department. |
|---|
| **Staff Member:**     ☐ **Exceeds Expectations** ☒ **Meets Expectations** ☐ **Needs Improvement\*** |
| **Staff Member Comments: This year was still fraught with time consuming personnel related issues which gave us an opportunity to review be more careful about what we do. However we were able to carry out our responsibilities and provide good service.** |
| **Reviewer:**     ☐ **Exceeds Expectations** ☒ **Meets Expectations** ☐ **Needs Improvement\*** |
| **Reviewer Comments:** Mireille has managed to balance resources, frequently by proposing and implementing the hiring and scheduling of part time staff so that Loop and LPC access services are covered. |

_(signature)_          5-12-08

**Staff Member Signature (Indicates discussion of review)**     **Date**

_(signature) Linda Morrissett_          5/12/08

**Reviewing Manager/Supervisor Signature**     **Date**

_(signature) Edward X. Tule_          5/7/08

**Second Level Reviewer Signature**     **Date**

---

\*A work improvement plan should be developed if the Staff Member receives an overall rating of Needs Improvement or where a Staff Member receives a rating of Needs Improvement in several areas. This plan should be specific and results oriented with measurable outcomes to be achieved within a reasonable time period. <u>Consultation with an Employee Relations representative is recommended.</u>

KOTOKLO000077

**Human Resources Representative Signature**                    **Date**

KOTOKLO000078

## I.   PRINCIPAL RESPONSIBILITIES AND/OR GOALS

Evaluate the Staff Member's performance relating to the primary responsibilities of the position, many of which are found in the job description.  The Staff Member and the Reviewing Manager should discuss and agree upon the current responsibilities of the position before the review is conducted.  The review should be limited to ten responsibilities/goals or less.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| PRIMARY RESPONSIBILITIES AND/OR GOALS (SET AT PRIOR EVALUATION) | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 1) Supervise the operation of the ILLINET Online automated circulation system to ensure effective circulation of all library materials including books, microforms, and media. Coordinate efficient use of the system with the Law Library and other libraries in the state.  Coordinate with the DP Libraries' Voyager System Administrator and ILCSO regarding: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions.  (8%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

Staff Member Comments:  I continue to communicate with libraries in the consortium to resolve or redirect circulation and billing matters as I am the concortium contact for the DePaul general libraries. I keep in touch with the law Library via email,  telephone or in person to coordinate or consider any new procedure relevant to Access Services. I download the patron load in Voyager regularly and have just started to have it ready for Illiad. I also contact Carli to resolve Voyager issues related to Circulation.

Reviewer Comments:  Mireille collaborates well with her peers in the Library and the CARLI consortium to ensure automated circulation systems are maintained.  She has good knowledge of the Voyager reports and assists the technical services librarians in generating special reports.

| | | |
|---|---|---|
| 2) Provide direct service to students and faculty by working at Access Services desks at Lincoln Park and Loop campuses for a minimum of 18 hours per week, and supervising other service desk staff. Scheduled desk time may include evenings as necessary, and may include participation in the weekend desk rotation as required. (50%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

Staff Member Comments:  I provide direct service to patrons by working at the circulation desks at Lincoln Park and Loop campuses. I ensure coverage by substitution during staff absences. This year we hired permanent part time staff who really alleviate coverage needs due to absences and provide a good and consistent level of service.

Reviewer Comments:  Mireille provides a very professional presence at the service desks when she is working there as scheduled or to fill in for absent staff members.  She is also very flexible in making arrangements to work at both campuses to provide service coverage, including occasional evening and weekend shifts.  Her availability at both LPC and Loop access services units is very important, especially when there are management issues such as have been this year and are continuing.

| | | |
|---|---|---|
| 3) Supervise the billing and collection of fines and work with other offices of the University and ILCSO to insure proper maintenance of delinquent records.  Supervise processing of receipts in keeping with University wide compliance policies and procedures.  (10%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

Staff Member Comments:  I assumed the duties of the billing assistant until a replacement was found. The billing procedures are well established and systematic. We directly place service indicators on patron records and removed them as soon as the library obligation is satisfied. We are very compliant and document all the exeptions we make.

KOTOKLO000079

**Reviewer Comments:** Mireille makes sure any questions are responded to in a timely manner.

| | | |
|---|---|---|
| 4) Hire, train, evaluate and schedule support staff for both Chicago campuses, including 1.5 staff at Loop campus and 4 at Lincoln Park. Hire and supervise part time staff and student assistants. Review and approve Time Labor System records of all Access services staff. **(9%)** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I hired several part-time staff members for the Lincoln Park and the Loop campuses. This has helped with coverage issues. I review and approve Time labor System records for the full-time Access Services staff.

**Reviewer Comments:** Mireille has provided very good oversight and resource management to ensure coverage at both campuses all times we are open without overstaffing with student assistants. This year has been especially challenging to do so with multiple full time staff going on leaves of absence.

| | | |
|---|---|---|
| 5) Supervise and provide services to students and faculty in the use of the periodicals and the microform and media viewing/listening collections at both Chicago campuses. Monitor condition of microform, AV and photocopier equipment and reporting of equipment service needs. Supervise the maintenance of the library's print and non print collections including shelving, inventory, and shifting of collections as necessary. Supervise the operation of the Curriculum Materials Center collection at Lincoln Park. **(5%)** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I provide services to students and faculty while I serve at the desk. We have shelf-read the entire DVD collection to identify missing items we plan to re-order. Our DVD collection is overflowing so we will add shelving units to accommodate the new DVDs. The CDs are now located in the viewing media room where patrons can browse and check them. The curriculum lab collection was weeded this year.

**Reviewer Comments:**

| | | |
|---|---|---|
| 6) Promote and facilitate use of library resources and services. Provide assistance and communicate to students and faculty as needed in use of all library space and resources at both Chicago campus libraries as needed including: paper and electronic reserves; photocopier services; group study rooms; reference and instruction services; and overall library policies and procedures. Work cooperatively with other library functional areas in preparation and delivery of library promotional materials and programs. **(5%)** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I promote and facilitate the use of library materials while working at the desk. I worked with the cataloging department regarding workflow or to respond to procedure changes that occur in that departement . This year we decided to suspend the labelling project and we are processisn the new books daily as they show available in the online catalog as soon as they are processed.

**Reviewer Comments:**

| | | |
|---|---|---|
| 7) Maintain and interpret statistics on the use of the collection, attendance, peak hours of operation, fines collected, and other information as needed. Prepare statistical analysis and reports including an annual report of Access Services operations. **(2%)** | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

KOTOKLO000080

**Staff Member Comments:** I maintain the statistics for Access Services such as the gate count, billing statistics, etc. I can pulled access reports about the activity at the desk and other circulation activity as needed.

**Reviewer Comments:**

| 8) Develop and recommend to Library administration policies and procedures for the effective operation of the Access Services Department to ensure the needs of DePaul University Libraries patrons and in cooperation with ILCSO consortium needs; implement and communicate policies and procedures as approved. Maintain and update a policies and procedures manual. (3%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I develop policies and procedures to improve efficiency in Access Services as needed.

**Reviewer Comments:**

| 9) Participate in University and professional activities. Maintain an awareness of current developments in access services and librarianship in general. (5%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I participated in several DePaul University activities and presented at two brown bag sessions. I continue to be active with the Association of Research Libraries as a mentor and I am a committee member for the International Relations rounttable.

**Reviewer Comments:** Mireille has participated in Diversity training and management workshops among other opportunities. I encourage Mireille for her own professional development to participate even more in university events and activities as time may allow, acknowledging that it can be difficult to set aside that time when managing the department at 2 campuses.

| 10) Serve as subject bibliographer in one subject area. (5%)<br><br>Performs other duties as assigned. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I am the Math bibliographer. The Math Department is planning to review their profile as well as the way they make their selection of materials. The new approach will involve the whole department and a donation of books purchased with the Math department funds to the library.

**Reviewer Comments: RMC:** As the Mathematics Bibliographer, Mireille continued to select items for purchase from among the many recommendations she received from her faculty liaison through Gobi Alerts, encumbering her MAT-b fund by the ordering deadline. During the end of Winter Quarter she had two separate meetings with her math faculty, one with the Chair of the Math Dept.'s Library Committee, who had not been active in developing the collections, and one with the relatively new Chair of the Department. The Collection Development Coordinator was included in both meetings. As of April 2008, the Mathematics Department's faculty liaison was changed to be the Math Department Chair, who is currently appointing a new Math Dept. Library Committee. The Dept. Chair has now been added to Gobi Alerts, and the old liaison has been removed at the Chair's request. Also at the Chair's request, Mireille will be participating in further upcoming meetings with various members of the Math faculty to revise the Approval Profile and the Collection Development Policy for Mathematics.

KOTOKLO000081

## II.    CORE BEHAVIORS

Evaluate performance relating to each of the categories reflecting core behavioral requirements.

.  Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| A.  CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic*, *Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:  I continue to keep my composure in all situations and stay a team player. I embrace the mission of DePaul and try to demonstrate it everyday.**

KOTOKLO000082

**Reviewer Comments:**

---

<u>THE FOLLOWING SECTION ENTITLED "CORE MANAGERIAL BEHAVIORS" SHOULD BE COMPLETED ONLY FOR STAFF MEMBERS WHO SUPERVISE OTHERS OR WHO MANAGE A FUNCTIONAL AREA OF BUSINESS.</u>

Evaluate performance relating to each of the five major managerial categories.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| B. CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments: I effectively and efficiently allocate resources to better serve our patrons.**

KOTOKLO000083

**Reviewer Comments:**

---

| III. | TECHNOLOGY |
|------|------------|

Evaluate performance pertaining to the following principles.

    Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| TECHNOLOGY – AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments: I download the patron load data from PeopleSoft and I am running the patron load monthly. I run Voyager reports as needed.**

**Reviewer Comments:**

---

| IV. | PRIOR DEVELOPMENT GOALS & OBJECTIVES |
|-----|--------------------------------------|

    List prior projects, development goals and objectives that were achieved during the last evaluation period, if applicable. The Staff Member should complete this section.

| PRIOR PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | COMPLETION DATE |
|---|---|
| Inventory of career, curriculum and video collections I | ongoing - yearly |
| Quarterly shelf-reading of the whole collection at both Loop and LPC | Ongoing - quarterly |
|  |  |

KOTOKLO000084

---

## V.    FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES

List ongoing projects, development goals and objectives to be achieved during the next evaluation period, if applicable.  The Staff Member and the Reviewing Manager should complete this section together.

| FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | TARGET COMPLETION DATE |
|---|---|
| Review all the job descriptions | August 2008 |
| Shift the DVDs and the CDs at the LP campus | TBD |
|  |  |
|  |  |

## VI.    CAREER DEVELOPMENT PLANS

List the professional opportunities you are looking for in the next year.

> I will continue to serve as a mentor in the Association for Research Libraries "Initiative to Recruit a Diverse Workforce" and work in international service projects related to libraries.

List the career or developmental goals you have set for yourself

List the skills and abilities you need to develop to achieve your professional goals.

List current personal practices that you believe are helping or hindering your professional goals.

KOTOKLO000085

**Reviewer Comments:**

---

## VII.    MANAGEMENT/INSTITUTIONAL FEEDBACK

Identify resources that your supervisor can provide to help increase your performance levels.

> My supervisor continues to be suportive and encouraging.

Identify changes and/or improvements that are needed in your department.

---

**Reviewer Comments:** Mireille has had a challenging year with some staff, and the time she must devote to working with the various issues takes away from time and energy to devote to management of the department and access services for the university. While good services from the department have continued, I think both Mireille and I look forward to a point where she can spend more time on development of the department and working more actively with the other Library coordinators who are also supportive of her.

---

## VIII.    ADDITIONAL NOTES/COMMENTS

This area can be used for any additional notes; it can also be used to document the Staff Member's progress on goals identified in last year's performance appraisal.

KOTOKLO000086

**DEPAUL UNIVERSITY**

# ANNUAL STAFF PERFORMANCE APPRAISAL

The Staff Appraisal process is the annual process where staff members and supervisors review performance of the past year and develop individual goals for the year to come. All DePaul staff members and supervisors <u>must</u> participate in this process; the results are one factor used to determine the annual merit pay increase.

| PLEASE TYPE: | |
|---|---|
| STAFF MEMBER'S NAME AND TITLE: MIREILLE-PAULE KOTOKLO, ACCESS SERVICES COORDINATOR | |
| STAFF MEMBER'S STATUS: EXEMPT ☒ NON-EXEMPT ☐      FULL-TIME ☒ PART-TIME ☐ | |
| STAFF MEMBER'S EMPL ID: 0618461 | |
| DEPARTMENT/DIVISION: LIBRARY | |
| REVIEW PERIOD: ANNUAL 2006-2007 | |
| REVIEWER'S NAME AND TITLE: LINDA MORRISSETT, DIRECTOR OF LIBRARIES | |

**RATING SCALE:**

Exceeds Expectations = Consistently meets and frequently exceeds job requirements
Meets Expectations = Meets job requirements
Needs Improvement = Fails to meet some job requirements
N/A = Not Applicable

**OVERALL PERFORMANCE RATING:** This summative rating should reflect a heightened emphasis on the Staff Member's job responsibilities and behaviors associated with strategic goals of DePaul University and/or those of the reviewing department.

**Staff Member:** ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement*

**Staff Member Comments:** This year has been a very challenging one with staff related issues. We successfully completed the inventory of the entire collection at the Lincoln Park and Loop campuses. The Loop circulating and reference collections were shifted as well. We continue to process call slips in a timely manner.

**Reviewer:** ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement*

**Reviewer Comments:** Mireille has met the many challenges involving staff management problems with patience and equanimity. Her proposal to hire non-student part time staff to provide consistent desk scheduling and reliable service is a good example of her resource management skills, and from my observation has been quite successful. She coordinates work well with her colleagues in Bibliographic Services, resulting in successful projects such as reorganization of the CDs for public access, VHS replacement, and inventory which is ongoing.

_Mireille Kotoklo_        5-15-07
**Staff Member Signature (Indicates discussion of review)**     **Date**

_Linda Morrissett_        5/15/07
**Reviewing Staff's Supervisor Signature**     **Date**
CHECKED MAY 2 6 2007

*A work improvement plan should be developed if the Staff Member receives an overall rating of Needs Improvement or where a Staff Member receives a rating of Needs Improvement in several areas. This plan should be specific and results oriented with measurable outcomes to be achieved within a reasonable time period. <u>Consultation with an Employee Relations representative is recommended.</u>

KOTOKLO000087

_Edward_                                             5/16/17

**Second Level Reviewer Signature**                    **Date**

**Human Resources Representative Signature**           **Date**

KOTOKLO000088

| I. | PRINCIPAL RESPONSIBILITIES AND/OR GOALS |
|----|------------------------------------------|

Evaluate the Staff Member's performance relating to the primary responsibilities of the position, many of which are found in the job description. The Staff Member and the Reviewing Manager should discuss and agree upon the current responsibilities of the position before the review is conducted. The review should be limited to ten responsibilities/goals or less.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| PRIMARY RESPONSIBILITIES AND/OR GOALS (SET AT PRIOR EVALUATION) | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 1) Supervise the operation of the ILLINET Online automated circulation system to ensure effective circulation of all library materials including books, microforms, and media. Coordinate efficient use of the system with the Law Library and other libraries in the state. Coordinate with the DP Libraries' Voyager System Administrator and ILCSO regarding: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions. (8%) | ☒ Exceeds Expectations <br> ☐ Meets Expectations <br> ☐ Needs Improvement | ☒ Exceeds Expectations <br> ☐ Meets Expectations <br> ☐ Needs Improvement |

**Staff Member Comments:** I continue to communicate with libraries in the consortium to resolve or redirect circulation and billing matters as I am the concortium contact for the DePaul general libraries. I keep in touch with the law Library via email, telephone or in person to coordinate or consider any new procedure relevant to Access Services. I have met with the University technology people to revise our code for the patron load. I download the patron data from PeopleSoft and request the patron load monthly from Carli. I have updated the loan policies to prepare for the CDs. The CDs will be moved to the viewing/listening room so patrons could have direct access to them.

**Reviewer Comments:** Mireille's contacts with the Law Library and CARLI I-Share office and other consortium members are of prime importance to the smooth operations of the access services functions. This year Mireille worked with IS staff on a business case to change the program from which library patron load data is extracted from PeopleSoft, including necessary testing. Mireille has initiated an increased number of patron data loads to reflect changes in students and faculty during the quarterly academic cycle, also addressing the semester requirements of the Law Library.

| | | |
|---|---|---|
| 2) Provide direct service to students and faculty by working at Access Services desks at Lincoln Park and Loop campuses for a minimum of 18 hours per week, and supervising other service desk staff. Scheduled desk time may include evenings as necessary, and may include participation in the weekend desk rotation as required. (50%) | ☒ Exceeds Expectations <br> ☐ Meets Expectations <br> ☐ Needs Improvement | ☒ Exceeds Expectations <br> ☐ Meets Expectations <br> ☐ Needs Improvement |

**Staff Member Comments:** I provide direct service to patrons by working at the circulation desks at Lincoln Park and Loop campuses. I ensure coverage by substituting during staff absences and participated in the weekend rotation we established. I also covered the desk on weekends when issues with compensatory time were raised and weekend rotation was no longer an option.

**Reviewer Comments:** This year there have been an unusual number of staff absences due to FMLA and part time employee turnover. Mireille makes sure desks at LPC and Loop have coverage, frequently filling in when there have been absences. As noted, she has also provided weekend rotation coverage when it was needed to ensure consistent service to our students.

| | | |
|---|---|---|
| 3) Supervise the billing and collection of fines and work with other offices of the University and ILCSO to insure proper maintenance of delinquent records. Supervise processing of receipts in keeping with University wide compliance policies and procedures. (10%) | ☒ Exceeds Expectations <br> ☐ Meets Expectations <br> ☐ Needs Improvement | ☐ Exceeds Expectations <br> ☒ Meets Expectations <br> ☐ Needs Improvement |

KOTOKLO000089

**Staff Member Comments:** The billing procedures are well established and systematic. We directly place service indicators on patron records and removed them as soon as the library obligation is satisfied. We are very compliant and document all the exeptions we make.

**Reviewer Comments:** Mireille also works in coordination with the Billing Assistant to resolve any billing problems as they come to her attention.

| | | |
|---|---|---|
| 4) Hire, train, evaluate and schedule support staff for both Chicago campuses, including 1.5 staff at Loop campus and 4 at Lincoln Park. Hire and supervise part time staff and student assistants. Review and approve Time Labor System records of all Access services staff. (3%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I hired 4 part-time staff members for the Lincoln Park and the Loop campuses. This has helped with coverage issues. I review and approve Time labor System records for the full-time Access Services staff.

**Reviewer Comments:** Hiring regular part time staff to cover evenings and weekends has alleviated problems with staffing for those times which are more challenging to cover.

| | | |
|---|---|---|
| 5) Supervise and provide services to students and faculty in the use of the periodicals and the microform and media viewing/listening collections at both Chicago campuses. Monitor condition of microform, AV and photocopier equipment and reporting of equipment service needs. Supervise the maintenance of the library's print and non print collections including shelving, inventory, and shifting of collections as necessary. Supervise the operation of the Curriculum Materials Center collection at Lincoln Park. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I provide services to students and faculty while I serve at the desk. We have inventoried the entire collection at the Loop and Lincoln Park Libraries. We have shelf-read the entire video and career collection. The education bibliographer is planning to weed the curriculum lab collection, so I am providing her with reports to facilitate her task.

**Reviewer Comments:** The inventory projects have taken a high priority, consistent with our goal identified in the Academic Program Review to have holdings in the catalog as up to date as possible. Mireille works with AS staff and other departments such as cataloging and collection development to be sure records are as meticulously accurate as possible. Shifting projects are also ongoing, as Mireille recognizes and supports the need to keep collections well maintained. She is liaison with Document Services regarding printer service problems at both Loop and LPC.

| | | |
|---|---|---|
| 6) Promote and facilitate use of library resources and services. Provide assistance and communicate to students and faculty as needed in use of all library space and resources at both Chicago campus libraries as needed including: paper and electronic reserves; photocopier services; group study rooms; reference and instruction services; and overall library policies and procedures. Work cooperatively with other library functional areas in preparation and delivery of library promotional materials and programs. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I promote and facilitate the use of library materials while working at the desk. I worked with the cataloging department during the collection inventory and we started with the labelling project and the CDs re-location projects.

**Reviewer Comments:** Mireille establishes a high standard of service in her work and provides consistent, helpful service to those she works with. She works collaboratively with the bibliographic services group to coordinate projects with other departments so that projects are developed and performed in detail according to the needs of all departments.

KOTOKLO000090

| 7) Maintain and interpret statistics on the use of the collection, attendance, peak hours of operation, fines collected, and other information as needed. Prepare statistical analysis and reports including an annual report of Access Services operations. (2%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I maintain the statistics for Access Services such as the gate count, billing statistics and can pulled access reports about the activity at the desk and other circulation activity.

**Reviewer Comments:**

| 8) Develop and recommend to Library administration policies and procedures for the effective operation of the Access Services Department to ensure the needs of DePaul University Libraries patrons and in cooperation with ILCSO consortium needs; implement and communicate policies and procedures as approved. Maintain and update a policies and procedures manual. (3%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I develop policies and procedures to improve efficiency in Access Services.

**Reviewer Comments:** Mireille has worked in collaboration with her staff to recommend revisions of policies and procedures for a new room reservation system which ITD is developing to replace WebEvent. She has brought to my attention questions and problems with issues involving non-exempt staff time reporting and compensatory time, including several staff complaints that policies and procedures are not clear or are unfair. We are in process of working with HR to address problems in accordance with University policy and procedure.

| 9) Participate in University and professional activities. Maintain an awareness of current developments in access services and librarianship in general. (5%) | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I did take part on the DePaul University Vincentian Historical Tour last summer. I continue to be active with the Association of Research Libraries as a mentor.

**Reviewer Comments:** Mireille also participated in the Vincentian leadership program. She works with IFLA and attends ALA to participate in the various discussion groups and activities which support her professional interests.

| 10) Serve as subject bibliographer in one subject area. (5%)<br><br>Performs other duties as assigned. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I am the Math bibliographer.

**Reviewer Comments:** R. Cooper: Mireille successfully continued her Bibliographer responsibilities for the Mathematics collection, selecting materials in Gobi, as well as selecting purchase recommendations received from her faculty liaison through Gobi Alerts.

KOTOKLO000091

## II. CORE BEHAVIORS

Evaluate performance relating to each of the categories reflecting core behavioral requirements.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| A. CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic, Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Staff Member Comments:** We completed the inventory project and will to incorporate it in the stacks maintenance routine. The catalog is more accurate as a result. | | |

KOTOKLO000092

**Reviewer Comments:**

THE FOLLOWING SECTION ENTITLED "CORE MANAGERIAL BEHAVIORS" SHOULD BE COMPLETED ONLY FOR STAFF MEMBERS WHO SUPERVISE OTHERS OR WHO MANAGE A FUNCTIONAL AREA OF BUSINESS.

Evaluate performance relating to each of the five major managerial categories.

Note: Comments are encouraged at all times but are required if "Needs Improvement" is checked.

| B. CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments:** I effectively and efficiently allocate resources to better serve our patrons.

KOTOKLO000093

Reviewer Comments: Mireille also works collaboratively with her colleagues in other library departments and Law Library to ensure resources are allocated to effectively develop and complete projects, for example the coding of labels for Loop Library books so they are less likely to be misshelved at LPC.

---

## III. TECHNOLOGY

Evaluate performance pertaining to the following principles.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| TECHNOLOGY – AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Acceptance and Management of Technology:**<br>· Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>· Stays abreast of new developments in technology that aid or increase job performance.<br>· Identifies and takes advantage of technological options at DePaul.<br>· Readily accepts change in job responsibilities that result from changes or advances in technology.<br>· Encourages Staff Members to utilize innovative techniques to complete job duties. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

Staff Member Comments: I am now in charge of downloading the patron data from PeopleSoft and I am running the patron load monthly now. I run reports needed for the inventory.

Reviewer Comments:

---

## IV. PRIOR DEVELOPMENT GOALS & OBJECTIVES

List prior projects, development goals and objectives that were achieved during the last evaluation period, if applicable. The Staff Member should complete this section.

| PRIOR PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | COMPLETION DATE |
|---|---|
| Inventory project for whole collection at LPC and Loop | December 2006 |
| Inventory of career, curriculum and video collections | ongoing - yearly |
| Quarterly shelf-reading of the whole collection at both Loop and LPC | Ongoing - quarterly |

KOTOKLO000094

| | |
|---|---|
| | |

## V.    FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES

List ongoing projects, development goals and objectives to be achieved during the next evaluation period, if applicable.  The Staff Member and the Reviewing Manager should complete this section together.

| FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | TARGET COMPLETION DATE |
|---|---|
| | |
| | |
| | |
| | |

## VI.    CAREER DEVELOPMENT PLANS

List the professional opportunities you are looking for in the next year.

> I want to continue to serve as a mentor in the Association for Research Libraries "initiative to Recruit a Diverse Workforce" and work in international service projects related to libraries.

List the career or developmental goals you have set for yourself

List the skills and abilities you need to develop to achieve your professional goals.

List current personal practices that you believe are helping or hindering your professional goals.

KOTOKLO000095

**Reviewer Comments:**

---

## VII.    MANAGEMENT/INSTITUTIONAL FEEDBACK

Identify resources that your supervisor can provide to help increase your performance levels.

> My supervisor has been suportive, but I wish for more. I also would like better communication pertinent to Access Services. For example, this year someone that was partly under my supervision was re-assigned fully to the other co-supervisor at the latter's request. I was not involved in the discussion even though I had made a similar suggestion a few months earlier (and every party participated) that was on put on hold by the co-supervisor because of a impending complaint.

Identify changes and/or improvements that are needed in your department.

> **Reviewer Comments:   The reassignment of a joint report (AS/Doc Delivery)  staff member to Copyright Assistant was done very quickly with the goal to fulfill copyright compliance requirements for reserves which was no longer being done due to a staff vacancy;  I acknowledge that Mireille should have been a full participant in the discussion to make the change.  We had extensive discussion and meetings which resulted in the Loop Circ Desk supervisor reporting full time to Mireille while continuing duties split between 2 departments.**
>
> **The challenges we have faced with AS and DD non-exempt staff this year have reinforced the need for Mireille, Paula Dempsey and I to collaborate more closely and communicate about problems as soon as they surface so we develop a consistent approach with our staff.  One key source of staffing problems in the Library is that  both Access Services and Document Delivery are not sufficiently staffed to operate as separate units dedicated to service goals of that unit, so staff must be assigned to support the service desk and service goals of both areas. Good communication is even more challenging in this organizational structure.**

---

## VIII.    ADDITIONAL NOTES/COMMENTS

This area can be used for any additional notes; it can also be used to document the Staff Member's progress on goals identified in last year's performance appraisal.

> I was lucky to receive a scholarship to take a leadership class offered by the University. One important outcome is that I had the opportunity to get to know and appreciate one of my co-worker better. I was also able to get to know myself better and learn more about the different types of leadership. I wish the course can be condensed and presented to all the University staff.

KOTOKLO000096

**DEPAUL UNIVERSITY**

# ANNUAL STAFF PERFORMANCE APPRAISAL

The Staff Appraisal process is the annual process where staff members and supervisors review performance of the past year and develop individual goals for the year to come. All DePaul staff members and supervisors <u>must</u> participate in this process; the results are one factor used to determine the annual merit pay increase.

| PLEASE TYPE: |
|---|
| STAFF MEMBER'S NAME AND TITLE: MIREILLE-PAULE KOTOKLO |
| STAFF MEMBER'S STATUS: EXEMPT ☒ NON-EXEMPT ☐     FULL-TIME ☒ PART-TIME ☐ |
| STAFF MEMBER'S EMPL ID: 0618461 |
| DEPARTMENT/DIVISION: LIBRARY |
| REVIEW PERIOD: ANNUAL, 2006 |
| REVIEWER'S NAME AND TITLE: LINDA MORRISSETT |

| RATING SCALE: |
|---|
| **Exceeds Expectations = Consistently meets and frequently exceeds job requirements** <br> **Meets Expectations = Meets job requirements** <br> **Needs Improvement = Fails to meet some job requirements** <br> **N/A = Not Applicable** |

| OVERALL PERFORMANCE RATING: This summative rating should reflect a heightened emphasis on the Staff Member's job responsibilities and behaviors associated with strategic goals of DePaul University and/or those of the reviewing department. |
|---|
| Staff Member:     ☒ Exceeds Expectations ☐ Meets Expectations ☐ Needs Improvement* |
| **Staff Member Comments: This year, we made a lot of accomplishments in the area of stack maintenance. The new re-defined Access Services departement worked well with the challenges the new structure brought.** |
| Reviewer:     ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement* |
| **Reviewer Comments: Mireille has overseen several projects so that the collections are better maintained. Consistent, responsive, quality service to our patrons is important to her and she conveys these goals to Access Services staff. Although the past year has been very challenging with the new organizational structure having major impact on her areas, Mireille has been steadfast in maintaining service goals and supporting the goals of the Library. I would like to thank her for her continued support during this transition, and for her the leadership she provides to her staff in accepting and incorporating necessary change.** |

_Mireille Kotoklo_             5-9-06
**Staff Member Signature (Indicates discussion of review)**     **Date**    5/9/06

_Linda Morissett_
**Reviewing Manager/Supervisor Signature**     **Date**    5/11/06

*A work improvement plan should be developed if the Staff Member receives an overall rating of Needs Improvement or where a Staff Member receives a rating of Needs Improvement in several areas. This plan should be specific and results oriented with measurable outcomes to be achieved within a reasonable time period. <u>Consultation with an Employee Relations representative is recommended.</u>

KOTOKLO000097

**Second Level Reviewer Signature**                                    **Date**

**Human Resources Representative Signature**                           **Date**

KOTOKLO000098

## I.  PRINCIPAL RESPONSIBILITIES AND/OR GOALS

Evaluate the Staff Member's performance relating to the primary responsibilities of the position, many of which are found in the job description.  The Staff Member and the Reviewing Manager should discuss and agree upon the current responsibilities of the position before the review is conducted.  The review should be limited to ten responsibilities/goals or less.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| PRIMARY RESPONSIBILITIES AND/OR GOALS (SET AT PRIOR EVALUATION) | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 1)  Supervise the operation of the ILLINET Online automated circulation system to ensure effective circulation of all library materials including books, microforms, and media. Coordinate efficient use of the system with the Law Library and other libraries in the state.  Coordinate with the DP Libraries' Voyager System Administrator and ILCSO regarding: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions.  (8%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:  I communicate with libraries in the consortium to resolve circualtion problems. I keep in touch with the law Library via email,  telephone or in person to coordinate any new procedure relevant to Access Services. I will be requestiing the patron load from now on.**

**Reviewer Comments:  Mireille keeps abreast of policies and changes in software within the consortium.  She has taken on responsibility of the patron loads, which will ensure that these are done in time to ensure patron service within the timeframe dictated by DePaul's academic calendar**

| | | |
|---|---|---|
| 2)  Provide direct service to students and faculty by working at Access Services desks at Lincoln Park and Loop campuses for a minimum of 18 hours per week, and supervising other service desk staff.  Scheduled desk time may include evenings as necessary, and may include participation in the weekend desk rotation as required. (50%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:  I provide direct service to patrons by working at the circulation desks at Lincoln Park and Loop campuses. I substitute for absences and participate in the weekend rotation.**

**Reviewer Comments:  I am very pleased to see Mireille regularly providing direct service to patrons at the desk.  She provides a consistent, professional and responsible demeanor so that patrons recognize and have confidence in the quality of service and knowledge of policies and procedures.**

| | | |
|---|---|---|
| 3)  Supervise the billing and collection of fines and work with other offices of the University and ILCSO to insure proper maintenance of delinquent records. Supervise processing of receipts in keeping with University wide compliance policies and procedures.  (10%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:  A change in the billing procedure brought about an increase in tactivity at the beginning of each quarter and at registration time. I do and audit the billing receipts with the billing assistant from time to time and ensure that we are compliant with the University policies and procedures.**

KOTOKLO000099

Reviewer Comments: Mireille worked directly with Tammy Rogers and her staff assist Student Accounts with their initiative to improve accounts workflow. Mireille coordinated new procedures with Law. The procedures include setting service flag indicators on students' accounts when they are delinquent in returning materials or paying fines. Mireille established library procedures, trained and supervises staff in setting and removal of service flags as appropriate. Mireille's participation in this change facilitates students' ability to be able to resolve their fines and register in a timely manner.

| 4) Hire, train, evaluate and schedule support staff for both Chicago campuses, including 1.5 staff at Loop campus and 4 at Lincoln Park. Hire and supervise part time staff and student assistants. Review and approve Time Labor System records of all Access services staff. (9%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| --- | --- | --- |

Staff Member Comments: Keeping the loop evening part time position remains a challenge.

Reviewer Comments: Loop is indeed a particular challenge, made more difficult because Mireille is available to that staff on a limited basis. Although the service demands are so much lower at loop, the supervision problems for this area are far out of proportion to the business needs at Loop. Mireille has addressed some of these problems by suggesting part time staff positions be assigned at Loop, and these suggestions have been implemented. The joint supervision of Loop staff has been less successful due to conflicting personalities and tricky supervisory issues. Mireille has recently worked to communicate those issues and concerns with Paula Dempsey and with their joint Loop staff. These communication attempts have been met with resistance which reflect the personalities of those involved. However, I think it is very important for Mireille to be persistent in regular communication with Paula, Terra and Lorie and part time staff.

| 5) Supervise and provide services to students and faculty in the use of the periodicals and the microform and media viewing/listening collections at both Chicago campuses. Monitor condition of microform, AV and photocopier equipment and reporting of equipment service needs. Supervise the maintenance of the library's print and non print collections including shelving, inventory, and shifting of collections as necessary. Supervise the operationof the Curriculum Materials Center collection at Lincoln Park. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| --- | --- | --- |

Staff Member Comments: I provide services to students and faculty while I serve at the desk. We are inventorying the entire collection at the Loop and Lincoln Park Libraries. We have added new shelves on the third floor and shifted part the collection to fit. We have also integrated selected items from the former Barat campus into the lincoln Park library collections. We have shelf-read the entire video and career collection. We also re-classified the curriculum lab into Dewey Decimall order instead of material type.

Reviewer Comments: There have been definite improvements in stacks and AV, CMC maintenance, in part due to new Stacks Maintenance supervisor and students, in part due to these projects which Mireille has initiated.

| 6) Promote and facilitate use of library resources and services. Provide assistance and communicate to students and faculty as needed in use of all library space and resources at both Chicago campus libraries as needed including: paper and electronic reserves; photocopier services; group study rooms; reference and instruction services; and overall library policies and procedures. Work cooperatively with other library functional areas in preparation and delivery of library promotional materials and programs. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| --- | --- | --- |

Staff Member Comments: I promote and facilitate the use of library materials while working at the desk.

KOTOKLO000100

**Reviewer Comments:** Again, I'm very pleased that Mireille can provide good knowledge of resources and their use at the service desks.

| | | |
|---|---|---|
| 7) Maintain and interpret statistics on the use of the collection, attendance, peak hours of operation, fines collected, and other information as needed. Prepare statistical analysis and reports including an annual report of Access Services operations. (2%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I maintain the statistics for Access Services.

**Reviewer Comments:** Mireille provides reports as needed, both regular annual reports and special reports. These are useful in tracking usage and service support for the library

| | | |
|---|---|---|
| 8) Develop and recommend to Library administration policies and procedures for the effective operation of the Access Services Department to ensure the needs of DePaul University Libraries patrons and in cooperation with ILCSO consortium needs; implement and communicate policies and procedures as approved. Maintain and update a policies and procedures manual. (3%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I develop policies and procedures to improve efficiency in Access Services.

**Reviewer Comments:**

| | | |
|---|---|---|
| 9) Participate in University and professional activities. Maintain an awareness of current developments in access services and librarianship in general. (5%) | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I will take part on the DePaul University Vincentian Historical Tour this summer. I caontinue to be active with the Association of Research Libraries

**Reviewer Comments:** The VHT should prove to be a valuable experience, not only in discovering St. Vincent's life and times, but also in her interactions with other staff and faculty participants.

| | | |
|---|---|---|
| 10) Serve as subject bibliographer in one subject area. (5%)<br><br>Performs other duties as assigned. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I am the Math bibliographer.

**Reviewer Comments:** Mireille continued as Mathematics Bibliographer this year, using Gobi Alerts as a way to keep her Mathematics faculty involved in the development of the collection, and using Gobi to select materials herself as the ordering year drew to a close. The new ordering timeline that was just distributed to Bibliographers will be of particular importance to Mireille as a tool to help distribute the ordering process over the entire ordering year.

    -- **Rosemarie Cooper**

KOTOKLO000101

| II. | CORE BEHAVIORS |
|---|---|

Evaluate performance relating to each of the categories reflecting core behavioral requirements.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| A. CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic*, *Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

KOTOKLO000102

**Staff Member Comments:** I am trying ⬤ work efficiently within the parameters ⬤ my new responsibilities.

In order to provide an accurate catalog, we have decided to do an inventory of the entire collection. We have been able identify other issues such as incorrect location or call number or items that are not cataloged. Those issues are corrected as soon as we find them. At the end of the inventory project, we hope to offer our patron a more accurate catalog.

Last summer, I trained the Lincoln Park Access Services staff and the Law library staff to place and remove service indicators on students records. The Student Accounts Office stopped collecting library fines so the libraries had to find an alternative to collect fines.

---

**Reviewer Comments:** Mireille oversees staff and coordinates projects which promote efficiency and quality service. She welcomes opportunities for improvements in procedures.

I appreciate that Mireille is consistently dependable.

This year has been very challenging for Mireille and Access Services due to reorganization changes. She schedules and coordinates staff so service desk hours are covered and universal borrowing service is efficient and timely. The communication and supervision styles of Mireille and Paula are strongly different, so the difficulties encountered are not surprising. Again, I encourage Mireille to put forth as much effort as possible to keep communication and coordination between the two areas as strong as possible.

---

<u>THE FOLLOWING SECTION ENTITLED "CORE MANAGERIAL BEHAVIORS" SHOULD BE COMPLETED ONLY FOR STAFF MEMBERS WHO SUPERVISE OTHERS OR WHO MANAGE A FUNCTIONAL AREA OF BUSINESS.</u>

Evaluate performance relating to each of the five major managerial categories.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| B. CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

KOTOKLO000103

| Strategic Thinking:<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
|---|---|---|

**Staff Member Comments:** The new structure has given me an opportunity to use my resource management skills. The productivity has not suffered, but the challenge has been with coverage at the desk.

**Reviewer Comments:** The productivity has not suffered, nor has service. It is acknowledged that desk coverage is more difficult with the organizational change, and no additional resources. Mireille has been exploring ways to make coverage less problematic, such as hiring regular part time and raising student wages to try to reduce turnover, and I hope she will see positive results by the end of spring quarter.

---

## III.    TECHNOLOGY

Evaluate performance pertaining to the following principles.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| TECHNOLOGY – AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| Knowledge, Acceptance and Management of Technology:<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments:** I run the type of reports I need for the inventory. There was some resistance on the type of report I ran. Some wanted me to run a report that would give me the contents of the collection. I had to insist that I needed a report that shows me what the patron would see as the inventory is done with the patron in mind.

**Reviewer Comments:** I encourage Mireille to become even more adept at discovering capabilities of Report Writer, and developing more useful reports. This module is challenging to manipulate. I encourage her to attend I[Share training and communication forums to further her knowledge.

---

## IV.    PRIOR DEVELOPMENT GOALS & OBJECTIVES

List prior projects, development goals and objectives that were achieved during the last evaluation period, if applicable. The Staff Member should complete this section.

| PRIOR PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | COMPLETION DATE |
|---|---|

KOTOKLO000104

| | |
|---|---|
| Inventory project | Summer 2006 |
| Inventory of career, curriculum and video collections | Summer 2005 |
| Quarterly shelf-reading of the whole collection at both Loop and LPC | Ongoing |
| | |

---

## V.    FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES

List ongoing projects, development goals and objectives to be achieved during the next evaluation period, if applicable.  The Staff Member and the Reviewing Manager should complete this section together.

| FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | TARGET COMPLETION DATE |
|---|---|
| Complete the inventory project at both libraries | ongoing |
| Inventory the curriculum, video and career collections at both the Loop and LPC libraries | yearly |
| Quarterly shelf-reading of the whole collection at both Loop and LPC | ongoing |
| | |

---

## VI.    CAREER DEVELOPMENT PLANS

List the professional opportunities you are looking for in the next year.




List the career or developmental goals you have set for yourself




List the skills and abilities you need to develop to achieve your professional goals.

KOTOKLO000105

List current personal practices that you believe are helping or hindering your professional goals.

---

**Reviewer Comments:**

---

## VII. MANAGEMENT/INSTITUTIONAL FEEDBACK

Identify resources that your supervisor can provide to help increase your performance levels.

Identify changes and/or improvements that are needed in your department.

---

**Reviewer Comments:**

---

## VIII. ADDITIONAL NOTES/COMMENTS

This area can be used for any additional notes; it can also be used to document the Staff Member's progress on goals identified in last year's performance appraisal.

KOTOKLO000106

**DePaul University**

# ANNUAL STAFF PERFORMANCE APPRAISAL

The Staff Appraisal process is the annual process where staff members and supervisors review performance of the past year and develop individual goals for the year to come. All DePaul staff members and supervisors <u>must</u> participate in this process; the results are one factor used to determine the annual merit pay increase.

| PLEASE TYPE: |
|---|
| STAFF MEMBER'S NAME AND TITLE: MIREILLE KOTOKLO - COORDINATOR FOR ACCESS SERVICES |
| STAFF MEMBER'S STATUS: EXEMPT ☒  NON-EXEMPT ☐          FULL-TIME ☒  PART-TIME ☐ |
| STAFF MEMBER'S EMPL ID OR SSN: 0618461 |
| DEPARTMENT/DIVISION: LIBRARY |
| REVIEW PERIOD: FY05 ANNUAL |
| REVIEWER'S NAME AND TITLE: LINDA MORRISSETT - DIRECTOR OF LIBRARIES |

| RATING SCALE: |
|---|
| **Exceeds Expectations = Consistently meets and frequently exceeds job requirements** |
| **Meets Expectations = Meets job requirements** |
| **Needs Improvement = Fails to meet some job requirements** |
| **N/A = Not Applicable** |

| OVERALL PERFORMANCE RATING: This summative rating should reflect a heightened emphasis on the Staff Member's job responsibilities and behaviors associated with strategic goals of DePaul University and/or those of the reviewing department. |
|---|
| **Staff Member:**          ☐ Exceeds Expectations  ☒ Meets Expectations  ☐ Needs Improvement* |
| **Staff Member Comments:  This year has been a challenging and stressful year for the department due to staffing shortage. Our Access Services Library Assistant resigned in January and her position was frozen for a while and subsequently cut as part of the Universtiy reduction in force. Before we could adjust to the staff shortage created by the loss of one position, our Billing assistant resigned at the term of a three month leave. We had no help for billing as a result for five months and divided the task between the circulations supervisors and student help. We were able to maintain all the services at the same level inspite of the staff shortage. One absence in the departement creates a lot of strain on everyone as we have to cover the desk. My attention has been to focus on the day to day operations of the departement.** |
| **Reviewer:**          ☐ Exceeds Expectations  ☒ Meets Expectations  ☐ Needs Improvement* |

*A work improvement plan should be developed if the Staff Member receives an overall rating of Needs Improvement or where a Staff Member receives a rating of Needs Improvement in several areas. This plan should be specific and results oriented with measurable outcomes to be achieved within a reasonable time period. <u>Consultation with an Employee Relations representative is recommended.</u>

KOTOKLO000107

**Reviewer Comments:** This has been a difficult year due to staffing changes, Billing Assistant vacancy, and impending restructuring of the department. Mireille has been understanding of the needs for crosstraining and workflow changes, and supportive of the restructuring. Mireille has been more proactive in keeping me judiciously informed of activities and problems in her area, and I appreciate the efforts she is making toward improved communications with myself and others. I expect she will continue to do so. I look forward to seeing strengthening of the quality of service at the AS desk with the new structuring, since she will be able to concentrate her efforts and supervision in circulation and stacks maintenance related activities.

_Mireille Kotoklo_             5-12-05

**Staff Member Signature (Indicates discussion of review)**     **Date**

_Linda Morissett_             5/12/05

**Reviewing Manager/Supervisor Signature**     **Date**

_Dr. R. Brown_             5/13/05

**Second Level Reviewer Signature**     **Date**

**Human Resources Representative Signature**     **Date**

KOTOKLO000108

| I. | PRINCIPAL RESPONSIBILITIES AND/OR GOALS |
|---|---|

Evaluate the Staff Member's performance relating to the primary responsibilities of the position, many of which are found in the job description. The Staff Member and the Reviewing Manager should discuss and agree upon the current responsibilities of the position before the review is conducted. The review should be limited to ten responsibilities/goals or less.

   Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| PRIMARY RESPONSIBILITIES AND/OR GOALS (SET AT PRIOR EVALUATION) | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 1) Develop and recommend to Library Administration policies and procedures for the effective operation of the Access Services Department to ensure the needs of DePaul University Libraries patrons and in cooperation with ILCSO consortium needs; implement and communicate policies and procedures as approved. Coordinate access services operations among the Chicago and Suburban campuses and on-DePaul sites. Maintain and update a policies and procedures manual. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I suggested that we inventory our collection this summer. The idea was well received and I am excited about knowing what we actually have.

**Reviewer Comments:** Mireille maintains and communicates procedures to Access Services staff and assigns staff to be involved in updating the manual. She has been working more at the service desk this year, which is good since she can monitor workflow and application of procedures, as well as set standards for quality customer service. During the coming year, with the structural reorganizations, Mireille will need to focus her attention on desk service and schedule herself at the desk 18 hours per week so that quality of service will be further emphasized and enhanced by her direct presence and oversight.

| | | |
|---|---|---|
| 2) Supervise the operation of the ILLINET Online automated circulation system to ensure effective circulation of all library materials including books, microforms, and media. Coordinate efficient use of the system with the all DePaul Campuses, the Law Library and other institutions in the state. Coordinate with ILCSO: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** As the contact for the Depaul General libraries in the consortium, I continue to be called frequently daily basis to solve routine circulation and billing issues.

**Reviewer Comments:** Mireille has participated in meetings concerning patron records and ID barcoding changes. She works well with Sue Peacock to ensure the patron loads are timely and accurate.

| | | |
|---|---|---|
| 3) Plan and supervise the operation of Interlibrary Loan, including the most efficient use of ILLINET Online, OCLC, Ariel, and document delivery services. Monitor and communicate with delivery services to ensure efficient delivery of materials to patrons and other libraries. Plans and directs electronic delivery of articles to maximize use of library resources and provide equal access to all DePaul students and faculty. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

KOTOKLO000109

**Staff Member Comments:** Electronic document delivery is now open to all DeP patrons regardless of their habitual campus. Documemt delivery was open only to patrons at the Suburban campuses who needed articles located at the Chicago campus.

**Reviewer Comments:** Document delivery is a valuable service for students and faculty, and it was a good move to open that service to patrons at any campus. During the coming year, I expect Mireille to work collaboratively with Paula Dempsey in order to develop new, improved document delivery services.

| 4) Supervise the microform and media viewing/listening collections at Lincoln Park Campus. Monitor condition of microform, AV and photocopier equipment and reporting of equipment service needs. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** The signs affixed on every station to facilitate the use of the viewing /listening equipment. The VTS machines have been problematic.

**Reviewer Comments:** Equipment is well maintained, and signage has been improved. Mireille makes sure her staff report VTS and other equipment problems to the appropriate pointperson.

| 5) Supervise the maintenance of the library's print and non print collections including shelving, inventory, shifting of collections as necessary. Supervise the operation of the Curriculum Materials Collection. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I am still working on the ongoing project of ensuring that the information shown in the library catalog is accurate by running missing/lost items reports and searching for the items and withdrawing them. I requested a report that helped the Education bibliographer weed the educational material collection. A minor shift of the collection behind the circulation desk was done this year as well.

We improved the signage for the music score shelving and increased the maintenance frequency for that area as well as the 300. The area where the scores are shelved is most difficult to maintain because of the music files, each file has to be removed to acertain that is it in the right place compared to books that can be shelf-read with out any handling. The 300 section is the most used area judged by the state of the shelves in thi area that area needs to be constantly neatened. and the most used areas of the library.

I am looking forward to working on an inventory project this summer. I hope that we will be able to get an accurate record of the library holdings.

**Reviewer Comments:** Mireille has made concerted efforts to make sure shelving and signage problems are addressed in a timely manner. Her initiatives to run missing reports and have lost items withdrawn are good for maintenance of an accurate catalog. Selective inventory projects will be helpful to identify lost items and misshelved items. Shelving and potential shifting to incorporate Barat items will be another summer project.

| 6) Coordinate the operation of paper and electronic reserves at all campuses. Maintain awareness of copyright guidelines and ensure compliant reserve operations. Coordinate the Electronic Information Delivery Services Librarian in seeking copyright permissions and adhering to copyright guidelines. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** We are now linking electronic resources when available to the e-reserve system instead of scanning the item or placing it on print reserves.

**Reviewer Comments:** The reserves area runs very smoothly overall, and information put into the copyright database for verification.

| 7) Maintain and interpret statistics on the use of the collections, attendance, peak hours of operation, fines collected, ILL borrowing and lending, and other information as needed. Prepare reports including an annual report of Access Services operations | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

KOTOKLO000110

**Staff Member Comments:** We have installed a gate count in July and now record the number of patrons coming into the library daily. We recorded statistics for the library self study.

**Reviewer Comments:** Mireille and her staff contributed a great deal of data, including gate counts, to the APR self-study report and to the annual report. As we are able to get more data which can be comparable (e.g. Voyager reports), I would like to see more long term charts and analysis of trends. These can be valuable for collection assessment and future planning initiatives.

| | | |
|---|---|---|
| 8) Supervise the billing and collection of fines and work with other offices of the University and ILCSO to insure proper maintenance of delinquent records. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** This year I am able to run a report of fines collected via Demon Express. This itemized report allows me to check each transaction made in the libraries and better monitor the total amount of money that is credited to the library account for payment made using Demon Express. We purchased a credit card imprinter. Charlette Broxton, our Billing assistant went on leave from August to October and her letter of resignation was received about the time she was due back. We hired a new Billing assistant who started in January. We managed to maintain Billing service with the help of the Circulation supervisors and student help. I have to admit that the increase in workload was stressfull for everyone.

**Reviewer Comments:** Mireille initiated the credit card imprinter to facilitate taking fines beyond use of Demon Express. She expended significant effort to streamline the fine/billing process, and to ensure compliance is maintained by verifying receipts. She established new workflows and work assignments during the absence of the billing assistant, training others in AS to assist; and hired and trained a new assistant.

| | | |
|---|---|---|
| 9) Hire, train, evaluate and schedule Access Services support staff at Lincoln Park Campus. Hire and supervise part time staff and student assistants. Assist in training of Access Services staff at for other campuses. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** This year, we trained a few reference librarians and the new Barat librarians. Our new cross training program works better as when one staff member is absent, the designated backup coworker steps in and perform the tasks that are necessary. This program, unlike the usual cross training, allows each staff member to practice what was learned.

**Reviewer Comments:** Mireille is interested in and implements cross training of staff. I encourage this effort, especially as we restructure in July.

| | | |
|---|---|---|
| 10) Participate in University and professional activities.<br><br>Serve as subject bibliographer in one subject area | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I continue to give library instruction every quarter for the Black Metropolis Project.

**Reviewer Comments:** Mireille also serves as the math bibliographer.

KOTOKLO000111

| II. | CORE BEHAVIORS |
|---|---|

Evaluate performance relating to each of the categories reflecting core behavioral requirements.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| A. CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic*, *Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Staff Member Comments: I can report that the Access Services department works very well as a team and I am very proud of that fact. The recataloging of the cd collection and the inventory project will allow more interdepartmental involvement and interaction.** | | |

KOTOKLO000112

**Reviewer Comments:** Mireille has been supportive and responsive to change, keeping the focus on library services overall. This is a good model for who staff, who have taken on more responsibilities this year due to staffing and structure change.

Mireille has been more responsive to queries, emails, and in general is interacting more with staff. It is good to see her work more at the service desk, which is important for implementation of good service and cross training in AS. Mireille has been more proactive in keeping me informed of activities in her department so she now meets my expectations. I appreciate the intiative she has taken and encourage her to continue her communication efforts so that she goes beyond what is expected.

**THE FOLLOWING SECTION ENTITLED "CORE MANAGERIAL BEHAVIORS" SHOULD BE COMPLETED ONLY FOR STAFF MEMBERS WHO SUPERVISE OTHERS OR WHO MANAGE A FUNCTIONAL AREA OF BUSINESS.**

Evaluate performance relating to each of the five major managerial categories.

Note: Comments are encouraged at all times but are _required_ if "Needs Improvement" is checked.

| B. CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

KOTOKLO000113

**Staff Member Comments:** I have done my best to bring staff together, encourage staff involvement in the operations of the department.

**Reviewer Comments:** This has been a difficult year to adjust to staffing changes and shortages, and Mireille keeps her staff involved in planning AS workflow.

---

## III.   TECHNOLOGY

Evaluate performance pertaining to the following principles.

   Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| TECHNOLOGY – AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Staff Member Comments:** | | |
| **Reviewer Comments:** Mireille maintains awareness of and utilizes Voyager reports, and is interested in using available technologies to improve billing and fines workflow. | | |

---

## IV.   PRIOR DEVELOPMENT GOALS & OBJECTIVES

   List prior projects, development goals and objectives that were achieved during the last evaluation period, if applicable.  The Staff Member should complete this section.

| PRIOR PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | COMPLETION DATE |
|---|---|
| Work on a more relevant efficient cross-training program. The AS staff was cross-trained to increase flexibility and efficiency in the departement and service provided. Each staff member has a designated backup co-worker who can perform essential tasks as necessary. | December 20, 2004 |

KOTOKLO000114

| | |
|---|---|
| Participate in the Association of Research Libraries 's Initiative to Recruit a Minority Workforce, by mentoring a minority library student. I have been assigned a protégé whom I am currently mentoring as well as two other library students in the same program who call on me for advise occasionally. | Sptember 2006 |
| | |
| | |

---

## V.   FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES

List ongoing projects, development goals and objectives to be achieved during the next evaluation period, if applicable. The Staff Member and the Reviewing Manager should complete this section together.

| FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | TARGET COMPLETION DATE |
|---|---|
| Prepare for the transition to the new organizational structure and adapt to its demands. | July 1, 2005 and ongoing |
| Prepare an orientation program for all new student assistants that I will administer personaly | September 1, 2005 |
| Work on moving the cd collection to the listening and viewing room | Summer 2005 and ongoing |
| Participate in the library inventory project | summer 2005 |

---

## VI.   CAREER DEVELOPMENT PLANS

List the professional opportunities you are looking for in the next year.




List the career or developmental goals you have set for yourself




List the skills and abilities you need to develop to achieve your professional goals.

KOTOKLO000115

List current personal practices that you believe are helping or hindering your professional goals.

**Reviewer Comments:** Orientation plan for new students and cross training are good ideas to bring staff knowledge to a consistent level so that quality service is readily available in AS.

## VII. MANAGEMENT/INSTITUTIONAL FEEDBACK

Identify resources that your supervisor can provide to help increase your performance levels.

Identify changes and/or improvements that are needed in your department.

**Reviewer Comments:**

## VIII. ADDITIONAL NOTES/COMMENTS

This area can be used for any additional notes; it can also be used to document the Staff Member's progress on goals identified in last year's performance appraisal.

KOTOKLO000116

**DEPAUL UNIVERSITY**

# ANNUAL STAFF PERFORMANCE APPRAISAL

The Staff Appraisal process is the annual process where staff members and supervisors review performance of the past year and develop individual goals for the year to come. All DePaul staff members and supervisors <u>must</u> participate in this process; the results are one factor used to determine the annual merit pay increase.

| PLEASE TYPE: |
|---|
| STAFF MEMBER'S NAME AND TITLE: MIREILLE KOTOKLO - COORDINATOR FOR ACCESS SERVICES |
| STAFF MEMBER'S STATUS: EXEMPT ☒  NON-EXEMPT ☐      FULL-TIME ☒  PART-TIME ☐ |
| STAFF MEMBER'S EMPL ID OR SSN: 0618461 |
| DEPARTMENT/DIVISION: LIBRARY |
| REVIEW PERIOD: ANNUAL 2004 |
| REVIEWER'S NAME AND TITLE: LINDA MORRISSETT - DIRECTOR OF LIBRARIES |

| RATING SCALE: |
|---|
| **Exceeds Expectations = Consistently meets and frequently exceeds job requirements** |
| **Meets Expectations = Meets job requirements** |
| **Needs Improvement = Fails to meet some job requirements** |
| **N/A = Not Applicable** |

| OVERALL PERFORMANCE RATING: This summative rating should reflect a heightened emphasis on the Staff Member's job responsibilities and behaviors associated with strategic goals of DePaul University and/or those of the reviewing department. |
|---|
| **Staff Member:**       ☐ Exceeds Expectations  ☒ Meets Expectations  ☐ Needs Improvement* |
| **Staff Member Comments:** I have the privilege to be a participant in the Association for Research Libraries Leadeship and Career Development Program this year. My supervisor found this program and recommend that I apply. I appreciate the opportunity she has allowed me to seize. Electronic document delivery is now open to all DePaul patrons regardless of their habitual campus. Documemt delivery was open only to patrons at the Suburban campuses who needed articles located at the Chicago campus. |
| We are striving to better serve out patrons by making sure that the stacks are well maintained, that we place materials on reserve promptly,  that we give good customer service and get materials requested in a timely manner. |
| **Reviewer:**       ☐ Exceeds Expectations  ☒ Meets Expectations  ☐ Needs Improvement* |
| **Reviewer Comments:** I am pleased that Mireille was able to take part in the year long ARL Leadership program.  Now that she has been through that coursework and mentoring, she needs to work on developing her communication skills so she becomes an effective library coordinator who is an active participant in the library coordinators team.  I believe if she actively works on improving in the areas as defined in this review that she will find that she will be more successful in her longterm career  as well as in working with  her colleagues. |

*A work improvement plan should be developed if the Staff Member receives an overall rating of Needs Improvement or where a Staff Member receives a rating of Needs Improvement in several areas.  This plan should be specific and results oriented with measurable outcomes to be achieved within a reasonable time period.  <u>Consultation with an Employee Relations representative is recommended.</u>

KOTOKLO000117

_Michelle Potete_ ● ● 5-17-04

**Staff Member Signature (Indicates discussion of review)**     **Date**

_Linda Morissett_     5/24/04

**Reviewing Manager/Supervisor Signature**     **Date**

_Des P Brown_     5/25/04

**Second Level Reviewer Signature**     **Date**


**Human Resources Representative Signature**     **Date**

KOTOKLO000118

| I. | PRINCIPAL RESPONSIBILITIES AND/OR GOALS |
|---|---|

Evaluate the Staff Member's performance relating to the primary responsibilities of the position, many of which are found in the job description. The Staff Member and the Reviewing Manager should discuss and agree upon the current responsibilities of the position before the review is conducted. The review should be limited to ten responsibilities/goals or less.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| PRIMARY RESPONSIBILITIES AND/OR GOALS (SET AT PRIOR EVALUATION) | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 1) Develop and recommend to Library Administration policies and procedures for the effective operation of the Access Services Department to ensure the needs of DePaul University Libraries patrons and in cooperation with ILCSO consortium needs; implement and communicate policies and procedures as approved. Serves as Chair of the Access Services Group, setting policy and procedures, recommending programs and services, with the Loop Campus, Barat Campus and Suburban campus coordinators and their staff . Coordinate access services operations among the Chicago and Suburban campuses and on-DePaul sites. Maintain and update a policies and procedures manual. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☐ Meets Expectations<br>☒ Needs Improvement |

| |
|---|
| Staff Member Comments: The procedure manual is complete and needs to be reviewed by the AS heads. It has been difficult setting policies and procedures since decisions seem to be taken by a majority vote for matters that are most relevant to my area of responsibility. |

KOTOKLO000119

Reviewer Comments: The Libraries' working groups were established almost 2 years ago, as a teamwork model for planning, problem solving, and facilitation of day to day operations across all our campuses. The Access Services Group was appointed to allow for input on procedures and policies from the multiple service needs for LPC, Loop, Barat and the suburban campuses. This is parallel to the Reference/Instruction group. The chair of each group should communicate to administration and all relevant staff about activities of the group; within the group the chair is to provide leadership and facilitate discussion of issues, provide guidance and background for discussion as the need arises, and lead the decisionmaking process. All the members of the Access Services Group are peers who share in the responsibility of providing quality access services to all students, faculty and staff at all campuses, so by that definition they have responsibility for input in the decisionmaking process. This teamwork approach was established so that better informed decisions could be made. I interpret Mireille's comment above to be saying that she is not comfortable with the team approach, that she prefers to determine policies and procedures to recommend for approval without her peers' input. Mireille needs to work on her communication skills (see my comments under core behaviors, below), and take more of a leadership role in the areas in which by access services play a role. I have observed that other Access Services Group members take the initiative in the group to write procedures or create forms or communicate problems because they do not see Mireille taking the lead, and as team members they want to contribute to the solutions and move the work of the group forward.

It is a fact that we need to make well-informed, well crafted decisions and follow up on problems in a timely manner. During the past few months, library administration has been reviewing and recording the billing and fines procedures in order to ensure that we have solid compliance with University business practices. We have had to ask Mireille to do several drafts of the billing & fine procedures and several drafts of the corresponding flowchart. It is frustrating to us to have to request multiple revisions, and in particular to have to request the status repeatedly before we receive the next draft, or even a response indicating when the revisions will be available, although predetermined deadlines had been set. Mireille needs to be more responsive and to do so in a timely manner.

Another point regarding her work with the Access Services coordinators which I have discussed with her is that Mireille frequently gives insufficient information in discussing a problem. For example, in her discussion with Paula regarding reassigning ILL work to Loop staff, she needed to have explained in detail why Paula's proposal would not work rather than become upset that Paula was trying to make workflow changes which impacted Mireille's staff, a change which apparently not needed.

To improve in the Access Services coordination, which is the major portion of her job, Mireille needs to:

improve communications to and with AS coordinators and Library Administration;

prepare documentation in a fully developed format, in a timely manner (according to established deadlines)

| | | |
|---|---|---|
| 2) Supervise the operation of the ILLINET Online automated circulation system to ensure effective circulation of all library materials including books, microforms, and media. Coordinate efficient use of the system with the all DePaul Campuses, the Law Library and other institutions in the state. Coordinate with ILCSO: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

Staff Member Comments: Patron loads are run every quarter.

Reviewer Comments: Mireille's input has been helpful to me in communicating patron load needs to IS. In the coming year, I would like Mireille to take a proactive leadership role in analyzing Voyager reports available for Access Services and collections, communicating that information to myself and other Library coordinators, and initiating and implementing peer training for Library staff on these reports and other reports which can be written in Access. This information will be very useful, especially as we do Academic Program Review self study.

KOTOKLO000120

| 3) **Plan and supervise the operation of Interlibrary Loan, including the most efficient use of ILLINET Online, OCLC, Ariel, and document delivery services. Monitor and communicate with delivery services to ensure efficient delivery of materials to patrons and other libraries. Plans and directs electronic delivery of articles to maximize use of library resources and provide equal access to all DePaul students and faculty.** | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** Electronic document delivery is now open to all DePaul patrons regardless of their habitual campus. Documemt delivery was open only to patrons at the Suburban campuses who needed articles located at the Chicago campus.

**Reviewer Comments:** Document delivery seems to be working well. Mireille worked with other coordinators to develop the EDD form to be used for all delivery requests. Mireille worked on progressive discipline with a problem staff member who was terminated in August. The new hire in the position has made a strong start in the document delivery services, which is helping the department move forward in spite of the loss of another position in the layoffs.

In the coming year, it is necessary that Mireille provide leadership in developing and implementing a study of turnaround time for ILL and document delivery request fulfillment.

| 4) **Supervise the microform and media viewing/listening collections at Lincoln Park Campus. Monitor condition of microform, AV and photocopier equipment and reporting of equipment service needs.** | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** Signs were added to every station to facilitate the use of the viewing /listening equipment.

**Reviewer Comments:** The area is well maintained. The stacks supervisor held training sessions for alll staff on use of the microfilm room and explained the AV equipment, which was very helpful to those who participated.

| 5) **Supervise the maintenance of the library's print and non print collections including shelving, inventory, shifting of collections as necessary. Supervise the operation of the Curriculum Materials Collection.** | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I am still working on the ongoing project of ensuring that the information shown in the library catalog is accurate by running missing/lost items reports and searching for the items and withdrawing them. I requested a report that helped the Education bibliographer weed the educational material collection. A minor shift of the collection behind the circulation desk was done this year as well.

**Reviewer Comments:** Mireille has made the lost/missing reports a priority which is helpful to overall collection management. AS staff are searching and tracking status of search requests, communicating status with the patrons, and this approach is essential to good service. There have been noticeable problems with shelving/reshelving of materials and I have received complaints of stacks being out of order which I was able to verify readily. Mireille delegates problems to her staff, and staff are responsive to complaints. I do not see evidence that Mireille is personally conducting quality control or review of the stacks herself, although I do see her staff working in the stacks. I have asked her to regularly report to me what she finds as she monitors the stacks, but I have not received reports on her findings other than a general statement. She has been scheduling herself at the Circ desk, which I am glad to see, but I would like to see her even more visible in daily activities in the Library.

| 6) **Coordinate the operation of paper and electronic reserves at all campuses. Maintain awareness of copyright guidelines and ensure compliant reserve operations. Coordinate the Electronic Information Delivery Services Librarian in seeking copyright permissions and adhering to copyright guidelines.** | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** We are now linking electronic resources when available to the e-reserve system instead of scanning the item or placing it on print reserves.

KOTOKLO000121

**Reviewer Comments:** Coordination of copyright compliance is now being handled by a part time staff member who works at Naperville campus. Mireille's staff are inputting information on scanned articles for reserve into the Copyright database. It is a positive move to link directly to full text articles whenever possible. As a result, our subscriptions are better utilized, scanning is down making more staff time available for other activities.

| 7) Maintain and interpret statistics on the use of the collections, attendance, peak hours of operation, fines collected, ILL borrowing and lending, and other information as needed. Prepare reports including an annual report of Access Services operations | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I keep statistics on the use of the collection, fines collected and ILL.

**Reviewer Comments:** Statistics are maintained. Given the new software, analysis of what statistics are kept now, what new or enhanced stats can be produced needs to be done by Mireille. With the change to Voyager there needs to be more done with canned reports and on demand reports. This is an area of opportunity Mireille has to provide leadership in analysis of library usage patterns and trends. See my comments in #2 above. I also look forward to seeing statistics which can be produced from the CLIO software which was introduced this past year.

| 8) Supervise the billing and collection of fines and work with other offices of the University and ILCSO to insure proper maintenance of delinquent records. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** We are no longer accepting cash to pay library fines as of July 1, 2004. Patrons pay fines using Demon Express, check or credit card to pay fines. Those not affiliated with the University may use a debit card dispensed by the VTS machine.

**Reviewer Comments:** Elimination of cash transactions is a good move which eases our compliance efforts. Given University wide programmatic application of compliance in business transactions, we have been scrutinizing all areas involved with purchasing and income receipts. Since fines constitute a sizeable source of income for the university, TLR/Library Administration has been working closely with Mireille to make sure all procedures and practices are tight. Finalizing the procedures and workflow is still pending, since we have had to request repeated documentation draft revisions. I need to see Mireille provide documentation and any revisions in a more timely, accurate manner. Work with Student Accounts office has been tightened up for several months, after initial meetings with them about procedures brought a common understanding of expectations for University business practices. Mireille is providing regular reports on a regular basis so fines can be transferred to centralized university billing. In keeping with compliance, Mireille must verify all receipts and returns against the PS accounts; she must keep records of the reconciliation and report findings on a monthly schedule as determined by the Associate Library Director.

| 9) Hire, train, evaluate and schedule Access Services support staff at Lincoln Park Campus. Hire and supervise part time staff and student assistants. Assist in training of Access Services staff at for other campuses. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** This year, I trained Laura and Anthonia to add a link to the catalog for e-reserve items and taught Laura how to link electronic resources to the e-reserve system. I also trained the new ILL/Electronic Reserve supervisor. I trained Glenda in performing some circulation essential routines. I am looking forward to a more relevant our cross training program this year.

**Reviewer Comments:** I encourage Mireille to continue the cross training program, and especially to work with Laura who has specifically requested training in other areas.

| 10) Participate in University and professional activities.<br><br>Serve as subject bibliographer in one subject area | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

KOTOKLO000122

**Staff Member Comments:** I have been giving library instruction every quarter for the Black Metropolis Project for the past 3 years.

**Reviewer Comments:** It is beneficial to Mireille and the Library that she participates in this program.

KOTOKLO000123

## II.    CORE BEHAVIORS

Evaluate performance relating to each of the categories reflecting core behavioral requirements.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| A. CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☐ Meets Expectations<br>☒ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic*, *Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Staff Member Comments:** | | |

KOTOKLO000124

**Reviewer Comments:** Communication is the key area in which Mireille needs to develop and improve. Too frequently she gives seriously incomplete or no information (e.g. a non-announcement email forwarded with no accompanying message, leaving me wondering what she expects; evaluations of her staff with terse, non-evaluative wording )

To do so she needs to:

Respond right away to email; any message that cannot have a full immediate response should be acknowledged right away with an indication of when/how the email will be responded to.

In written documentation, take care to give as much detail as possible (e.g. the final revisions of this year's evaluations). Also, written documents should be revised before submission to administration, rather that wait for supervisors to make suggestions for revision.

Follow up on verbal requests with email, especially when directed to do so. (e.g. she indicated to me she needed software installed on desk workstations, I asked her send me email as to which software was needed on which machines--I've yet to get that email.)


Teamwork and collaboration require good communication. Mireille seems to be quite willing to work with anyone on a committee, project, etc. An example of this is her offering to provide cross training in AS work for allstaff, which she successfully administered last month. However, insufficient communication can contribute to making that collaboration less than satisfactory. I believe if Mireille works on her communication as I've indicated above that the teamwork efforts will be overall more successful.

<u>THE FOLLOWING SECTION ENTITLED "CORE MANAGERIAL BEHAVIORS" SHOULD BE COMPLETED ONLY FOR STAFF MEMBERS WHO SUPERVISE OTHERS OR WHO MANAGE A FUNCTIONAL AREA OF BUSINESS.</u>

Evaluate performance relating to each of the five major managerial categories.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| B. CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

KOTOKLO000125

| | | |
|---|---|---|
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

**Staff Member Comments:**

**Reviewer Comments:** Mireille delegates responsibilities to her staff in order to develop quality services. She assigns leadership of staff meetings on a rotating basis, which brings staff into sharing responsibility for identifying and resolving problems. Service attitude and morale in AS appears to have improved in recent months. The cross training programs which her staff have provided for all staff have been beneficial to all, furthering understanding of AS procedures in those outside her department. Again, Mireille must improve communications with other coordinators and others outside her department, initiate discussion of problems which are identified so that AS department is an interactive part of the whole Library organization.

---

## III. TECHNOLOGY

Evaluate performance pertaining to the following principles.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| TECHNOLOGY – AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Staff Member Comments:** | | |
| **Reviewer Comments:** As indicated in the responsibilities areas above, Mireille needs do more with Voyager Access reports in the coming year. | | |

KOTOKLO000126

## IV. PRIOR DEVELOPMENT GOALS & OBJECTIVES

List prior projects, development goals and objectives that were achieved during the last evaluation period, if applicable. The Staff Member should complete this section.

| PRIOR PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | COMPLETION DATE |
|---|---|
| | |
| | |
| | |
| | |

## V. FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES

List ongoing projects, development goals and objectives to be achieved during the next evaluation period, if applicable. The Staff Member and the Reviewing Manager should complete this section together.

| FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | TARGET COMPLETION DATE |
|---|---|
| I would like to give an oral presentation of what I have learned in the ARL Leadership and Career Development program to my colleagues. | TBD |
| Work on a more relevant efficient cross-training program | July 1, 2004 |
| ILL/Document delivery turnaround time & fulfillment rate study | December 1, 2004 |
| | |

## VI. CAREER DEVELOPMENT PLANS

List the professional opportunities you are looking for in the next year.

I would like to participate in the ARL Initiative to Recruit A Diverse Workforce by submitting an application to mentor a minority student enrolled in a Library Science program.

KOTOKLO000127

List the career or developmental goals you have set for yourself

List the skills and abilities you need to develop to achieve your professional goals.

List current personal practices that you believe are helping or hindering your professional goals.

---

**Reviewer Comments:** Mentoring programs are worthwhile in that a strong mentor-mentee relationship can strengthen professional skills and career path. I would like to hear more about expectations of the ARL program before I determine if it is appropriate for Mireille to participate in fy2005. Without that knowledge, at this time I would recommend that Mireille work on applying whatever she has learned in this year's ARL leadership program in her work as a library coordinator here at DePaul as well as local and statewide professional activities, and thereafter consider the mentoring program. As yet, I have not seen that Mireille has incorporated the ARL program to improve her leadership skills in her current position; I need to see that development applied and demonstrated before I can recommend her as a mentor. There are many other opportunities locally/statewide to develop professionally, and I do support her participation in those.

---

## VII. MANAGEMENT/INSTITUTIONAL FEEDBACK

Identify resources that your supervisor can provide to help increase your performance levels.

Identify changes and/or improvements that are needed in your department.

---

**Reviewer Comments:**

---

## VIII. ADDITIONAL NOTES/COMMENTS

This area can be used for any additional notes; it can also be used to document the Staff Member's progress on goals identified in last year's performance appraisal.

KOTOKLO000128

After careful review of my performance evaluation, I feel compelled to respond to several comments made by my supervisor. Please accept the following as my response, addressing my supervisor's comments.

Detailed information on the Association for Research Libraries Leadership and Career Development Program as well as the Initiative to Recruit a Diverse Workforce can be found at www.arl.org. In December 2002 when Linda encouraged me to apply for the LCDP, she told me that the program would allow me to enlarge my network and give me a chance to meet other professional librarians, since I was the only professional in my department. She restated the same expectation in my performance appraisal of that same fiscal year and she expressed her hope that participation in the program would give me the opportunity to broaden my experience, outlook, and widen my network of professional contacts. I am grateful to Linda for recommending this opportunity. I am currently incorporating some of the teaching received at the LCDP. I have used the teachings to identify and capitalize on my leadership strengths and provide for access services staff a democratic forum where they can have input to processes and procedures. Given the nature of the staff in Access Services staff (high turnover, low morale, and a sense of being undervalued) through the forum I been able to maintain and keep morale up and as a result turnover is low. I am committed to not only to providing leadership to Access services staff, but to assist them in developing leadership skills. My work with LCDP has only begun, I am anxious to receive the results of the leadership skills assessment battery, which will further assist me in developing new leadership skills and techniques. Again, I am grateful to Linda for encouraging me to become an active participant in LCDP, and in my estimation I have surpassed her initial expectation of networking with other professionals, I have started to implement my learning experience.

Linda's interpretation of my comment that it has been difficult to set up policies and procedures since decisions seem to be taken by majority vote is a reflection of my unwillingness to work in a team environment is misunderstood. I am by nature a democratic leader and therefore seek input from anyone I work with, which promotes a team approach and effort. Under my guidance the Access Services department operates as a team. Matters relevant to its smooth operation are discussed and decisions are made, usually based on consensus. As a team the Access Services Heads have made several decisions such as using one form for ILL, expanding our opening Document Delivery service to all students, staff and faculty for articles owned by DePaul, etc...However with the exception of myself, all other members of the Access Group are not directly involved in all access services functionality nor with the people who perform the bulk of the work or those who, will have to, work on the daily basis with some of the decisions made by the group. As chair of the Access Group and liaison for the Access Services staff, I often advocate for changes that will make the access services processes and procedures more efficient, though it may not be the popular recommendation. Many of the Access Services functions are not centralized and it is the main library doing the bulk of the work, since I am directly responsible and have a thorough understanding of the work being done at the main library, my input to the decision making process is critical. For example the group wanted to make changes to a form and eliminate a field that would be useful to the ILL assistant and make turnaround more efficient. In those instances, I have to advocate against the majority's opinion, but I only do this from a department head perspective. Often, I will bring the discussion back to my staff, gather input, and use that new knowledge for decisions being made by the group. My goal is to facilitate the discussions and decision making of the group, but a popular vote will not always promote the most efficient and effective workflows. Perhaps, an open discussion between me and Linda around the decision making process in the Access Services group, may rectify what I believe is a misinterpretation of my willingness to work in a team environment.

Billing drafts – I have reviewed and recorded the fines and reconciled the budget to a variance of $1.00 last year. The Billing assistant and I have worked with Student Accounts and the Treasurer's office to develop good procedures for handling money.
Therefore, I am not clear on what else Linda expects of me. It would be useful to get from Linda clarity on what else is expected of me in the area of billing and reconciliation of the budget. Since I have worked with the University's Treasurer's office and developed good procedures, I am not sure what else is needed? Is it an internal document? Ledger? In this sensitive area of service I am as diplomatic as possible, for instance, after a patron threatened to go to the University President regarding a library fine, the administration asked me to provide an outline of the billing process. I gave an outline that was deemed too concise and I was asked to submit more details. I then prepared and sent a more detailed document to the administration. I received no response and assumed that the administration was satisfied. A couple of weeks later, I was asked to prepare a billing document for a meeting with Student Accounts, I prepared a document relevant for that audience, but it was again not to the administration's satisfaction. I made an appointment with my immediate supervisor to get more guidance and revise the document. I was then told that we may receive a visit from the auditor and should have documentation of our billing processes. Throughout these iterations, I rewrote the notices to the administration specifications and tested them in Voyager,

KOTOKLO000129

our integrated library system. We started sending out send courtesy notices to remind patrons of the due date for the items they had checked out and reduced the interval before an item is assumed lost from 60 days to 30.

I provided a draft with an audience in mind and modified it to make sense to different audiences. I understand that one draft is not pertinent to all audiences and/or purposes and have provided for administration a slightly different document based on their request of whom we'd be addressing. In addition, I have also extended an invitation to our Assistant Director to visit the Access Department for a demonstration of the entire billing function so that he may provide guidance on which part of the billing procedures will be most relevant to the auditors. He has not yet visited the department, yet recently asked me to give him a draft of the billing procedures and make some flowcharts which I did. I have demonstrated excellent listening skills, but unfortunately I cannot hear what is not being said. Overall I consider myself an intuitive being, I listen to directives, I participate, I try not to misinterpret, and as part of my cultural upbringing I respect other's boundaries of responsibility. In this case, I have responded, I have asked for guidance, I have produced several drafts, I have not followed-up and asked when will the Assistant Director meet with us or what else do you need, simply because it is not in my nature to do so. Since I have communicated what I need and have produced what was requested I assume that if I ask again I am overstepping my boundaries. I can only attribute this miscommunication to our cultural differences.

Discussion with Paula – I had discussed these meetings with Linda, but she never conveyed that I had given Paula insufficient information. Linda states that I frequently give insufficient information. I admit that my style is usually very concise, but it is focused and based on relevant information versus superfluous information. Again, here these may be interpreted as terse or insufficient, but I am simply direct and concise, also a part of my cultural upbringing.

The recommendation is being made that I improve my communication skills, yet I have an excellent rapport with my staff and the general public. Rapport is built on communication, I was unaware of any communication issue with the coordinators. Whenever I receive a request for information, I answer to the best of my ability and if I don't know the answer, I research, such as contacting the ILCSO office, to answer questions brought up by other staff members dealing with Voyager and report the solution clarity and verbatim.

In the example used by Linda about my discussion with Paula regarding reassigning ILL work to Loop staff which happened last month Paula had talked to Linda about her proposal and Linda referred her to me. She brought up the issue at the Public Services meeting on Wednesday March 31, and I told her that I could not make a decision on the spot since the item was not on the agenda and would like to consider and reflect on the ramifications of her proposed plan for ILL. We decided to meet on Tuesday April 6. I called Paula Friday April 2 to clarify a few points of her proposal and find out the motivating factors behind her proposed change. After our discussion and some reflection on my part, I called her back that same day with to reply and explain my reasoning. On Tuesday we met, I explained to her why her proposal was not viable, she found my reasons not acceptable, accused me of not being a team player before storming out of my office. I was supposed to meet with Linda shortly after I met with Paula. I recounted my exchange with Paula and told Linda that I was upset that Paula accused me of not a team player. I told Linda the reasons I felt Paula's proposal would not work. I had promised Paula that I will contact her when I needed help and I did so a week later. She is now helping with the dead requests notices.

I feel that in this situation, as in most interactions with other employees, my explanation or position is disregarded; furthermore in this instance, I was described as not being a team player, which leaves a bad impression of me to others, and naturally upsets me since I am usually the one who explains, why this or that will or will not work. When I reported to Linda the outcome of my meeting with Paula, she asked me to report issues such as these to her, and I told her that is the only issue I had with anyone ever. I told her that I had no issue with Paula except the one I just reported. My intention is to streamline processes and procedures to make us more effective and efficient, but I get the sense from Linda that she doesn't trust my judgment, my reasoning, nor my accounts of my interactions with other staff members. A lack of trust from an immediate supervisor can be devastating as was the case when a couple of a couple of months ago when a faculty member made a complaint related to the Course Reserve function to Roger, a coordinator who forwarded the message to Linda and I. Linda directed me to call the instructor and report back to her what had transpired. The instructor realized in the meantime that she had made a mistake and did not order the item she thought she had and when I called her she apologized. When I reported what had transpired between us, Linda stated that the instructor was obviously upset to have complaint and did not believe what I reported from my conversation with the instructor. I asked her to contact the instructor if she felt that the instructor was not candid with me, she then told me that I was conveying an attitude and being rude, but I was simply stating the conversation I had had with the faculty member. Another incident found me in an awkward position with one of my staff members. I received a complaint about one of my staff member from another ILCSO library staff member. She was reported to have been rude and abrupt with the staff. Our staff member had a history of being abrupt and shouting at people and had been issued a final warning for the same behavior. Linda, the Assistant Director and I were supposed to meet to discuss the problem. In the meantime, the employee went to talk to the Director in my absence and the meeting was cancelled. I was not even given a courtesy call to be told the meeting had been cancelled and it was not until much later that Linda told me she had given the staff member a verbal warning. As the department head this puts me in a precarious position, since I now have a staff member with

Page 14

KOTOKLO000130

a final warning overwritten by a verbal warning, a total contradiction of the HR disciplinary policies. Again, a sense of disregard and a lack of trust overwhelmed me in this situation.

I find myself in an awkward situation, repeatedly I find that if I take action either I am labeled as not a team player or my leadership as a department head is undermined and have been stigmatized as not leading. I realize that Linda has formed an opinion of me, as we all do of each other, but in all fairness I am seldom given the opportunity to explain my stance on any issue, and when I up issues that involves other people, my account is usually disregarded. I wish that as my immediate supervisor Linda would evaluate me on her own observations and be more objective or give me the benefit of the doubt. I feel that my cultural background and traits which is a core of me are in question here.

In March, Margaret expressed to Linda the wish for more communication between our departments. As a result, Linda asked me to meet with Margaret informally to foster communication. I admit that I am reserved, not very expressive, but it does not interfere with my competence or my impede communication. I have an excellent rapport with my staff and I have encountered no communication difficulty with the general public, other library's employees who contact me to resolve any circulation or billing issue, the ILCSO office, or other departments on campus. I was not aware of any communication issues with the coordinators to even consider their gravity that would justify the lowest ratings I am being awarded in communication and in the first item in my first principal responsibilities and/or goals.

I am very surprised and shocked by this review which is not based on my performance throughout the year, but dwells on single incidents and matters that are very recent. My competence has been under constant scrutiny and questioning for the past two months. I am not sure how to interpret the questioning and scrutiny other than perhaps an expectation that I fail? None of these issues listed on the performance evaluation have been brought to me in a formal way. Actually, Linda left me a telephone message around March 30th to tell that she was impressed to see me open and communicative at my department meeting and would like me to be and do the same with other coordinators. I realize that my communication with my own staff versus that with the coordinators is and should be different, but perhaps the confidence Linda saw in me during my meeting with my department was her own show of support on my behalf, which I seldom find at the coordinator meetings.

I recognize that I am ever changing, growing and learning, always trying to be a better employee and human being. I welcome constructive criticism. I have given several leadership skills assessment forms to one of my colleague to distribute to staff members of different levels so they can evaluate me. I hope to find areas I need to develop.

#5. Stacks.
The Lincoln Park library has open stacks where patrons can retrieve circulation items to browse or to check out. Patrons also tend to replace items that they have removed in spite of our signs asking them not to re-shelve. While maintaining open stacks has a lot of benefits, there is also a challenge to keep all the items in perfect call number order.
Again, a couple of months ago Linda related two complaints she received from Roger, a coordinator and Doris our AVP about an area of the library where items were incorrectly shelved. I asked Linda if the area in question was the one she verified and got no response. She asked me to make rounds daily, check the shelves and I responded that I did. She said that whenever she sees a problem, she will assume that I am not doing anything about it unless I have previously reported the issue. This approach does not necessarily works with maintaining the stacks as it is impossible for the whole crew of student assistants to maintain the library stacks in perfect order daily and for me to check their work completely. I interpret her comment to mean that she assumes that I operate from incompetence, until proven otherwise.

Core behavior – Communication.

It seems that I am reviewed based my weaknesses rather than my strengths. Under core behaviors, communication has four items. And Exhibits good listening and comprehension skills. I exhibit good listening and comprehension skills. I ask for clarification whenever I need it.
Effectively expresses oneself in written and oral communications.
Keep others adequately informed - I keep my staff informed of new strategies to make the department more effective.
Respond to other with tact, diplomacy and composure. I am even-tempered and respond to everyone with tact, diplomacy and composure.

As for the evaluations I have written the performance appraisal of the Access Services staff for the past three years by following the directions on the forms. No additional directives were given. Those evaluations have always been reviewed by the immediate supervisor before the actual performance appraisal meeting.

KOTOKLO000131

On May 5, I indicated to Linda that I would like to have terminals with flat screens at the circulation desks so that the staff working at the desk can be facing the library entrance. Currently, the terminals are placed in an angle so they can fit on the desk. Linda told me that the current terminals lease will expire in July and that I should put my request in writing in for new machines then. My plans are to submit this request by end of June, unless there is a new timeline.

KOTOKLO000132

REVIEWER'S RESPONSE:

Mireille's reply has several references to communication issues which stem from cultural differences. Because of the number of staff and their cultural origins, there are many cultural differences in the DePaul Libraries, yet we must all do what is expected of us to perform our jobs, whatever the cultural differences of the people with whom we work. Someone in a coordinator's position like Mireille must exercise excellent communication skills verbally and in writing in order to meet requirements.

The details and nature of Mireille's response also confirm that she has had problems in communication with other coordinators (e.g. Paula, Roger), staff, myself, and library administration. Since she has been at DePaul three and a half years, and this year she has participated in the ARL Leadership program, I fully expect to see her demonstrate the necessary communication skills to effectively perform her job duties and develop her career. In her previous annual evaluations I stated that she should work on improving communications with coordinators and library staff. Over the past several months I have been giving her direction verbally and in email so that she improves communication, but I have not seen any change. For example, in our discussion about Paula, I told her repeatedly that she needed to give Paula full details as to why Paula's suggestion would not work for AS staff. As Mireille affirms, her style is terse, yet other coordinators and administration need for her to provide sufficient details in a discussion on which to base decisions. Mireille's insufficient communication frustrates coordinators who then see her as unwilling to work together, and they have brought these frustrations to me. Indeed, I share their frustrations whenever I ask her for information and get insufficient or no response.

Other statements Mireille makes, such as she does not know what is expected in budget reconciliation, and that she may need to discuss decision making in the Access Services group (all of which members are indeed directly involved in access services functions) affirm that Mireille does not communicate questions or perceived problems so that such issues remain unknown and therefore unresolved.

Regarding Denise, Mireille has repeatedly said she wants to fire her. I do not support such a mission without substantial corroboration, especially since Denise's performance in a key library service function is very high, and I have told Mireille this, but she obviously disagrees.

Mireille has made numerous statements in her reply above with which I do not agree, and in several places she misstates my words. I do not chose to respond to each statement since to do so would distract from the intention of this review which is to document the need for Mireille to improve communication. I do have email documentation to back up my assessment of the communication problems on which I base my assessment that Mireille needs improvement in order to meet expectations of her job performance. My intention in this review is to define problem areas, give a few examples, and define some expectations for improvement.

Linda Monesett   5/24/04

KOTOKLO000133

**DePaul University**

# Annual Staff Performance Appraisal

The Staff Appraisal process is the annual process where staff members and supervisors review performance of the past year and develop individual goals for the year to come. All DePaul staff members and supervisors <u>must</u> participate in this process; the results are one factor used to determine the annual merit pay increase.

| PLEASE TYPE: |
| --- |
| STAFF MEMBER'S NAME AND TITLE: MIREILLE KOTOKLO COORDINATOR FOR ACCESS SERVICES |
| STAFF MEMBER'S STATUS: EXEMPT ☒ NON-EXEMPT ☐    FULL-TIME x  PART-TIME ☐ |
| STAFF MEMBER'S EMPL ID OR SSN: 618461 |
| DEPARTMENT/DIVISION: LIBRARY |
| REVIEW PERIOD: ANNUAL 2002-2003 |
| REVIEWER'S NAME AND TITLE: LINDA MORRISSETT – DIRECTOR OF LIBRARIES |

| RATING SCALE: |
| --- |
| **Exceeds Expectations = Consistently meets and frequently exceeds job requirements**<br>**Meets Expectations = Meets job requirements**<br>**Needs Improvement = Fails to meet some job requirements**<br>**N/A = Not Applicable** |

| OVERALL PERFORMANCE RATING: This summative rating should reflect a heightened emphasis on the Staff Member's job responsibilities and behaviors associated with strategic goals of DePaul University and/or those of the reviewing department. |
| --- |
| **Staff Member:**       x Exceeds Expectations ☐Meets Expectations ☐ Needs Improvement* |
| **Staff Member Comments: We migrated to a new automated system this year. The year was therefore dedicated to planning, implementing and training for Voyager.** |
| **Reviewer:**       ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement* |

*A work improvement plan should be developed if the Staff Member receives an overall rating of Needs Improvement or where a Staff Member receives a rating of Needs Improvement in several areas. This plan should be specific and results oriented with measurable outcomes to be achieved within a reasonable time period. <u>Consultation with an Employee Relations representative is recommended.</u>

KOTOKLO000134

**Reviewer Comments:** This year has been challenging due to migration from DRA to Voyager, and Mireille supervised Access Services so that service disruption was minimal, necessary procedures established, careful testing phase implemented, and reporting problems to ILCSO were performed. Now that this has been accomplished, I look forward to Mireille being able to concentrate on closer supervision of staff especially in stacks maintenance and ensuring quality service standards to patrons. I would also like to see her implement an examination of document delivery services with the intention to improve turnaround time and expand EDD services beyond the suburban campus clientele. I enjoy working with Mireille and want her to increase her communication with her peers, her staff and myself. I have been pleased to see her establish some presence at the AS service desk, and I would like to see her increase her visibility even more so her availability becomes more evident to staff and patrons and so she can more readily monitor and ensure quality customer services.

The discrepancy in rating between Mireille and myself shows a different understanding of "expectations". From a manager's perspective, I believe that strong communication, leadership and collaborative skills are fundamental competencies expected of every library coordinator, so "exceeds" is very difficult to attain given my expectations. I think Mireille is competent in access services, and in management of people and resources. Again, I would like to see her take a stronger leadership role in development of procedures and service expectations; in communication with her staff and peers; more direct and active involvement in projects with her peers and staff; and stronger, more overt supervision of her staff.

Work Improvement Plan Developed    Yes ☐  No ☐, if No, Reason: _____

Date of next follow-up: _____    Supervisor's signature: _____

*Mireille Kotoklo*                        4-29-03

**Staff Member Signature and Date (Does not indicate agreement with Review; Indicates only that you have met and discussed this review with your manager)**

*Linda Morissett*                  4-29-03

**Reviewing Manager/Supervisor Signature**            **Date**

*Qui RBrin*                  5/1/03

**Second Level Reviewer Signature**          **Date**

**Human Resources Representative Signature**      **Date**

KOTOKLO000135

## I. PRINCIPAL RESPONSIBILITIES AND/OR GOALS

Evaluate the Staff Member's performance relating to the primary responsibilities of the position, many of which are found in the job description. The Staff Member and the Reviewing Manager should discuss and agree upon the current responsibilities of the position before the review is conducted. The review should be limited to ten responsibilities/goals or less.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| PRIMARY RESPONSIBILITIES AND/OR GOALS (SET AT PRIOR EVALUATION) | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 1 Develop and recommend to Library Administration policies and procedures for the effective operation of the Access Services Department to ensure the needs of DePaul University Libraries patrons and in cooperation with ILCSO consortium needs; implement and communicate policies and procedures as approved. Serves as Chair of the Access Services Group, setting policy and procedures, recommending programs and services, with the Loop Campus, Barat Campus and Suburban campus coordinators and their staff. Coordinate access services operations among the Chicago and Suburban campuses and on-DePaul sites. Maintain and update a policies and procedures manual. | ☒ Exceeds Expectations ☐ Meets Expectations ☐ Needs Improvement | ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement |
| **Staff Member Comments:** | | |
| **Reviewer Comments:** Has competently developed revised procedures for consortial lending, shuttle, fines, and other workflows after migration to new Voyager system.. Seeks consensus with peers in the Access Services Group so that procedures are uniform across campuses. | | |
| 2 Supervise the operation of the ILLINET Online automated circulation system to ensure effective circulation of all library materials including books, microforms, and media. Coordinate efficient use of the system with the all DePaul Campuses, the Law Library and other institutions in the state. Coordinate with ILCSO: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions. | ☒ Exceeds Expectations ☐ Meets Expectations ☐ Needs Improvement | ☐ ExceedsExpectations ☒ Meets Expectations ☐ Needs Improvement |
| **Staff Member Comments:** | | |
| **Reviewer Comments:** Has worked with ILCSO and LITS to get reports set up for new system. Works with other campus staff including Law to coordinate use of the system. | | |

KOTOKLO000136

| 3) . Plan and supervise the operation of Interlibrary Loan, including the most efficient use of ILLINET Online, OCLC, Ariel, and document delivery services. Monitor and communicate with delivery services to ensure efficient delivery of materials to patrons and other libraries. Plans and directs electronic delivery of articles to maximize use of library resources and provide equal access to all DePaul students and faculty. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** This year we introduced EDDPlus to provide electronic document delivery to patrons at the suburban campuses. We also implemented Clio, an ILL management software.

**Reviewer Comments:** Mireille has made good progress initiating EDDPlus for suburbans and implementing CLIO. In the coming year I look forward to her assessment of document delivery and ILL services in order to plan improved and expanded services.

| 4) Supervise the microform and media viewing/listening collections at Lincoln Park Campus. Monitor condition of microform, AV and photocopier equipment and reporting of equipment service needs. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:**

**Reviewer Comments:** Mireille coordinates supervision of these areas. A/V equipment needs to be kept in working order with repairs or replacement requests initiated as soon as a problem occurs. Mireille is responsible for staff performance so should be certain to monitor these areas herself to be sure the staff are maintaining good service. If problems accumulate, as the time when I discovered 4 AV machines marked out of order and a microform machine sitting in the public area uninstalled, Mireille should bring these to the attention of Library administration so we can arrive at an acceptable solution.

| 5) Supervise the maintenance of the library's print and non-print collections including shelving, inventory, shifting of collections as necessary. Supervise the operation of the Curriculum Materials Collection. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** The library stacks have been well maintained this year except during peak times.

**Reviewer Comments:** Shelving timeliness has improved this year. However, there are still backlogs in shelving, and stacks do not appear to be routinely neatened as they should be. It has recently come to my attention that there are problems with misshelved materials as well. Mireille needs to supervise and direct the stacks manager more closely. This week I have asked Mireille to develop a plan to improve stacks maintenance, address training and checking of student shelvers so we can effect immediate improvements.

KOTOKLO000137

**6)** Coordinate the operation of paper and electronic reserves at all campuses. Maintain awareness of copyright guidelines and ensure compliant reserve operations. Coordinate the Electronic Information Delivery Services Librarian in seeking copyright permissions and adhering to copyright guidelines.

| | |
|---|---|
| ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:**

**Reviewer Comments:** Mireille has been involved in a team effort with Administration and staff to develop a process of tracking article use so the Library can obtain copyright permissions as necessary. Now that there is a copyright database administrator and the database is operational, I expect that Mireille will resume a more proactive leadership role in applying and monitoring copyright compliance procedures in her areas.

**7)** Maintain and interpret statistics on the use of the collections, attendance, peak hours of operation, fines collected, ILL borrowing and lending, and other information as needed. Prepare reports including an annual report of Access Services operations

| | |
|---|---|
| ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:**

**Reviewer Comments:** I encourage Mireille to pull together annual stats from her areas at the close of this fiscal year so she has time to ensure accuracy and completeness of information.

**8)** Supervise the billing and collection of fines and work with other offices of the University and ILCSO to insure proper maintenance of delinquent records.

| | |
|---|---|
| ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** We had a delay in setting the billing part of Voyager resulting in a delay in billing that we plan to catch up by the end of May.

**Reviewer Comments:** Mireille has worked with University offices and the billing clerk to resume proper collection and maintenance of fine records. We lost the regular report generation we had with the DRA system, and due to conversion process it did take a long time to establish procedures to fulfill our needs.

**9)** Hire, train, evaluate and schedule Access Services support staff at Lincoln Park Campus. Hire and supervise part-time staff and student assistants. Assist in training of Access Services staff at for other campuses.

| | |
|---|---|
| ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

**Staff Member Comments:** I trained staff to use the new automated system.

**Reviewer Comments:** Mireille coordinated access services training for her staff to coincide with the Voyager implementation. She delegates hiring and training of student workers to her staff. I would like to take a closer hand in making sure students have been sufficiently trained, for example that the student shelvers understand and perform their duties well.

KOTOKLO000138

| 10) Participate in University and professional activities.<br><br>Serve as subject bibliographer in one subject area. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:** I am the Math bibliographer and I a m in touch with the department liaison

**Reviewer Comments: Roger Stelk comments:** Mireille has actively expended the funds associated with her collection development assignment. She needs to begin documenting her contact with Math faculty in the CRM database.

LM comments: Mireille has also attended national conferences. I am anticipating she will be accepted in the ACRL Diversity Leadership program, and fully support her participation in order to develop broader professional leadership skills and enhance her career, and represent DePaul in this national program.

KOTOKLO000139

## II. CORE BEHAVIORS

Evaluate performance relating to each of the categories reflecting core behavioral requirements.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| A. CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic, Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Staff Member Comments:** | | |

KOTOKLO000140

**Reviewer Comments:** I think Mireille has had some challenges working in a team with her peers. Mireille has demonstrated the strength she brings from her years of experience in Access Services so that others are adjusting to her reserved style. I urge Mireille to be more assertive in development and evaluation of access services implemented across all campuses. Again, the more communication Mireille effects with her peers and staff, the stronger her leadership role will become.

### THE FOLLOWING SECTION ENTITLED "CORE MANAGERIAL BEHAVIORS" SHOULD BE COMPLETED ONLY FOR STAFF MEMBERS WHO SUPERVISE OTHERS OR WHO MANAGE A FUNCTIONAL AREA OF BUSINESS.

Evaluate performance relating to each of the five major managerial categories.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| B. CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Staff Member Comments:** | | |

KOTOKLO000141

**Reviewer Comments:** Mireille cut staffing levels at AS desk and stacks while maintaining services. As a supervisor, Mireille puts trust in her staff to work independently, expecting that all their work will be done in timely, effective ;manner. With her support, reserves and interlibrary loan have become more productive. However, since she has had problems with staff failing to communicate with her their progress or problems, I would like her to be more assertive and demanding of her staff; the staff who have needed verbal or written counseling in particular need closer monitoring.

---

### III.   TECHNOLOGY

Evaluate performance pertaining to the following principles.

   Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| TECHNOLOGY – AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Staff Member Comments:** | | |
| **Reviewer Comments:** Mireille participated in development of Voyager Sysadmin settings for circulation modules. She learned the new modules and trained staff in their use. She interprets Voyager circulation and interlibrary loan functions for other staff so that problems with the system can be addressed. | | |

---

### IV.   PRIOR DEVELOPMENT GOALS & OBJECTIVES

   List prior projects, development goals and objectives that were achieved during the last evaluation period, if applicable.  The Staff Member should complete this section.

| PRIOR PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | COMPLETION DATE |
|---|---|
| Voyager conversion implementation and training | September 2002 |
| | |
| | |

KOTOKLO000142

## V.    FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES

List ongoing projects, development goals and objectives to be achieved during the next evaluation period, if applicable. The Staff Member and the Reviewing Manager should complete this section together.

| FUTURE PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | TARGET COMPLETION DATE |
|---|---|
| Take cataloging classes | |
| Update the procedure manual<br><br>complete the Access Services student assistant handbook | |
| Work with Glenda on Report Writer | |
| Develop and administer stacks maintenance plan so that all shelving is regularly completed and shelf reading, shelving review is done regularly | Plan--May 16, 2003; implementation complete--July 1, 2003 |

## VI.    CAREER DEVELOPMENT PLANS

List the professional opportunities you are looking for in the next year.

Participate in the ACRL leadership program for minorities if selected.

List the career or developmental goals you have set for yourself

I would like to take some cataloging classes

List the skills and abilities you need to develop to achieve your professional goals.

List current personal practices that you believe are helping or hindering your professional goals.

KOTOKLO000143

**Reviewer Comments:** I hope Mireille is accepted in the ARL Diversity Management program; I think participation in the program will give her the opportunity to broaden her experience and outlook, and widen her network of professional contacts.

## VII. MANAGEMENT/INSTITUTIONAL FEEDBACK

Identify resources that your supervisor can provide to help increase your performance levels.

Identify changes and/or improvements that are needed in your department.

> I have realized that some employees in the library are receiving preferential treatment. Rules or decisions are applied very inconsistently.

**Reviewer Comments:** This is the first that this statement has been made known to me. Since this statement is non-specific and beyond the intention of a performance appraisal, it will need to be dealt with separately. I will pursue an investigation of this immediately, requiring specific information as to who Mireille believes is receiving preferential treatment and in what way she has determined this to be true. I also want to know exactly which rules and decisions are applied inconsistently, and how that has been determined to be true. Furthermore, Mireille makes no suggestions on exactly what changes need to be made so this statement is not helpful in identifying improvements to be made.

## VIII. ADDITIONAL NOTES/COMMENTS

This area can be used for any additional notes; it can also be used to document the Staff Member's progress on goals identified in last year's performance appraisal.

> Updating procedure manual is a major project was not completed last year because I did not anticipate that the migration would take longer to be fully operational. This project will be completed this year.

KOTOKLO000144



**Qqq** DePaul University

# ANNUAL STAFF PERFORMANCE APPRAISAL

The Staff Appraisal process is the annual process where staff members and supervisors review performance of the past year and develop individual goals for the year to come. All DePaul staff members and supervisors <u>must</u> participate in this process, The results are one factor used to determine the annual merit pay increase.

| PLEASE TYPE: |
|---|
| STAFF MEMBER'S NAME AND TITLE: MIREILLE-PAULE KOTOKLO - ACCESS SERVICES DEPARTMENT HEAD |
| STAFF MEMBER'S STATUS: EXEMPT ☒ NON-EXEMPT ☐        FULL-TIME ☒  PART-TIME ☐ |
| STAFF MEMBER'S EMPL ID OR SSN: 618461 |
| DEPARTMENT/DIVISION: ACCESS SERVICES/LIBRARY |
| REVIEW PERIOD: 2001-2002 |
| REVIEWER'S NAME AND TITLE: LINDA MORRISSETT - DIRECTOR OF LIBRARIES |

| RATING SCALE: |
|---|
| **Exceeds Expectations = Consistently meets and frequently exceeds job requirements** <br> **Meets Expectations = Meets job requirements** <br> **Needs Improvement = Fails to meet some job requirements** <br> **N/A = Not Applicable** |

| OVERALL PERFORMANCE RATING: This summative rating should reflect a heightened emphasis on the Staff Member's job responsibilities and behaviors associated with strategic goals of DePaul University and/or those of the reviewing department. |
|---|
| **Staff Member:**        ☒ Exceeds Expectations ☐ Meets Expectations ☐ Needs Improvement* |
| **Staff Member Comments: During the past year, I have overseen the completion of several projects dealing with Access in the area of Distance Learning, Copyright, Billing, e-reserve, ILL, in addition to managing the department, and coordinating training for the new Barat staff as well as serving as a resource for various issues relating to access.** |
| **Reviewer:**        ☐ Exceeds Expectations ☒ Meets Expectations ☐ Needs Improvement* |

*A work improvement plan should be developed if the Staff Member receives an overall rating of Needs Improvement or where a Staff Member receives a rating of Needs Improvement in several areas. This plan should be specific and results oriented with measurable outcomes to be achieved within a reasonable time period. <u>Consultation with an Employee Relations representative is recommended.</u>

KOTOKLO000145

Reviewer Comments: Mireille has managed her department at 2 campuses, and seen noticeable improvement in maintenance of the areas; she scheduled service desks in spite of significant times of staffing leaves and vacancies; she worked concertedly with staff to improve performance. She has overseen improvements in the billing procedures. She spent significant time and effort in working with Barat staff to develop and communicate procedures for Barat so that they are in keeping with DePaul. In the coming year, with only one campus to supervise directly, I look forward to seeing Mireille concentrate on improved communication in the department and as she coordinates Access Services functions at all campuses. I also look forward to more emphasis on development of improved and enhanced services now that staffing issues have lessened.

_Mireille Kotoklo_      _4-22-02_
**Staff Member Signature (Indicates discussion of review)**      **Date**

_Linda Morissett_      _4/22/02_
**Reviewing Manager/Supervisor Signature**      **Date**

_Dri EBren_      _4/22/02_
**Second Level Reviewer Signature**      **Date**

_____      _____
**Human Resources Representative Signature**      **Date**

KOTOKLO000146

---

**I.    PRINCIPAL RESPONSIBILITIES AND/OR GOALS**

Evaluate the Staff Member's performance relating to the primary responsibilities of the position, many of which are found in the job description. The Staff Member and the Reviewing Manager should discuss and agree upon the current responsibilities of the position before the review is conducted. The review should be limited to ten responsibilities/goals or less.

    Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| PRIMARY RESPONSIBILITIES AND/OR GOALS (SET AT PRIOR EVALUATION) | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| 1) Develop and recommend to Library Administration policies and procedures for the effective operation of the Access Services Department to ensure the needs of DePaul University Libraries patrons and in cooperation with ILCSO consortium needs; implement and communicate policies and procedures as approved. Coordinate access services operations among the Chicago and Suburban campuses and on-DePaul sites. Maintain and update a policies and procedures manual. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |

Staff Member Comments: Several procedures were revised or written this year. We established a procedure to provide access to students on the Distance Learning Program. The billing procedures were revised, new procedures for reserve to better comply with copyright laws were put in place.

Reviewer Comments: Mireille implemented revisions in several AS operational areas, and oversaw the preparation of a new revised procedures manual. Worked with Arlie Sims to develop and communicate services to SNL distance learners.

| | | |
|---|---|---|
| 2) Supervise the operation of the ILLINET Online automated circulation system to ensure effective circulation of all library materials including books, microforms, and media. Coordinate efficient use of the system with the Law Library and other institutions in the state. Coordinate with ILCSO: maintenance of patron records and patron tape load; generation of system reports; implementation of policies and procedures which optimize consortial circulation functions. | ☒ Exceeds Expectations.<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

Staff Member Comments:

Reviewer Comments: Mireille has coordinated operations with Law Library and worked in cooperation with other ILCSO libraries.

KOTOKLO000147

| | | |
|---|---|---|
| 3) Plan and supervise the operation of Interlibrary Loan, including the most efficient use of ILLINET Online, OCLC, Ariel, and document delivery services. Monitor and communicate with delivery services to ensure efficient delivery of materials to patrons and other libraries. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

Staff Member Comments:

Reviewer Comments:  This is an area where I would I would like to see a review and expansion of services in the coming year. There have been some staffing issues in this area over the past year, but they are resolved now so the Library can move forward into more efficient document delivery. Mireille has the opportunity to take a major leadership role in determining what is needed and what is possible and coming up with a proposal for this area.

| | | |
|---|---|---|
| 4) Supervise the Periodicals, the microform and media viewing/listening collections at both Chicago campuses. Monitor condition of microform, AV and photocopier equipment and reporting of equipment service needs. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

Staff Member Comments:

Reviewer Comments:  Mireille and her staff coordinated the move of AV and microforms at Loop Campus. This is an area in which I need Mireille to take a leadership role in setting up standards for the vendor and making sure the equipment is being monitored on a frequent basis to meet University needs.

| | | |
|---|---|---|
| 5) Supervise the maintenance of the library's print and non?print collections including shelving, inventory, shifting of collections as necessary.  Supervise the operation of the Education Resources collection. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

Staff Member Comments:  The stacks are very well maintained at both Chicago locations.

Reviewer Comments:  The stacks maintenance has improved  over the past year. Mireille makes this a priority and that priority needs to continue, especially at the end of the quarter when the return of volumes tends to exceed  staffing hours. Mireille needs  to take a more proactive approach to fostering two way communication with her staff so they will understand that they need to come to her when there are potential problems.

| | | |
|---|---|---|
| 6) Supervise the operation of paper and electronic reserves at both Chicago campuses.  Maintain awareness of copyright guidelines and ensure compliant reserve operations. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

KOTOKLO000148

**Staff Member Comments:** To comply with copyright laws and provide better services to faculty, we introduced a mechanism where the library seeks clearance for copyrighted materials.

**Reviewer Comments:** Mireille worked with us to coordinate the copyright compliance. She created a copyright procedures FAQ for the website, and worked with the the web coordinator to update forms. Copyright is an area Mireille needs to monitor from the perspective of her responsibilities and determine how policies and procedures should be shaped to meet the needs of reserves, as well as adapting her area to reflect the steps detailed in the policies and procedures.

| 7) Maintain and interpret statistics on the use of the collection, attendance, peak hours of operation, fines collected, ILL borrowing and lending, and other information as needed. Prepare reports including an annual report of Access Services operations. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:**

**Reviewer Comments:** This is an area where Mireille should pay greater attention and use available statistical information to track trends in access services as well as to develop strategic plans for future services for her area.

| 8) Supervise the billing and collection of fines and work with other offices of the University and ILCSO to insure proper maintenance of delinquent records. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:**

**Reviewer Comments:** Mireille worked with University offices to review and change procedures for fine collection, recording, and deposit of receipts. Worked with staff at all campuses to tighten procedures for fine collection, initiated stronger circulation security.

| 9) Hire, train, evaluate and schedule 10 support staff for both Chicago campuses. Hire and supervise part?time staff and student assistants. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**Staff Member Comments:**

**Reviewer Comments:** Mireille experienced several challenges with staff vacancies, and one three month leave of absence. This is very difficult to schedule public service desks in these instances, but Mireille managed to do so such that services were not compromised. Mireille has improved on the hiring process, working to include her staff in the search process. She also trained new Barat librarians in access services procedures.

KOTOKLO000149

| | | |
|---|---|---|
| 10) Participate in University and professional activities.<br><br>Serve as subject bibliographer in one subject area. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |

Staff Member Comments:

Reviewer Comments:    Mireille should maintain close scrutiny of developments on the state and national level of developments in her areas so that, as chair of the Access Services Group, she can shape the Group to anticipate and prepare policies and procedures to meet the changing needs of DePaul.

KOTOKLO000150

## II.    CORE BEHAVIORS

Evaluate performance relating to each of the categories reflecting core behavioral requirements.

   Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| A. CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Communication:**<br>• Exhibits good listening and comprehension skills.<br>• Effectively expresses oneself in written and oral communications.<br>• Keeps others adequately informed.<br>• Responds to others with tact, diplomacy and composure. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Teamwork and Collaboration:**<br>• Cooperates with others toward achievement of common goals.<br>• Seeks consensus and win-win solutions to problems/conflicts.<br>• Actively contributes and fully participates in team initiatives.<br>• Puts success of the team above one's own interests.<br>• Builds and maintains constructive work relationships. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Responsive to Change:**<br>• Supports and adapts to changes in work activities and priorities.<br>• Displays a proactive, problem-solving approach toward work.<br>• Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>• Actively seeks and initiates creative and innovative solutions.<br>• Exercises sound, accurate and informed independent judgment when needed. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **Quality Driven:**<br>• Results oriented and committed to quality through continuous process improvement.<br>• Eliminates ineffective activities and closes performance gaps.<br>• Anticipates and responds to customer needs.<br>• Monitors own performance and actively seeks feedback.<br>• Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Support of the Mission of DePaul:**<br>• Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>• Exhibits personal integrity, honesty, zeal and compassion.<br>• Respects and supports the *Catholic*, *Vincentian* and *Urban* identity of the university.<br>• Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>• Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **Staff Member Comments:** | | |

KOTOKLO000151

**Reviewer Comments:** Mireia has high standards and expectations for service and is consistent in dealing with staff and patrons. She has to temper her administration of her standards, however, so that her staff follow her in implementing those standards by accepting them as their own.

---

**THE FOLLOWING SECTION ENTITLED "CORE MANAGERIAL BEHAVIORS" SHOULD BE COMPLETED ONLY FOR STAFF MEMBERS WHO SUPERVISE OTHERS OR WHO MANAGE A FUNCTIONAL AREA OF BUSINESS.**

Evaluate performance relating to each of the five major managerial categories.

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| B. CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

KOTOKLO000152

**Staff Member Comments:**

**Reviewer Comments:** Mireille deals with her staff and colleagues with equal respect, consideration, and fairness. She has undergone numerous challenges in managing her staff and areas this year, but overall service has not suffered. Her areas have shown improvements due to her management. In the coming year I would like to see Mireille take the lead in fostering development of her staff and in encouraging more two way communication with staff. Implementation of the new library system would be an ideal time to put some emphasis on this approach and develop a teamwork approach to developing new procedures and training.

When working with policies and procedures for dealing with access services it is often necessary to weigh in some flexibility, for example in establishing procedures in dealing with Fair Use of copyrighted material ,there are gray areas of interpretation. Mireille needs to temper herself so that she tries to view an issue from the perspective of the other person, whether staff or student, and then seek a way to form or implement a policy or procedure trying to be more mediative in approaching the problem situation. I value Mireille's contributions, dedication to her work, and support of library administration and look forward to working together with her in the coming year.

---

| III. | TECHNOLOGY |
|------|------------|

Evaluate performance pertaining to the following principles.

   Note: Comments are encouraged at all times but are required if "Needs Improvement" is checked.

| TECHNOLOGY – AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Staff Member Comments:** | | |
| **Reviewer Comments:** | | |

KOTOKLO000153

## IV.     PROJECTS, DEVELOPMENT GOALS & OBJECTIVES

List ongoing projects, development goals and objectives to be achieved during the next evaluation period, if applicable. The Staff Member and the Reviewing Manager should complete this section together.

| PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | TARGET COMPLETION DATE |
|---|---|
| Speed up Access to the Chicago collections for Suburban campus patrons by providing electronic document delivery. | 2 weeks from the date a decision is made on the interface issue. |
| Prepare training materials and train Access Services staff, suburban staff and non-circulation staff to use the circulation module of the voyager system | July 31 2002 |
| Revise the new Access Services Manual to reflect the changes in automated system | December 2002 |
| Create an online training for Access Services staff and students assistants. | December 2002 |

## V.     CAREER DEVELOPMENT PLANS

List the professional opportunities you are looking for in the next year.

List the career or developmental goals you have set for yourself

Be more proficient in Access Services.

List the skills and abilities you need to develop to achieve your professional goals.

List current personal practices that you believe are helping or hindering your professional goals.

KOTOKLO000154

```
Reviewer Comments:
```

---

## VI.  MANAGEMENT/INSTITUTIONAL FEEDBACK

Identify resources that your supervisor can provide to help increase your performance levels.

> My supervisor has been very supportive.

Identify changes and/or improvements that are needed in your department.

> The need for additional staff in ILL and DD in order to be efficient.

```
Reviewer Comments:  Mireille has suggested that ILL be improved by splitting
borrowing and lending duties between staff, which I think should prove
helpful.  She also plans to have the evening staff do ILL pulls, which will
also help even the workload.  These are good suggestions that I expect she
will carry out to improve workflow and service quality.
```

---

## VII.  ADDITIONAL NOTES/COMMENTS

This area can be used for any additional notes; it can also be used to document the Staff Member's progress on goals identified in last year's performance appraisal.

KOTOKLO000155



## DePaul University – Office of Human Resources
# Annual Staff PerformanceAppraisal

IDENTIFIED BY THE PARTIES. ONCE THE FORM IS RECEIVED IN THE OFFICE OF HUMAN RESOURCES, IT IS PLACED INTO THE STAFF MEMBER'S PERSONNEL FILE.

THE DEPAUL UNIVERSITY STAFF APPRAISAL PROGRAM IS THE ANNUAL PROCESS WHERE STAFF MEMBERS AND SUPERVISORS REVIEW PERFORMANCE OF THE PAST YEAR AND DEVELOP INDIVIDUAL GOALS FOR THE YEAR TO COME. ALL DEPAUL STAFF MEMBERS SHOULD PARTICIPATE IN THIS PROCESS ANNUALLY, AND THE RESULTS SHOULD BE ONE FACTOR IN DETERMINING ANNUAL MERIT PAY INCREASES.

*0618161*

| |
|---|
| STAFF MEMBER'S NAME AND TITLE: MIREILLE-PAULE KOTOKLO |
| STAFF MEMBER'S STATUS:    EXEMPT ☒         NON-EXEMPT ☐ |
| DEPARTMENT: LIBRARY |
| REVIEW PERIOD: 6 MONTHS AND ANNUAL, NOV. 2000-MAY 2001 |
| REVIEWER'S NAME AND TITLE: LINDA MORRISSETT DIRECTOR FOR COLLECTIONS AND ACCESS SERVICES |

| |
|---|
| RATING SCALE: |
| Exceeds Expectations = Consistently meets and frequently exceeds job requirements<br>Meets Expectations = Meets job requirements<br>Needs Improvement = Fails to meet some job requirements<br>N/A = Not Applicable |

| |
|---|
| OVERALL PERFORMANCE RATING: This summative rating should reflect a heightened emphasis on the Staff Member's job responsibilities and behaviors associated with strategic goals of DePaul University and/or those of the reviewing department. |
| Staff Member:    ☐ Exceeds Expectations  X Meets Expectations  ☐ Needs Improvement* |
| Staff Member Comments: I feel that along with the AS staff we have accomplished a lot in the area of stack maintenance. The department is running smoothly. |
| Reviewer:    ☐ Exceeds Expectations  ☒ Meets Expectations  ☐ Needs Improvement* |
| Reviewer Comments: Mireille has accomplished quite a bit in her first 6 months: improvements in stacks maintenance, cross training of staff, efficient use of student assistants (especially at Loop). She has met with resistance from staff, but has dealt with them with persistent aplomb, and seems to be making gradual headway with them as she makes her expectations known and finally accepted. I encourage Mireille to make every effort to assert her presence as a leader, becoming directly involved in new projects (e.g. working closely with John to establish and communicate copyright guidelines and requirements for placing items on reserve). The plan to meet with each staff member weekly will help in this area also. Mireille has begun work on a number of projects recently, (e.g. missing/withdrawals) and I expect these and other new projects will follow smoothly.<br><br>I'm pleased to see Mireille working actively on projects with other dept heads (e.g. SNL Offcampus program), and on the Web Group, and encourage continued active involvement in these and other projects. |

KOTOKLO000156

*Mireille Kotoklo*          6-6-01

**Staff Member Signature (Indicates discussion of review)**      **Date**

*Linda Morrissett*          6/6/01

**Reviewing Manager/Supervisor Signature**      **Date**

*Ann R Brien*          4/4/01

**Second Level Reviewer Signature**      **Date**

**Human Resources Representative Signature**      **Date**

*A work improvement plan should be developed if the Staff Member receives an overall rating of Needs Improvement or where a Staff Member receives a rating of Needs Improvement in several areas. This plan should be specific and results oriented with measurable outcomes to be achieved within a reasonable time period. Consultation with an Employee Relations representative is recommended.

Page 2

KOTOKLO000157

# I. PRINCIPAL RESPONSIBILITIES AND/OR GOALS

**Evaluate the Staff Member's performance relating to the primary responsibilities of the position, many of which are found in the job description. The Staff Member and the Reviewing Manager should discuss and agree upon the current responsibilities of the position before the review is conducted. The review should be limited to ten responsibilities/goals or less.**

Note: Comments are encouraged at all times but are **required** if "Needs Improvement" is checked.

| RIMARY RESPONSIBILITIES AND/OR GOALS (SET AT PRIOR VALUATION) | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| ) Develop and recommend to Library Administration policies nd procedures for the effective operation of the Access ervices Department to ensure the needs of DePaul University ibraries patrons and in cooperation with ILCSO consortium eeds; implement and communicate policies and procedures as pproved. Coordinate access services operations among the hicago and Suburban campuses and on-DePaul sites. aintain and update a policies and procedures manual. | ☐ Exceeds Expectations<br>✹Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **taff Member Comments:** | | |
| **eviewer Comments:** | | |
| ) Supervise the operation of the ILLINET Online automated irculation system to ensure effective circulation of all library aterials including books, microforms, and media. Coordinate fficient use of the system with the Law Library and other stitutions in the state. Coordinate with ILCSO: maintenance f patron records and patron tape load; generation of system eports; implementation of policies and procedures which ptimize consortial circulation functions. | ☐ Exceeds Expectations<br>✹Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **taff Member Comments:** | | |
| **eviewer Comments:** | | |
| ) Plan and supervise the operation of Interlibrary Loan, cluding the most efficient use of ILLINET Online, OCLC, riel, and document delivery services. Monitor and ommunicate with delivery services to ensure efficient elivery of materials to patrons and other libraries. | ☐ Exceeds Expectations<br>✹ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **taff Member Comments:** | | |
| **eviewer Comments: Set up special procedures for delivery of videos and for document delivery services to arat.** | | |

KOTOKLO000158

| ) Supervise the microform and media viewing/listening ollections at both Chicago campuses. Monitor condition of icroform, AV and photocopier equipment and reporting of quipment service needs. | ☐ Exceeds Expectations<br>✹ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**taff Member Comments:**

**eviewer Comments:**

| ) Supervise the maintenance of the library's print and on-print collections including shelving, inventory, shifting of ollections as necessary. Supervise the operation of the ducation Resources collection. | ✹ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**taff Member Comments: Both libraries are well maintained. Several shifting projects occurred. Career centers nd the ER collections are all in order. Missing items are identified and scheduled to be withdrawn and or eordered.**

**eviewer Comments: Mireille has directed improvements in stacks maintenance at both Loop and LPC Libraries. upervised Periodicals shifting so that the project was accomplished in a timely manner; supervised new shelving stallation for videos and two shifts of that collection.**

| ) Supervise the operation of paper and electronic reserves at oth Chicago campuses. Maintain awareness of copyright uidelines and ensure compliant reserve operations. | ☐ Exceeds Expectations<br>✹Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**taff Member Comments:**

**eviewer Comments:**

| ) Maintain and interpret statistics on the use of the collection, ttendance, peak hours of operation, fines collected, ILL orrowing and lending, and other information as needed. repare reports including an annual report of Access Services perations. | ☐ Exceeds Expectations<br>✹ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**taff Member Comments:**

**eviewer Comments:**

| ) Supervise the billing and collection of fines and work with ther offices of the University and ILCSO to insure proper aintenance of delinquent records | ☐ Exceeds Expectations<br>✹Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

**taff Member Comments:**

**eviewer Comments: Mireille has begun work on clearing up old accumulated fine/billing problems; she is in rocess of notifying June graduates to remind them to clear obligations/return items checked out.**

Page 4

KOTOKLO000159

| ) Hire, train, evaluate and schedule l⬤pport staff for both hicago campuses.  Hire and supervise part-time staff and tudent assistants. | ☐ Exceeds Ex⬤ations<br>✳ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

taff Member Comments:

eviewer Comments:

| 0) Participate in University and professional activities.<br><br>erve as subject bibliographer in one subject area. | ☐ Exceeds Expectations<br>✳ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
|---|---|---|

taff Member Comments:  I have been recently assigned bibliographer duties.

eviewer Comments:  Mireille is also a member of the Web Group, already making contributions to improve formation on Access Services, as well as other website considerations.

KOTOKLO000160

## II.  CORE BEHAVIORS

**Evaluate performance relating to each of the categories reflecting core behavioral requirements.**

Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.

| CORE BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **ommunication:**<br>Exhibits good listening and comprehension skills.<br>Effectively expresses oneself in written and oral communications.<br>Keeps others adequately informed.<br>Responds to others with tact, diplomacy and composure. | ☐ Exceeds Expectations<br>✳ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **eamwork and Collaboration:**<br>Cooperates with others toward achievement of common goals.<br>Seeks consensus and win-win solutions to problems/conflicts.<br>Actively contributes and fully participates in team initiatives.<br>Puts success of the team above one's own interests.<br>Builds and maintains constructive work relationships. | ☐ Exceeds Expectations<br>✳ Meets Expectations<br>☐ Needs Improvement | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement |
| **esponsive to Change:**<br>Supports and adapts to changes in work activities and priorities.<br>Displays a proactive, problem-solving approach toward work.<br>Committed to life-long learning by continuously increasing skills, knowledge and effectiveness.<br>Actively seeks and initiates creative and innovative solutions.<br>Exercises sound, accurate and informed independent judgment when needed. | ✳ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **uality Driven:**<br>Results oriented and committed to quality through continuous process improvement.<br>Eliminates ineffective activities and closes performance gaps.<br>Anticipates and responds to customer needs.<br>Monitors own performance and actively seeks feedback.<br>Fiscally responsible, seeks opportunities to reduce costs or increase productivity without reducing effectiveness. | ✳ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **upport of the Mission of DePaul:**<br>Values, supports and models institutional objectives including: service, collaboration, quality, personalism, diversity and respect for all others.<br>Exhibits personal integrity, honesty, zeal and compassion.<br>Respects and supports the *Catholic*, *Vincentian* and *Urban* identity of the university.<br>Recognizes the importance of research, instruction, academic freedom and life-long learning.<br>Understands and supports the university's efforts to serve all in need, especially those who are disadvantaged. | ✳ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement | ☒ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement |
| **taff Member Comments:** | | |

Page 6

KOTOKLO000161

eviewer Comments: While Mireille has exceeded expectations in high standards in existing processes and procedures, I would like to see er undertake analysis of every area under her charge and also examine ways in which Access Services could provide new or improved services r pur users. In this vein, I would like to see her take a much more proactive stance in "Anticipates and responds to customer needs" since I ink she will come up with creative ideas, which will expand services for our users

**THE FOLLOWING SECTION ENTITLED "CORE MANAGERIAL BEHAVIORS" SHOULD BE COMPLETED ONLY FOR STAFF MEMBERS WHO SUPERVISE OTHERS OR WHO MANAGE A FUNCTIONAL AREA OF BUSINESS.**

**Evaluate performance relating to each of the five major managerial categories.**

**Note: Comments are encouraged at all times but are required if "Needs Improvement" is checked.**

| B. CORE MANAGERIAL BEHAVIORS | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Performance Management:**<br>• Provides constructive feedback when appropriate.<br>• Conducts thorough and timely performance reviews.<br>• Equitably recognizes and acknowledges good performance.<br>• Acts as a coach and counselor to close performance gaps.<br>• Develops Staff Members' skills and encourages professional growth. | ✹ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Resource Management:**<br>• Identifies, develops and retains highly talented people.<br>• Effectively allocates funds, equipment, time and human resources for highest return.<br>• Ensures work is completed within specified time and quality parameters.<br>• Provides sufficient authority and resources to enable Staff Members to act independently. | ✹Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Managing/Supporting Diversity:**<br>• Creates an environment in which people of all cultures work together in partnership.<br>• Encourages the personal and professional growth of all Staff Members.<br>• Focuses on understanding individual differences and their value to DePaul.<br>• Seeks to develop diverse work teams to improve quality, productivity and decision making.<br>• Encourages, respects and values contributions of all individuals. | ✹ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☒Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Leadership:**<br>• Articulates the mission and a clear vision.<br>• Fosters open, honest, two-way communication.<br>• Encourages Staff involvement.<br>• Establishes and clearly communicates priorities.<br>• Serves as role model for Staff in both words and actions. | ✹ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Strategic Thinking:**<br>• Seeks and interprets competitive benchmarking data pertaining to organizational strengths and weaknesses.<br>• Maintains long-term focus.<br>• Develops project plans including timelines and checkpoints.<br>• Understands major trends affecting the profession and initiates requisite strategic response. | ✹ Exceeds Expectations<br>☐ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |

KOTOKLO000162

**Staff Member Comments:** I feel I am ⬤ng proper direction to my department. ⬤ting projects accomplished and making decisions that are called for.

**Reviewer Comments:** Mireille has inherited a challenging staff, most of whom do have strong potential. Mireille has established her supervisory style, which is very different from what staff had experienced in the past, so it has taken some of them time to accept it. She establishes firm ground rules, yet also expects staff to provide active input into proposed procedures. They have been slow to interact with her. In her recent evaluations, she stipulated that each staff member should meet with her weekly for reports/updates, which is a very positive step in improving communication and supervision. I encourage Mireille to continue to pursue active interaction with her staff. As this happens, they will learn to know her and her expectations better, and they should begin to participate more.

As I said above, Mireille directed her staff in shelving moves and cleanup, which were major accomplishments. She has also revised scheduling practices at Loop so the desk is not overstaffed, and so all students do desk and shelving work. And, she has accomplished supervision of cross training for Roz in all areas, and for Loop staff in E-Reserves. These are really significant accomplishments in making the department run more smoothly and efficiently.

KOTOKLO000163

## III. TECHNOLOGY

**Evaluate performance pertaining to the following principles.**

**Note: Comments are encouraged at all times but are <u>required</u> if "Needs Improvement" is checked.**

| TECHNOLOGY – AWARENESS, ACCEPTANCE AND MANAGEMENT | STAFF MEMBER RATING | REVIEWER RATING |
|---|---|---|
| **Knowledge, Acceptance and Management of Technology:**<br>• Demonstrates knowledge of computers, software and equipment useful to current job responsibilities.<br>• Stays abreast of new developments in technology that aid or increase job performance.<br>• Identifies and takes advantage of technological options at DePaul.<br>• Readily accepts change in job responsibilities that result from changes or advances in technology.<br>• Encourages Staff Members to utilize innovative techniques to complete job duties. | ☐ Exceeds Expectations<br>✻ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A | ☐ Exceeds Expectations<br>☒ Meets Expectations<br>☐ Needs Improvement<br>☐ N/A |
| **Staff Member Comments:** | | |
| **Reviewer Comments:** | | |

## IV. PROJECTS, DEVELOPMENT GOALS & OBJECTIVES

**List ongoing projects, development goals and objectives to be achieved during the next evaluation period, if applicable. The Staff Member and the Reviewing Manager should complete this section together.**

| PROJECTS, DEVELOPMENT GOALS & OBJECTIVES (IF APPLICABLE) | TARGET COMPLETION DATE |
|---|---|
| Meet with each member of the Access Services weekly. | Ongoing |
| Continue to familiarize myself with all the functions that make up the department. | May 2002 |
| Assist director and other department heads in planning and implementing new procedures for incorporating Barat. | Ongoing |
| Assist director and other dept. heads in planning and implementation of new ILS | Ongoing |

KOTOKLO000164

## V. STAFF MEMBER CAREER DEVELOPMENT PLANS

List the professional opportunities you are looking for in the next year.

Attend professional workshop that are closely related to my position.

List the career or developmental goals you have set for yourself.

List the skills and abilities you need to develop to achieve your professional goals.

List current personal practices that you believe are helping or hindering your professional goals.

**Reviewer Comments:**

## VI. MANAGEMENT/INSTITUTIONAL FEEDBACK

Identify resources that your supervisor can provide to help increase your performance levels.

Identify changes and/or improvements that are needed in your department.

**Reviewer Comments:**

Page 10

KOTOKLO000165



**DePaul University**
OFFICE OF HUMAN RESOURCES

# Full and Part-Time
# Staff Performance Appraisal

EMPLOYEE NAME (LAST, FIRST)

Kotoklo, Mireille

EMPLOYEE IDENTIFICATION NUMBER

0618461

EMPLOYEE TITLE

Access Services Coordinator

DEPARTMENT/DIVISION

Library

MANAGER NAME

Bernal, Megan

EMPLOYEE STATUS:  ✓ FULL-TIME        PART-TIME

REVIEW PERIOD:  ☑ ANNUAL        ☐ INTRODUCTORY

| START DATE | END DATE | START DATE | END DATE |
|------------|----------|------------|----------|
| 7/1/2013 | 6/30/2014 | | |

FORM LAST UPDATED: 06/03/2014

KOTOKLO000166

Staff Performance Appraisal



## RATING SCALE DEFINITIONS

Use this rating scale to evaluate results on goals, key job responsibilities, core behaviors and overall performance.

**OUTSTANDING** PERFORMANCE IS EXCEPTIONAL.
The employee delivers extraordinary accomplishments in their role as measured by results, consistent work quality, quantity and timeliness in all areas of responsibility. His or her contributions have made an outstanding impact on the achievement of department and university priorities. Employee exhibits mastery in all dimensions of the work performed. Serves as an inspirational role model for behaviors consistent with DePaul's mission and values.

**EXCEEDS EXPECTATIONS** PERFORMANCE EXCEEDS ESTABLISHED EXPECTATIONS.
The employee exceeds established expectations as measured by results, consistent work quality, quantity and timeliness in most areas of responsibility. He or she exhibits mastery in most dimensions of the work performed, making a significant contribution in support of the department, division or university goals. Sets excellent example of behaviors consistent with DePaul's mission and values.

**SUCCESSFUL** PERFORMANCE SUCCESSFULLY MEETS ESTABLISHED EXPECTATIONS.
The employee meets established expectations as measured by results, work quality, quantity and timeliness in areas of responsibility. He or she exhibits proficiency in most dimensions of the work performed, achieves and occasionally exceeds established goals. Demonstrates behaviors consistent with DePaul's mission and values.

**BELOW EXPECTATIONS** PERFORMANCE IS BELOW ESTABLISHED EXPECTATIONS.
The employee is inconsistent in meeting most established expectations in terms of results, consistent work quality, quantity and timeliness in one or more important areas of responsibility, and/or one or more of the most critical goals were not met. Behavior may not be consistent with DePaul's mission and values. Continued development and improvement is required in key areas of the job in order to successfully meet expectations.

**UNSATISFACTORY** PERFORMANCE IS UNSATISFACTORY.
The employee does not meet minimum established expectations in results, consistent work quality, quantity and timeliness in all important areas of responsibility, and/or fails to achieve reasonable progress toward critical goals. Behavior may not reflect DePaul's mission and values. Significant improvement is needed in most areas of the job in order to successfully meet expectations. Immediate and sustained improvement is required.

2

KOTOKLO000167

Staff Performance Appraisal



PERFORMANCE GOALS AND RESULTS

Annual performance goals reflect the employee's expected contributions towards university and department goals during the current annual review cycle. Use this section to evaluate the results on up to 5 of the most important individual annual goals. Highlight results achieved and identify missed opportunities. Include any special circumstances that affect the rating. Use a rating scale of Outstanding, Exceeds Expectations, Successful, Below Expectations and Unsatisfactory for each goal.

PERFORMANCE GOAL 1

Implemented Ares.

EMPLOYEE COMMENTS

After a long wait and several meetings, we acquired and implemented Ares. We first started with a pilot in the summer and offered course reserve using ARES to the faculty in the Fall. This was a long process that included cleaning the data from old reserve system so it can transfered and allow faculty to see what they had on reserve in the past and eventually use them; designing the system for our multi-campus environment; preparing for training materials and train the staff and the faculty and continue to incorporate other forms such as the digitization form and make necessary changes as needed.

EMPLOYEE RATING: ☐ OUTSTANDING ☒ EXCEEDS EXPECTATIONS ☐ SUCCESSFUL ☐ BELOW EXPECTATIONS ☐ UNSATISFACTORY

MANAGER COMMENTS

Mireille collaborated heavily with IS and the Library systems lead, Jim LeFager, to ensure that needed functionalities for the new system were implemented and historical data migrated effectively forward through much manual effort by her staff. She also ensured training and outreach materials were created and available to faculty. This work ran concurrently and thus competed with major Library efforts at the same time (eg the Information Commons renovation and Library-wide organizational restructuring).

MANAGER RATING: ☐ OUTSTANDING ☒ EXCEEDS EXPECTATIONS ☐ SUCCESSFUL ☐ BELOW EXPECTATIONS ☐ UNSATISFACTORY

PERFORMANCE GOAL 2

Actively participated in the planning and implementation of the second phase of the library renovation

EMPLOYEE COMMENTS

I lead a planning group in my department to plan for the move as soon as the second phase of the renovation was confirmed. We planned for the temporary move of the collections, furniture and staff to the second floor so that the first floor can be renovated. The move was very successful, on time and did not impact any service. It was done on a timely manner and at the busiest time for Access Services. We provided circulation services on th second floor and returned to our renovated first floor a couple of weeks before classes, and this move was also successful. We move some collections back to the first floor and made adjustments as needed. I took care of loose ends such as numbering the media scape tables, making them reserve-able , preparing instructions for their use, cataloging and keeping accessories at the circulation desk, ordering clocks, take over the signs for the whole library etc...
With the second phase renovation, two meeting rooms and four study rooms were added. We decided to offer some of the rooms for group study as the rooms we had previously could only be reserved by student organizations and were on a first come basis when available. We revised the room policies and set up an un-mediated on-line reservation system. Students can now reserve group study rooms anytime and receive an automated email confirmation. We also added the new media scape tables to the reservation system.

EMPLOYEE RATING: ☐ OUTSTANDING ☒ EXCEEDS EXPECTATIONS ☐ SUCCESSFUL ☐ BELOW EXPECTATIONS ☐ UNSATISFACTORY

3

KOTOKLO000168

Staff Performance Appraisal



MANAGER COMMENTS

Mireille and her team effectively dealt with the many, many details surrounding their office and service desk move to the newly renovated first floor. The group also adapted to a new, more diversified space with loanable technology and reservable spaces like the media:scape collaborative work tables.

MANAGER RATING: ☐ OUTSTANDING ☐ EXCEEDS EXPECTATIONS ☒ SUCCESSFUL ☐ BELOW EXPECTATIONS ☐ UNSATISFACTORY

PERFORMANCE GOAL 3

EMPLOYEE COMMENTS

EMPLOYEE RATING: ☐ OUTSTANDING ☐ EXCEEDS EXPECTATIONS ☐ SUCCESSFUL ☐ BELOW EXPECTATIONS ☐ UNSATISFACTORY

MANAGER COMMENTS

MANAGER RATING: ☐ OUTSTANDING ☐ EXCEEDS EXPECTATIONS ☐ SUCCESSFUL ☐ BELOW EXPECTATIONS ☐ UNSATISFACTORY

PERFORMANCE GOAL 4

EMPLOYEE COMMENTS

EMPLOYEE RATING: ☐ OUTSTANDING ☐ EXCEEDS EXPECTATIONS ☐ SUCCESSFUL ☐ BELOW EXPECTATIONS ☐ UNSATISFACTORY

MANAGER COMMENTS

MANAGER RATING: ☐ OUTSTANDING ☐ EXCEEDS EXPECTATIONS ☐ SUCCESSFUL ☐ BELOW EXPECTATIONS ☐ UNSATISFACTORY

PERFORMANCE GOAL 5

EMPLOYEE COMMENTS

EMPLOYEE RATING: ☐ OUTSTANDING ☐ EXCEEDS EXPECTATIONS ☐ SUCCESSFUL ☐ BELOW EXPECTATIONS ☐ UNSATISFACTORY

MANAGER COMMENTS

4

KOTOKLO000169

## Staff Performance Appraisal

| | | | | | |
|---|---|---|---|---|---|
| MANAGER RATING: | ☐ OUTSTANDING | ☐ EXCEEDS EXPECTATIONS | ☐ SUCCESSFUL | ☐ BELOW EXPECTATIONS | ☐ UNSATISFACTORY |
| OVERALL MANAGER RATING ON PERFORMANCE GOALS: | ☐ OUTSTANDING | ☐ EXCEEDS EXPECTATIONS | ☒ SUCCESSFUL | ☐ BELOW EXPECTATIONS | ☐ UNSATISFACTORY |

5

KOTOKLO000170

Staff Performance Appraisal



## KEY JOB RESPONSIBILITIES

Key job responsibilities are the main components or essential functions of the job. Some ongoing responsibilities may not be captured in annual performance goals. Use this section to comment on important contributions or missed opportunities related to job responsibilities that should be considered when assigning an overall rating. Note that it is not necessary to comment on all job responsibilities; those not mentioned will be considered to be performed with a "successful" rating. It is not necessary to repeat areas covered in the goal rating section.

1. Summarize the most important contributions the employee made in the performance cycle, **not** included in performance goals.

EMPLOYEE COMMENTS

Implemented shelf Lister to improve and automate the inventory our collection.
Revised room reservation policies because of the additions of new rooms and technology.
Developed procedures to deliver library materials to suburban campuses patron after the suburban libraries closure.
Implemented LVIS to reduce interlibrary loan costs.
Implemented a new patron group for the Law library in our automated library circulation system.
I also took the responsibility to receive subscriptions for the Sunday edition of the NYT at the circulation desk and check them out to students in Prof Michael Moore's class.

MANAGER COMMENTS

Mireille's interest in new technologies assisting her areas of responsibility like ShelfLister is much appreciated by me and information I hope she will continue to seek out moving forward into Phase III of the renovation as well as throughout the NextGen ILS effort by CARLI.

2. Summarize the most important missed opportunities of the performance cycle, **not** included in performance goals.

EMPLOYEE COMMENTS

MANAGER COMMENTS

OVERALL
MANAGER
RATING
ON JOB
RESPONSIBILITIES:    ☐ OUTSTANDING    ☐ EXCEEDS EXPECTATIONS    ☒ SUCCESSFUL    ☐ BELOW EXPECTATIONS    ☐ UNSATISFACTORY

6

KOTOKLO000171

Staff Performance Appraisal



## CORE BEHAVIORS   COMPLETED FOR ALL EMPLOYEES

Evaluate the employee's overall performance in each behavior category. Use a rating scale of Outstanding, Exceeds Expectations, Successful, Below Expectations or Unsatisfactory to reflect the person's overall performance over the course of the current annual review cycle.

| CORE BEHAVIORS | EMPLOYEE RATING | MANAGER RATING |
|---|---|---|
| **Supports DePaul's Mission, Vision and Values** Understands and supports the university's distinctive Catholic and Vincentian identity and its institutional values. Demonstrates a commitment to service, lifelong learning, sharing of knowledge and expertise that advances and supports university mission. Promotes organizational stewardship with practices that are financially, socially, and environmentally responsible in addition to efforts to reduce costs, increase productivity, and improve effectiveness. Is student-centered; anticipates and responds to students' needs and supports all efforts that promote student affordability, accessibility, and attainment. Anticipates and responds to client needs to ensure effective services are provided to all university units and community partners. Exemplifies Vincentian personalism and leadership by demonstrating a respect for the God-given dignity of each person, and an inclusiveness which comes from openness to the diversity that surrounds us in our world and our community. | OUTSTANDING ✓ EXCEEDS EXPECTATIONS SUCCESSFUL BELOW EXPECTATIONS UNSATISFACTORY | OUTSTANDING ✓ EXCEEDS EXPECTATIONS SUCCESSFUL BELOW EXPECTATIONS UNSATISFACTORY |
| **Collaborates and Contributes to Team Work** Builds and maintains constructive work relationships. Contributes to an environment of trust, mutual regard, and reliability. Reduces barriers to cooperation and collaboration through effective communication and project management. Fully participates in team initiatives and puts the success of the team above one's own interests. Celebrates and acknowledges accomplishments. Motivates and assists team members to achieve individual and shared goals. | OUTSTANDING ✓ EXCEEDS EXPECTATIONS SUCCESSFUL BELOW EXPECTATIONS UNSATISFACTORY | OUTSTANDING EXCEEDS EXPECTATIONS ✓ SUCCESSFUL BELOW EXPECTATIONS UNSATISFACTORY |
| **Responsive to Change** Adapts to changing situations; restructures tasks and priorities as change occurs. Reflects and questions own assumptions; is flexible and productive. Uses change as an opportunity to improve work product, services, and programs. Adapts well to technology developments that aid university, departmental, and individual performance. Accepts and acquires new skills as the job demands. | OUTSTANDING ✓ EXCEEDS EXPECTATIONS SUCCESSFUL BELOW EXPECTATIONS UNSATISFACTORY | OUTSTANDING ✓ EXCEEDS EXPECTATIONS SUCCESSFUL BELOW EXPECTATIONS UNSATISFACTORY |
| **Fosters Diversity and Inclusion** Contributes to fostering a climate of diversity and inclusiveness which values, celebrates, and leverages differences. Treats colleagues, students, and community members respectfully, fairly, and equitably. Commits to continuous learning and growth in diversity, inclusion, and cultural competence. Demonstrates and applies best practices in diversity and inclusion: adaptability, flexibility, negotiating ambiguity, and cultural differences. | OUTSTANDING ✓ EXCEEDS EXPECTATIONS SUCCESSFUL BELOW EXPECTATIONS UNSATISFACTORY | OUTSTANDING EXCEEDS EXPECTATIONS ✓ SUCCESSFUL BELOW EXPECTATIONS UNSATISFACTORY |

KOTOKLO000172

Staff Performance Appraisal



## CORE BEHAVIORS  COMPLETED FOR ALL EMPLOYEES

| CORE BEHAVIORS | EMPLOYEE RATING | MANAGER RATING |
|---|---|---|
| Encourages Open Communication and Cooperation<br>Regularly updates colleagues on information that affects their work and the work of the unit, college, and university. Maintains transparent and regular communication with others; is open to improving interpersonal skills. Expresses oneself effectively in all written and verbal communications. Facilitates and/or contributes to meetings that accomplish established objectives. Addresses and resolves workplace issues and conflicts through productive dialogue characterized by openness, trust and collaboration. | OUTSTANDING<br>✓ EXCEEDS EXPECTATIONS<br>SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>✓ SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY |
| Fosters Continuous Performance Improvement<br>Monitors own performance and actively seeks performance feedback. Understands link between goals, planning and performance. Is results-oriented and resourceful; identifies root causes of problems and takes appropriate action. Seeks opportunities to acquire knowledge, skills, and experiences to improve job performance and achieve personal and professional goals. Anticipates obstacles and removes barriers in order to achieve goals. Provides outstanding stakeholder and/or student service. Engenders loyalty, trust, and respect in stakeholder and student relationships. | OUTSTANDING<br>✓ EXCEEDS EXPECTATIONS<br>SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>✓ SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY |

EMPLOYEE COMMENTS

I have implemented LVIS to reduce costs directly.
I adapt to change as we had a structure change at the beginning of the last fiscal year with the assignment of the Loop campus to one of my colleague. I had to re-think how the work in AS would be performed.
I motivate and assist team members to achieve individual and shared goals by offering cross-training to the Access Services Staff. I treat colleagues, students, and community members respectfully, fairly, and equitably in my daily interactions. I encourages open communication and cooperation by updating the relevant parties on information that affects their work or asking for colleagues to address issues that affect other units. I maintain transparent and regular communication with the Access Services staff by meeting weekly with the full time staff and over the phone or via email with the part-time staff. I address and resolve workplace issues as soon as they arise through productive dialogue. I am result oriented and resourceful.

MANAGER COMMENTS

Mireille exemplified principals of Vincentian personalism and leadership, demonstrating a respect for the God-given dignity of each person, and an inclusiveness which comes from openness to the diversity that surrounds us, in her management and treatment of the full-time staff member she lost due to budget cuts this year.

She showed a heightened responsiveness to change, working quickly to restructure tasks, priorities, and her own assumptions when responding to Library organizational restructuring and the closure of Library locations in the suburbs.

8

KOTOKLO000173

Staff Performance Appraisal



## CORE MANAGERIAL BEHAVIORS   COMPLETED FOR ALL MANAGERS

Evaluate overall performance relating to each of the four major managerial categories. Use a rating scale of Outstanding, Exceeds Expectations, Successful, Below Expectations or Unsatisfactory.

| CORE MANAGERIAL BEHAVIORS | EMPLOYEE RATING | MANAGER RATING |
|---|---|---|
| **Leads and Manages for Mission and Strategy** Effectively communicates the university's vision, purpose and direction. Models DePaul's mission and values in words and action; sets standards for team behaviors and performance. Motivates, inspires, and builds high performance teams; directs people and allocates resources for efficiency, effectiveness, and success. Identifies key stakeholders, coordinates teams and resources; effectively communicates to achieve project objectives within timeline and budget. Understands and embraces change; able to manage and lead others through complexity, ambiguity, and uncertainty. | OUTSTANDING<br>✓ EXCEEDS EXPECTATIONS<br>SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>✓ SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY |
| **Stewards Organizational Resources** Maintains a disciplined approach to cost management and allocation of resources; seeks opportunities to reduce costs or increase productivity without reducing effectiveness. Recruits, develops, and retains a highly qualified and diverse staff. Maintains compliance with university codes of conduct and policies. Considers sustainability in administrative and operational decision making. | OUTSTANDING<br>✓ EXCEEDS EXPECTATIONS<br>SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>✓ SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY |
| **Thinks Strategically** Develops goals and initiatives aligned to DePaul's mission, vision, and priorities. Considers impact of decisions upon the entire DePaul community beyond the scope of personal or functional responsibilities. Keeps up expertise and acumen in subject matter field of practice. Maintains long-term focus; helps others see beyond the present. Anticipates future trends and imagines new ways to add value. Embraces creative and improved solutions for programming, services, and processes. | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>✓ SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>✓ SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY |
| **Hires and Develops Diverse Talent** Hires a varied and diverse pool of talent. Supports DePaul's talent, learning, and performance management systems. Aligns individual, team, and departmental goals and timelines with DePaul's mission, values, and strategic plan. Clearly communicates performance standards and regularly provides balanced performance feedback. Actively listens, coaches, and engages employees in developmental conversations. Recognizes and rewards outstanding accomplishments. Deals effectively with and addresses performance gaps in a timely manner. | OUTSTANDING<br>✓ EXCEEDS EXPECTATIONS<br>SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY | OUTSTANDING<br>EXCEEDS EXPECTATIONS<br>✓ SUCCESSFUL<br>BELOW EXPECTATIONS<br>UNSATISFACTORY |

EMPLOYEE COMMENTS

I lead and manage for mission and strategy - I manage a great team that is result oriented, all our projects as completed ahead of schedule.  I allocate resources for efficiency and effectiveness and success.
Stewards organizational resources - implemented LVIS and Phone tree project. Suggested nominal fee for printing posters to the administration a  while back but have not received any decision yet. This will reduce waste .
I think strategically and propose a self check machine as well as the phone tree in anticipation of a reduction in staff. I hire and manage a diverse workforce and I give the opportunity to everyone to develop and I address any performance gap immediately.

9

KOTOKLO000174

Staff Performance Appraisal 

MANAGER COMMENTS

## EMPLOYEE DEVELOPMENT

This section is completed by the employee and discussed with the manager during the review. Results from this discussion may be incorporated into future goals and development objectives.

1. Identify **up to** three strengths that you would like to continue to develop in your current role and/or use to prepare for other roles.

2. Identify **up to** three improvement opportunities that would improve your current performance in your role and/or prepare you for other role.

3. What projects, tasks or opportunities can build upon your strengths or address your improvement areas?

4. How can your manager support your professional development?

By allowing me to keep up-to date in the areas that I am responsible for.

MANAGER COMMENTS

10

KOTOKLO000175

Staff Performance Appraisal

KOTOKLO000176

Staff Performance Appraisal



## OVERALL PERFORMANCE RATING

The overall performance rating summarizes results of the employee's performance goals, key job responsibilities and expected behaviors. The manager rating will be placed in the employee record.

EMPLOYEE COMMENTS

> This year was full of new opportunities such as the renovation and the implementation of our new reserves system. The renovation gave our team an opportunity to shine.

EMPLOYEE RATING:  ☐ OUTSTANDING  ☒ EXCEEDS EXPECTATIONS  ☐ SUCCESSFUL  ☐ BELOW EXPECTATIONS*  ☐ UNSATISFACTORY*

MANAGER COMMENTS

> Mireille worked steadfastly throughout the year to keep Access Services operations running smoothly through a time of rapid change and major projects such as launch of the Information Commons, the Ares course reserves implementation, and budget cuts.

MANAGER RATING:  ☐ OUTSTANDING  ☐ EXCEEDS EXPECTATIONS  ☒ SUCCESSFUL  ☐ BELOW EXPECTATIONS*  ☐ UNSATISFACTORY*

* A Performance Improvement Plan (PIP) may be required for employees who receive ratings of "Below Expectations" or "Unsatisfactory." Consultation with an Employee Relations representative is required if either of these ratings will be issued.

## SIGNATURES AND RECORD KEEPING

The employee signature indicates that his or her performance has been discussed and the rationale for the rating explained. The employee has an option to submit a separate written statement for his or her Human Resources file. This follow-up statement must be submitted to the employee's manager within a two week time period after the completion of the performance appraisal.

Manager and employee should retain a copy of the review for their records. The original appraisal is forwarded to Human Resources. In the instance of a "Below Expectations" or "Unsatisfactory" rating, a second level reviewer signature is required.

_Mireille Kotoklo_
EMPLOYEE SIGNATURE                                   9-26-14
                                                     DATE

_M Kumal_
MANAGER SIGNATURE                                    9/26/2014
                                                     DATE

SECOND-LEVEL REVIEWER SIGNATURE (IN INSTANCES OF "UNSATISFACTORY" OR "BELOW EXPECTATIONS")        DATE

SECOND-LEVEL REVIEWER PRINTED NAME (IF SIGNATURE REQUIRED)

DATE RECEIVED BY HUMAN RESOURCES

12

KOTOKLO000177

**Performance Document**

## Manager Evaluation - Completed

Mireille Kotoklo

**Job Title:** Librarian 3
**Document Type:** Performance Document
**Template:** Overall Rating
**Status:** Completed

**Manager:** Megan Bernal
**Period:** 07/01/2013 - 06/30/2014
**Document ID:** 532
**Due Date:** 06/30/2014

The document status is Completed.

## Section 1 - Overall Summary

| | |
|---|---|
| **Manager Rating:** | 3 - Successful |

| Audit History | | | |
|---|---|---|---|
| **Created By** : | Kevin Turner | 08/28/2014 10:59:26AM | |
| **Last Modified By** : | Kathleen Matyas | 09/30/2014 11:52:16AM | |

KOTOKLO000363

**Performance Document**

## Manager Evaluation - Completed

Mireille Kotoklo

**Job Title:** Librarian 3
**Document Type:** Performance Document
**Template:** Manager Performance Appraisal
**Status:** Completed

**Manager:** Megan Bernal
**Period:** 07/01/2014 - 06/30/2015
**Document ID:** 2264
**Due Date:** 10/01/2015

| Employee Data | |
|---|---|
| | **Empl ID :**    0618461 |

The document status is Completed.

## Section 1 - Employee Goals

**Goal 1: Assessment**

Worrk collaboratively to  to facilitate decision making and assess usage of our services

- Due Date :  06/30/2015

| | |
|---|---|
| **Manager Rating:** | 3 - Successful |
| **Manager Comments:** | Mireille worked to understand the LibPass system and get needed statistical information from her area entered over the past year.  Moving forward, ongoing data entry by Access Service staff into LibPass and related systems like LibAnalytics will be crucial to Library-wide data sharing and reporting needs.  Additionally, Mireille's area manages multiple systems with diverse current and historical data important to understanding patron research interests, curricular needs, wayfinding, etc. so her ongoing expertise and collaborative spirit in this strategic effort is very much appreciated. |
| **Employee Rating:** | 3 - Successful |
| **Employee Comments:** | Established what statistical information to gather and  keep for teh Access Services department. I worked with the LibPass representive record those figures in the system. |

| | | |
|---|---|---|
| Created By : | Mireille Kotoklo | 08/28/2015  2:12PM |
| Last Modified By : | Mireille Kotoklo | 09/01/2015  9:53AM |

**Goal 2: Collaboration with external entities**

Support the multi-year I-Share Next project at the local and consortial level to define and migrate to a new, "next

KOTOKLO000364

generation" integrated library system.

- Due Date :

| | |
|---|---|
| **Manager Rating:** | 3 - Successful |

**Manager Comments:** Mireille's participation in the multi-year I-Share Next effort is appreciated and crucial to surfacing our institutional needs and goals across a large consortia. I look forward to hearing more from Mireille on new capabilities identified during the process as well as which vendors or platforms best support Access Services now and in the future, especially given our strategic interest in new programs and services during Phase III of the Richardson Library renovation.

| | |
|---|---|
| **Employee Rating:** | 3 - Successful |

**Employee Comments:** Participated in a committee od selected CARLI institutions members to recommend Access Services specifications for the next I-Share Next. Hosted the committee for a face to face meeting.

| | | |
|---|---|---|
| Created By : | Mireille Kotoklo | 08/28/2015  2:13PM |
| Last Modified By : | Mireille Kotoklo | 09/01/2015  9:55AM |

## Goal 3: Departmental efficiency

Create partnerships, leverage automation, develop new solutions, and rework existing workflows to provide high quality services under current budget constraints and cuts.

- Due Date :  06/30/2015

| | |
|---|---|
| **Manager Rating:** | 4 - Exceeds Expectations |

**Manager Comments:** Mireille worked quickly following reduction in force in her area this past year to ensure operations continue as seemlessly as possible.  She also took on supervisory responsibilities of Loop Library Access Services staff in January following changes/reductions there.

KOTOKLO000365

**Employee Rating:** 4 - Exceeds Expectations

**Employee Comments:** I rearranged workflows and in order to maintain service level under the current budget constraints and cuts.

| | | | |
|---|---|---|---|
| Created By : | Mireille Kotoklo | 08/31/2015 4:18PM | |
| Last Modified By : | Mireille Kotoklo | 09/01/2015 9:57AM | |

**Goals Summary**

**Manager Rating:** 3 - Successful

## Section 2 - Key Job Responsibilities

### Important Contributions During Performance Cycle

Summarize the most important contributions the employee made in the performance cycle, not included in the performance goal discussion. An important contribution is a significant and lasting result brought about by the employee's work. Examples of important contributions may include efforts to develop others, improvements in results, innovation in processes, etc.

**Manager Comments:** Mireille's leadership on implementing an automated phone system across multiple Library departments was crucial to reducing staff time spent answering and transferring calls during a tough budget year and reduction in force in her area. Her efforts to cross-train more Access Services staff on ILL workflows and skills was important given the staff reductions and how heavily students and faculty rely on this service for research. Her encouragement and mentoring of staff on outreach efforts to faculty regarding Course Reserves services (training, improved Web content, Ares system configuration, etc.) was notable last year and points to potential departmental and individual goals in the future on improved communication and streamlined service in this area. ILL, also, is an area of interest for future assessment and service planning.

Centralized ILL effort for efficiency

**Employee Comments:** Proposed and heped Implement a phone tree to free up desk staff so that they can attend to patrons needs while at the circulation desk.

Redistributed responsibilities of a position we lost during the reduction in workforce while maintaining the same level of service

KOTOKLO000366

Developed statistical Access Services information to be held in LibPass

Maintain a record of frequently requested items to facilitate acquisition decisions

Proposed and helped Implement an automated gate count system.

Participated in the revision of libAnalytics

Worked with the Law library and IS to address the need of professional students and set them up in the Voyager system and  set up a patron load that works best with the  law school academic schedule.

| Created By : | Template | 05/11/2015  9:22AM |
|---|---|---|

### Missed Opportunities During Performance Cycle

Summarize the most important missed opportunities of the performance cycle, not included in the performance goal discussion. A missed opportunity is something that should have been done but was not, or done in a manner that resulted in suboptimal outcomes. Examples of missed opportunities may include lack of progress in an area of job responsibility, lack of collaboration resulting in duplicate efforts, or allowing problems to grow before attempting resolution, etc.

**Manager Comments:**  IS limitations continue to hinder basic, needed automation in Access Services workflows and systems as Mireille notes.  IS project delays and partial implementations of university-wide systems due to resource shortages particularly negatively impacts Access Services due to this area's heavy reliance on identity management.

We were not able to implement a simple and centralized system to receive Access Services related questions from the public due to IS priorities. This project should start and be completed next year.

**Employee Comments:**  We were not able to get the desired outcome when merging the ILL transactions to PeopleSoft because  of the way the information regarding classes/departments/majors is organized. We are still investigating ways to find solution to this issue. The purpose was to find out the usage of interlibrary loan service by school/department/major. We have to rethink the project after discussing with the registra's office and IS.

| Created By : | Template | 05/11/2015  9:22AM |
|---|---|---|

### Key Job Responsibilities Summary

KOTOKLO000367

**Manager Rating:** 3 - Successful

## Section 3 - Core Behaviors

### Supports DePaul's Mission, Vision and Values

Understands and supports the university's distinctive Catholic and Vincentian identity and its institutional values; demonstrates a commitment to service, lifelong learning, sharing of knowledge and expertise that advances and supports university mission; promotes organizational stewardship with practices that are financially, socially and environmentally responsible in addition to efforts to reduce costs, increase productivity and improve effectiveness; is student centered; anticipates and responds to students' needs and supports all efforts that promote student affordability, accessibility and attainment; anticipates and responds to client needs to ensure effective services are provided to all university units and community partners; exemplifies Vincentian personalism and leadership by demonstrating a respect for the God-given dignity of each person, and an inclusiveness that comes from openness to the diversity that surrounds us in our world and our community.

**Manager Rating:** 3 - Successful

**Employee Rating:** 3 - Successful

Created By : Template          05/11/2015  9:22AM

### Collaborates and Contributes to Team Work

Builds and maintains constructive work relationships; contributes to an environment of trust, mutual regard and reliability; reduces barriers to cooperation and collaboration through effective communication and project management; fully participates in team initiatives and puts the success of the team above one's own interests; celebrates and acknowledges accomplishments; motivates and assists team members to achieve individual and shared goals.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By : Template          05/11/2015  9:22AM

### Responsive to Change

Adapts to changing situations; restructures tasks and priorities as change occurs; reflects and questions own assumptions; is flexible and productive; uses change as an opportunity to improve work product, services and programs; adapts well to technology developments that aid university, departmental and individual performance; accepts and acquires new skills as the job demands.

KOTOKLO000368

**Manager Rating:**  4 - Exceeds Expectations

**Employee Rating:**  4 - Exceeds Expectations

Created By :   Template                    05/11/2015  9:22AM

### Fosters Diversity and Inclusion

Contributes to fostering a climate of diversity and inclusiveness that values, celebrates and leverages differences; treats colleagues, students and community members respectfully, fairly and equitably; commits to continuous learning and growth in diversity, inclusion and cultural competence; demonstrates and applies best practices in diversity and inclusion: adaptability, flexibility, negotiating ambiguity and cultural differences.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By :   Template                    05/11/2015  9:22AM

### Encourages Open Communication and Cooperation

Regularly updates colleagues about information that affects their work and the work of the unit, college and university; maintains transparent and regular communication with others; is open to improving interpersonal skills; expresses oneself effectively in all written and verbal communications; facilitates and/or contributes to meetings that accomplish established objectives; addresses and resolves workplace issues and conflicts through productive dialogue characterized by openness, trust and collaboration.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By :   Template                    05/11/2015  9:22AM

### Fosters Continuous Performance Improvement

Monitors own performance and actively seeks performance feedback; understands link between goals, planning and performance; is results-oriented and resourceful; identifies root causes of problems and takes appropriate action; seeks opportunities to acquire knowledge, skills and experiences to improve job performance and achieve personal and professional goals; anticipates obstacles and removes barriers in order to achieve goals; provides outstanding stakeholder and/or student service; engenders loyalty, trust and respect in stakeholder and student relationships.

KOTOKLO000369

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By :    Template              05/11/2015  9:22AM

| Core Behaviors Summary |
| --- |

**Manager Comments:**

Mireille continued to show a high level of responsiveness to change in her taking over management of Loop Library Access Services staff following staff departure/reorganization and in her oversight and advocacy for integration and automation of various Access Services systems like Ares, Voyager, and ILLiad.

**Employee Comments:**

I support and adhere to DePaul's vision and values in my daily interactions with patrons and staff and my attention to efficiency, productivity and costs. I am resposive to change and have assumed once again the responsibility of the Loop campus Access Services department.

## Section 4 - Managerial Behaviors

### Leads and Manages for Mission and Strategy

Effectively communicates the university's vision, purpose and direction. Models DePaul's mission and values in words and action; sets standards for team behaviors and performance. Motivates, inspires, and builds high performance teams; directs people and allocates resources for efficiency, effectiveness, and success. Identifies key stakeholders, coordinates teams and resources; effectively communicates to achieve project objectives within timeline and budget. Understands and embraces change; able to manage and lead others through complexity, ambiguity, and uncertainty.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By :    Template              05/11/2015  9:22AM

### Stewards Organizational Resources

Maintains a disciplined approach to cost management and allocation of resources; seeks opportunities to reduce costs or increase productivity without reducing effectiveness. Recruits, develops, and retains a highly qualified and diverse staff. Maintains compliance with university codes of conduct and policies. Considers sustainability in administrative and operational decision making.

KOTOKLO000370

**Manager Rating:** 4 - Exceeds Expectations

**Employee Rating:** 4 - Exceeds Expectations

Created By :     Template                    05/11/2015  9:22AM

## Thinks Strategically

Develops goals and initiatives aligned to DePaul's mission, vision, and priorities. Considers impact of decisions upon the entire DePaul community beyond the scope of personal or functional responsibilities. Keeps up expertise and acumen in subject matter field of practice. Maintains long-term focus; helps others see beyond the present. Anticipates future trends and imagines new ways to add value. Embraces creative and improved solutions for programming, services, and processes.

**Manager Rating:** 3 - Successful

**Employee Rating:** 3 - Successful

Created By :     Template                    05/11/2015  9:22AM

## Hires and Develops Diverse Talent

Hires a varied and diverse pool of talent. Supports DePaul's talent, learning, and performance management systems. Aligns individual, team, and departmental goals and timelines with DePaul's mission, values, and strategic plan. Clearly communicates performance standards and regularly provides balanced performance feedback. Actively listens, coaches, and engages employees in developmental conversations. Recognizes and rewards outstanding accomplishments. Deals effectively with and addresses performance gaps in a timely manner.

**Manager Rating:** 4 - Exceeds Expectations

**Employee Rating:** 4 - Exceeds Expectations

Created By :     Template                    05/11/2015  9:22AM

## Managerial Behaviors Summary

**Manager Comments:**

Mireille continually seeks opportunities to reduce costs through cross-training of staff, Access Services systems integration and automation, and cooperative lending and other agreements.  This is most clearly evident in her coming under budget every year.  Mireille shows a commitment to diversity in her hiring practices and regularly supports her team in leveraging DePaul's learning and performance management systems.

KOTOKLO000371

**Employee Comments:**

I have the pleasure to lead a great team whose members support one another in order to serve patrons. I allocate resources for efficiency and effectiveness.  I undesrtand and  embrace change and facilitate its impact in my department. I allocated resources to maintain level of service. I participated to "Passport to Depaul" a new initiative from the african american faculty and staff to introduce students to the resources the university offers.

## Section 5 - Employee Development

### Strengths to Further Develop

Identify up to three strengths that you would like to continue to develop in your current role and/or use to prepare for other roles.

**Employee Comments:**

Created By :   Template          05/11/2015  9:22AM

### Improvement Opportunities

Identify up to three improvement opportunities that would enhance your current performance in your role and/or prepare you for another role.

**Employee Comments:**

Created By :   Template          05/11/2015  9:22AM

### Projects, Tasks, or Opportunities to Support Development

What projects, tasks or opportunities can build upon your strengths or address your improvement areas?

**Employee Comments:**

Created By :   Template          05/11/2015  9:22AM

### Manager Support

How can your manager support your professional development?

KOTOKLO000372

**Employee Comments:** I am sorry that the professional development budget was modifiied and now gives preference to certain activities.

Created By :     Template                           05/11/2015  9:22AM

**Employee Development Summary**

**Manager Comments:**

Mireille manages a large group of people and services across campuses, hence her ongoing interest in attending multiple conferences reflecting her areas of responsibility (eg inter-library loan, circulation, course reserves, space management, customer service, etc.).  In our discussions over the past year about the impact of budget cuts on our ability to send staff to more than 2 meetings at the participant versus presenter level, she has expressed concern about her ability to continue learning about best practices, new technologies, etc. in her areas of responsibility.  I have and will continue to encourage Mireille to priortize particular growth areas each year in light of the budget constraints, possibly develop leadership roles is specific areas among her staff, and pursue opportunities to participate more deeply in professional development through presentations, publications, and leadership roles wherenever possible.

## Section 6 - Overall Summary

**Manager Rating:**  3 - Successful

**Manager Comments:**

Mireille worked quickly to cross-train staff and fast track system automation pursuits following difficult staff reductions in her department as well as at the Loop Library and suburbs.  Her participation in the I-Share Next task force and strategic Library assessment work was commendable given the effort necessary on her part to maintain service levels in the face of ongoing budgetary constraints.

**Employee Rating:**  4 - Exceeds Expectations

**Employee Comments:**

This year we experienced the lost of a staff member in the department due to the university workforce reduction and I took again responsibility of the Access services department at the Loop campus. These changes resulted in the reassignment of tasks in order to maintain the same service level.

## Section 7 - eSignature Section

**Mireille Kotoklo**                              09/24/2015 11:07:59AM

_____

KOTOKLO000373

Employee Signature                                    Date

**Megan Bernal**                                      **09/23/2015 11:59:25AM**

_____

Manager Signature                                    Date

| Attachments |
|---|
| No Attachments have been added to this document |

| Audit History | | |
|---|---|---|
| **Created By** : | Kevin Turner | 05/11/2015  9:22:29AM |
| **Manager Signed By** : | Megan Bernal | 09/23/2015 11:59:25AM |
| **Acknowledged By** : | Mireille Kotoklo | 09/24/2015 11:07:59AM |
| **Completed By** : | System | 09/24/2015 11:07:59AM |
| **Last Modified By** : | System | 09/24/2015 11:07:59AM |

KOTOKLO000374

**Performance Document**

# Manager Evaluation - Completed

Mireille Kotoklo

**Job Title:** Librarian 3
**Document Type:** Performance Document
**Template:** Manager Performance Appraisal
**Status:** Completed

**Manager:** Megan Bernal
**Period:** 07/01/2015 - 06/30/2016
**Document ID:** 4953
**Due Date:** 09/30/2016

| Employee Data | |
|---|---|
| **Empl ID :** | 0618461 |

The document status is Completed.

## Section 1 - Employee Goals

**Goal 1: Access Services department customer service project**

This is a multi year project to work as a department to assess customer service and improve by developing training that will help us provide uniform and consistent service. It is important that we work together as a department to this goal so that we will adhere to the set of rules we will live by.

- Due Date :
- Reminder Date :

**Manager Rating:** 3 - Successful

**Manager Comments:** I support and appreciate Mireille's department-wide effort to improve customer service and noted the teamwork and community-building this has caused among her staff over the past year. This project is ongoing and I look forward to hearing more about the activities, goals, and outcomes in forums such as Administrative Council, Public Services Steering, and All Staff meetings. I also look forward to better understanding the role of different units or staff members on the project in her department and hearing what measures will be used to assess success.

**Employee Rating:** 4 - Exceeds Expectations

**Employee Comments:** Our department is working as a team to develop a program that will allow us to improve on our customer service skills. We have met twice a month this year to view videos on Lynda.com, to look at the practices of companies that are recognized for offering the best customer service, etc. We have are creating a customer service survey to assess our current service.

The outcome at this point of the project is the introduction of what represents good customer service to the staff. It is the research of the documents and

KOTOKLO000375

videos on the subject and the discussions on our findings. We have all
contributed questions for a survey. We have selected which questions to
include in the survey. We have have a draft survey at this point of the fiscal
year.

Created By :     Mireille Kotoklo          08/19/2016  3:56PM

## Goal 2: Interlibrary loan service usage assessment

Find out what departments are using our interlibrary loan service

 - Due Date :
 - Reminder Date :

**Manager Rating:**  3 - Successful

**Manager Comments:**  Mireille's perseverance and patience in seeking a solution across univeristy departments to this inter-library loan reporting gap assists the Library greatly in regularly gathering more comprehensive data useful to assessing our resources and services.  I look forward to her ongoing collaboration and leadership improving Access Services systems and processes with the new Information Systems Librarian, IS, and university departments like the Office of Student Records.  Upgrade/improvement of our authentication and other ties to/from our ILL system ILLiad, in particular, is one needing attention in the coming year.

**Employee Rating:**  4 - Exceeds Expectations

**Employee Comments:**  I was able to create a report that shows what departments the students who use our interlibrary loan service are from. Those figures will be added to our Access Services statistical package.

Created By :     Mireille Kotoklo          08/19/2016  4:00PM

## Goals Summary

**Manager Rating:**  3 - Successful

## Section 2 - Key Job Responsibilities

## Important Contributions During Performance Cycle

Summarize the most important contributions the employee made in the performance cycle, not included in the performance goal discussion. An important contribution is a significant and lasting result brought about by the employee's work. Examples of important contributions may include efforts to develop others, improvements in results, innovation in processes, etc.

**Manager Comments:** Mireille's work continuing the stack map project as well as her participation on the Information Services Librarian search committee were notable this year. She also was highly responsive and supportive under a tight deadline to make selections and effectively spend special, one-time funds for a greater variety of loanable technology and pilot or "pop up" digital photography and maker spaces.

We were not able to start the StackMap project due to the resignation of the Information Systems librarian. We prepared floor plans for the third floor with all the call number ranges.

Proposed and implemented a process to purchase course reserve reading in e-format when available and accessible to several users simultaneously.

**Employee Comments:**

Proposed and implemented a less restrictive, efficient and cost effective way to use the study rooms by students at Loop library. This process also eliminated the issue of the public using those rooms which was the reason for the institution of restrictive system.

Created By : Template      09/24/2015 11:31AM

## Missed Opportunities During Performance Cycle

Summarize the most important missed opportunities of the performance cycle, not included in the performance goal discussion. A missed opportunity is something that should have been done but was not, or done in a manner that resulted in suboptimal outcomes. Examples of missed opportunities may include lack of progress in an area of job responsibility, lack of collaboration resulting in duplicate efforts, or allowing problems to grow before attempting resolution, etc.

**Manager Comments:** Effective inter-departmental communication continues to be a challenge for

KOTOKLO000377

all of us and was definitely the focus of many conversations last year. The stress of re-organizing different areas of the Library, being short-staffed and in the process of hiring multiple positions across many areas also added some pressure, disagreement about the best projects to implement or path forward, etc. In light of these challenges, I have encouraged Mireille to communicate more at the coordinator level to advocate for the benefits of changes she'd like to see and communicate her ideas more versus less with all of her colleauges, even if unpopular or not widely supported at the time.

Two important professional librarians from our unit resigned within a couple of months. This had an adverse effect on our unit and some projects that were in progress. It was a stressful situation but we organized to attend to any issue that may arise until we hired their replacements.

**Employee Comments:**

This year I faced considerable opposition to the two proposals I implemented in the use of the study rooms and course reserves; two areas of my job responsibilities. This resulted in delay and duplication of efforts.

Created By : Template          09/24/2015 11:31AM

**Key Job Responsibilities Summary**

**Manager Rating:** 3 - Successful

## Section 3 - Core Behaviors

**Supports DePaul's Mission, Vision and Values**

Understands and supports the university's distinctive Catholic and Vincentian identity and its institutional values; demonstrates a commitment to service, lifelong learning, sharing of knowledge and expertise that advances and supports university mission; promotes organizational stewardship with practices that are financially, socially and environmentally responsible in addition to efforts to reduce costs, increase productivity and improve effectiveness; is student centered; anticipates and responds to students' needs and supports all efforts that promote student affordability, accessibility and attainment; anticipates and responds to client needs to ensure effective services are provided to all university units and community partners; exemplifies Vincentian personalism and leadership by demonstrating a respect for the God-given dignity of each person, and an inclusiveness that comes from openness to the diversity that surrounds us in our world and our community.

**Manager Rating:** 4 - Exceeds Expectations

**Employee Rating:** 4 - Exceeds Expectations

KOTOKLO000378

Created By :  Template          09/24/2015 11:31AM

## Collaborates and Contributes to Team Work

Builds and maintains constructive work relationships; contributes to an environment of trust, mutual regard and reliability; reduces barriers to cooperation and collaboration through effective communication and project management; fully participates in team initiatives and puts the success of the team above one's own interests; celebrates and acknowledges accomplishments; motivates and assists team members to achieve individual and shared goals.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By :  Template          09/24/2015 11:31AM

## Responsive to Change

Adapts to changing situations; restructures tasks and priorities as change occurs; reflects and questions own assumptions; is flexible and productive; uses change as an opportunity to improve work product, services and programs; adapts well to technology developments that aid university, departmental and individual performance; accepts and acquires new skills as the job demands.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By :  Template          09/24/2015 11:31AM

## Fosters Diversity and Inclusion

Contributes to fostering a climate of diversity and inclusiveness that values, celebrates and leverages differences; treats colleagues, students and community members respectfully, fairly and equitably; commits to continuous learning and growth in diversity, inclusion and cultural competence; demonstrates and applies best practices in diversity and inclusion: adaptability, flexibility, negotiating ambiguity and cultural differences.

**Manager Rating:**  3 - Successful

KOTOKLO000379

**Employee Rating:** 4 - Exceeds Expectations

Created By :   Template          09/24/2015 11:31AM

## Encourages Open Communication and Cooperation

Regularly updates colleagues about information that affects their work and the work of the unit, college and university; maintains transparent and regular communication with others; is open to improving interpersonal skills; expresses oneself effectively in all written and verbal communications; facilitates and/or contributes to meetings that accomplish established objectives; addresses and resolves workplace issues and conflicts through productive dialogue characterized by openness, trust and collaboration.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By :   Template          09/24/2015 11:31AM

## Fosters Continuous Performance Improvement

Monitors own performance and actively seeks performance feedback; understands link between goals, planning and performance; is results-oriented and resourceful; identifies root causes of problems and takes appropriate action; seeks opportunities to acquire knowledge, skills and experiences to improve job performance and achieve personal and professional goals; anticipates obstacles and removes barriers in order to achieve goals; provides outstanding stakeholder and/or student service; engenders loyalty, trust and respect in stakeholder and student relationships.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By :   Template          09/24/2015 11:31AM

## Core Behaviors Summary

**Manager Comments:**

Mireille went above and beyond this year to support the university's distinctive Catholic and Vincentian identity and its institutional values; demonstrate a commitment to service, lifelong learning, sharing of knowledge and expertise that advances and supports university mission in her

KOTOKLO000380

unwavering advocacy for treating all Library patrons equally, including difficult/disruptive patrons and members of the public seeking use of our facilities and services.  Mireille also continues to show a strong interest and advocacy for creating cost savings, particularly for students, in her work with the Collections Coordinator and SGA on textbook exchange.

**Employee Comments:**

I understand and support the University catholic and Vincentian identity by reducing cost and working efficiently and productively to serve students. This is demonstrated in the facilitation of access to library materials through well maintained stacks, fast processing of requests throughout the day, ensuring that every library user is treated with dignity.

I belong to several teams and participate in discussions. I motivate the staff in my department to achieve individual and shared goals. I collaborate with peers as needed. I also collaborated with the Center for Black Diaspora to represent the library in the second annual "Passport to Depaul" event which goal is to connect students to resources at DePaul and welcome new and returning black students to the University.

This year I made a few changes in course reserves responsibilities to balance the workload of involved staff members after talking to them. I continue to be responsive to change.

I try and foster a climate of diversity and inclusion by ensuring that everyone participates in the department decisions. I take additional steps to attend to everyone special need, by reassigning student workers to better suited position or personalizing training materials or methods.

I communicate with colleagues in other units regarding issues that may affect them or to get any information mostly with the Technical Services staff. Our units are interdependent so communication or collaboration is are necessary depending on the units. I made at least a couple of suggestions to the reference department that were implemented regarding questions posed at the circulation desk and the visibility of the reference desk. I address and resolve issues that arise in a timely and proper manner. I encourage open communication and cooperation in my department as exemplified in our discussions for our customer service project.

I am results-oriented and am currently working with my team to find ways to better serve our library users. We have viewed videos, identified some good practices as a start.

## Section 4 - Managerial Behaviors

### Leads and Manages for Mission and Strategy

KOTOKLO000381

Effectively communicates the university's vision, purpose and direction. Models DePaul's mission and values in words and action; sets standards for team behaviors and performance. Motivates, inspires, and builds high performance teams; directs people and allocates resources for efficiency, effectiveness, and success. Identifies key stakeholders, coordinates teams and resources; effectively communicates to achieve project objectives within timeline and budget. Understands and embraces change; able to manage and lead others through complexity, ambiguity, and uncertainty.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By : Template          09/24/2015 11:31AM

## Stewards Organizational Resources

Maintains a disciplined approach to cost management and allocation of resources; seeks opportunities to reduce costs or increase productivity without reducing effectiveness. Recruits, develops, and retains a highly qualified and diverse staff. Maintains compliance with university codes of conduct and policies. Considers sustainability in administrative and operational decision making.

**Manager Rating:** 4 - Exceeds Expectations

**Employee Rating:** 4 - Exceeds Expectations

Created By : Template          09/24/2015 11:31AM

## Thinks Strategically

Develops goals and initiatives aligned to DePaul's mission, vision, and priorities. Considers impact of decisions upon the entire DePaul community beyond the scope of personal or functional responsibilities. Keeps up expertise and acumen in subject matter field of practice. Maintains long-term focus; helps others see beyond the present. Anticipates future trends and imagines new ways to add value. Embraces creative and improved solutions for programming, services, and processes.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

KOTOKLO000382

Created By :  Template          09/24/2015 11:31AM

## Hires and Develops Diverse Talent

Hires a varied and diverse pool of talent. Supports DePaul's talent, learning, and performance management systems. Aligns individual, team, and departmental goals and timelines with DePaul's mission, values, and strategic plan. Clearly communicates performance standards and regularly provides balanced performance feedback. Actively listens, coaches, and engages employees in developmental conversations. Recognizes and rewards outstanding accomplishments. Deals effectively with and addresses performance gaps in a timely manner.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By :  Template          09/24/2015 11:31AM

## Managerial Behaviors Summary

**Manager Comments:**

As mentioned in the previous Behaviors section, multiple incidents with difficult and/or disruptive patrons occured this past year which impacted Access Services staff, among others, and caused a very important and useful conversation with managers across service desks about DePaul's mission and openness to the public, safety, and best practices in diffusing tension. Mireille was highly responsive as a manager of a large team in all cases, working quickly to gather essential facts and other data, communicate policies and codes, and engage employees in developmental and supportive conversations about handling such matters.

**Employee Comments:**

I have built and manage a high performance team. The staff in my department is empowered to make decisions as issue arise. I direct people and allocate resources for efficiency daily. We are working on a customer service project that will allow us to provide consistent and uniform service. We anticipate a change in our practices when dealing with library users.

I keep in mind cost in every decision I make by avoiding waste of resources such as staff time as demonstrated in the case of the check out of study rooms keys as well as offering e-format for the reserves whenever feasible.

We continue to maintain compliance with university codes of conduct and

KOTOKLO000383

policies as demonstrated in our billing practices and the use of information we have access to. I take part in the recruitment of every member of the Access Services staff

## Section 5 - Employee Development

### Strengths to Further Develop

Identify up to three strengths that you would like to continue to develop in your current role and/or use to prepare for other roles.

**Employee Comments:**

Created By :    Template                    09/24/2015 11:31AM

### Improvement Opportunities

Identify up to three improvement opportunities that would enhance your current performance in your role and/or prepare you for another role.

**Employee Comments:**    I am looking at customer services improvement opportunities that will help us develop a program that we can implement.

Created By :    Template                    09/24/2015 11:31AM

### Projects, Tasks, or Opportunities to Support Development

What projects, tasks or opportunities can build upon your strengths or address your improvement areas?

**Employee Comments:** We are using Lynda.com, webinars etc. to learn best practices in customer services.

Created By : Template       09/24/2015 11:31AM

## Manager Support

How can your manager support your professional development?

My manager is supportive.

**Employee Comments:** However, I find the library administration travel policy unfair as it reduces the opportunities for development for the department I manage compared to all the other departments in the library. The department I manage has several functions ( ILL, Stacks Maintenance, Course Reserves, Circulation, Document Delivery, Billing). I am the only one with travel opportunities in my department. Other departments have several librarians with travel opportunities which means that they are able to learn from conferences for the benefit of the different functions in their department. The travel policy seems fair for individual professional development but unfair when it comes to the development of functions in the library thus unfair to me as a department head compared to the other department heads/coordinators.

Created By : Template       09/24/2015 11:31AM

## Employee Development Summary

**Manager Comments:**

Mireille's strengths include her ongoing attention to mission, interest in providing fair and consistent customer service to Library patrons of all types, and continuing to improve the many system and processes underlying Access Services. I support her need for ongoing training and development in all of these areas and look forward to collaborating with her on options moving forward. Working to create more comprehensive and in-depth development plans for key full-time staff members in her area such as ILL, specialized/technology-enhanced space management, and print/scan services, is a possible solution to limited travel budget allocated per professional librarian position. The onus lies on us to make a comprehensive assessment of Access Services skills and roles, outline strategic goals, develop plans, and make a compelling case for staff leveraging different learning options.

KOTOKLO000385

## Section 6 - Overall Summary

**Manager Rating:** 3 - Successful

**Manager Comments:**

Mireille pushed forward several important initiatives in light of unexpected delays in the next phase of the Richardson Library renovation and critical staff shortages in Systems, Digital Services, and Technical Services (eg StackMap and ILLiad system improvements, customer service departmental initiative, and support for new technology-maker pilot spending). She also continued to display a deep commitment to the university's distinctive Catholic and Vincentian values in her work to reduce textbook and lending costs and to ensure Library policy and practice with disruptive patrons is consistent.

**Employee Rating:** 4 - Exceeds Expectations

**Employee Comments:**

This year was good overall in spite of the resignation of two (2) important professional librarians in our unit that put a bit of stress on us and slowed down a few ongoing projects. We did organize to take care of any issue that may arise so that no service was disrupted.

We are continuing as a department ( Access Services) to design a customer service program to better serve our library users.

## Section 7 - eSignature Section

**Mireille Kotoklo**                                   **09/28/2016 10:53:24AM**

_____
Employee Signature                                   Date

**Megan Bernal**                                      **09/27/2016 12:46:50PM**

_____
Manager Signature                                    Date

| Attachments |
|---|
| No Attachments have been added to this document |

| Audit History | | |
|---|---|---|
| **Created By :** | Brandon Ciarlo | 09/24/2015 11:31:28AM |
| **Manager Signed By :** | Megan Bernal | 09/27/2016 12:46:50PM |

KOTOKLO000386

| | | |
|---|---|---|
| **Acknowledged By** : | Mireille Kotoklo | 09/28/2016 10:53:24AM |
| **Completed By** : | System | 09/28/2016 10:53:24AM |
| **Last Modified By** : | System | 09/28/2016 10:53:24AM |

KOTOKLO000387

**Performance Document**

# Manager Evaluation - Completed

Mireille Kotoklo

**Job Title:** Librarian 3
**Document Type:** Performance Document
**Template:** Manager Performance Appraisal
**Status:** Completed

**Manager:** Megan Bernal
**Period:** 07/01/2016 - 06/30/2017
**Document ID:** 7077
**Due Date:** 09/30/2017

| Employee Data | |
|---|---|
| **Empl ID :** | 0618461 |

The document status is Completed.

## Section 1 - Employee Goals

**Goal 1: Complete Stackmap project for the Loop campus library**

- Due Date :  06/30/2017
- Reminder Date :

**Manager Rating:** 3 - Successful

**Manager Comments:** Mirielle has worked with her team, Digital Services, and Technical Services on an ongoing basis to create real-time visualizations of our physical collections using the StackMap platform. The Loop stacks were specifically targeted this year to be added to the system due multiple weeding, collection moves, and temporary closures of collections during the latest phase of the Richardson Library renovation over Summer 2017. Moving forward, and, especially now that key leadership positions in Digital Services and Collection Development are filled, there are several ways to leverage this platform to improve wayfinding at both campus libraries using our Vufind catalog, discovery layer (after eventual migration to WorldCat Discovery), and as interactive objects on touch screens. I look forward to hearing Mireille's ideas about a broader wayfinding/collection mapping or visualization effort next year and seeing her lead such a project in collaboration with other units.

**Employee Rating:** 3 - Successful

**Employee Comments:** All the work for this project is completed and we are waiting for StackMap to verify it so it can be presented to the library for fnal touches if needed.

| Created By : | Mireille Kotoklo | 03/31/2017  9:34AM |
|---|---|---|
| Last Modified By : | Mireille Kotoklo | 03/31/2017  9:51AM |

**Goal 2: Customer service for Access Services project**

KOTOKLO000388

Define goals, develop survey instrument, and methodology for rollout.

- Due Date : 06/30/2017
- Reminder Date :

**Manager Rating:** 3 - Successful

**Manager Comments:** As Mireille mentions, her team developed a survey on all of their services that was reviewed by Library staff, particularly AdCon and LARK. Feedback from the group included determining target user groups to gather certain information vs targeting one broad group, considering the length of the survey, survey fatique, what is already covered in other Library surveys etc., and considering additional formal and informal tools beyond surveys like informal focus groups and usage data. Mireille and I also discussed a variety of possible next steps from using a simple system like HappyOrNot to get ongoing overall satisfaction data at the point of use in our physical spaces. I look forward to hearing a plan from Mireille on the data gathering techniques and tools she plans to use in the coming year as well as her program ideas (I know that she is working on an customer service education plan for all her staff).

**Employee Rating:** 3 - Successful

**Employee Comments:** We are working as a department on a project to improve customer service. We designed a customer service survey that we share with the libary staff. We considered teh feedback received and will include it in the program that will come out of this project when it is completed.

| | | | |
|---|---|---|---|
| Created By : | Mireille Kotoklo | 03/31/2017  9:36AM | |
| Last Modified By : | Megan Bernal | 04/03/2017  2:23PM | |

**Goal 3: JTR Library 2nd floor renovation**

Includes policy creation for new spaces and services, collection moves, and preparation for construction.

- Due Date : 06/30/2017
- Reminder Date :

**Manager Rating:** 4 - Exceeds Expectations

**Manager Comments:** Mireille and her team worked closely with the Associate University Librarian for Administrative Services under tight deadlines to ready 2nd Floor collections and services such as study rooms and microfilm print-read-scan for temporary closure and renovation of JTR2 over the summer.  I very

KOTOKLO000389

much appreciated Mireille's leadership in AdCon on getting needed decisions made regarding cut off dates and loan periods as well as related communications out to patrons regarding access and use of collections impacted via our Blog, Library home page etc.

**Employee Rating:** 4 - Exceeds Expectations

**Employee Comments:** I took part of the floor preparation for the third phase renovation. This includes moving the collections temporarily or permanently, weeding as needed, planning for the level of service before the secondond floor was closed.

| | | |
|---|---|---|
| Created By : | Mireille Kotoklo | 03/31/2017 9:37AM |
| Last Modified By : | Megan Bernal | 04/03/2017 2:17PM |

## Goal 4: Training to manage library account

Create an ongoing training program for library users to manage their accounts so as to avoid delinquency related to fines and resulting in holds. Investigate and implement incentives for completing the training.

- Due Date : 06/30/2017
- Reminder Date :

**Manager Rating:** 3 - Successful

**Manager Comments:** This interesting project is in an early design phase, awaiting review and roll out in the coming year. I look forward to hearing more about the instructional design, if there will be online training modules etc.

**Employee Rating:** 3 - Successful

This project was completed. I need to present it to colleagues and get feedback on who qualifies, how often one can take advantage of this program, etc.

**Employee Comments:**

This program promotes students affordability and helps them manage their libary account.

| | | |
|---|---|---|
| Created By : | Mireille Kotoklo | 03/31/2017 9:50AM |
| Last Modified By : | Megan Bernal | 04/03/2017 2:13PM |

## Goals Summary

KOTOKLO000390

**Manager Rating:** 3 - Successful

## Section 2 - Key Job Responsibilities

### Important Contributions During Performance Cycle

Summarize the most important contributions the employee made in the performance cycle, not included in the performance goal discussion. An important contribution is a significant and lasting result brought about by the employee's work. Examples of important contributions may include efforts to develop others, improvements in results, innovation in processes, etc.

**Manager Comments:** Mireille lost one, full-time non-exempt position this year at the Loop Library due to budget pressures at the university and worked quickly and effectively with Library administration and the RAIE Coordinator on potential impacts and options using data. She has continued to assist with implementing the new staffing model for the Loop Library and most likely will have additional ideas and insight to add in further developing a new service and staffing model there moving forward. Additionally, Mireille launched a successful fines amnesty project and spent considerable effort working with a staff member on performance issues related to student supervision/professional behavior.

**Employee Comments:** This year, I implemented a fine amnesty to alleviate the financial obligations that students may be facing.

Created By : Template          09/28/2016 11:01AM

### Missed Opportunities During Performance Cycle

Summarize the most important missed opportunities of the performance cycle, not included in the performance goal discussion. A missed opportunity is something that should have been done but was not, or done in a manner that resulted in suboptimal outcomes. Examples of missed opportunities may include lack of progress in an area of job responsibility, lack of collaboration resulting in duplicate efforts, or allowing problems to grow before attempting resolution, etc.

**Manager Comments:** Thinking through the complexities of communication on item-level access in our discovery layer WorldCat Local as well as impacts to Acquisitions

KOTOKLO000391

workflows with Technical Services colleagues during preparation for the renovation was a long, difficult process for all involved this past year. Looking forward to an even larger and more complex project like migration to a next-gen library system, deeper collaboration and more effective communication is needed across Mireille's area and Technical Services. Regarding IT help, services in Mireille's area like course reserves and inter-library loan are particularly impacted by authentication/authorization back end processes managed by IS, making IT professional support in this area a critical, ongoing issue. Her suggestion to move to concierge service with one of our hosted solutions (Atlas Systems) was helpful to lessening the impact of low Library-based IT staffing in this area. Ongoing collaboration among Mireille's unit, others in the Library, Library Administration, and IS is needed to develop more workable model for system administration and support.

**Employee Comments:** We still need IT help and expertise to solve technical issues that are related to the library. The vendors of the different systems we use are very helpful but we need IT help to implement some of their recommendations and make those systems work in the university environment.

Created By : Template            09/28/2016 11:01AM

**Key Job Responsibilities Summary**

> **Manager Rating:** 3 - Successful

## Section 3 - Core Behaviors

**Supports DePaul's Mission, Vision and Values**

Understands and supports the university's distinctive Catholic and Vincentian identity and its institutional values; demonstrates a commitment to service, lifelong learning, sharing of knowledge and expertise that advances and supports university mission; promotes organizational stewardship with practices that are financially, socially and environmentally responsible in addition to efforts to reduce costs, increase productivity and improve effectiveness; is student centered; anticipates and responds to students' needs and supports all efforts that promote student affordability, accessibility and attainment; anticipates and responds to client needs to ensure effective services are provided to all university units and community partners; exemplifies Vincentian personalism and leadership by demonstrating a respect for the God-given dignity of each person, and an inclusiveness that comes from openness to the diversity that surrounds us in our world and our community.

**Manager Rating:** 4 - Exceeds Expectations

**Employee Rating:** 4 - Exceeds Expectations

KOTOKLO000392

Created By :   Template          09/28/2016 11:01AM

### Collaborates and Contributes to Team Work

Builds and maintains constructive work relationships; contributes to an environment of trust, mutual regard and reliability; reduces barriers to cooperation and collaboration through effective communication and project management; fully participates in team initiatives and puts the success of the team above one's own interests; celebrates and acknowledges accomplishments; motivates and assists team members to achieve individual and shared goals.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By :   Template          09/28/2016 11:01AM

### Responsive to Change

Adapts to changing situations; restructures tasks and priorities as change occurs; reflects and questions own assumptions; is flexible and productive; uses change as an opportunity to improve work product, services and programs; adapts well to technology developments that aid university, departmental and individual performance; accepts and acquires new skills as the job demands.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By :   Template          09/28/2016 11:01AM

### Fosters Diversity and Inclusion

Contributes to fostering a climate of diversity and inclusiveness that values, celebrates and leverages differences; treats colleagues, students and community members respectfully, fairly and equitably; commits to continuous learning and growth in diversity, inclusion and cultural competence; demonstrates and applies best practices in diversity and inclusion: adaptability, flexibility, negotiating ambiguity and cultural differences.

**Manager Rating:**  3 - Successful

KOTOKLO000393

**Employee Rating:** 4 - Exceeds Expectations

Created By :    Template        09/28/2016 11:01AM

## Encourages Open Communication and Cooperation

Regularly updates colleagues about information that affects their work and the work of the unit, college and university; maintains transparent and regular communication with others; is open to improving interpersonal skills; expresses oneself effectively in all written and verbal communications; facilitates and/or contributes to meetings that accomplish established objectives; addresses and resolves workplace issues and conflicts through productive dialogue characterized by openness, trust and collaboration.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By :    Template        09/28/2016 11:01AM

## Fosters Continuous Performance Improvement

Monitors own performance and actively seeks performance feedback; understands link between goals, planning and performance; is results-oriented and resourceful; identifies root causes of problems and takes appropriate action; seeks opportunities to acquire knowledge, skills and experiences to improve job performance and achieve personal and professional goals; anticipates obstacles and removes barriers in order to achieve goals; provides outstanding stakeholder and/or student service; engenders loyalty, trust and respect in stakeholder and student relationships.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By :    Template        09/28/2016 11:01AM

## Core Behaviors Summary

**Manager Comments:**

Mireille's advocacy for and implementation of the fines amnesty program in Fall 2016 is an example of her ongoing interest in reducing costs for students.

KOTOKLO000394

As mentioned in the Missed Opportunities section, Open Communication and Cooperation is a potential area for growth next year given our smaller budget and staffing levels across units, particularly Access Services, and the significant expansion of our services into new areas like the Maker Hub, media editing/production, and digital scholarship that came from completion of the Phase III renovation.  We also expect to have a timeline for implementation of a Next Generation library system to replace our aging ILS Voyager in the coming academic year, making the need for Mireille's close communication and collaboration with units like Technical Services critically important.

Finally, Mireille's ongoing leadership, communication, and collaboration with her colleague managing the Loop Library will be key next year, given Mireille will no longer directly manage staff there but will remain responsible for Access Services across the libraries, and, as noted, Mireille has much experience and many ideas to bring to developing new services models there.

**Employee Comments:**

I support and understand the University's mission and values and put it in practice everyday while serving library users, hiring student assistants, or by initiating a fine amnesty to help students with their financial obligations.

I worked with teams to plan the second floor renovation, the implementation of Stackmap at Loop and LPC.

## Section 4 - Managerial Behaviors

### Leads and Manages for Mission and Strategy

Effectively communicates the university's vision, purpose and direction. Models DePaul's mission and values in words and action; sets standards for team behaviors and performance. Motivates, inspires, and builds high performance teams; directs people and allocates resources for efficiency, effectiveness, and success. Identifies key stakeholders, coordinates teams and resources; effectively communicates to achieve project objectives within timeline and budget. Understands and embraces change; able to manage and lead others through complexity, ambiguity, and uncertainty.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By :  Template                    09/28/2016 11:01AM

### Stewards Organizational Resources

KOTOKLO000395

Maintains a disciplined approach to cost management and allocation of resources; seeks opportunities to reduce costs or increase productivity without reducing effectiveness. Recruits, develops, and retains a highly qualified and diverse staff. Maintains compliance with university codes of conduct and policies. Considers sustainability in administrative and operational decision making.

**Manager Rating:**  4 - Exceeds Expectations

**Employee Rating:**  4 - Exceeds Expectations

Created By :   Template          09/28/2016 11:01AM

### Thinks Strategically

Develops goals and initiatives aligned to DePaul's mission, vision, and priorities. Considers impact of decisions upon the entire DePaul community beyond the scope of personal or functional responsibilities. Keeps up expertise and acumen in subject matter field of practice. Maintains long-term focus; helps others see beyond the present. Anticipates future trends and imagines new ways to add value. Embraces creative and improved solutions for programming, services, and processes.

**Manager Rating:**  3 - Successful

**Employee Rating:**  3 - Successful

Created By :   Template          09/28/2016 11:01AM

### Hires and Develops Diverse Talent

Hires a varied and diverse pool of talent. Supports DePaul's talent, learning, and performance management systems. Aligns individual, team, and departmental goals and timelines with DePaul's mission, values, and strategic plan. Clearly communicates performance standards and regularly provides balanced performance feedback. Actively listens, coaches, and engages employees in developmental conversations. Recognizes and rewards outstanding accomplishments. Deals effectively with and addresses performance gaps in a timely manner.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

KOTOKLO000396

Created By :  Template                    09/28/2016 11:01AM

## Managerial Behaviors Summary

**Manager Comments:**

Mireille continues to be **budget-minded** in her thinking and running of her department. She continues to show interest in **operational effecences** involving both systems and staff, and, as noted earlier, was instrumental in proposing ways the Loop Library might operate after staff cuts and also implemented a popular fines amnesty program for students.  Mireille's efforts to **Deal effectively with and address performance gaps** involving an incident report and progressive discipline with one employee was noted earlier.  There is an opportunity in the coming year to **engage employees in developmental conversations** around the many new services launching in production as a result of the JTR2 renovation, particularly automated service models and technologies like self-check out, media production/editing, 3D printing, and the maker movement.

**Employee Comments:**

I built a high performance team and coordinated teams and resources efficiently, that is exemplified by the preparation of the second floor before it was renovated and the stackmap project. I implemeted a project that is aligned wit the university mission. I stewarded the organizations resources by chosing the most efficient way to provide service to our users; hired and developed diverse student assistants. I reallocated tasks and resources to maintain the same level of service at Loop when the only full time from the department resigned and the position was eliminated later due to budget cust. Those managerial behaviors are the basis for any decision taken.

## Section 5 - Employee Development

### Strengths to Further Develop

Identify up to three strengths that you would like to continue to develop in your current role and/or use to prepare for other roles.

**Employee Comments:**

Created By :  Template                    09/28/2016 11:01AM

### Improvement Opportunities

Identify up to three improvement opportunities that would enhance your current performance in your role and/or prepare you for another role.

KOTOKLO000397

**Employee Comments:**

Created By :     Template                    09/28/2016 11:01AM

## Projects, Tasks, or Opportunities to Support Development

What projects, tasks or opportunities can build upon your strengths or address your improvement areas?

**Employee Comments:**

Created By :     Template                    09/28/2016 11:01AM

## Manager Support

How can your manager support your professional development?

**Employee Comments:**     No specific professional development/activity type should be given preference unless it is consistent with the University requirements or the position. Employees as professionals should be trusted and given the opportunity and equal support to chose what they need to develop and is relevant to the profession and the position held.

Created By :     Template                    09/28/2016 11:01AM

## Employee Development Summary

**Manager Comments:**

As part of Administrative Council, Mireille worked with Library administrators and coordinators over the past year to talk about the impact of budget cuts on our professional development budget. Together, we developed base, annual allotments for all professional librarians to participate in ongoing professional development of their choosing with approval. All librarians are welcome to participate in additional professional development beyond the allotment at their own expense. Budget allowing, greater funding will be provided to those librarians taking on leadership roles in the profession be presenting at

KOTOKLO000398

conferences, leading workshops or committees, etc. Funding for directed travel relevant to Library strategic goals is also possible with approval. I encourage Mireille to communicate her professional development interests and needs in documents like this one, and, on an ongoing basis, working to tie her interests directly to our strategic goals and/or working to act in a leadershp role locally and nationally within her area. A couple strategic areas of interest I see over the coming year include design thinking and the overall user experience in libraries, technology lending, 3D printing and other "maker" services, and circulation-ILL-reserves aspects of next generation library systems.

## Section 6 - Overall Summary

**Manager Rating:** 3 - Successful

**Manager Comments:**

Mireille and her team worked quickly to prepare collections for Phase III of the Richardson Library renovation. Mireille also instituted a popular fine amnesty program to help reduce student costs and worked with her staff to improve customer service and the management of student workers. I look forward to seeing Mireille collaborate with colleagues outside her department in the coming year to address her ongoing customer service and wayfinding goals as well as new models for delivering access services at the Loop Library and readying our aging ILS system and current workflows for eventual migration to a so-called Next Generation library system.

**Employee Rating:** 3 - Successful

**Employee Comments:**

This year s highlight was the second floor renovation when we used our planning and collaboration skills.

I continue to manage the Access Services Department well.

## Section 7 - eSignature Section

**Mireille Kotoklo**                                    **09/28/2017  4:41:19PM**

_____
Employee Signature                                      Date

**Megan Bernal**                                        **09/27/2017 11:15:57AM**

_____
Manager Signature                                       Date

**Attachments**
No Attachments have been added to this document

KOTOKLO000399

| Audit History | | |
|---|---|---|
| **Created By** : | Brandon Ciarlo | 09/28/2016 11:01:28AM |
| **Manager Signed By** : | Megan Bernal | 09/27/2017 11:15:57AM |
| **Acknowledged By** : | Mireille Kotoklo | 09/28/2017  4:41:19PM |
| **Completed By** : | System | 09/28/2017  4:41:19PM |
| **Last Modified By** : | System | 09/28/2017  4:41:19PM |

KOTOKLO000400

**Performance Document**

## Manager Evaluation - Completed

Mireille Kotoklo

**Job Title:** Librarian 3
**Document Type:** Performance Document
**Template:** Manager Performance Appraisal
**Status:** Completed

**Manager:** Scott Walter
**Period:** 07/01/2017 - 06/30/2018
**Document ID:** 8442
**Due Date:** 07/30/2018

| Employee Data | |
|---|---|
| **Empl ID :** | 0618461 |

The document status is Completed.

## Section 1 - Employee Goals

**Goal 1: Design a plan to train the Access Services Supervisors**

I designed a plan to train the AS services staff who work with students so that they are better supervisors and can take on more responsibility regarding our student workforce. We started with and completed several DePaul training courses in order to receive a certificate. We revised all the student job descriptions of the department based on the Office of Student Employment model which includes the skills the students will develop as a result of the job they have performed. We changed the student employees hiring process. Updated our student assistant handbook. We reviewed reward and training options for our students and reviewed how we can received feedback. This will be an ongoing process so as to ensure that our student workers get a good experience.

**Manager Rating:** 4 - Exceeds Expectations

**Manager Comments:** Mireille worked with her staff to design and implement an approach to cross-training and staff development that was beneficial, and focused on providing a benefit to the many student employees in Access Services. Her proactive work with DePaul HR allowed staff members in her department to have convenient access to training programs that might have otherwise been more difficult to attend, or available in a less timely manner. Mireille also ensured that other staff supervisors in the library were aware of these classes, which expanded the potential value of the program for staff development.

**Employee Rating:** 3 - Successful

**Employee Comments:** We worked on the project as a department. Every full time staff but one (due to schedule constraints) took the core classes and five of us received the certificate by taking at least three electives. The goal of this project is to provide AS staff with the skills to effectively supervise and

KOTOKLO000401

develop our student workers.

 We started with the classes the Office of Students Emploement (OSE) offers. Trainers from that office  came onsite to teach the four core classes. I invited the whole library and some staff members from other departments attended some of the classes. I am sure the core classes allowed us to be on the same page and learn effective ways to supervise our students.

We then reviewed the screening, selections and interviewing procedures and included the supervisors. We reviewed the job descriptions and updated them to the OSE model which include three transferable skills. We discussed ways to match our students skills to projects. We will review our student assistants handbook and the process by which we receive feedback from them. We also put to practice all the changes.

| Created By : | Mireille Kotoklo | 05/15/2018 2:00PM |
|---|---|---|
| Last Modified By : | Mireille Kotoklo | 09/11/2018 4:11PM |

### Goal 2: Extend the StackMap project to the Loop library

We completed the StackMap project and added Loop. That involved creating maps for that campus with the call number ranges. We tested everything at both campus taking input from the library staff then made StackMap available on the catalog before handing it over to the IT Librarian.

**Manager Rating:** 3 - Successful

**Manager Comments:** With a gap in our IT staffing, Mireille took initiative to ensure that this project moved forward in a timely manner. Completing the project also reinforced the need for effective communication across library departments, e.g., Access Services, Technical Services, and the Loop Library, and the successful launch of a pilot version of this project for the Loop will now benefit the next phase of review. With our IT staffing stretched to cover a number of needs, efforts such as this that allow staff in other units to contribute to the development of technology-dependent systems and projects are notable and welcome, and I have no doubt that this is one reason why there has been some attention from outside DePaul to this project.

**Employee Rating:** 4 - Exceeds Expectations

KOTOKLO000402

**Employee Comments:** This project was very detail-oriented and time-consuming in addition, testing was very important and necessary. I was contacted by at least three institutions including a new StackMap employee regarding our implementation and the methodology we used.

| Created By : | Mireille Kotoklo | 05/15/2018 2:03PM |
|---|---|---|
| Last Modified By : | Mireille Kotoklo | 09/11/2018 4:29PM |

**Goal 3: Finish up the customer service program**

We completed the our customer service project. We now have to put in into practice and refine it as we go.

The Access Services Department Customer Service project goal is to improve customer service in the department, find out how we are doing by creating general survey that we submitted to the whole library in order to get some feedback. We had planned to ask our patrons to fill out the survey. We took several customer service classes on Lynda.com and discussed the customer issues relevant to our department, and how to handle them unctions that needed to be assessed and improved. We created a list of dos and donts of customer service. We considered and created a few short specific surveys where apppropriate such as reserves, and ILLIAD. We proposed installing a survey system and sending out email surveys but those projetcs did not materiaslize for budget constraints and lack of library IT support.

**Manager Rating:** 3 - Successful

**Manager Comments:** Mireille's attention to customer service is critical to the success of the most active customer-service point in the library, and staff engagement in thinking about how to assess customer satisfaction and use those data for service improvement is welcome. Her comments regarding perceived lack of budgetary or staff support should be reviewed with her supervisor, once a new AUL is on board, in order to determine the best way to support future programs within the context of the library's overall assessment activities and to ensure that the results of these activities are shared across the library.

**Employee Rating:** 3 - Successful

**Employee Comments:** I am happy that we are done with this project. It is similar to the student employment project as it is a group one. We will assemble our work and implement the assessement part shortly.

| Created By : | Mireille Kotoklo | 05/15/2018 2:04PM |
|---|---|---|
| Last Modified By : | Mireille Kotoklo | 09/17/2018 10:19PM |

KOTOKLO000403

| Goals Summary | |
|---|---|
| **Manager Rating:** | 3 - Successful |
| **Employee Rating:** | 3 - Successful |

## Section 2 - Key Job Responsibilities

### Important Contributions During Performance Cycle

Summarize the most important contributions the employee made in the performance cycle, not included in the performance goal discussion. An important contribution is a significant and lasting result brought about by the employee's work. Examples of important contributions may include efforts to develop others, improvements in results, innovation in processes, etc.

**Manager Rating:** 3 - Successful

**Manager Comments:** Several enrollment initiatives at DePaul involve the need to develop new systems for access to library resources, and the Harper College example is a good one. Mireille was able to work with our library colleagues at Harper College to ensure that they were aware of DePaul access services policies and would be able to provide support for students on-site at Harper wishing to make use of DePaul library resources. This provides a useful template that may be consulted as DePaul develops additional partnerships on this model, and has already been helpful in working with campus colleagues to determine how we will move forward in working with Harold Washington students who will be taking classes on the DePaul campus. A clear and consistent approach to library support for these cohort programs will be helpful to Academic Affairs and to colleges as new programs are developed.

**Employee Comments:** The most important contribution was the provide information for the DePaul University- Harper College partnership; to update the webpage with this new type of program and remove the suburban campuses information; to work with my peer at Harper College and establish course reserve procedures in case the service is needed.

Also we worked with documents services to reduce shuttle services between campuses in a way to have the least impact possible. We closed the O'Hare campus library service, by removing the location in Voyager and on the public catalog.

KOTOKLO000404

Created By :   Template            11/01/2017  3:26PM

## Missed Opportunities During Performance Cycle

Summarize the most important missed opportunities of the performance cycle, not included in the performance goal discussion. A missed opportunity is something that should have been done but was not, or done in a manner that resulted in suboptimal outcomes. Examples of missed opportunities may include lack of progress in an area of job responsibility, lack of collaboration resulting in duplicate efforts, or allowing problems to grow before attempting resolution, etc.

**Manager Rating:**  3 - Successful

**Manager Comments:**  While the development of circulation policies for some new materials were delayed last year as the IT Librarian was tasked with numerous additional responsibilities related to the Phase 3 renovation, I am glad to say that loanable resources such as digital cameras do not become obsolete after only one year and that we are on pace to make these resources publicly available soon. I hope Mireille will take advantage of the opportunity to review loanable technology programs at other universities, for example, and to provide support for our efforts to expand the loanable technology program at DePaul. With the IT Librarian position currently vacant, this will be an excellent opportunity for Mireille to provide her expertise to a new set of materials to be made available through Access Services.

**Employee Comments:**  The most important missed opportunity to me is the fact that the library has acquired a few years ago, a lot of expensive equipment and materials that are in storage. Some of those items are now obsolete. Seeing such waste pains me deeply. I have voiced my concern on several ocassions to no avail.

This was probably due to a lack of planning, vison or action, but the result is still waste as those items were not put to use.

There is a plan to inventory those items and hopefully a plan to make them available to students will follow.

Created By :   Template            11/01/2017  3:26PM

## Key Job Responsibilities Summary

**Manager Rating:**  3 - Successful

## Section 3 - Core Behaviors

KOTOKLO000405

## Supports DePaul's Mission, Vision and Values

Understands and supports the university's distinctive Catholic and Vincentian identity and its institutional values; demonstrates a commitment to service, lifelong learning, sharing of knowledge and expertise that advances and supports university mission; promotes organizational stewardship with practices that are financially, socially and environmentally responsible in addition to efforts to reduce costs, increase productivity and improve effectiveness; is student centered; anticipates and responds to students' needs and supports all efforts that promote student affordability, accessibility and attainment; anticipates and responds to client needs to ensure effective services are provided to all university units and community partners; exemplifies Vincentian personalism and leadership by demonstrating a respect for the God-given dignity of each person, and an inclusiveness that comes from openness to the diversity that surrounds us in our world and our community.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By : Template               11/01/2017  3:26PM

## Collaborates and Contributes to Team Work

Builds and maintains constructive work relationships; contributes to an environment of trust, mutual regard and reliability; reduces barriers to cooperation and collaboration through effective communication and project management; fully participates in team initiatives and puts the success of the team above one's own interests; celebrates and acknowledges accomplishments; motivates and assists team members to achieve individual and shared goals.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By : Template               11/01/2017  3:26PM

## Responsive to Change

Adapts to changing situations; restructures tasks and priorities as change occurs; reflects and questions own assumptions; is flexible and productive; uses change as an opportunity to improve work product, services and programs; adapts well to technology developments that aid university, departmental and individual performance; accepts and acquires new skills as the job demands.

KOTOKLO000406

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By :   Template              11/01/2017  3:26PM

### Fosters Diversity and Inclusion

Contributes to fostering a climate of diversity and inclusiveness that values, celebrates and leverages differences; treats colleagues, students and community members respectfully, fairly and equitably; commits to continuous learning and growth in diversity, inclusion and cultural competence; demonstrates and applies best practices in diversity and inclusion: adaptability, flexibility, negotiating ambiguity and cultural differences.

**Manager Rating:** 3 - Successful

**Employee Rating:** 4 - Exceeds Expectations

Created By :   Template              11/01/2017  3:26PM

### Encourages Open Communication and Cooperation

Regularly updates colleagues about information that affects their work and the work of the unit, college and university; maintains transparent and regular communication with others; is open to improving interpersonal skills; expresses oneself effectively in all written and verbal communications; facilitates and/or contributes to meetings that accomplish established objectives; addresses and resolves workplace issues and conflicts through productive dialogue characterized by openness, trust and collaboration.

**Manager Rating:** 3 - Successful

**Employee Rating:** 3 - Successful

Created By :   Template              11/01/2017  3:26PM

### Fosters Continuous Performance Improvement

Monitors own performance and actively seeks performance feedback; understands link between goals, planning and performance; is results-oriented and resourceful; identifies root causes of problems and takes appropriate action; seeks opportunities to acquire knowledge, skills and experiences to improve job performance and achieve personal and professional goals; anticipates obstacles and removes barriers in order to achieve goals; provides

KOTOKLO000407

outstanding stakeholder and/or student service; engenders loyalty, trust and respect in stakeholder and student relationships.

**Manager Rating:** 4 - Exceeds Expectations

**Employee Rating:** 4 - Exceeds Expectations

Created By :   Template                11/01/2017  3:26PM

## Core Behaviors Summary

**Manager Rating:** 3 - Successful

**Manager Comments:**

Mireille has noted the attention she has paid this year to promoting staff development and performance improvement, which was also a reflection of her ability to adapt to continuing changes in staffing level available in Access Services. Mireille was also largely successful in working with colleagues in the Loop to adjust to our new model of staffing in that library, which has placed more responsibility for Loop Access Services in the hands of the librarians on site, and this is a positive effort toward communication and collaboration that will need to continue in the coming year. Also notable was Mireille's "can-do" approach to changing requests for late-night staffing in the Richardson Library during FY18.

**Employee Rating:** 4 - Exceeds Expectations

**Employee Comments:**

I support the DePaul Mission, Vision and Values. As a public service staff, I strive to provide the best service possible by ensuring consistent service and adapting to change. I am responsive to change and foster diversity and inclusion in the selection of our students assistants, since I have not hired a full time staff in a few years due to no turnover.

Taking up the StackMap project is an example that can be used for both the core and management behaviors. I decided to take responsibility for this project so that we do not waste more money as the library had already signed the contract before the IT librarian resigned. I also wanted to allow the new IT libarian to have time to acclimate him/herself to the new position and dedicate himself/herself to other pressing projects.

## Section 4 - Managerial Behaviors

### Leads and Manages for Mission and Strategy

Effectively communicates the university's vision, purpose and direction. Models DePaul's mission and values in words and action; sets standards for team behaviors and performance. Motivates, inspires, and builds high performance teams; directs people and allocates resources for efficiency, effectiveness, and success. Identifies key stakeholders, coordinates teams and resources; effectively communicates to achieve project objectives within timeline and budget. Understands and embraces change; able to manage and lead others through complexity, ambiguity, and uncertainty.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By :  Template                     11/01/2017  3:26PM

**Stewards Organizational Resources**

Maintains a disciplined approach to cost management and allocation of resources; seeks opportunities to reduce costs or increase productivity without reducing effectiveness. Recruits, develops, and retains a highly qualified and diverse staff. Maintains compliance with university codes of conduct and policies. Considers sustainability in administrative and operational decision making.

**Manager Rating:**  4 - Exceeds Expectations

**Employee Rating:**  4 - Exceeds Expectations

Created By :  Template                     11/01/2017  3:26PM

**Thinks Strategically**

Develops goals and initiatives aligned to DePaul's mission, vision, and priorities. Considers impact of decisions upon the entire DePaul community beyond the scope of personal or functional responsibilities. Keeps up expertise and acumen in subject matter field of practice. Maintains long-term focus; helps others see beyond the present. Anticipates future trends and imagines new ways to add value. Embraces creative and improved solutions for programming, services, and processes.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

KOTOKLO000409

Created By : Template          11/01/2017  3:26PM

## Hires and Develops Diverse Talent

Hires a varied and diverse pool of talent. Supports DePaul's talent, learning, and performance management systems. Aligns individual, team, and departmental goals and timelines with DePaul's mission, values, and strategic plan. Clearly communicates performance standards and regularly provides balanced performance feedback. Actively listens, coaches, and engages employees in developmental conversations. Recognizes and rewards outstanding accomplishments. Deals effectively with and addresses performance gaps in a timely manner.

**Manager Rating:**  3 - Successful

**Employee Rating:**  4 - Exceeds Expectations

Created By : Template          11/01/2017  3:26PM

## Managerial Behaviors Summary

**Manager Comments:**

Mireille is responsible for one of the largest, busiest, and student-dependent areas of the library, and one which has been affected more than once in recent years by reductions in staff. Her efforts to promote cross-training have been very helpful, and have allowed for us to develop critical back-up supports in times of staff vacancy, absence, illness, etc. She has also supported Access Services staff who have contributed to other areas of library service, especially as new services and spaces have opened in Lincoln Park that require Access Services engagement, e.g., new spaces on JTR 2. I encourage her to continue thinking about how to further engage experienced staff members in new initiatives in Access Services and beyond.

**Employee Comments:**

I have built an effective team environment in my department that is trained to maintain the serivce we provide consistent regarlas of absences, a team that has put the department above each of the functions that compose it. I direct people and allocates resources efficiently. For instance before signing up with Atlas for their Conciege service, I met with the Interlibrary Loan and Course Reserves staff and we outlined what we needed to accomplished in a year so that we can use that service for only a year. We accomplishged that goal. Had

KOTOKLO000410

we not gone into this contract with a specific goal and plan, we would have been inclined to extend our contract for the Concierge Service.

I hire a varied and diverse pool of talent for the department. I meet with my staff weekly or as needed. I successfully lead my team to achieve objectives by setting appropriate goals, determining workflow and assignments, and keeping the team on schedule. I encourage my team to be open, to bring any issues to me, that I resolve in a quickly.

## Section 5 - Employee Development

**Strengths to Further Develop**

Identify up to three strengths that you would like to continue to develop in your current role and/or use to prepare for other roles.

**Employee Comments:**

Created By : Template                 11/01/2017  3:26PM

**Improvement Opportunities**

Identify up to three improvement opportunities that would enhance your current performance in your role and/or prepare you for another role.

**Employee Comments:**

Created By : Template                 11/01/2017  3:26PM

**Projects, Tasks, or Opportunities to Support Development**

What projects, tasks or opportunities can build upon your strengths or address your improvement areas?

KOTOKLO000411

**Employee Comments:**

Created By :   Template                    11/01/2017  3:26PM

**Manager Support**

How can your manager support your professional development?

**Employee Comments:**  Provide staff development funds fairly.

Created By :   Template                    11/01/2017  3:26PM

**Employee Development Summary**

**Manager Comments:**

Professional development funds for professional staff are allocated according to an open process communicated throughout the library at the beginning of each fiscal year, with opportunities for para-professional staff considered as requested. I will continue to work with Mireille and her supervisor, once on board, to ensure that we are able to allocate professional development funds to best meet individual and library needs within an environment of more constrained resources, and to identify any further opportunities for our para-professional staff. Mireille's efforts this year to ensure greater access to staff development opportunities available on campus, and to ensure that staff throughout the library were aware of those opportunities, are also a good model for our current environment.

## Section 6 - Overall Summary

**Manager Rating:**  3 - Successful

**Manager Comments:**

Mireille is responsible for one of the largest units in the library and, even with the changes to her responsibility for Access Services in the Loop, one of the most active, frontline services. This year brought a number of changes and challenges to Access Services, including loss of staff positions, opening of new spaces with unique access needs, and demands to review late-night staffing services. While work in each of these areas will continue in the coming year, Mireille has been an important contributor to these initiatives

KOTOKLO000412

and I look forward to seeing that continue.

**Employee Rating:** 3 - Successful

**Employee Comments:**

I am an effective manager who is able to lead my team to achieve all the objectives we set. The department I run is efficient and well managed. I make all the adjustments needed to maintain the same level of service regardless of the issue. I strive to improve the customer service and our relationship with our student worker and evaluate those topics on an on-going basis.

## Section 7 - eSignature Section

**Mireille Kotoklo**                                    **10/01/2018 12:32:22PM**
_____
Employee Signature                                    Date

**Scott Walter**                                       **09/28/2018  2:34:06PM**
_____
Manager Signature                                     Date

| Attachments |
|---|
| No Attachments have been added to this document |

| Audit History | | |
|---|---|---|
| **Created By :** | Brandon Ciarlo | 11/01/2017  3:26:14PM |
| **Transferred From :** | Megan Bernal | 08/10/2018  9:31:05AM |
| **Transferred To :** | Scott Walter | 08/10/2018  9:31:05AM |
| **Transferred By :** | Sarah Cleveland Frost | 08/10/2018  9:31:05AM |
| **Manager Signed By :** | Scott Walter | 09/28/2018  2:34:06PM |
| **Completed By :** | System | 10/01/2018 12:32:22PM |
| **Acknowledged By :** | Mireille Kotoklo | 10/01/2018 12:32:22PM |
| **Last Modified By :** | System | 10/01/2018 12:32:22PM |

KOTOKLO000413

# Exhibit 2

**Performance Document**

## Manager Evaluation - Canceled

Mireille Kotoklo

**Job Title:** Librarian 3
**Document Type:** Performance Document
**Template:** Manager Performance Appraisal
**Status:** Canceled

**Manager:** Robert Karpinski
**Period:** 07/01/2018 - 06/30/2019
**Document ID:** 11906
**Due Date:** 07/15/2019

| Employee Data | |
|---|---|
| **Empl ID :** | 0618461 |

## Section 1 - Employee Goals

### Goal 1: Alma Certification

Take online classes toward Alma certification in preparation for the integrated library system palnned for 2020.

**Manager Rating:** 3 - Successful

**Manager Comments:** Mireille did not indicate below how many classes were taken, when they were taken or what the content of the classes incorporated.  Therefore, I do not know whether this goal was accomplished.

Due to lack of detail provided by Mireille for her three goals, I have difficulty rating the goals.

**Employee Rating:**
**Employee Comments:** Employee has not completed their self-evaluation

Created By :   Mireille Kotoklo        02/04/2019 11:17AM

### Goal 2: Access Services Department Contingency Plan

Develop a proactive strategy to help ensure that the Access Services Department is ready for anything. The plan will include the established and successful system that we use on an almost daily basis in order to keep business continuity in spite of employee absences (planned or unplanned, short or long). This is a department effort. Each member will contribute his and her expertise and beyond to create a course of action designed to help the department respond to a significant future event or situation that may or may not happen.

**Manager Rating:**  3 - Successful

**Manager Comments:**  Where is this plan accessible/stored?  It should be stated below.

**Employee Rating:**

**Employee Comments:**  Employee has not completed their self-evaluation

Created By :  Mireille Kotoklo          02/04/2019 11:19AM

**Goal 3: Access Services Dept. Student Assistants work experience**

Contine to review anything related to the recruiting, training and  managing  department students assistants in order to ensure that our student workers get a good experience.

**Manager Rating:**  3 - Successful

**Manager Comments:**  What is the evidence that this project is effective?

**Employee Rating:**

**Employee Comments:**  Employee has not completed their self-evaluation

Created By :  Mireille Kotoklo          02/04/2019 11:48AM

## Section 2 - Key Job Responsibilities

**Additional Accomplishments**

Summarize any significant accomplishments the employee made during this performance cycle not included in their individual performance goals.

**Manager Comments:**

**Employee Comments:**  Employee has not completed their self-evaluation

Created By :  Template          12/06/2018  4:32PM

**Areas for Improvement**

Summarize any areas for improvement the employee encountered during this performance cycle not included in their individual performance goals.

KOTOKLO000415

As shared with Mireille in March, 2019:

**Manager Comments:**

- Collaboration within your department and across departments
- Build your team — facilitate communication, collaboration
- Work on your relationships within your department
- View April's departure as an opportunity to rewrite job descriptions and responsibilities
- See this as an opportunity to improve your department
- Do not retaliate in any way against your staff

**Employee Comments:** Employee has not completed their self-evaluation

Created By : Template        12/06/2018 4:32PM

## Section 3 - Core Behaviors

### Collaborates and Contributes to Team Work

-Builds and maintains constructive work relationships that contribute to an environment of trust, respect and mutual accountability.
-Reduces barriers to cooperation and collaboration through effective project management and ongoing communication.
-Motivates and assists team members to achieve individual and shared goals. Celebrates and acknowledges accomplishments.

Created By : Template        12/06/2018 4:32PM

### Responsive to Change

-Adapts to changing situations by restructuring tasks and priorities as change occurs. Accepts and acquires new skills as required.
-Reflects upon and questions own assumptions based on new knowledge or experience. Willing to experiment with new ideas and processes.
-Uses change as an opportunity to improve work product, services and programs. Actively identifies opportunities for change and process improvements.

KOTOKLO000416

Created By :   Template                     12/06/2018  4:32PM

## Fosters Diversity and Inclusion

-Fosters a climate of diversity and inclusion that values and celebrates differences. Treats all colleagues, students and community members respectfully, fairly and equitably.
-Welcomes others with different perspectives and experiences.
-Commits to continuous learning and growth in diversity, inclusion and cultural competence. Demonstrates and applies best practices in diversity and inclusion: adaptability, flexibility, negotiating ambiguity and appreciating cultural differences.

Created By :   Template                     12/06/2018  4:32PM

## Encourages Open Communication and Cooperation

-Practices and encourages open dialogue about information that affects their work and the work of the unit, college and university. Facilitates and/or contributes to meetings that accomplish established objectives.
-Expresses oneself effectively in all written and verbal communications.
-Addresses and resolves workplace issues and conflicts through productive dialogue characterized by openness, trust and collaboration. Continuously improves interpersonal skills.

Created By :   Template                     12/06/2018  4:32PM

## Fosters Continuous Performance Improvement

-Monitors own performance and actively seeks performance feedback. Seeks opportunities to acquire knowledge, skills and experiences to improve job performance and achieve personal and professional goals.
-Understands link between goals, planning and performance. Is results-oriented and resourceful. Provides outstanding stakeholder and/or student service.
-Identifies root causes of problems and takes appropriate action. Anticipates obstacles and removes barriers in order to achieve goals.

KOTOKLO000417

| Created By : | Template | | 12/06/2018  4:32PM |
|---|---|---|---|

**Core Behaviors Summary**

**Manager Rating:** 2 - Below Expectations

**Manager Comments:**

I have addressed several arreas of concern with Mireille starting back in March which are tied to the Core Behaviors of this section. I asked Mireille to collaborate within her own department as well as across departments.  I asked Mireille to build her team through facilitating communication and collaboration.  I asked Mireille to work on relationships within her department.

It is evident to me that Mireille has a perspective on her management style that is not held by other members of her department nor by me.  I have seen no significant growth in any of these areas despite the support our Office of Human Resources has provided to Mireille with the goal of improvement.

**Employee Rating:**

**Employee Comments:**  Employee has not completed their self-evaluation

## Section 4 - Mission

**Supports DePaul's Mission, Vision and Values**

Understands and supports the distinctive Catholic and Vincentian mission as a university. Demonstrates a commitment to service, lifelong learning, sharing of knowledge that advances and supports university mission. Promotes organizational stewardship with practices that are financially, socially and environmentally responsible. Is student centered; anticipates and responds to students' needs and supports all efforts that promote student affordability, accessibility and attainment. Exemplifies Vincentian personalism and leadership by demonstrating a respect for the God-given dignity of each person, and an inclusiveness that comes from openness to the diversity that surrounds us in our world and our community.

Describe, in two to three sentences, how the employee demonstrates engagement with the university's mission in their daily work:

**Manager Comments:**

**Employee Comments:**  Employee has not completed their self-evaluation

| Created By : | Template | | 12/06/2018  4:32PM |
|---|---|---|---|

## Section 5 - Managerial Behaviors

**Leadership**

-Effectively communicates the university's vision, purpose and direction. Models DePaul's mission and values in words and action.

-Motivates, inspires, and builds high performing teams. Identifies key stakeholders, coordinates people and resources and effectively communicates to achieve project objectives within timeline and budget.

-Understands and embraces change. Able to manage and lead others through complexity, ambiguity, and uncertainty.

**Manager Rating:** 2 - Below Expectations

**Employee Rating:**

Created By :    Template       12/06/2018   4:32PM

## Stewards Organizational Resources

-Ensures unit reflects a commitment to good stewardship in their use of time, money and natural resources.

-Maintains compliance with university codes of conduct and policies.

**Manager Rating:** 3 - Successful

**Employee Rating:**

Created By :    Template       12/06/2018   4:32PM

## Thinks Strategically

-Develops goals and initiatives aligned to DePaul's mission, vision, and priorities.

-Considers impact of decisions upon the entire DePaul community beyond the scope of personal or functional responsibilities.

-Maintains long-term focus; helps others see beyond the present. Anticipates future trends and imagines new ways to add value.

**Manager Rating:** 2 - Below Expectations

KOTOKLO000419

**Employee Rating:**

Created By :  Template                12/06/2018  4:32PM

### Hires and Develops Diverse Talent

-Recruits, develops, and retains a highly qualified and diverse staff.

-Aligns individual and team goals with our strategic plan. Clearly communicates performance standards and regularly provides balanced performance feedback.

-Creates an inclusive and engaging work environment in which every team member feels supported in their professional growth. Actively listens, coaches, and engages employees in developmental conversations.

-Recognizes and rewards accomplishments. Manages behavior and performance gaps effectively.

**Manager Rating:**  1 - Unsatisfactory

**Employee Rating:**

Created By :  Template                12/06/2018  4:32PM

### Managerial Behaviors Summary

**Manager Comments:**

Once again, I believe Mireille's perception of her managerial skills and style is starkly different from the lived reality of those who work within Access Services.

**Employee Comments:**  Employee has not completed their self-evaluation

## Section 6 - Employee Development

### Development Focus Areas

Identify up to three areas you would like to focus on in the upcoming year and what projects, tasks or opportunities you feel would support your development.

**Employee Comments:**  Employee has not completed their self-evaluation

KOTOKLO000420

Created By : Template            12/06/2018  4:32PM

**Manager Support**

How can your manager support your professional development?

**Employee Comments:**  Employee has not completed their self-evaluation

Created By : Template            12/06/2018  4:32PM

**Employee Development Summary**

**Manager Comments:**
As you can see from above, Mireille offers no specifics under the Development Focus Areas despite the fact that she has goals to work on as a result of the support from HR as well as the specific areas I asked Mirielle to focus on starting last March.  It is unacceptable for these two sections to be left blank.

## Section 7 - Overall Summary

**Manager Rating:**  1 - Unsatisfactory

**Manager Comments:**
Mireille has not managed the Access Services Department very well as evidenced by the feedback her own department provided to her along with the feedback I provided to her last March.  Mireille is not known to support collaboration either within her department or across departments.

The Associate University Librarian search Mireille refers to below was a failed search resulting in no one being hired for the position.  The position is currently reposted; Eric Venable from Mireille's department is on the search committee.  Christine McClure, the interim associate university librarian, has stayed on in the role for over a year at my request since she is filling a vital role at the moment.  I do not know what Mireille means when she states, "those appointments have the advantage to give an opportunity to some to advance in their careers however."

The discussions I have had with Mireille are pretty much one-sided.  Mireille does not participate nor respond beyond a word here or there. However, after the meeting concludes, I receive what appears to be a verbatim description of our conversation.  There is no ownership of the problem nor stated solution to

KOTOKLO000421

solve it. In fact, when I shared the list of things I wanted Mireille to focus on back in March she told Sarah Frost in HR that she (Mireille) really was not sure what I needed her to do. I was clear with what I needed Mireille to do - in fact she sent me an email (at my request) stating in her own words what I needed her to do.

There has been no secrecy nor lack of inclusiveness. If Mireille beleives there is a lack of inclusiveness it is because she places herself outside the conversation. She marginalizes herself by not participating in management team conversations. Much of what Mireille thinks of as hearsay is actually a consistent and constant message from her team and others in the library - Access Services folks are not allowed to collaborate without Mireille's permission. Mireille would know more about how folks are feeling in her department if she was accessible and present. In the end, there is a toxic work environment within Access Services.

**Employee Rating:**

**Employee Comments:** Employee has not completed their self-evaluation

## Section 8 - eSignature Section

| Attachments |
|---|
| No Attachments have been added to this document |

| Audit History | | |
|---|---|---|
| **Created By** : | Sarah Cleveland Frost | 12/06/2018  4:32:02PM |
| **Manager Signed By** : | Robert Karpinski | 09/27/2019  4:28:13PM |
| **Canceled By** : | Daisy Flores | 10/15/2019 12:43:45PM |
| **Last Modified By** : | Robert Karpinski | 09/27/2019  4:28:13PM |

KOTOKLO000422

# Exhibit 3

**From:**       Linda Morrissett
**To:**         Kotoklo, Mireille
**Date:**       6/22/04 3:12PM
**Subject:**    review

Mireille,

This is to acknowledge that I've received your reply dated 6/10/04 to your evaluation. I will send it to HR for inclusion with your 2004 evaluation.

I want to reiterate that this entire documentation is part of the university employee performance evaluation process so I will continue to work with Hman Resources.

In reply to your assertion that I am in violation of the University progressive disciplinary process, let me remind you that firing of an employee is a very serious matter which must not be done summarily. A long term, productive employee such as Denise should be counseled and worked with, including if necessary the implementation of a work improvement plan. And as is always the case, any termination requires extensive documentation and is subject to the approval of the Director, the AVP, and HR. In Denise's case, the documentation has been insufficient to support termination.


**CC:**         Brown, Doris;  CH;  Morrissett, Linda

KOTOKLO000038

# Exhibit 4


**DEPAUL UNIVERSITY**
OFFICE OF HUMAN RESOURCES

# Employee Relations:
## Best Practices for DePaul Managers

DePaul Manager Foundations
**Participant Guide**

workplace learning + performance

001521

Human Resources' Workplace Learning and Performance (WLP) is committed to creating an environment of learning and performance that furthers DePaul University's mission, vision and values, and responds to current and future priority human resource development needs at the individual, team, interpersonal and organizational level.

KNOWLEDGE
SKILLS
ABILITIES

CORE BEHAVIORS

ORGANIZATIONAL
INTERPERSONAL
TEAM
INDIVIDUAL

workplace
learning +
performance

VALUES





**Core institutional values** of service, collaboration, quality, personalism and respect are central to the DePaul work environment and to the care we provide to each other and to our students.

Strengthening and gaining new **knowledge**, **skills**, and **abilities** contributes to professional growth and our capacity to contribute to fulfilling DePaul's mission.

**Core behaviors** of performance, responsiveness to change, effective communication, commitment to quality, teamwork and stewardship are manifested in our **individual** service, our **interpersonal** interactions, our **teams**, and in the **organization** as a whole.

Our courses, programs and resources are designed to reflect our core values and best practices and to provide employees with the knowledge, skills and abilities that contribute to personal and professional development that contributes to the fulfillment of the University's educational mission.

**For more information, contact us:**
Workplace Learning and Performance
DePaul University Human Resources
e-mail:  training@depaul.edu
phone:  (312) 362-8342



# Table of Contents

Table of Contents ............................................................................................................... i
Introduction .................................................................................................................... 2
Activity: What Is the Role of a DePaul Manager? ............................................................ 3
Employee Relations: Building Engagement .................................................................... 4
Employee Rights ............................................................................................................. 5
The Employee Relations Model ...................................................................................... 6
Legislation, Policies, Procedures, and Work Rules ........................................................ 9
Case Study: The Unhappy Employee ............................................................................ 12
Employee Communication ............................................................................................ 13
Ways to Involve and Engage Employees ...................................................................... 14
The Importance of Performance Management ............................................................. 15
The 6-Month Introductory Period ................................................................................ 17
Activity: The Best Manager I Ever Knew ...................................................................... 18
Activity: Case Study – Absenteeism ............................................................................ 20
Complaints and Grievances ......................................................................................... 22
Progressive Discipline .................................................................................................. 27
Case Study – Unprofessional Behavior ........................................................................ 31
Final Case Study: Uninvited Advances ......................................................................... 32
Manager Individual Development Plan ......................................................................... 34
DePaul Manager Individual Development Plan ............................................................. 35
DePaul Manager Individual Development Plan Sample ................................................ 36
Peer Coaching .............................................................................................................. 37
Appendix A: Verbal Counseling Form ............................................................................ 1
Appendix B: Written Counseling Form ........................................................................... 2
Appendix C: Performance Improvement Plan ............................................................... 1



# Introduction

## Learning Objectives

Upon completing this course, you should be able to:

- Establish and maintain effective employee relations in the workplace

- Describe the roles of different university offices, including HR's Office of Employee Relations, in addressing employee work-related problems and issues

- Identify resources available for managers to address employee issues

- Describe the employee complaint process and available employee resources

- Determine when to initiate and/or implement progressive discipline

- Manage progressive discipline in accordance with university policy

## Agenda

- Brief Review of Online Module

- The Employee Relations Model

- Employment-at-Will

- Employee Rights

- Employee Communication

- Ways to Involve and Engage Employees

- Policies, Procedures and Work Rules

- Key Legislation and Policies

- Complaints and Grievances

- Manager Case Studies

- Wrap Up

001524



# Activity: What Is the Role of a DePaul Manager?

What is your role as a DePaul manager? Answer this question in the space below.



People - hosses - hogen -

Now that you have thought about your role as a manager, indicate which attribute(s) have the greatest effect on the manager-employee relationship. Indicate these attributes with an asterisk (*) above.

001525



## Employee Relations: Building Engagement



001526



# Employee Rights

Each employee has the right (among others) to:

- Quit his/her job at any time without reason
- Receive compensation for work performed
- Work in an environment free from:
- Discrimination based on race, color, national origin, religion, gender, pregnancy, age, disability, national origin, citizenship, or any other status protected by law
- Sexual harassment or other forms of harassment prohibited by law
- Work in a safe environment that is compliant with all federal and state regulations and standards
- Maintain the privacy of personal financial and health-related information

001527



# The Employee Relations Model



## Components of the Employee Relations Model

- Organizational culture
- Organizational, divisional and team direction and objectives
- Workplace standards, policies and procedures
- Workplace environment and resources
- Performance management, communication and coaching skills
- Employee engagement concepts and practices
- Informal vs. formal processes for resolving complaints and conflict

---

001528



## Employee Relations at DePaul

Several university resources, including HR's Office of Employee Relations, support the Employee Relations Model through their shared commitment to providing managers with resources, services and support that contribute to a professional, respectful and effectual campus environment.

- Office of Human Resources

    - **Office of Employee Relations**

- Office of Mission and Values: Office of the Ombudsperson
  The University Ombudsperson provides a voluntary option for faculty and staff to seek understanding and resolution of issues that are perceived to be adversely affecting the integrity of the university's professed values and mission. Through confidential discussions, the University Ombudsperson elicits possibilities for working out a satisfactory resolution of personal or university issues.

- Office of General Counsel
  The Office of the General Counsel (OGC) serves as legal counsel for DePaul University. In serving the interests of the University, the OGC strives to offer proactive and preventative counsel aimed at avoiding or reducing exposure to legal risks. The OGC accomplishes this goal by developing a deep understanding of the operations and Mission of the University, and by cultivating close working relationships within University community.

- Office of Institutional Diversity and Equity
  The Office of Institutional Diversity and Equity is designed to provide resources and organizational integration to effectively coordinate and develop a wide spectrum of services, initiatives, policies and constituent involvement that comprise a comprehensive diversity approach at DePaul University. An essential component of the diversity effort at DePaul is the commitment to diversity as a core value of the institution.

- University Compliance Office
  the Office of Institutional Compliance ensures that all DePaul employees are aware of their responsibilities in developing and maintaining a compliance-conscious environment. Additionally, the Institutional Compliance department establishes ways to continuously assess the compliance efforts in upholding the integrity of DePaul's standards.

- Dean of Students Office
  As the primary ombudsperson for students at the university, the Dean of Students Office can be an invaluable resource, advocate and support in identifying resources and services for students. The office helps students in navigating the university, particularly during difficult situations, as in personal and/or family crises, medical and/or personal leaves of absence and implementation of the Code of Student Responsibility.

- Office of Student Employment
  The Office of Student Employment partners with DePaul's Human Resources, Payroll and student supervisors to provide resources and training that ensure compliance with university and human resource policies, procedures and best practices that contribute to DePaul students' career development, training and employee contribution to the University.

- Misconduct Reporting Hotline
  Depending on the nature of the misconduct, there are a variety of reporting avenues available to community members. An anonymous hotline is also available as a means of reporting misconduct in situations where a member of the university community fears reprisal, embarrassment, or for other reasons does not feel comfortable utilizing normal reporting channels. (877) 236-8390

001529

 DEPAUL UNIVERSITY

## What is Employment at Will?

Employment at will is a common law doctrine. Common law doctrines are legally valid principles based on common practice and court decisions even if they are not explicitly passed as legislation. Illinois is an employment-at-will state.

Employment at will means that employers may hire, fire, promote, and demote whomever they choose for any reason or no reason unless there is a specific law that prohibits it (e.g., anti-discrimination and anti-retaliation laws). Under this principle, employees can also quit a job at any time.

## Contract Exception to Employment at Will

Employment at will generally does not supersede contracts, including implied contracts, such as when an employer makes oral or written promises about job security or procedures. In these cases, actions on employment (e.g., hiring, firing, promoting, demoting) must adhere to contract agreements.

## How to Comply with Legal Standards Governing Employment

Managers can adhere to legal standards government the employment relationship in a number of ways:

- Familiarize yourself with, and follow, University policies
- Do not create your own offer letter—all offer letters must come directly from Human Resources
- Avoid representing any job as permanent, even verbally or informally, as that can be viewed as an implied contract
- Accurately document performance on appraisals
- Follow progressive discipline when issues arise
- Document reasons for all employment actions

001530



# Legislation, Policies, Procedures, and Work Rules

### Definitions

#### *Legislation*

Federal, state, and local laws that protect employees and inform institutional policy. All university policies are informed by and aligned with relevant legislation.

#### *Policy*

- A public statement establishing a set of employee behaviors and actions consistent with legal, regulatory and university standards.

    o Example: Drug and Alcohol Policy

- **Note**: The Department Personnel Practices Policy advises that "an individual department may establish practices to meet departmental needs in accord with University policy. Managers must commit these practices in writing. The Vice President of Human Resources must review all department-specific personnel practices for consistency with established Human Resources policies and federal and state laws. Should there be any discrepancies between departmental and university policies, the university policy will prevail. Written practices may be requested as needed by the Office of Human Resources."

#### *Procedure*

A detailed, step-by-step method for accomplishing a specific activity

    o Example: Steps for completing a performance appraisal

#### *Work Rule*

- A subset of guidelines, consistent with University policy, established for functional areas with regard to specific actions or non-actions that should be taken given a particular context and situation. Typically a management decision that is communicated to staff formally and informally.

    o Example: Coverage on a desk or telephone during working hours

001531



## Examples of Laws Governing the Employment Relationship

- Anti-Discrimination Laws
  - o Title VII of the Civil Rights Act
  - o Age Discrimination in Employment Act (ADEA)
  - o Illinois Human Rights Act
  - o Americans with Disabilities Act (ADA)
- Family Medical Leave Act (FMLA)
- Fair Labor Standards Act (FLSA)
- Immigration Reform and Control Act (IRCA)

## Key Policies

DePaul University policies are written to reflect University expectations and to facilitate compliance with employment laws. DePaul policies related to employee relations are:

- Anti-discriminatory Harassment Policy and Procedures
- (Anti) Sexual Harassment Policy and Procedures
- Drug-Free Workplace and Legal Drinking Age Compliance Policy
- Health Information Security and Privacy Policy
- FERPA Compliance
- Attendance Complaints and Grievances
- Progressive Discipline
- Non-Retaliation
- Introductory Period
- Performance Appraisal
- Department Personnel Practices

001532

 **DEPAUL UNIVERSITY**

## Management Expectations Related to Policies and Procedures

- Refer to **policies.depaul.edu** for up-to-date policy and procedure information

- Additional policies and procedures exist in the Student Handbook and the Faculty Handbook and are specific to student and faculty roles on campus.

- Reacquaint yourself with DePaul Foundations orientation program and new employee resources; take advantage of onboarding resources and information located at hr.depaul.edu

- Ensure that each employee understands their job description, introductory period conditions, and resources to support employee performance and conduct

- Ensure that each employee understands policies, procedures, and work rules relevant his/her job

- Set compliance expectations and provide clear direction to all employees

- Ensure that all employees are compliant with organizational policies and standards

- Consistently implement and administer DePaul policies for employees

- Be consistent in communications and in how you behave and act

- Identify needs for specific procedures and work rules

- Define and implement team-specific work rules

- Contact appropriate University departments to investigate breaches of policies, procedures, and work rules

- Attend Manager Standards Training

- Address disciplinary situations fairly and consistently

001533



# Case Study: The Unhappy Employee

### *Scenario:*

Over the past few months, it has become obvious that Pat, an employee in your unit, seems unhappy at work. She has complained about work assignments and complained to you about her co-workers. She feels that she is the best worker in your unit, but is not being recognized. You feel that her work is very good, but she needs to develop in a number of areas. Her interpersonal and written communication skills are particularly poor, in your view.

Today, you learned that Pat has contacted Employee Relations with a complaint about you. She alleges that you have been lax in your attendance, and often come into work after 10:00. What she does not realize is that you have been attending morning meetings from 8-9:30 at another campus.

What steps do you take to address this situation?

What steps can you take to improve your relationship with Pat?

001534



# Employee Communication

## Communication is Critical to Our Success

Peter Drucker, the "Father of Modern Management," and author of *Managing the Nonprofit Organization: Principles and Practices* (1990) and *Management Challenge for the 21st Century* (1999) once said that 60% of all management problems are the result of poor communication.

Manager-employee workplace conversations are a powerful opportunity for learning, increased performance and improved quality of work life.

The employee's relationship with his/her manager/supervisor is the most important driver of satisfaction, performance and retention.

Major objectives:

- Develop work relationships with employees

- Establish trust

- Influence employees to perform well

- Solicit input and feedback from employees

- Identify and address employee concerns

001535



# Ways to Involve and Engage Employees

## Ways to Involve Employees

- Solicit Employee Input to Inform Decision Making

- Committees

- Project Teams

## Benefits of Employee Involvement

- Aligns employees with university/departmental actions

- Fosters employee commitment to organizational decisions, goals, and objectives

- Encourages employee ownership of organizational decisions and work processes

- Fosters open communication

- Helps build a team environment and mentality

- Promotes fairness in the workplace

- Improves employee satisfaction

- Leads to better results

001536



# The Importance of Performance Management

## What is Performance Management?

Performance management is the process whereby DePaul managers and employees set performance goals and convey professional standards. Through a structured process, managers ensure accountability to performance and professional conduct and recognize outstanding performance appropriately.

## Our Approach to Performance Management

*Purpose:*

- Begin performance management cycle at time-of-hire; use introductory period to establish professional standards, performance expectations and communication plan

- Encourage open, honest, goal-based communications between managers and staff members

- Continuously improve performance

- Support ongoing development of staff members

*Desired Outcomes:*

- Alignment to university and team/department goals and objectives

- High-performing organization with a continuous improvement mindset

## Advantages of DePaul's Process

- Encourages ongoing, two-way dialogue between the manager and staff member

- Centers performance discussions around specific, measurable (i.e., SMART) performance expectations and goals agreed to by the manager and staff member

- Affords the opportunity to provide feedback in narrative form

- Provides staff members with objective assessment of their overall performance

001537


DEPAUL UNIVERSITY

### *Set Improvement Goals and Communicate Expectations*

- Identify specific steps/actions that the employee can take to improve performance

- Develop SMART goals for each objective

    - **S**pecific – explicit, clear, and concise

    - **M**easurable – quantifiable (quantity, quality, time, or cost)

    - **A**ction-Oriented – indicate desired outcome/results

    - **R**ealistic – challenging, yet attainable

    - **T**imely – include milestones/checkpoints and target completion date

### *Monitor Progress*

- Schedule periodic "check-in" meetings to review the development plan, monitor key milestones, and assess progress (objectively—based on results)

- Set up an ongoing reporting approach so the staff member can keep you apprised of progress and any barriers to performance

- Proactively recognize and acknowledge performance improvement



# The 6-Month Introductory Period

All newly hired, re-hired, promoted, and/or transferred staff employees are required to serve six (6) months of continuous employment in an introductory period. The introductory period serves as an extension of the selection process.

During the introductory period, the employee is considered to be in training and is carefully monitored to formally evaluate performance and progress according to the standards and performance expectations established for his/her area of responsibility.

It is the manager's role to facilitate the employee's effective adjustment to work tasks, conduct, procedures, attendance, job responsibilities and performance.

Managers conduct a performance appraisal prior to the completion of the six (6) month introductory period. If employee performance is consistently below required job standards during the introductory period, the employee may be terminated.



**Manager-Employee Engagement in the 6-month Introductory Period**

001539



## Activity: The Best Manager I Ever Knew...

*In the space below, consider what "the best manager you ever knew" did in the introductory period to orient, on board and facilitate the new employee's adjustment to their new workplace and to their role*

| Skills of Outstanding Manager | Behaviors that demonstrated these skills |
|---|---|
| Introduced to the staff. | interpersonal skills |
| Planning — ramp up — | |
| Patience + understanding | |
| Modeling | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

001540



## Motivators of Performance



## Dealing With Performance Issues

| Performance Problem | | Possible Solutions |
|---|---|---|
| Doesn't know | | Assess knowledge gap<br>Provide skills training<br>Communicate more effectively<br>Foster development through job shadowing, mentoring, etc. |
| Can't do | | Determine appropriate career path<br>Identify opportunities for relocating<br>Assess necessary steps for removal |
| Isn't allowed | | Improve processes<br>Improve work flow and integration<br>Control aspects of the work environment that the employee can't |
| Won't do | | Clarify roles and responsibilities<br>Communicate specific expectations<br>Determine motivators<br>Identify consequences for nonperformance |

*Helpful diagnostic to identify reasons for poor performance.*

001541



## Case Study – Absenteeism

### *Scenario:*

Mary, the administrative assistant (non-exempt) in the office was hired 5 months ago. For the first three months she performed as expected as a newcomer to the University and to the position. Recently, a number of internal customers have complained that she is surly on the phone, she is uncommunicative with her co-workers, and she has missed two key project deadlines in the past month.

Now a new problem is arising. Mary has been absent three times in the last two weeks, including today. She has had no prior absences. She called each time to notify the office, but did not speak to you. Today, she called out again with no excuse, and hinted that she might not be in tomorrow, either.

- What steps would you take to address her poor performance?

- Do you address the absenteeism issue this early (i.e., before she violates the Paid Absences policy)?

- If so, how do you address the situation?

- Does this warrant Progressive Discipline? If so, what steps would you take?

001542



### *Documenting Performance*

Documenting great performance, documenting performance that needs improvement, and making note of performance and progress throughout the year is a good management habit.

**Why do we Document?**

1. It ensures balance.
2. It sets expectations.
3. It covers you.

**What Should be Documented?**

1. **Who** was present

2. **What** was discussed

    a. Describe behavior
    b. Provide specific examples, as well as related measures and timeframes
    c. Explain the impact of the behavior

3. **When** and **Where** future follow up will take place

**Documentation Examples**

*Bob,*
*Thank you for taking the time to meet with me today regarding on-time arrival to work. As we discussed, it is imperative that you be in the office by 9:00 each morning to take incoming calls. When you arrive late, a student worker has to cover the front desk, which pulls the students away from their assigned tasks and creates a backlog in other departments. We agreed that if you are unable to come in on time, you will provide me with at least one hour's notice and a substantive reason. We will check in again at our weekly one-on-one in two weeks to see how you are doing. Please let me know if there is anything I can do to support your success in reaching this goal.*

*Jan,*
*Thank you for taking the time to meet with me today about your work on the database project. As I mentioned in the meeting, your work on this project has been excellent. It is particularly impressive that you beat your assigned deadline by a week, and also took the initiative to train the student workers on the new database so they could use it in your absence. This has improved the efficiency of operations in our department by allowing us to keep better track of customer requests and reduce response time by several hours. Keep up the great work!*

001543



# Complaints and Grievances

## Overview

The Office of Human Resources' goal is to resolve work related complaints expeditiously and professionally. Employees, managers or staff, with complaints may contact an Employee Relations representative directly to attempt to resolve their work related issues at an informal level.

The Employee Relations representative acts as a facilitator for meetings and discussions, and provides clarification and interpretation for written policies and procedures. The Employee Relations Representative will offer the best advice and approach to the manager or staff member to in an effort to satisfactorily address their issues or concerns.



A DePaul employee who feels that he or she has been treated in a manner inconsistent with established policies may question or challenge a decision or action through the university's complaint or grievance procedure.

The working relationship is the basis for direct resolution; therefore staff and their supervisors are expected to attempt to resolve any perceived problem in the work relationship informally.

If the issue is not resolved, the employee is encouraged to informally discuss the problem with the next higher level of administration and/or Human Resources.

If such informal methods do not result in resolution of the problem, or if the employee so chooses at the outset, he/she may choose to proceed with the formal complaint/grievance process.

001544



## Two Types of Issues

HR's Office of Employee Relations primarily provides support for two types of employee issues:

### Standard Employee Relations Issues and Complaints

- *Informal* opportunity to express concerns about:
  - Behavioral Issues
  - Performance-Related Issues
  - Conduct

### Grievances

- *Formal* opportunity to express concerns about treatment when:
  - Policies, Procedures or Standards are violated
  - Laws are Violated
  - Employees are in imminent danger

## Formal vs. Informal Employee Relations Processes

### Informal Process

- May be initiated by employee or manager
- Considered an ER issue related to behavior, performance or both
- Focus is on dialogue between appropriate parties
- Consultation clarifies policy and procedures, identifies appropriate counseling, tools and resources to support managers and employees
- Informal complaints may become formal as a result of the process of investigating employee concerns

### Formal Process

- Follows the procedures outlined in the Complaint and Grievance Policy
- May be preceded by informal attempts for resolution at the employee / manager level
- Involves the employee, manager, senior authorities in the division, Human Resources, and potentially other internal and external parties



## Informal Complaint Procedure Involving the Office of Employee Relations

### *Step 1. Informal Complaint Initiation*

After attempting to resolve at the manager-staff level, an employee who feels that he/she is in a situation that cannot be resolved should contact Employee Relations.

### *Step 2. Initial Discussion*

For the initial meeting, the employee should come prepared to discuss preferable solutions. Some situations may require additional meetings with those directly involved to discuss the complaint, therefore the timeframe for resolution is primarily determined by the level of complexity, the number of individuals involved and the need for additional information.

### *Step 3. Written Documentation*

Written documentation of the complaint may be required to ensure the accuracy of the complaint or issue brought forth.

### *Step 4. Investigation*

The employee relations representative investigates as the situation warrants and make recommendations for actions to be taken to all involved parties.

### *Step 5. Follow-up*

The employee relations representative follows up on the results and effects of the actions taken. If recommended actions were not taken, the employee relations representative will meet with the employee who brought forth the complaint to discuss additional options.

001546



## Formal Grievance Procedure

### *Step 1. Grievance Initiation*

- The employee presents the grievance in writing to the immediately involved supervisor/manager.

- The supervisor/manager arranges a meeting to take place between all parties involved in the grievance within five (5) working days of receipt of the grievance.

- Within five (5) working days of the meeting, the supervisor/manager responds to the employee's grievance in writing in an attempt to resolve the issue.

- If the employee is not satisfied that the grievance has been resolved or if the supervisor/manager fails to respond within the stated time period, the employee may proceed to the next step of the process.

### *Step 2. Administrative Review*

- At this step, the employee will present the written grievance, along with the supervisor's/manager's response, to the next higher administrative level and the Vice President of Human Resources.

- The administrator must respond to the employee in writing in an attempt to resolve the issue within five (5) working days of receipt of the grievance.

### *Step 3. Mediation*

- If the employee desires, he/she may request mediation by a mutually agreed-upon third party with the university or request mediation by the Office of the University Ombudsperson.

- Mediation is an entirely voluntary step that permits the parties to seek a mutually agreeable solution to the grievance.

- The parties can agree to settle the grievance in full or in part at mediation or request a hearing before a Grievance Review Board, as outlined in Step 4.

### *Step 4. Grievance Review Board*

- If, after engaging in the previous steps, an employee does not believe that the grievance has been resolved, he/she may petition the Grievance Review Board in writing for a hearing.

- The board's decision shall be communicated in writing and subject to review and modification by the Executive Vice President. The decision, following such review and modification (if any), shall be binding on all parties.

001547



## Keys to Complaint Resolution

- Remember that any employee is allowed to submit a complaint

- Do not react emotionally or take steps toward reprisal against the employee

- Each party must agree to listen to facts and remain objective

- Keep lines of communication open with the employee (however, do not pry for personal details)

- Respond quickly to any requests for information from Human Resources

- Remain open to viable and reasonable solutions

001548



# Progressive Discipline

## Overview

Progressive discipline involves documentation and structured communication between a manager and employee when it becomes necessary to explain the nature and extent of a serious performance/conduct problem. It is used as a tool to determine the necessary step(s) to correct the situation.

## Manager's Responsibilities Related to Progressive Discipline

- Initiate discussion with the employee that exhibits behavioral or performance issues

- Initiate a plan of action to help restore the employee to an acceptable level of behavior, conduct and/or performance

- Contact an Employee Relations representative for guidelines on the process when necessary

- Investigate and/or research, in a timely fashion, incidents in violation of University policies, procedures, rules and standards

- Provide employee with an opportunity to present his/her version of the events in question

- Explain to the employee the reason for any counseling and the consequences if improvements are not made

- Provide written documentation for department file, employee records and Human Resources files, if applicable

- Provide employee with continuous feedback on progress during the disciplinary process

## Types of Employee Counseling in the Progressive Discipline Process

Types of employee counseling include:

1. Verbal Counseling

2. Written Counseling

3. Final Written Counseling

4. Performance Improvement Plan

5. Discharge

001549



> **Note:** **The university reserves the right to start the disciplinary process at any counseling stage.**

### 1. Verbal Counseling

Verbal counseling is used for a minor infraction(s) and may constitute the first step initiated in the disciplinary process.

The employee must be informed that the discussion constitutes a verbal counseling.

A record of the verbal counseling must be maintained in the employee's departmental file for future reference.

### 2. Written Counseling

Written counseling is used after verbal counseling if additional violations occur, or for initial infraction(s) serious enough to warrant a formal written record.

The written counseling must include a description of the infraction, whether it is a first, second or third offense, and must indicate what action will be taken if the infraction occurs again.

The written counseling form (see Appendix A) must indicate that further infractions may lead to disciplinary action up to and including discharge.

### 3. Final Written Counseling

Final written counseling is generally used when a written counseling was issued within the previous 12 months.

When an initial offense is serious in nature, a final written counseling may be issued without any prior verbal or written counseling.

A Human Resources employee relations representative should be consulted prior to the issuance of a final written counseling.

### 4. Performance Improvement Plan

A performance improvement plan may be used in conjunction with a written counseling, final written counseling or an unsatisfactory performance appraisal. The Performance Improvement Plan assists the manager in outlining critical objectives, strategies and desired outcomes necessary for the employee to succeed in his/her job.

A Human Resources employee relations representative must be consulted prior to discussing and assigning an employee "Performance Improvement Plan."

001550



Managers are required to complete final assessments once a "Performance Improvement Plan" has been successfully or unsuccessfully completed by the employee.

### 5. Discharge

Discharge is used for infractions of a grave nature or repeated infractions for which the employee has already received a final written counseling and warned that reoccurrence of the infraction would result in discharge.

The Vice President of Human Resources must be consulted prior to the discharge of any employee.

001551

 **DePaul University**

## Employee Separation from the University

The goal of a performance improvement plan is for the manager and staff member to identify strategies, objectives and an action plan for the staff member to successfully perform in their work. In some cases, unsuccessful completion of a performance improvement plan warrants an involuntary termination.

### Involuntary Termination

An involuntary termination is when management makes the decision that an employee should be released from his/her job responsibilities. In such situations, an Employee Relations representative must be consulted prior to the discharge. This meeting will determine if appropriate and documented progressive discipline procedures, have been applied. For employees not subject to progressive discipline (employees within the 6 month introductory period), this meeting will be to discuss and review the employee's unsatisfactory progress since his/her hire date.

Employees may voluntarily choose to end their employment with the University.

### Voluntary Resignation

Employees that voluntarily choose to end their employment with the University should initiate the process. These steps should be completed by the employee and the manager:

*The employee:*

1. completes a letter of resignation and identifies the last active day of employment, and
2. submits the resignation letter to his/her immediate manager.

*The manager:*

1. reviews the Termination Process Checklist and performs the necessary transition tasks to prepare for the employee's departure.

Prompt processing of the required documents allows the manager the opportunity to begin immediate recruiting efforts to fill their vacancy.

### Exit Interview

An Employee Relations representative contacts the employee to schedule an optional exit interview. The exit interview includes a review of the status of the employee's medical, dental, COBRA eligibility, vacation pay and other outstanding issues.

001552

 DEPAUL UNIVERSITY

# Case Study – Unprofessional Behavior

***Scenario:***

Kent, a non-exempt employee, has worked at DePaul for over 10 years, and is a top performer in your department. His work is consistently excellent, and he is helpful and courteous most of the time. This morning, Kent acted out of character (in your view) and kicked a door in frustration. The door broke at the hinges and needs to be replaced. You were out this morning, and are just hearing about this now.

When you were told about this, the person mentioned that Kent has acted out like this before – just last week he went into a rage and threw books and paper around a conference room to vent his anger. Apparently, Kent has never personally threatened anybody, but people who work closely with him are very wary of his temper and try to stay out of his way. This comes as a big surprise to you.

- What steps do you take to address this situation?

- Will you address this on your own or involve other parties?

- Does this warrant Progressive Discipline? If so, what steps would you take?

001553



**DEPAUL UNIVERSITY**

# Final Case Study:  Uninvited Advances

### Scenario:

Your administrative assistant, Ann, arrived at work and asked to speak with you in private. In the meeting, she said that a co-worker, Gerald, has been coming onto her and making forward comments to her every day for over a month. She said she has refused his advances every time, but last week Gerald started getting more aggressive by hanging around her desk all day, staring at her, and making comments. Later, you asked Gerald about it, and he said, "We're friends. I just kid around with her all the time. She says the same stuff to me."

### What steps do you take to address the situation?

### What advice would you give Ann?

001554



*What advice would you give Gerald?*



*What university offices and/or resources are available to help you, as a manager, address this situation? What resources are available to Ann and Gerald?*

001555



# Manager Individual Development Plan

## Manager Self-Assessment

- Establish and maintain effective employee relations in the workplace

- Describe the roles of different university offices, including HR's Office of Employee Relations, in addressing employee work-related problems and issues

- Identify resources available for managers to address employee issues

- Describe the employee complaint process and available employee resources

- Determine when to initiate and/or implement progressive discipline

- Manage progressive discipline in accordance with university policy

*In which areas are you most effective at managing employee relations?*

*Which areas could you develop to be more effective at managing employee relations?*

001556



# DePaul Manager Individual Development Plan

Directions: An individual development plan is provided below that is intended to elaborate on the four-box exercise. Use the form below to identify an area for development and to map out a plan for action that is SMART (specific, measurable, action-oriented, realistic and timely) and that you can hold yourself accountable to completing.

| Development Area: | | |
|---|---|---|
| Action Plan: | Goals: | Time Frame: |
| **Additional Resources:** | | |
| **Development Area:** | | |
| Action Plan: | Goals: | Time Frame: |
| **Additional Resources:** | | |
| **Development Area:** | | |
| Action Plan: | Goals: | Time Frame: |
| **Additional Resources:** | | |

001557

 **DEPAUL UNIVERSITY**

# DePaul Manager Individual Development Plan Sample

| Development Area: Employee Engagement | | |
|---|---|---|
| **Action Plan:** | **Goals:** | **Time Frame:** |
| Encourage autonomy | Establish quarterly "free-thinking" day in which everyone can work on whatever they choose | By January 30 |
| Understand communication styles | Locate communication styles assessment<br>Administer assessment to team | By December 1<br>By January 1 |

**Additional Resources:** Ask HR about communication styles assessment

| Development Area: Coaching Skills | | |
|---|---|---|
| **Action Plan:** | **Goals:** | **Time Frame:** |
| Learn about effective coaching | Attend PMAS Module 4 training | By March 1 |

**Additional Resources:** Get training schedule from WLP

| Development Area: | | |
|---|---|---|
| **Action Plan:** | **Goals:** | **Time Frame:** |
| | | |

**Additional Resources:**



# Peer Coaching

Now that you have crafted an action plan and have accepted full responsibility for completing it, you are in a great position to benefit from the guidance and support that a peer coach can bring to the process. Peer coaching offers you an opportunity to:

- Expand your manager network and build your DePaul "kitchen cabinet"
- Tap into the expertise and counsel of your colleague
- Expand your thinking: a peer coach serves as a sounding board to brainstorm, clarify , refine your own thinking and values around managing people and your professional development
- Get another point of view
- Achieve your personal and professional goals!

# Peer Coaching Agreement

**Manager**
I am motivated and committed to taking action on my personal and professional goals.

**Peer Coach**
I am motivated and committed to helping my colleague take action on his/her personal and professional goals.

We agree to meet via _____

On (date/time):        _____

to discuss the progress that _____

has made on the goals outlined in the individual development plan today.

**Signature and Date**

Peer Coach: _____

Manager: _____

Date: _____

---

001559



## Appendix A: Verbal Counseling Form



**DePaul University**
**Human Resources**
**VERBAL COUNSELING FORM**

**For Departmental Use Only**
**Not To Be Included In Personnel File**

Employee Name _____ Empl ID# _____ Date Hired_____

Department _____ Department Manager _____

**Reason For Counseling:**

_____

**Recommendation For Improvement:**

_____

Employee please note: Failure to improve performance or further violations of policy will result in additional disciplinary action up to and including discharge.

**Employee Comments/Remarks:**

_____

Employee please note: Signing this counseling form does not necessarily indicate your agreement with this record but indicates that it has been reviewed with you.

Employee Signature _____ Date _____      Manager's Signature _____ Date _____

*Rev 2/07*

**001560**

 **DePaul University**

# Appendix B: Written Counseling Form

**DePaul University**
**Human Resources**
## WRITTEN COUNSELING FORM

Date _____ Verbal Counseling Date _____

Employee Name _____ Empl ID# _____

Hire Date _____

Department _____

Dept. Manager _____

### Action Taken
#### (Check One)

Written Counseling Date _____ Performance Improvement Plan Developed ____ Date _____

Final Written Counseling Date _____

Termination _____ Effective Date _____

*(include attachment(s) for explanation and condition of above actions)*

**Reason For Counseling:**

_____

_____

_____

**Employee please note:** Failure to improve performance or further violations of policy will result in additional disciplinary action up to and including discharge.

**Employee Comments/Remarks:**

_____

_____

_____

**Employees please note:** Signing this counseling form does not necessarily indicate your agreement with this record but indicates that it has been reviewed with you.

Employee Signature _____ Date _____     Manager's Signature _____ Date _____

Date HR Received _____                                    rev.2/07

001561

# Appendix C: Performance Improvement Plan



**DePaul University**
**Human Resources**

## PERFORMANCE IMPROVEMENT PLAN

### INSTRUCTIONS

This document has been developed to assist the manager in outlining critical objectives, strategies and desired outcomes necessary for the employee to succeed in his/her job. Prior to discussing a performance improvement plan with your employee, managers should consult with a Human Resources representative.

KEY:

**Current Unacceptable Behavior/Performance:** Manager should list clearly and concisely the behavior or performance that is unacceptable, (i.e., poor customer service skills).

**Acceptable Behavior/Performance:** Manager should list the acceptable behavior or performance, (i.e., employee must exhibit helpful, cooperative attitude when servicing customers).

**Action to be Taken by the Employee:** The employee should provide suggestions on how to improve his/her current behavior/performance. This should be discussed and agreed upon by both the employee and the manager, with the final action listed in the performance improvement plan document.

**Support to be Provided by the Manager:** The manager will provide suggestions to the employee on how he/she will assist the employee.

**Dates/Times for Weekly Meetings to Monitor Progress.** The manager and employee should meet no less than once a week to discuss the employee's progress, problems that arise during the week and goals for the coming week.

**Completion Date:** A completion date should be determined by the manager. This information should be shared with the employee. Human Resources recommends that the performance improvement plan should be in effect no less than 2 weeks and no more than 3 months. The completion date should be determined by the severity of the behavior or performance that needs correcting. The employee should be made aware of the consequences if their behavior/performance does not improve.

Manager Name: _____   Employee Name: _____

_____        _____
(Please Print)              (Please Print)

Manager Name: _____   Employee Name: _____

_____        _____
(Signature)      Date       (Signature)     Date

**NOTE: Once the Performance improvement plan has been established and agreed upon, the manager should forward the original to Human Resources, give a copy to the employee and retain a copy for the manager's file.**

Rev02/07



 DEPAUL UNIVERSITY

# PERFORMANCE IMPROVEMENT PLAN

**THIS DOCUMENT SHOULD BE PREPARED IN CONJUNCTION WITH A WRITTEN OR A FINAL WRITTEN COUNSELING FORM, OR FOR AN UNSATISFACTORY PERFORMANCE APPRAISAL.**

| Current Behavior or Performance Needing Improvement | Acceptable Behavior or Performance | Action to be Taken by the Employee | Assistance to be Provided by the Manager | Dates/Times for Weekly Meetings to Monitor Progress | Completion Date (no less than 2 wks/no more than 3 mos) |
|---|---|---|---|---|---|
| | | | | | |

**NOTE: The Original of this document should be forwarded to Human Resources, a copy should be given to the employee and a copy retained in the manager's file.**

001563

# Exhibit B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MIREILLE KOTOKLO, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:20-cv-00635 |
| | ) |
| v. | ) Honorable Joan B. Gottschall |
| | ) |
| ROBERT KARPINSKI AND DEPAUL | ) Magistrate Judge M. David Weisman |
| UNIVERSITY, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## DEFENDANTS' ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants DEPAUL UNIVERSITY ("DePaul") and ROBERT KARPINSKI ("Karpinski") (collectively, "Defendants"), by and through their undersigned attorneys, respectfully submit their Answer and Defenses to the Complaint ("Complaint") of Plaintiff MIREILLE KOTOKLO ("Plaintiff"), as follows:

### THE PARTIES

1.    Mireille Kotoklo ("Ms. Kotoklo") resides in Cook County, Illinois. Ms. Kotoklo is the former Access Service Coordinator at DePaul University. She is a naturalized citizen of the United States of America and was born in the Republic of Cote d'Ivoire.  Ms. Kotoklo's race is black, her gender is female, and she was fifty-eight years old when DePaul University ("DePaul") terminated her employment.

**ANSWER:**

Defendants admit Plaintiff is a former Access Service Coordinator at DePaul, her race is black, that she is female, and that she was fifty-eight years old at the end of her employment with DePaul. Defendants lack knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 1.

2.    Robert Karpinski ("Mr. Karpinski") was, at all times relevant to this complaint, Associate Vice President of Academic Affairs and Interim University Librarian at DePaul. Mr.

Karpinski maintains an office in Cook County, Illinois, and, on information and belief, is also a resident of Cook County, Illinois

**ANSWER:**

Defendants admit the allegations in Paragraph 2.

3.      DePaul is a not-for-profit corporation and is the largest Catholic university in the United States. Accordingly, DePaul is an "employer" within the meaning of the Illinois Human Rights Act, 775 ILCS 5/2-101(B), and the Title VII of the Civil Rights Act of 1964. DePaul's principal place of business is in Chicago (Cook County), Illinois.

**ANSWER:**

The allegations n Paragraph 3 assert a legal conclusion to which no response is required.

To the extent that a response is required, Defendants admit the allegations in Paragraph 3.

#### JURISDICTION AND VENUE

4.      This Court has jurisdiction over Mr. Karpinski and DePaul because each of them committed the acts and omissions that are the subject of this litigation in Cook County, Illinois, which is in this district. Alternatively, this Court has jurisdiction over the defendants because they are (on information and belief) residents of this district.

**ANSWER:**

Defendants admit jurisdiction is proper but deny they are liable under any legal theory for

any alleged unlawful conduct and also deny they are or have been engaged in any unlawful

employment practices.

5.      Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1) because Mr. Karpinski and DePaul are residents of this district. Alternatively, venue is proper in this court pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the acts and omissions giving rise to this claim occurred in this district.

**ANSWER:**

Defendants admit venue is proper but deny they are liable under any legal theory for any

alleged unlawful conduct and also deny they are or have been engaged in any unlawful

employment practices.

6.     This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §1331 because Counts I, II, IV, V, VII, IX, and XI allege violations of 42 U.S.C. §1981, 42 U.S.C. §2000e, and 29 U.S.C. §621. This Court has jurisdiction over the state law claims alleged in Counts III, VI, VIII, X, and XII pursuant to 28 U.S.C. §1367 because those claims are so related to the federal claims that they form the basis for the same case or controversy.

**ANSWER:**

Defendants admit venue is proper but deny they are liable under any legal theory for any

alleged unlawful conduct and also deny they are or have been engaged in any unlawful

employment practices.

### FACTS GIVING RISE TO THE COMPLAINT

7.     Ms. Kotoklo was employed as the Access Service Coordinator at the library at DePaul's Lincoln Park campus from November 15, 2000 through October 3, 2019. As the Access Service Coordinator, Ms. Kotoklo was responsible for coordinating all administrative services at DePaul's library including circulation, stack maintenance, reserves, interlibrary loan, and document delivery.

**ANSWER:**

Defendants admit Plaintiff worked as the Access Services Coordinator at DePaul's Lincoln

Park Campus from November 15, 2000, through October 3, 2019. Defendants further admit that

Plaintiff's responsibilities as Access Services Coordinator included coordinating administrative

services at DePaul's library, including circulation, stack maintenance, reserves, interlibrary loans

and document delivery, but deny that these responsibilities constitute the entirety of Plaintiff's

responsibilities and/or job duties as Access Services Coordinator.

8.     In calendar year 2019, Ms. Kotoklo was tasked with chairing search committees geared towards filling two positions at the DePaul library: (i) day circulation supervisor, and (ii) night circulation supervisor. The responsibilities of the day circulation supervisor and the night circulation supervisor were substantially similar. The principal differences between the two positions were that (i) the day circulation supervisor works during the day and the night circulation supervisor works at night, and (ii) the night circulation supervisor position has less stress than the day circulation supervisor position because there are typically fewer patrons at the library during the evening hours.

**ANSWER:**

Defendants admit Plaintiff chaired two search committees in 2019, and that the committees were responsible for evaluating candidates for the positions of Library Assistant 3 (day circulation supervisor) and Library Assistant 2 (night circulation supervisor) positions. Defendants deny the remaining allegations in Paragraph 8.

9. The process for finding the day circulation supervisor proceeded normally. More specifically, Ms. Kotoklo chaired a search committee that included two other staff members. The committee (i) published an advertisement, (ii) identified the top candidates from the applicant pool, (iii) interviewed the top 3–5 candidates, and (iv) recommended that DePaul hire the top candidate, Matthew Wedge, who is a white man and presumably born in the United States. DePaul followed the committee's recommendation without investing any additional resources into Mr. Wedge's qualifications.

**ANSWER:**

Defendants admit Plaintiff chaired the search committee for the Library Assistant 3 (day circulation supervisor) position, which consisted of two other staff members. Defendants further admit that DePaul University posted an advertisement for the Library Assistant 3 position, the committee interviewed candidates for the position and recommended that DePaul hire the top candidate, Matthew Wedge, who is a white male. Defendants lack sufficient information or knowledge necessary to admit or deny whether Mr. Wedge was born in the United States. Defendants deny the remaining allegations in Paragraph 9.

10. The process for finding the night circulation supervisor involved significant administrative interference. As with the search for a day circulation supervisor, Ms. Kotoklo chaired the search committee. The two other members of the search committee were Travis Eastham (white, male, presumed born in the United States, presumed under age 40), and Firouzeh Rismiller (white, female, national origin unknown, presumed under age 40). As with the day circulation supervisor position, the search committee published an advertisement for the position and then started reviewing applications to determine who they wanted to interview.

**ANSWER:**

Defendants admit Plaintiff chaired the search committee for the Library Assistant 2 (night circulation supervisor) position; Plaintiff selected Travis Eastham (male, 40 years old, race

unknown) and Firouzeh Rismiller (female, 36 years old, white) as the two other members of the search committee; DePaul University published an advertisement for the Library Assistant 2 position; and the committee reviewed applications for the Library Assistant 2 position. Defendants lack sufficient information or knowledge necessary to admit or deny whether Mr. Eastham was born in the United States or Ms. Rismiller's national origin. Defendants deny the remaining allegations in Paragraph 10.

11. Upon receiving applications for the night circulation supervisor, one candidate quickly became the preferred candidate of each member of the search committee: Dilnesa Eshete. Mr. Eshete had worked at the DePaul library in positions with responsibilities similar to the night circulation supervisor position from (approximately) 2010 through 2018; however, Mr. Eshete's employment was terminated due to a reduction in force (i.e., not for cause). Mr. Eshete is black and, on information and belief, was born in Ethiopia.

**ANSWER:**

Defendants admit Dilnesa Eshete is black, previously worked for DePaul from roughly January 2010, through July 2018, and held the positions of Library Assistant 1 and Library Assistant 3 during his employment. Defendants further admit that Mr. Eshete was terminated from DePaul in July 2018. Defendants lack sufficient information or knowledge necessary to admit or deny whether Mr. Eshete was born in Ethiopia. Defendants deny the remaining allegations in Paragraph 11.

12. Because Mr. Eshete was the preferred candidate of each member of the search committee, Ms. Kotoklo asked human resources whether the search committee needed to interview each of the top 3–5 candidates. Human resources responded that the search committee could simply schedule an interview with Mr. Eshete and—if that interview went well—that it did not need to interview anyone else

**ANSWER:**

Defendants admit Plaintiff asked an employee in DePaul's human resource department whether the search committee needed to interview each of the top 3-5 candidates. Defendants further admit that the human resources employee told Plaintiff that the committee did not need to

interview the other candidates if the interview with Mr. Eshete went well. Defendants deny the remaining allegations in Paragraph 12.

13.     Ms. Kotoklo then told her direct supervisor, Ashely [*sic*] McMullin, that the search committee was planning to interview only Mr. Eshete. On information and belief, Ms. McMullin told Mr. Karpinski about the search committee's plans for hiring the night circulation supervisor. Upon learning that the search committee only planned on interviewing Mr. Eshete, Mr. Karpinski instructed the search committee to cancel the interview. Mr. Karpinski then told Ms. Kotoklo and Ms. McMullin that he was concerned about Mr. Eshete because Mr. Eshete had some tardiness issues in the past. Mr. Karpinski further instructed Ms. Kotoklo that the search committee was to interview at least the top three candidates for the night circulation supervisor position.

**ANSWER:**

Defendants admit Plaintiff represented to Ashley McMullin that the search committee planned to only interview Mr. Eshete for the night circulation supervisor position. Defendants further admit Defendant Karpinski instructed the search committee to interview at least the top three candidates for the night circulation supervisor position. Defendants deny the remaining allegations in Paragraph 13.

14.     Following Mr. Karpinski's instructions, the search committee interviewed its top three candidates, including Mr. Eshete, for the night circulation supervisor position. And following the interviews, Mr. Eshete continued to be the top choice of all three members of the search committee.

**ANSWER:**

Defendants admit the committee interviewed three candidates, including Mr. Eshete, for the night circulation supervisor position. Defendants deny the remaining allegations in Paragraph 14.

15.     Following the interviews, the search committee ordered a reference check for all three candidates. Unbeknownst to Ms. Kotoklo, Mr. Eshete listed both her and Mr. Eastham as references on his application. Upon learning that she had been listed as a reference for Mr. Eshete, Ms. Kotoklo asked DePaul's human resources whether she should recuse her from (i) providing references, or (ii) from the search committee. Human resources told her that she did not need to do either.

**ANSWER:**

Defendants admit Mr. Eshete listed Plaintiff and Mr. Eastham as references on his application and Plaintiff asked an employee in DePaul's human resources department whether she should remove herself as a reference. Defendants further admit the employee informed Plaintiff that she did not need to remove herself as a reference. Defendants deny the remaining allegations in Paragraph 15.

16.    Following the reference check, Mr. Eshete remained the top choice of all three members of the search committee. Therefore, the search committee recommended that DePaul hire Mr. Eshete for the night circulation supervisor position.

**ANSWER:**

Defendants admit Plaintiff sent an email recommending that Mr. Eshete be hired for the night circulation supervisor position. Defendants deny the remaining allegations in Paragraph 16.

17.    After receiving the search committee's recommendation, Mr. Karpinski asked each member of the search committee whether Mr. Eshete was that committee member's first choice. On information and belief, each member of the committee responded in the affirmative. Mr. Karpinski then requested a copy of the references for Mr. Eshete. Upon learning that Mr. Eastham and Ms. Kotoklo were references for Mr. Eshete, Mr. Karpinski rejected the search committee's recommendation that DePaul hire Mr. Eshete. He then reconstituted the search committee, removing Mr. Eastham and Ms. Rismiller and putting four other persons on the committee with Ms. Kotoklo and Ms. McMullin as co–chairs for a total of five participants.

**ANSWER:**

Defendants admit Defendant Karpinski spoke to the members of the committee regarding the recommendation to hire Mr. Eshete. Defendants further admit Defendant Karpinski reconstituted the search committee and directed that Ms. McMullin and Plaintiff co-chair the committee. Defendants deny the remaining allegations in Paragraph 17.

18.    On or about October 3, 2019, approximately a week after Mr. Karpinski reconstituted the search committee for the night circulation supervisor position, Ms. Kotoklo had a meeting with Mr. Karpinski to discuss her annual performance review. At that meeting, Mr. Karpinski terminated Ms. Kotoklo's employment. The reasons Mr. Karpinski gave for terminating Ms. Kotoklo's employment were because (i) Ms. Kotoklo (allegedly) did not disclose that she was a reference for Mr. Eshete, (ii) Ms. Kotoklo (allegedly) lost the trust of the staff whom she

supervised, and (iii) Ms. Kotoklo failed to disclose that she had given Mr. Eshete a written warning at one point during his ten years of service at DePaul. During the termination meeting, Mr. Karpinski also told Ms. Kotoklo that he did not understand why she insisted on hiring Mr. Eshete

**ANSWER:**

Defendants admit Defendant Karpinski met with Plaintiff on October 3, 2019, and DePaul

terminated Plaintiff's employment. Defendants further admit that the reasons for Plaintiff's

termination are set forth in Plaintiff's October 3, 2019 termination letter. Defendants deny DePaul

based Plaintiff's termination on her failure to disclose that she was a reference for Mr. Eshete.

Defendants further deny all remaining allegations in Paragraph 18.

19. Mr. Karpinski's proffered reasons for termination were a pretext for discrimination for at least six reasons:

    a. As an initial matter, Ms. Kotoklo disclosed that Mr. Eshete listed her as a reference as soon as she learned that he had done so. Thus, the lack of factual support for the proffered termination decision suggests pretext.

    b. Second, Mr. Karpinski did not terminate Mr. Eastham, who was also listed as a reference for Mr. Eshete. Thus, the disparate treatment suggests pretext.

    c. Third, with respect to allegedly losing the trust of the staff whom Ms. Kotoklo supervises, the first Ms. Kotoklo learned that there were any issues with respect to the alleged loss of trust was during March 2019 during a conversation with Mr. Karpinski. In other words, despite supervising staff for eighteen and a half years, issues with respect to Ms. Kotoklo's performance were raised for the first time in March 2019, which is when Mr. Karpinski started evaluating Ms. Kotoklo's work.

    d. Fourth, it is objectively unreasonable to assume that one disciplinary write-up during an eight year period would preclude an employee from being rehired.

    e. Fifth, DePaul has a progressive discipline policy (copy attached as Exhibit A) that calls for verbal warnings, multiple written warnings, and performance improvement plans before termination. Indeed, as DePaul's then Director of Libraries wrote to Ms. Kotoklo when Ms. Kotoklo wanted to terminate an underperforming staff member: "[the] firing of an employee is a very serious matter which must not be done summarily. A long term, productive employee such as [staff member] should be counseled and worked with, including if necessary the implementation of a work improvement plan." Prior to her termination, Ms. Kotoklo (i) received no

written warnings and (ii) was not placed on a performance improvement plan. That DePaul failed to follow its own policy suggests pretext.

    f.    Sixth, Mr. Karpinski commented on Ms. Kotoklo's attempt to hire a black man born in Ethiopia to serve as the night circulation supervisor at DePaul's library; however, Mr. Kaprinski did not apply anywhere near the same level of scrutiny to DePaul's hire of a white man to serve in the higher-stress job of day circulation supervisor at DePaul's library.

**ANSWER:**

Defendants deny the allegations in Paragraph 19.

## COUNT I
(Violation of 42 U.S.C. §1981 – race discrimination against DePaul and Mr. Karpinski)

20.    Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

Defendants restate and incorporate by reference their answers to Paragraphs 1 through 19,

inclusive, as if fully set forth herein.

21.    By terminating Ms. Kotoklo, DePaul and Mr. Karpinski deprived her of the same rights and privileges enjoyed by her non-black colleagues as to the performance, enjoyment, and all of the benefits and privileges of her contractual employment relationship with it.

**ANSWER:**

Defendants deny the allegations in Paragraph 21.

22.    Ms. Kotoklo's race was a motivating factor in DePaul's and Mr. Karpinski's decision with respect to the termination of her employment

**ANSWER:**

Defendants deny the allegations in Paragraph 22.

23.    As a result of DePaul's discrimination, Ms. Kotoklo has been denied employment opportunities and the opportunity to earn substantial compensation and benefits. Moreover, Ms. Kotoklo has suffered anguish, humiliation, distress, inconvenience, and loss of enjoyment of life because of DePaul's actions, thereby entitling her to compensatory damages.

**ANSWER:**

Defendants deny the allegations in Paragraph 23.

24.     In terminating Ms. Kotoklo's employment, DePaul and Mr. Karpinski acted with malice and/or reckless indifference to the rights of Ms. Kotoklo, thereby entitling her to an award of punitive damages.

**ANSWER:**

Defendants deny the allegations in Paragraph 24.

### COUNT II
(Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et. seq*. – race discrimination against DePaul)

25.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

DePaul restates and incorporates by reference the answers to Paragraphs 1 through 19, inclusive, as if fully set forth herein.

26.     By terminating Ms. Kotoklo, DePaul and Mr. Karpinski deprived her of the same rights and privileges enjoyed by her non-black colleagues as to the performance, enjoyment, and all of the benefits and privileges of her contractual employment relationship with it.

**ANSWER:**

DePaul denies the allegations in Paragraph 26.

27.     Ms. Kotoklo's race was a motivating factor in DePaul's and Mr. Karpinski's decision with respect to the termination of her employment

**ANSWER:**

DePaul denies the allegations in Paragraph 27.

28.     As a result of DePaul's discrimination, Ms. Kotoklo has been denied employment opportunities and the opportunity to earn substantial compensation and benefits. Moreover, Ms. Kotoklo has suffered anguish, humiliation, distress, inconvenience, and loss of enjoyment of life because of DePaul's actions, thereby entitling her to compensatory damages.

**ANSWER:**

DePaul denies the allegations in Paragraph 28.

29.     In terminating Ms. Kotoklo's employment, DePaul and Mr. Karpinski acted with malice and/or reckless indifference to the rights of Ms. Kotoklo, thereby entitling her to an award of punitive damages.

**ANSWER:**

      DePaul denies the allegations in Paragraph 29.

## COUNT III
### (Violation of the Illinois Human Rights Act, 775 ILCS 5/2-102 – race discrimination against DePaul)

      30.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

      DePaul restates and incorporates by reference the answers to Paragraphs 1 through 19, inclusive, as if fully set forth herein.

      31.     By terminating Ms. Kotoklo, DePaul deprived her of the same rights and privileges enjoyed by her non-black colleagues as to the performance, enjoyment, and all of the benefits and privileges of her employment relationship with it.

**ANSWER:**

      DePaul denies the allegations in Paragraph 31.

      32.     Ms. Kotoklo's race was a motivating factor in DePaul's decision with respect to the termination of her employment.

**ANSWER:**

      DePaul denies the allegations in Paragraph 32.

      33.     As a result of DePaul's discrimination, Ms. Kotoklo has been denied employment opportunities and the opportunity to earn substantial compensation and benefits. Moreover, Ms. Kotoklo has suffered anguish, humiliation, distress, inconvenience, and loss of enjoyment of life because of DePaul's actions, thereby entitling her to compensatory damages.

**ANSWER:**

      DePaul denies the allegations in Paragraph 33.

## COUNT IV
### (Violation of 42 U.S.C. §1981 – Retaliation Against DePaul and Mr. Karpinski)

      34.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

Defendants restate and incorporate by reference their answers to Paragraphs 1 through 19, inclusive, as if fully set forth herein.

35.     Mr. Karpinski did not want Ms. Kotoklo to recommend Mr. Eshete for hire because of Mr. Eshete's race

**ANSWER:**

Defendants deny the allegations in Paragraph 35.

36.     Ms. Kotoklo knew that Mr. Karpinski wanted her to remove Mr. Eshete from consideration for the night circulation supervisor position because of Mr. Eshete's race.

**ANSWER:**

Defendants deny the allegations in Paragraph 36.

37.     When Ms. Kotoklo refused to remove Mr. Eshete from consideration for hire, Mr. Karpinski retaliated by causing DePaul to terminate Ms. Kotoklo's employment.

**ANSWER:**

Defendants deny the allegations in Paragraph 37.

38.     As a result of the termination of her employment, Ms. Kotoklo has been denied opportunities and the opportunity to earn substantial compensation and benefits. Moreover, Ms. Kotoklo has suffered anguish, humiliation, distress, inconvenience, and loss of enjoyment of life because of DePaul's actions, thereby entitling her to compensatory damages.

**ANSWER:**

Defendants deny the allegations in Paragraph 38.

39.     In terminating Ms. Kotoklo's employment, DePaul and Mr. Karpinski acted with malice and/or reckless indifference to the rights of Ms. Kotoklo, thereby entitling her to an award of punitive damages.

**ANSWER:**

Defendants deny the allegations in Paragraph 39.

## COUNT V
(Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et. seq* . – retaliation against DePaul)

40.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

DePaul restates and incorporates by reference the answers to Paragraphs 1 through 19, inclusive, as if fully set forth herein.

41.     Mr. Karpinski did not want Ms. Kotoklo to recommend Mr. Eshete for hire because of Mr. Eshete's race and/or national origin

**ANSWER:**

DePaul denies the allegations in Paragraph 41.

42.     Ms. Kotoklo knew that Mr. Karpinski wanted her to remove Mr. Eshete from consideration for the night circulation supervisor position because of Mr. Eshete's race and/or national origin.

**ANSWER:**

DePaul denies the allegations in Paragraph 42.

43.     When Ms. Kotoklo refused to remove Mr. Eshete from consideration for hire, Mr. Karpinski retaliated by causing DePaul to terminate Ms. Kotoklo's employment.

**ANSWER:**

DePaul denies the allegations in Paragraph 43.

44.     As a result of the termination of her employment, Ms. Kotoklo has been denied opportunities and the opportunity to earn substantial compensation and benefits. Moreover, Ms. Kotoklo has suffered anguish, humiliation, distress, inconvenience, and loss of enjoyment of life because of DePaul's actions, thereby entitling her to compensatory damages.

**ANSWER:**

DePaul denies the allegations in Paragraph 44.

45.     In terminating Ms. Kotoklo's employment, DePaul acted with malice and/or reckless indifference to the rights of Ms. Kotoklo, thereby entitling her to an award of punitive damages.

**ANSWER:**

DePaul denies the allegations in Paragraph 45.

**COUNT VI**
(Violation of the Illinois Whistleblower Act, 740 ILCS 174/1, *et. seq.* – against DePaul and Mr. Karpinski)

46.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

Defendants restate and incorporate by reference their answers to Paragraphs 1 through 19, inclusive, as if fully set forth herein.

47.     It is a violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, to refuse to hire someone because of his (i) race, or (ii) national origin.

**ANSWER:**

The allegations contained in Paragraph 47 assert a legal conclusion to which no response is required.  To the extent that a response is required, Defendants admit Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2 states "[i]t shall be an unlawful employment practice for an employer (1) to fail or refuse to hire . . . any individual . . . because of such individual's race . . . or national origin."  Defendants, however, deny that they refused to hire Plaintiff or any other individual based on his/her race or national origin, and further deny that they engaged in any unlawful conduct.

48.     Mr. Karpinski did not want Ms. Kotoklo to recommend Mr. Eshete for hire because of Mr. Eshete's race and/or because of Mr. Eshete's national origin.

**ANSWER:**

Defendants deny the allegations in Paragraph 48.

49.     Ms. Kotoklo knew that Mr. Karpinski wanted her to remove Mr. Eshete from consideration for the night circulation supervisor position because of Mr. Eshete's race and/or national origin.

14

**ANSWER:**

Defendants deny the allegations in Paragraph 49.

50.     When Ms. Kotoklo refused to remove Mr. Eshete from consideration for hire, Mr. Karpinski retaliated by causing DePaul to terminate Ms. Kotoklo's employment.

**ANSWER:**

Defendants deny the allegations in Paragraph 50.

51.     As a result of the termination of her employment, Ms. Kotoklo has been denied opportunities and the opportunity to earn substantial compensation and benefits.

**ANSWER:**

Defendants deny the allegations in Paragraph 51.

**COUNT VII**
(Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et. seq*. – national origin discrimination against DePaul)

52.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

DePaul restates and incorporates by reference the answers to Paragraphs 1 through 19, inclusive, as if fully set forth herein.

53.     By terminating Ms. Kotoklo, DePaul deprived her of the same rights and privileges enjoyed by her non–foreign born colleagues as to the performance, enjoyment, and all of the benefits and privileges of her employment relationship with it.

**ANSWER:**

DePaul denies the allegations in Paragraph 53.

54.     Ms. Kotoklo's national origin was a motivating factor in DePaul's decision with respect to the termination of her employment.

**ANSWER:**

DePaul denies the allegations in Paragraph 54.

55.     As a result of DePaul's discrimination, Ms. Kotoklo has been denied employment opportunities and the opportunity to earn substantial compensation and benefits. Moreover, Ms.

15

Kotoklo has suffered anguish, humiliation, distress, inconvenience, and loss of enjoyment of life because of DePaul's actions, thereby entitling her to compensatory damages.

**ANSWER:**

DePaul denies the allegations in Paragraph 55.

56.     In terminating Ms. Kotoklo's employment, DePaul acted with malice and/or reckless indifference to the rights of Ms. Kotoklo, thereby entitling her to an award of punitive damages.

**ANSWER:**

DePaul denies the allegations in Paragraph 56.

**COUNT VIII**
(Violation of the Illinois Human Rights Act, 775 ILCS 5/2-102 – national origin discrimination against DePaul)

57.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

DePaul restates and incorporates by reference the answers to Paragraphs 1 through 19,

inclusive, as if fully set forth herein.

58.     By terminating Ms. Kotoklo, DePaul deprived her of the same rights and privileges enjoyed by her non–foreign born colleagues as to the performance, enjoyment, and all of the benefits and privileges of her employment relationship with it.

**ANSWER:**

DePaul denies the allegations in Paragraph 58.

59.     Ms. Kotoklo's national origin was a motivating factor in DePaul's decision with respect to the termination of her employment.

**ANSWER:**

DePaul denies the allegations in Paragraph 59.

60.     As a result of DePaul's discrimination, Ms. Kotoklo has been denied employment opportunities and the opportunity to earn substantial compensation and benefits. Moreover, Ms. Kotoklo has suffered anguish, humiliation, distress, inconvenience, and loss of enjoyment of life because of DePaul's actions, thereby entitling her to compensatory damages.

**ANSWER:**

      DePaul denies the allegations in Paragraph 60.

**COUNT IX**
(Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e, *et. seq.* – sex
discrimination against DePaul)

      61.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

      DePaul restates and incorporates by reference the answers to Paragraphs 1 through 19, inclusive, as if fully set forth herein.

      62.     By terminating Ms. Kotoklo, DePaul deprived her of the same rights and privileges enjoyed by her male colleagues as to the performance, enjoyment, and all of the benefits and privileges of her employment relationship with it.

**ANSWER:**

      DePaul denies the allegations in Paragraph 62.

      63.     Ms. Kotoklo's gender was a motivating factor in DePaul's decision with respect to the termination of her employment.

**ANSWER:**

      DePaul denies the allegations in Paragraph 63.

      64.     As a result of DePaul's discrimination, Ms. Kotoklo has been denied employment opportunities and the opportunity to earn substantial compensation and benefits. Moreover, Ms. Kotoklo has suffered anguish, humiliation, distress, inconvenience, and loss of enjoyment of life because of DePaul's actions, thereby entitling her to compensatory damages.

**ANSWER:**

      DePaul denies the allegations in Paragraph 64.

      65.     In terminating Ms. Kotoklo's employment, DePaul acted with malice and/or reckless indifference to the rights of Ms. Kotoklo, thereby entitling her to an award of punitive damages.

**ANSWER:**

      DePaul denies the allegations in Paragraph 65.

## COUNT X
### (Violation of the Illinois Human Rights Act, 775 ILCS 5/2-102 – sex discrimination against DePaul)

66.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

DePaul restates and incorporates by reference their answers to Paragraphs 1 through 19 inclusive, as if fully set forth herein.

67.     By terminating Ms. Kotoklo, DePaul deprived her of the same rights and privileges enjoyed by her male as to the performance, enjoyment, and all of the benefits and privileges of her employment relationship with it.

**ANSWER:**

DePaul denies the allegations in Paragraph 67.

68.     Ms. Kotoklo's gender was a motivating factor in DePaul's decision with respect to the termination of her employment.

**ANSWER:**

DePaul denies the allegations in Paragraph 68.

69.     As a result of DePaul's discrimination, Ms. Kotoklo has been denied employment opportunities and the opportunity to earn substantial compensation and benefits. Moreover, Ms. Kotoklo has suffered anguish, humiliation, distress, inconvenience, and loss of enjoyment of life because of DePaul's actions, thereby entitling her to compensatory damages.

**ANSWER:**

DePaul denies the allegations in Paragraph 69.

## COUNT XI
### (Discriminatory termination in violation of the Age Discrimination in Employment Act, 29 U.S.C. §621, *et. seq.*)

70.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

DePaul restates and incorporates by reference the answers to Paragraphs 1 through 19, inclusive, as if fully set forth herein.

71.     By terminating Ms. Kotoklo's employment, DePaul deprived her of the same rights and privileges enjoyed by her younger colleagues as to the performance, enjoyment, and all of the benefits and privileges of his employment relationship with it.

**ANSWER:**

DePaul denies the allegations in Paragraph 71.

72.     DePaul terminated Ms. Kotoklo employment because of her age.

**ANSWER:**

DePaul denies the allegations in Paragraph 72.

73.     As a result of DePaul's discrimination, Ms. Kotoklo has been denied employment that provided her with substantial compensation and benefits.

**ANSWER:**

DePaul denies the allegations in Paragraph 73.

74.     In its discriminatory actions as discussed above, DePaul has acted willfully, thereby entitling Ms. Kotoklo to an award of liquidated damages.

**ANSWER:**

DePaul denies the allegations in Paragraph 74.

## COUNT XII
(Violation of the Illinois Human Rights Act, 775 ILCS 5/2-102 – age discrimination against DePaul)

75.     Paragraphs 1-19 are re-alleged and incorporated as if fully set forth herein.

**ANSWER:**

DePaul restates and incorporates by reference their answers to Paragraphs 1 through 19,

inclusive, as if fully set forth herein.

76.     By terminating Ms. Kotoklo's employment, DePaul deprived her of the same rights and privileges enjoyed by her younger colleagues as to the performance, enjoyment, and all of the benefits and privileges of his employment relationship with it.

**ANSWER:**

DePaul denies the allegations in Paragraph 76.

77.     DePaul terminated Ms. Kotoklo employment because of her age.

**ANSWER:**

DePaul denies the allegations in Paragraph 77.

78.     As a result of DePaul's discrimination, Ms. Kotoklo has been denied employment that provided her with substantial compensation and benefits.

**ANSWER:**

DePaul denies the allegations in Paragraph 78.

79.     In its discriminatory actions as discussed above, DePaul has acted willfully, thereby entitling Ms. Kotoklo to an award of liquidated damages. Moreover, Ms. Kotoklo has suffered anguish, humiliation, distress, inconvenience, and loss of enjoyment of life because of DePaul's actions, thereby entitling her to compensatory damages.

**ANSWER:**

DePaul denies the allegations in Paragraph 79.

WHEREFORE, Ms. Kotoklo respectfully prays that this Court:

A.     Order DePaul and Mr. Karpinski to pay compensatory damages including lost wages, tuition waivers for her child that she would have retained had she remained employed at DePaul, and damages for emotional distress;

B.     Order DePaul and Mr. Karpinski to pay punitive damages in an amount sufficient to punish it and to deter others from acting in a similar manner;

C.     Order DePaul and Mr. Karpinski to pay pre-judgment interest;

D.     Order DePaul to pay liquidated damages;

F. [sic] Order DePaul and Mr. Karpinski to pay costs;

G. [sic] Order DePaul and Mr. Karpinski to pay attorneys' fees; and

H. [sic] Award any other relief that the Court deems just and/or equitable.

**ANSWER:**

Defendants deny that Plaintiff is entitled to any of Plaintiff's requested relief and

respectfully request judgment in their favor, or alternatively that Plaintiff's claims be dismissed

with prejudice, along with their costs, expenses and any such further relief as this Court deems appropriate.

**JURY DEMAND**

Ms. Kotoklo demands trial by jury on all issues so triable.

**ANSWER:**

Defendants admit only that Plaintiff requested a jury trial but deny that Plaintiff's claims are entitled to reach trial.

**AFFIRMATIVE AND OTHER DEFENSES**

Subject to further investigation and discovery, Defendants DEPAUL UNIVERSITY and ROBERT KARPINSKI submit the following affirmative and other defenses to the Complaint:

1.      Plaintiff's claims are barred, in whole or in part, to the extent they exceed the scope of, or are inconsistent with, the Charge of Discrimination Plaintiff filed with the Illinois Department of Human Rights ("IDHR"), Charge No. 2020CA0941.

2.      Plaintiff's claims of discrimination in violation of Title VII and the Illinois Human Rights Act ("IHRA") are barred, in whole or in part, to the extent they allege discriminatory conduct occurring more than 300 days from the date Plaintiff filed her Charge of Discrimination with the IDHR, Charge No. 2020CA0941.

3.      Defendants' employment decisions regarding or affecting Plaintiff were based on legitimate, non-discriminatory, non-retaliatory reasons that were in no way related to Plaintiff's protected class, alleged protected activity, or any other unlawful basis.

4.      Defendants have policies in place prohibiting all forms of discrimination, harassment and retaliation against individuals in categories protected by state and federal civil rights laws, and provides procedures for effective and immediate redress and resolution of all such matters. Plaintiff failed to utilize such procedures.

5.  Plaintiff fails to state a claim upon which relief may be granted for any purported retaliation because Plaintiff did not engage in protected activity. To the extent Plaintiff engaged in protected activity, Plaintiff's protected activity was not the but-for cause of any actions taken by Defendants relating to Plaintiff.

6.  Without conceding that Plaintiff has suffered the claims or damages alleged, Plaintiff's claims for relief are barred, in whole or in part, by her failure to mitigate her damages, or by her mitigation of her damages, if any.

7.  Without conceding that Plaintiff has suffered the claims or damages alleged, Plaintiff's damages may be barred, in whole or in part, by the after-acquired evidence doctrine.

8.  Without conceding that Plaintiff has suffered the claims or damages alleged, Plaintiff is not entitled to recover punitive damages because Defendants did not engage in malicious, willful or wanton conduct, or demonstrate a reckless indifference for Plaintiff's federally protected rights.  Plaintiff cannot show otherwise.

9.  Without conceding that Plaintiff has suffered the claims or damages alleged, Plaintiff is not entitled to recover liquidated damages because Defendant did not engage in willful violations of the Age Discrimination in Employment Act.  Plaintiff cannot show otherwise.

10.  Without conceding that Plaintiff has suffered the claims or damages alleged, Plaintiff is not entitled to recover punitive damages for her state law claims because punitive damages are not available under the IHRA.

11.  Plaintiff is not entitled to recover any damages duplicative of other damages recovered, and her damages are subject to the applicable statutory caps.

*      *      *

22

Defendants deny each and every allegation, whether expressed or implied, that is not unequivocally and specifically admitted in their Answer and Defenses to Plaintiff's Complaint. Defendants reserve the right to supplement and amend their Additional and Affirmative Defenses as warranted by the facts of the case. Defendants affirmatively state that they will rely upon each and every affirmative defense or other avoidance provided by the Federal Rules of Civil Procedure that may become known during the course of litigation, including discovery, trial, or otherwise.

**WHEREFORE**, Defendants DEPAUL UNIVERSITY and ROBERT KARPINSKI respectfully request that this Court enter an Order:

A.  Enter judgment in favor of Defendants on each of Plaintiff's claims;

B.  Dismiss Plaintiff's Complaint with prejudice;

C.  Award Defendants the costs and expenses they have incurred in defending this action, as may be just, proper, and in accordance with the law; and

D.  Award Defendants such other and/or additional relief as may be just and proper.

DATED:   June 15, 2020                                          Respectfully submitted,

                                                               By:   _/s/ Joseph T. Charron_____
                                                                     One of the Attorneys for Defendants
                                                                     DEPAUL UNIVERSITY and ROBERT
                                                                     KARPINSKI

Katherine A. Manuel (ARDC No. 6315551)
Joseph T. Charron, Jr. (ARDC No. 6322454)
**OGLETREE,  DEAKINS,  NASH,
  SMOAK & STEWART, P.C.**
155 N. Wacker Drive, Suite 4300
Chicago, IL, 60606
Telephone: 312.558.1220
Facsimile:  312.807.3619
katherine.manuel@ogletree.com
joseph.charron@ogletree.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 15, 2020, the foregoing ***Defendants' Answer and Defenses to Plaintiff's Complaint*** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to:

> Fitzgerald T. Bramwell
> **LAW OFFICES OF FITZGERALD BRAMWELL**
> 225 West Washington, Suite 2200
> Chicago, Illinois 60606
> *bramwell@fitzgeraldbramwell.com*
>
> *Attorneys for Plaintiff*

> /s/  Joseph T. Charron Jr.
> One of the Attorneys for Defendants
> DEPAUL UNIVERSITY and ROBERT KARPINSKI

43120531.1

# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MIREILLE KOTOKLO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-00635 |
| | ) | |
| v. | ) | Honorable Joan B. Gottschall |
| | ) | |
| ROBERT KARPINSKI AND DEPAUL | ) | Magistrate Judge M. David Weisman |
| UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANT DEPAUL UNIVERSITY'S ANSWERS TO
PLAINTIFF'S FIRST REQUESTS TO ADMIT**

Defendant DEPAUL UNIVERSITY ("DePaul" or "Defendant"), by and through its undersigned attorneys, for its Answers to the First Requests to Admit by Plaintiff MIREILLE KOTOKLO ("Kotoklo" or "Plaintiff"), states as follows:

Request To Admit No. 1.    Admit that Ms. Kotoklo was born outside of the United States of America.

**ANSWER**:  DePaul admits that Plaintiff was authorized to work in the United States of America during her employment with DePaul. DePaul lacks sufficient information to admit or deny the location of Plaintiff's birth, and therefore denies that portion of Request to Admit No. 1.

Request To Admit No. 2.    Admit that Ms. Kotoklo was born in Republic of Cote d'Ivoire.

**ANSWER**:  DePaul admits that Plaintiff was authorized to work in the United States of America during her employment with DePaul. DePaul lacks sufficient information to admit or deny the location of Plaintiff's birth, and therefore denies that portion of Request to Admit No. 2.

<u>Request To Admit No. 3.</u>     Admit that you produced a copy of Ms. Kotoklo's passport that said she was born in the Ivory Coast.

**ANSWER**:  Admit.

<u>Request To Admit No. 4.</u>     Admit that the "Ivory Coast" is synonymous with Republic of Cote d'Ivoire.

**ANSWER**:  Admit.

<u>Request To Admit No. 5.</u>     Admit that the Republic of Cote d'Ivoire is on the continent of Africa.

**ANSWER**:  Admit.

<u>Request To Admit No. 6.</u>     Admit that Robert Karpinski was born in the United States of America.

**ANSWER**:  Admit.

<u>Request To Admit No. 7.</u>     Admit that Matthew Wedge (discussed in paragraph 9 of the Complaint and Jury Demand filed at Docket No. 1 in the above captioned case) was born in the United States of America.

**ANSWER**:  DePaul admits that Matthew Wedge is authorized to work in the United States of America. DePaul lacks sufficient information to admit or deny Mr. Wedge's place of birth and therefore denies that portion of Request to Admit No. 7.

<u>Request To Admit No. 8.</u>     Admit that Travis Eastham was born in the United States of America.

**ANSWER**:  DePaul admits that Travis Eastham is authorized to work in the United States of America. DePaul lacks sufficient information to admit or deny Mr. Eastham's place of birth and therefore denies that portion of Request to Admit No. 8.

Request To Admit No. 9.     Admit that Firouzeh Rismiller was born in the United States of America.

**ANSWER**:  DePaul admits that Firouzeh Rismiller is authorized to work in the United States of America. DePaul lacks sufficient information to admit or deny Ms. Rismiller's place of birth and therefore denies that portion of Request to Admit No. 9.

Request To Admit No. 10.     Admit that Ms. Rismiller was not born on the continent of Africa.

**ANSWER**:  DePaul admits that Firouzeh Rismiller is authorized to work in the United States of America. DePaul lacks sufficient information to admit or deny Ms. Rismiller's place of birth and therefore denies that portion of Request to Admit No. 10.

Request To Admit No. 11.     Admit that Dilnesa Eshete was born in Ethopia [*sic*].

**ANSWER**:  DePaul admits that Dilnesa Eshete was authorized to work in the United States of America during his employment with DePaul. DePaul lacks sufficient information to admit or deny Mr. Eshete's place of birth and therefore denies that portion of Request to Admit No. 11.

Request To Admit No. 12.     Admit that Ethopia [*sic*] is on the continent of Africa.

**ANSWER**:  Admit.

Request To Admit No. 13.     Admit that Mr. Eshete was born on the continent of Africa.

**ANSWER**:  DePaul admits that Dilnesa Eshete was authorized to work in the United States of America during his employment with DePaul. DePaul lacks sufficient information to admit or deny Mr. Eshete's place of birth and therefore denies that portion of Request to Admit No. 13.

Request To Admit No. 14.     Admit that Ms. Kotoklo has taken adequate steps to attempt to mitigate her damages.

3

**ANSWER**:  DePaul lacks sufficient information to admit or deny this Request to Admit No. 14, and therefore denies it.

Request To Admit No. 15.    Admit that you have not terminated Mr. Eastham.

**ANSWER**:  Admit.

Request To Admit No. 16.    Admit that you have not terminated Ms. Rismiller.

**ANSWER**:  Admit.

Request To Admit No. 17.    Admit that you have a progressive discipline policy for staff.

**ANSWER**:  Admit.

Request To Admit No. 18.    Admit that the current progressive discipline policy for staff is attached as Exhibit A to the Complaint and Jury Demand filed at Docket No. 1 in the above captioned case.

**ANSWER**:  Admit.

Request To Admit No. 19.    Admit that you never provided Ms. Kotoklo with a written warning prior to terminating her employment.

**ANSWER**:  Deny.

Request To Admit No. 20.    Admit that you never placed Ms. Kotoklo on a performance improvement plan prior to terminating her employment.

**ANSWER**:  Deny.

Request To Admit No. 21.    Admit that Ms. Kotoklo has applied for unemployment benefits following the termination of her employment with you.

**ANSWER**:  Admit.

Request To Admit No. 22.    Admit that Ms. Kotoklo has received unemployment benefits immediately following the termination of her employment with you.

**ANSWER**:  Admit.

Request To Admit No. 23.     Admit that Ms. Kotoklo filed a charge of discrimination with the Illinois Department of Human Rights, which charge accused you of terminating her employment in violation of the Illinois Human Rights Act (the "Charge").

**ANSWER**:  DePaul admits that Plaintiff filed the Charge. DePaul denies that it engaged in the conduct alleged in the Charge and further denies that it engaged in any unlawful employment practices.

Request To Admit No. 24.     Admit that a copy of the Charge was produced to you in the above captioned litigation at Bates Numbers Kotoklo-DePaul000117-128.

**ANSWER**:  DePaul admits that Plaintiff produced a copy of the Charge.  DePaul denies that it engaged in the conduct alleged in the Charge and further denies that it engaged in any unlawful employment practices.

Request To Admit No. 25.     Admit that Ms. Kotoklo requested that the Charge be cross-filed with the United States Equal Employment Commission.

**ANSWER**:  DePaul lacks sufficient information to admit or deny this Request to Admit No. 25, and therefore denies it.

Request To Admit No. 26.     Admit that Ms. Kotoklo filed a first amended charge of discrimination with the United States Equal Employment Opportunity Commission on January 7, 2020 (the "First Amended Charge").

**ANSWER**:  DePaul admits that Plaintiff filed the First Amended Charge. DePaul denies that it engaged in the conduct alleged in the First Amended Charge and further denies that it engaged in any unlawful employment practices.

5

Request To Admit No. 27.    Admit that a copy of the First Amended Charge was produced to you in the above captioned litigation at Bates Number Kotoklo-DePaul000152.

**ANSWER**:  DePaul admits that Plaintiff produced a copy of the First Amended Charge. DePaul denies that it engaged in the conduct alleged in the First Amended Charge and further denies that it engaged in any unlawful employment practices.

Request To Admit No. 28.    Admit that the United States Equal Employment Opportunity Commission issued a Notice of Right To Sue in connection with the First Amended Charge on January 22, 2020.

**ANSWER**:   DePaul admits that the United States Equal Employment Opportunity Commission ("EEOC") issued a Notice of Right To Sue dated January 22, 2020. DePaul lacks sufficient information to admit or deny the date on which the EEOC issued the Notice of Right to Sue and, therefore, denies that portion of Request to Admit No. 28.

Request To Admit No. 29.    Admit that a copy of the Notice of Right To Sue referenced in Request To Admit No. 28 was produced to you in the above captioned litigation Bates Number Kotoklo-DePaul000153.

**ANSWER**:  Admit.

Request To Admit No. 30.    Admit that Ms. Kotoklo's race is black.

**ANSWER**:  Admit.

Request To Admit No. 31.    Admit that Mr. Eshete's race is black.

**ANSWER**:  Admit.

Request To Admit No. 32.    Admit that Mr. Wedge's race is white.

**ANSWER**:  Admit.

Request To Admit No. 33.    Admit that Mr. Eastham's race is white.

**ANSWER**:  Admit.

Request To Admit No. 34.    Admit that Ms. Rismiller's race is white.

**ANSWER**:  Admit.

Request To Admit No. 35.    Admit that Cary Cline's race is white.

**ANSWER**:  Admit.

Request To Admit No. 36.    Admit that Mr. Cline was born in the United States of America.

**ANSWER**:  DePaul admits that Cary Cline is authorized to work in the United States of America. DePaul lacks sufficient information to admit or deny Mr. Cline's place of birth and therefore denies that portion of Request to Admit No. 36.

Request To Admit No. 37.    Admit that, prior to her termination, Mr. Eshete was Ms. Kotoklo's preferred candidate to serve as the Night Circulation Supervisor (as that term is defined in the complaint).

**ANSWER**:  DePaul admits that Plaintiff recommended DePaul hire Mr. Eshete on or about September 17, 2019. DePaul lacks sufficient information to admit or deny Plaintiff's preferences, and, therefore, denies that portion of Request to Admit No. 37.

Request To Admit No. 38.    Admit that, prior to Ms. Kotoklo's termination, Mr. Eshete was Ms. [*sic*] Eastham's preferred candidate to serve as the Night Circulation Supervisor (as that term is defined in the complaint).

**ANSWER**:  DePaul admits that Mr. Eastham agreed with Plaintiff's recommendation that DePaul hire Mr. Eshete on or about September 16, 2019. DePaul lacks sufficient information to admit or deny Mr. Eastham's preferences, and, therefore, denies that portion of Request to Admit No. 38.

7

<u>Request To Admit No. 39.</u>    Admit that, prior to Ms. Kotoklo's termination, Mr. Eshete was Ms. Rismiller's preferred candidate to serve as the Night Circulation Supervisor (as that term is defined in the complaint).

**ANSWER**:  DePaul admits that Ms. Rismiller agreed with Plaintiff's recommendation that DePaul hire Mr. Eshete on or about September 16, 2019. DePaul denies that Ms. Rismiller was aware of Mr. Eshete's poor attendance during his employment with DePaul or the concerns expressed by employees in the Access Services Department at the time she agreed with Plaintiff's recommendation. DePaul lacks sufficient information to admit or deny Ms. Rismiller's preferences, and, therefore, denies that portion of Request to Admit No. 39.

<u>Request To Admit No. 40.</u>    Admit that you received a copy of the Charge prior to hiring the Night Circulation Supervisor (as that term is defined in the complaint).

**ANSWER**:  DePaul admits that Plaintiff's counsel sent DePaul a copy of the Charge on or about October 18, 2019.  DePaul further admits it made the decision to hire the Night Circulation Supervisor on or about November 6, 2019. DePaul denies that Defendant Karpinski or anyone involved in the decision to hire the Night Circulation Supervisor received a copy of the Charge prior to November 6, 2019.

<u>Request To Admit No. 41.</u>    Admit that you had received a copy of the First Amended Charge prior to hiring a Night Circulation Supervisor (as that term is defined in the complaint).

**ANSWER**:  Deny.

DATED:   August 14, 2020

By:   /s/ Joseph T. Charron Jr.
      One of the Attorneys for Defendant
      DEPAUL UNIVERSITY

Katherine A. Manuel (ARDC No. 6315551)
Joseph T. Charron, Jr. (ARDC No. 6322454)
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1220
Facsimile:  312.807.3619
*katherine.manuel@ogletree.com*
*joseph.charron@ogletree.com*

9

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on August 14, 2020, he served a true and correct copy of the foregoing ***Defendant DePaul University's Answers to Plaintiff's First Requests to Admit*** by electronic delivery upon the following:

> Fitzgerald T. Bramwell
> **LAW OFFICES OF FITZGERALD BRAMWELL**
> 225 West Washington, Suite 2200
> Chicago, Illinois 60606
> *bramwell@fitzgeraldbramwell.com*
>
> *Attorneys for Plaintiff*

/s/ Joseph T. Charron Jr.

43880138.1

# Exhibit D

Page 1

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                   EASTERN DIVISION
3    MIREILLE KOTOKLO,               )
                                     )
4                 Plaintiff,         )
                                     )
5        vs.                         )      No. 20-cv-635
                                     )
6    ROBERT KARPINSKI and            )
     DEPAUL UNIVERSITY,              )
7                                    )
                  Defendants.        )
8
9
10          The Deposition of TRAVIS EASTHAM, taken
11   remotely via Zoom technology before JEANINE WATKINS,
12   C.S.R., pursuant to Rule 30 of the Federal Rules of
13   Civil Procedure of the United States District Court,
14   pertaining to the taking of depositions, with
15   parties appearing in Illinois, commencing at the
16   hour of approximately 8:30 o'clock a.m. on
17   December 18, 2020.
18
19
20
21
22
23
24

Page 18

1   10 and 15.

2       Q.   Okay.  Are these always search committees

3   where Mireille is a party, or have you been on

4   search committees with other people -- let's start

5   again.  I've only had one cup of coffee.

6            Have you always been on search committees

7   with Mireille, or have you been on search committees

8   where Mireille was not involved?

9       A.   I -- since Mireille left I've been on

10  search committees where she wasn't involved.  I

11  don't recall if I was on any search committees where

12  Mireille wasn't involved while she was at DePaul.

13      Q.   Outside of the -- let's do it this way.  Do

14  you ever recall any instances where you were on a

15  search committee to hire either a full timer or a

16  part-time staff person where the search committee's

17  recommendation was not accepted?

18      A.   Not that I can recall.

19      Q.   What about a search committee

20  recommendation for Dilnesa Eshete for 2019?

21      A.   Yes.  I was on the search committee for the

22  night supervisor position.

23      Q.   Was the search committee recommendation

24  accepted there?

Page 19

1      A.   No.  It was not.

2      Q.   Were there any other search committees

3  where the recommendation was not accepted?

4      A.   Not to my recollection.

5      Q.   Would anything refresh your recollection?

6      A.   I would have to go through my old files and

7  see what I still have available and, you know, I

8  think I kept some of those, some of that

9  documentation.  Some of it I probably discarded

10 because it's been so long.  But yes, I don't recall

11 an instance where whoever was recommended was not

12 selected.

13     Q.   Did anybody ever ask you to go through your

14 old files during the course of this litigation?

15          MR. CHARRON:  Vague as to old files.  If

16 you can clarify.

17 BY MR. BRAMWELL:

18     Q.   No.  You can answer.

19     A.   Okay.  Not through any -- well, just

20 through the files for the night supervisor position.

21     Q.   Who asked you to go through those files?

22     A.   JT.

23     Q.   When did he ask you to do that?

24     A.   I honestly can't recall.  Probably several

Page 29

1  search committees that I have been on with her that
2  I can recall.
3      Q.   Collaborative process?
4      A.   Yes.
5      Q.   You say it was -- was it a group decision
6  that you guys would only want to interview Dil, or
7  was that Mireille running the ship and everybody
8  just deferred to her?
9      A.   For me personally, you know, I was
10 deferring to her and I, again, I can't speak for Fi,
11 but, you know, that's what she said she wanted to
12 do.  She just wanted to check with HR and if they
13 were okay with it then I wasn't going to object to
14 it.
15     Q.   Why were you not going to object to it?
16     A.   She was the head of the committee, and
17 ultimately this person would be reporting to her,
18 and I thought that she should have the ultimate say
19 in, you know, whoever was eventually hired.
20     Q.   If you thought it was a bad idea would you
21 have spoken up?
22     A.   If I thought it was a terrible idea, yes.
23 You know, I had reservations about it.  But, you
24 know, I didn't think it would have been, you know,

Page 30

1   it wouldn't be the end of the world if it happened.

2       Q.   What were your reservations?

3       A.   Somewhat about Dil's past work and there

4   were some, you know, absences that, you know, he had

5   had, and this is a position that's -- yes, this

6   position especially because this is the only staff

7   member in the library from after 6:00 p.m.  So it's

8   pretty crucial that, you know, that they have good

9   attendance.  That what's something that I think was

10  concerning to me.

11      Q.   Miriam Usmani had been in that position

12  previously, correct?

13      A.   Yes.

14      Q.   Didn't she have some issues with absences

15  and attendance as well?

16      A.   She might have.  Yeah, I can't speak -- I

17  know she was absent from time to time.  I couldn't

18  say specifically how much or how much of an issue it

19  was.

20      Q.   Now, did you bring up the issue of

21  Mr. Eshete's absences to Ms. Kotoklo?

22      A.   I did refer to it.  If I recall, I think

23  Mireille said that she thought it wouldn't be a

24  problem.  And then I said, okay.  I deferred to her.

328b be95d4c85278d

1     Q.   So, you interviewed the three candidates.

2   Did anybody ever ask about -- ask Dil about his

3   latenesses or absences?

4     A.   Not that I can recall.

5     Q.   Okay.  I understand also that you were one

6   of Dil's references, right?

7     A.   Yes.

8     Q.   Did Dil tell you ahead of time that you --

9   that he had listed you as a reference?

10     A.   For this specific position he hadn't.  I

11   believe that before he left the university we agreed

12   that we would, you know, be each other's references

13   if we were applying for new jobs, but he didn't

14   specifically tell me that he was applying for this

15   position.

16     Q.   Okay.  There was a bit of a hiccup.  I

17   thought I heard you say that Dil had not told you

18   you were going to be a reference, is that correct,

19   for this particular job?

20     A.   For this particular job, no, but he had

21   asked me just in general if I would be a reference

22   and I agreed to that.

23     Q.   During the reference check you could have

24   torpedoed Dil's candidacy, couldn't you have?

Page 35

1       A.   Possibly.  I don't know that -- I don't
2   know what, if I could have said anything that would
3   have totally torpedoed the candidacy, but I suppose
4   theoretically, yes, I could have.
5       Q.   Did you give him a good reference?
6       A.   I think -- I think on the whole it was a
7   good reference.  I think I did list a few concerns
8   that I had about attendance and about the work being
9   done in a timely fashion.
10      Q.   And Dil ultimately passed the reference
11  check?
12      A.   I believe so, yes.
13      Q.   Now, after you interview all three
14  candidates, and by you I mean I guess after the
15  search committee interviews all three candidates,
16  what happens?
17      A.   As far as I know, I think we discussed the
18  candidates.  And then we made our choice, and then
19  beyond that I'm guessing possibly Mireille contacted
20  either the administration or HR, and that part I
21  wasn't involved in.
22      Q.   Tell me what you remember about these
23  discussions of the candidates.
24      A.   As far as I can recall, you know, I think,

Page 36

1    you know, despite our -- any reservations we may
2    have had with Dil, I think he probably was the best
3    of those three candidates.  The other two candidates
4    that I -- as far as I can recall, I think there were
5    some concerns with both of them, and I think
6    ultimately that's why Dil was chosen for the
7    position, or would have been chosen for the
8    position.
9         Q.   Dil was the unanimous choice of the search
10   committee?
11        A.   Yes.
12        Q.   He was your choice?
13        A.   Yes.
14        Q.   He was Fi's choice?
15        A.   Yes.  I believe so.
16        Q.   And he was obviously Mireille's choice,
17   right?
18        A.   Yes.
19        Q.   When did the search committee make its
20   recommendation?
21        A.   I'm guessing sometime shortly after the
22   interviews were conducted, which I guess would have
23   been September of 2019.  I can't recall the exact
24   date.

Page 42

1    shows September 9 and September 17.  I don't see

2    anything in my calendar that indicates that I met

3    with Rob.

4        Q.   What about with Ashley McMullin?  Anything

5    on your calendar there?

6        A.   No.

7        Q.   What about, did you and Fi have any

8    separate meetings about the search committee apart

9    from Mireille?

10       A.   Not that I can recall.

11       Q.   And by meetings I mean both formal meetings

12   and, you know, just informal conversation?

13       A.   Yeah, I'm certain we didn't have any formal

14   meetings.  I don't recall if we discussed it

15   formally.  I don't think we did, but I could be

16   mistaken.

17       Q.   Was it known within the library that you

18   were on the search committee?

19       A.   I think it -- at least in the Access

20   Services department it was known because they saw

21   the candidates come in and they saw, you know,

22   myself and Mireille and Fi in the conference room

23   interviewing candidates.

24       Q.   Did any of your colleagues ever come up to

Page 43

1    you and talk to you about the interviews that you

2    were doing?

3         A.   I don't -- I guess just to say that, you

4    know, like hey, you're doing interviews today.  I

5    don't recall that we discussed anything specific

6    about them.

7         Q.   Do you get along with your colleagues?

8         A.   Yeah, I would say so.

9         Q.   You don't have any -- nobody has ever

10   expressed any hesitancy to work with you?

11        A.   Not that I know of.

12        Q.   You seem like a friendly and approachable

13   guy, at least to me during this deposition.  Are you

14   that way with the people you work with?

15        A.   Yes, I think so.  I try to be.  I'm sure I

16   have bad days occasionally, but I think on the

17   whole, you know, pretty personable, approachable.

18        Q.   Nobody came to you and said, oh, my God, I

19   hear that you're considering hiring Dil, please for

20   the love of God don't do it?

21        A.   Not to my recollection.  You know, they may

22   have, you know, said that they were interviewing,

23   you know, I see you're interviewing Dil.  I don't

24   recall anyone saying that, saying anything like

Page 44

1   that, though.

2       Q.   And you don't recall Ashley or Rob ever

3   saying, oh, my God we have concerns about Dil prior

4   to September -- you don't recall, I'm sorry.  Let's

5   try this again.

6            You don't recall Ashley or Rob ever saying

7   prior to September 17th that they had problems or

8   concerns about Dil?

9       A.   Not to me, no.

10      Q.   I'm going to share my screen with you.  I

11  was just able to do that.  Actually, before I do

12  that, I understand that Dil was let go due to a

13  reduction in force in 2018?

14      A.   Correct.

15      Q.   After Dil was notified he was going to be

16  let go, did he stick behind and train you?

17      A.   Yeah.  To some extent.  To a large extent I

18  was already trained in most of his work duties

19  because I was -- you know, part of my role is to,

20  you know, be I guess the jack of all trades and fill

21  in if needed.  So I have some idea of what his work

22  duties were and then he trained me, he gave me a

23  little bit more specific training in between the

24  time that it was announced that he was to be let go

# Exhibit E

Page 1

1                IN THE UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF ILLINOIS

3                        EASTERN DIVISION

4      MIREILLE KOTOKLO,                    )

5                       Plaintiff,          )

6           vs.                             )   No. 20-cv-635

7      ROBERT KARPINSKI and DePAUL          )

8      UNIVERSITY,                          )

9                       Defendants.         )

10

11            The videoconference deposition of

12     DILNESA ESHETE, called by the Plaintiff for

13     examination, taken pursuant to the provisions of

14     the Illinois Code of Civil Procedure and the

15     Rules of the Supreme Court of the State of

16     Illinois pertaining to the taking of depositions

17     for the purpose of discovery, taken before JULIE

18     WALSH, CSR No. 084-004032, a Notary Public within

19     and for the County of Lake and State of Illinois,

20     and a Certified Shorthand Reporter of said State,

21     at a location in Wood Dale, Illinois, on December

22     11, 2020, at 9:00 o'clock A.M.

23     Reporter: Julie Walsh

24     CSR No. 084-004032

Page 9

1    against DePaul University?
2         A     No.
3         Q     Have you filed any charge of
4    discrimination against DePaul University with the
5    Equal Employment Opportunity Commission?
6         A     No.
7         Q     What about with the Illinois
8    Department of Human Rights?
9         A     No.
10        Q     Do you have any pending litigation
11   against Robert Karpinski?
12        A     No.
13        Q     What about any pending litigation
14   against Ashley McMullin?
15        A     No.
16        Q     Have you engaged an attorney to pursue
17   any claims against DePaul or any of DePaul's
18   employees?
19        A     No.
20        Q     Okay.  So I want to go through your
21   work history a little bit.  I understand that you
22   used to be employed by DePaul University?
23        A     Yes.
24        Q     And that was from 2009 to 2018; is

Page 10

1    that correct?

2         A     2010 to 2018.

3         Q     Okay.  And in what capacity were you

4    employed?

5         A     I was mainly employed at the

6    university library.  That's where I started.

7    That's where it ended.  In various positions in

8    that university department.

9         Q     Okay.  What were you doing in the

10   university -- I'm sorry.  Let me strike that and

11   start again.

12               At the university library you were at

13   the Lincoln Park campus?

14        A     I started out as a part-timer in the

15   loop campus and then was transferred to the

16   Lincoln Park campus when I was promoted into a

17   different position.

18        Q     When were you promoted approximately?

19        A     I was promoted in November 2010.

20        Q     Okay.  And what -- just so we've got a

21   good understanding of what you did, what were you

22   doing when you transferred to the Lincoln Park

23   campus?

24        A     I was a part-time evening library

Page 11

1    supervisor, desk supervisor, at the loop campus.
2    And I was promoted to the building supervisor
3    position in the Lincoln Park campus.  The
4    position was based out of the Lincoln Park campus
5    so that was the reason for me to move there.
6        Q    Okay.  And then did you become an
7    access services desk supervisor?
8        A    That position was divided amongst all
9    supervisors that were there.  There was one main
10   supervisor dedicated to access services, but each
11   supervisor or each person that had different
12   positions in that access services department had
13   a supervisory role at the desk.
14       Q    Okay.
15       A    If that makes sense.
16       Q    And that included you?
17       A    That included me.
18       Q    Okay.  Why did your employment at
19   DePaul end?
20       A    It ended as a matter of a layoff
21   process that DePaul went through.
22       Q    So it was a reduction in force is what
23   you understood?
24       A    Yes.

Page 12

1       Q       You were not terminated for

2  performance reasons?

3       A       No, I wasn't.

4       Q       Okay.  Mr. Eshete, first of all, have

5  I pronounced your name correctly?

6       A       Yes, you have.

7       Q       Okay.  Good.  So, Mr. Eshete, where

8  are you from?

9       A       I am from Ethiopia originally.

10      Q       Okay.  When did you come to the United

11 States?

12      A       I came to the United States in 1999,

13 September 1999.

14      Q       Okay.  And your skin color is black,

15 correct?

16      A       Yes.

17      Q       Okay.  I ask because we're putting

18 this on paper.  This is not videotaped.

19              How long have you lived -- so you said

20 you -- I'm sorry, let me try this again.  I've

21 only had about half a cup of coffee this morning.

22              So you came to the United States in

23 1999.  You are originally from Ethiopia?

24      A       Yes.

Page 14

1      Q      Okay.  Do you believe that Mr.
2  Karpinski knows that you are from Ethiopia?
3      A      I believe so, yes.
4      Q      Why do you believe that?
5      A      Because we -- we mentioned it -- I
6  mentioned it at our meeting, at the access
7  services meeting, when he initially came there.
8  And I usually do that with anybody that I come
9  across initially.  I tell them, you know, I'm
10  originally from Ethiopia so that we have a common
11  understanding of where I come from and then find
12  out where they're from.  So that is the way I
13  introduce this myself.
14      Q      Why do you do -- I'm sorry.  Just walk
15  me through that.  You know, how does that work
16  and why do you do that?
17      A      That is because I mention my name and
18  I tell them -- I jokingly usually say it's a
19  weird name, but it's because it's from Ethiopia
20  and I'm from Ethiopia and that breaks off -- sort
21  of breaks off the ice.
22      Q      Okay.  So if someone would come up to
23  you and I might say, hi, I'm Jerry Bramwell and
24  you would say I'm?

```
                                                Page 15
 1      A     My name is Dil, short for Dilnesa.
 2   It's an Ethiopian name, but call me Dil like the
 3   pickle and it goes on from there.  I usually do
 4   that, yeah.
 5      Q     Is there any other reason that Mr.
 6   Karpinski would know you're from Ethiopia?
 7      A     I don't know that.
 8      Q     Okay.  Do you believe it's generally
 9   known in the library that you are from Ethiopia?
10      A     Yes.
11      Q     Why?
12      A     I go -- I go around and introduce
13   myself.  I am one of those -- I used to put on
14   Christmas parties.  I actually used to
15   communicate with different departments.  We did
16   student trainings and those student -- student
17   worker trainings rather and I was involved in
18   several committees that was comprised of various
19   departments or divisions within the university
20   library or even the university.
21           And whoever came across the university
22   presidential election or web page would know that
23   I'm from Ethiopia because I was part of that
24   process as well.  So it is well known that I'm
```

Page 16

1    from there.

2         Q     Did you ever mispronounce Chanukka at

3    a party?

4         A     Yes, I did.

5         Q     Can you tell us the story, please.

6         A     Yes, so I mispronounced the word

7    Chanukka.  It was the one who -- I was part of

8    the committee that prepared the holiday party.

9    And I did not know there was different spellings

10   of Chanukka.  And I didn't know there was a C-h

11   in Chanukka.  So I thought it was Chanukka and I

12   said Chanukka.  And so I said, you know, this is

13   how I pronounce it normally.  And I just made fun

14   of myself.  So I did mispronounce that, yes.

15        Q     And you do you remember approximately

16   when this was?

17        A     I don't.  I don't.

18        Q     But it was at one holiday party and

19   you mispronounced Chanukka and you made a joke

20   and said it was because you were you from

21   Ethiopia?

22        A     Yes.

23        Q     Did you ever have any issues with Mr.

24   Karpinski?

Page 19

1      Q      Did you tell -- what was this woman's
2  name here.  Did you tell a woman named Miriam
3  Usmani about your application?
4      A      No, I have not.
5      Q      What about Ashley McMullin, did you
6  tell her about your application?
7      A      No, I have not.
8      Q      Okay.  Now, I understood you listed
9  Travis Eastham as a reference for your
10 application to serve as the night circulation
11 supervisor; is that correct?
12     A      I usually do, yes.
13     Q      And you didn't tell him that you were
14 listing him as a reference?
15     A      No, I didn't.
16     Q      Same thing with Mireille Kotoklo, you
17 listed her as a reference?
18     A      I usually do and yes.
19     Q      And you didn't tell her that you were
20 doing that ahead of time?
21     A      No, I didn't.
22     Q      Who is Chris Parker?
23     A      Chris Parker is a reference librarian
24 at the Lincoln Park campus.

Page 32

1    issues?

2         A      Yes.

3         Q      And did those medical issues

4    contribute to some of your attendance issues?

5         A      Yes.

6         Q      And may -- and, I'm sorry, and I don't

7    mean to embarrass you.  Can I ask you to speak up

8    a little bit.

9         A      It's okay.

10        Q      Do you need a few minutes?

11        A      It's okay.  No problem.

12        Q      Mr. Eshete, can you please explain

13   what the medical issues were that caused your

14   latenesses and absences?

15        A      I had brain cancer and I was getting

16   treatment in Detroit, Michigan, and driving back

17   and forth during that time.

18        Q      All right.  And despite you dealing

19   with those issues, Miss Kotoklo still held you to

20   your obligation to communicate regarding your

21   absences, correct?

22        A      Yes.

23        Q      Okay.  That will -- Mr. Eshete, thank

24   you.  And -- do you need a few minutes?

# Exhibit F

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF ILLINOIS

3                     EASTERN DIVISION

4    MIREILLE KOTOKLO,                    )

5                    Plaintiff,           )

6         vs.                             )   No. 20-cv-635

7    ROBERT KARPINSKI and DePAUL          )

8    UNIVERSITY,                          )

9                    Defendants.          )

10

11        The videoconference deposition of

12   ROBERT KARPINSKI, called by the Plaintiff for

13   examination, taken pursuant to the provisions of

14   the Illinois Code of Civil Procedure and the

15   Rules of the Supreme Court of the State of

16   Illinois pertaining to the taking of depositions

17   for the purpose of discovery, taken before JULIE

18   WALSH, CSR No. 084-004032, a Notary Public within

19   and for the County of Lake and State of Illinois,

20   and a Certified Shorthand Reporter of said State,

21   at his residence in Chicago, Illinois, on October

22   30, 2020, at 9:00 o'clock A.M.

23   Reporter: Julie Walsh

24   CSR No. 084-004032

```
                                              Page 26

 1                    (Whereupon said document was

 2                     marked as Exhibit Number 2,

 3                     for identification.)

 4        THE WITNESS:  I have it.

 5   BY MR. BRAMWELL:

 6        Q     Okay.  Are you familiar with that

 7   document?

 8        A     Yes, it's from the university's

 9   website.

10        Q     Okay.  And that's a picture of you?

11        A     Correct.

12        Q     And it shows your current title,

13   Associate Vice President for Academic and Library

14   Affairs?

15        A     Correct.

16        Q     When did you add that title, and

17   library affairs?  When did you take

18   responsibility for the library?

19        A     There is two parts to that answer.  I

20   came up to the library full-time in December of

21   2018 stepping in in what I thought was not a

22   permanent role leading the library, but a

23   temporary role pending the search for a new

24   university librarian.
```

Page 27

1          The plan was to hire a new university

2     librarian, and we began that search last -- in

3     the fall of '19.  But then in December of '19 we

4     were informed by the university that due to

5     financial situations we had to cut our budgets

6     and the library had to cut our budget by 4

7     percent.

8          So the administrative team of the

9     library we looked at our total budget and where

10    we had to cut and the recommendation to the

11    provost was made that we not hire a new

12    university librarian, but instead leave me in the

13    role I have to maintain services and staff that

14    provide support to the faculty.

15         So once that decision was accepted by

16    the provost, roughly January, February of 2020,

17    knowing that I would stay for at least 2 years in

18    the role I have now, the provost recommended that

19    my title reflect what I do on a more permanent

20    basis and that's where library affairs was added

21    in.

22    Q    Okay.  So in December 20 -- sorry, in

23    September of 2019 your title was Associate Vice

24    President for Academic Affairs?

Page 54

1    what do you do?

2         A    Reach out to typically someone in

3    Isabel Diaz's office.

4         Q    All right.  So I just want to get to

5    that while it was top of mind.  So you -- a

6    search committee is constituted.  We are talking

7    again about hiring staff and I'm only -- I'm not

8    interesting in library staff.  No people with

9    MLS's just staff staff.

10             A search committee is constituted.

11   Search committee makes, you know, does the

12   interviews.  References are checked.  And then

13   the search committee makes a recommendation to

14   you?

15        A    Correct.

16        Q    And then you generally meet with the

17   manager or the chair of the search committee?

18        A    Correct.

19        Q    And then you have the final say in

20   deciding whether to accept or reject the

21   recommendation?

22        A    Correct.

23        Q    How often do you reject the

24   recommendation of the search committee?

Page 55

1     A     Rarely.

2     Q     Let's see, you have been in charge of

3  the library since December of '18, how many times

4  has it occurred?

5     A     One time.

6     Q     Is that with respect to the hire of

7  Dilnesa Eshete?

8     A     Correct.

9     Q     Did I pronounce his name correctly?

10    A     I say Eshete.  I don't know whether

11 that's correct or not.

12    Q     Al right.  And during this

13 conversation we're having if I say Dil or Mr.

14 Eshete or Mr. Eshete, we know we're talking about

15 the same person?

16    A     Sure.

17    Q     Okay.  Excellent.  Now, you don't have

18 to check with anyone to reject any hiring

19 committee or a search committee's recommendation?

20    A     No.

21    Q     You have full discretion?

22    A     I believe so.

23    Q     When considering somebody for hire if

24 somebody had been previously at DePaul and

Page 74

1   gone home to the Ivory Coast, but didn't have a

2   plane ticket back when she left.  That she would

3   get one before coming back and that she did not

4   return for two or three days after everyone else

5   was back.  And that's how I learned where

6   Mireille was from was from her staff.

7        Q     Okay.  So the answer to the question

8   is, yes, you knew she was not from the United

9   States in 2019, you knew that?

10       MR. CHARRON:  I'll object.  Misstates his

11  testimony and vague as to from, the use of the

12  word from.

13  BY MR. BRAMWELL:

14       Q     You can answer.

15       A     In 2019 is when I learned that, yes.

16       Q     Okay.  You knew that before you

17  terminated her?

18       A     Yes.

19       Q     And you know Dilnesa -- Dil Eshete?

20       A     I met him one time before.  He was

21  part of the work force reduction because I went

22  to an access services meeting and met the access

23  services team, but I wasn't in my present role in

24  the library when he was part of the workforce

Page 75

1   reduction.  Scott Walter was at the time the UL.

2        Q     And what do you understand his race to

3   be?

4        A     I learned that he's Ethiopian in an

5   e-mail from Mireille.

6        Q     When did you learn that?

7        A     When -- at some point during the

8   search process when Mireille communicated with me

9   that, you know, wondering why I wasn't hiring

10  him.  Was it because she was Ivorian and he is

11  Ethiopian and they're not the same thing.  That's

12  when I learned he was from Ethiopia.

13       Q     So not until mid September?

14       A     Whenever that e-mail was produced to

15  me.  I don't know when.

16       Q     You had no indication that Mr. Eshete

17  was not from the United States prior to that?

18       A     Can you rephrase that question?

19       Q     Yes.  The question is not whether Mr.

20  Eshete is from Ethiopia, but whether he is from

21  the United States or not.  Did you know that he

22  was not from the United States prior to September

23  of 2019?

24       A     I did not.

Page 81

```
 1      Q     Did she ever complain that any of your
 2   policies or practices were discriminatory?
 3      A     Not that I'm aware of.
 4      Q     I would like you to please let's take
 5   a look at Exhibit Number 8.  Now, Exhibit Number
 6   8 is significant in terms of volume.  It's --
 7   actually I measured it.  It's half-an-inch thick.
 8           Would you agree it's approximately
 9   half-an-inch thick?
10      A     Yes.
11                       (Whereupon said document was
12                        marked as Exhibit Number 8,
13                        for identification.)
14   BY MR. BRAMWELL:
15      Q     Okay.  I am just interested right now
16   in the very first page of Exhibit Number 8.  This
17   is a document that's been Bates labeled Kotoklo
18   000201.  Do you see that?
19      A     I do.
20      Q     Okay.  Are you familiar with this
21   document?
22      A     I am.
23      Q     How are you familiar with it?
24      A     It's a letter from me to Mireille that
```

Page 82

```
 1    was given to Mireille on October 3rd of 2019
 2    notifying her of the decision to terminate her
 3    employment.
 4         Q    Now, did you always talk about -- talk
 5    to Miss Kotoklo as Mireille?
 6         A    Yes.
 7         Q    And how did she address you?
 8         A    I think Rob.
 9         Q    Okay.  And when did you write this
10    letter?  And by this letter I mean Kotoklo 201.
11         A    I wrote it before October 3rd because
12    it had to go to HR for approval, but the exact
13    date I don't know.
14         Q    Okay.  So October 3rd of 2019.  Sorry,
15    it will take me a second to pull up a calendar
16    here.  October 3rd of 2019 was a Thursday, would
17    you agree?
18         A    Do you want me to look?
19         Q    You can look or you can agree with me
20    or your counsel can stipulate.  However you want
21    to do it.
22         MR. CHARRON:  We can stipulate that October
23    3rd, 2019, is a Thursday.
24         THE WITNESS:  Okay.
```

Page 83

1    BY MR. BRAMWELL:

2        Q    So you wrote it before October 3rd,

3    2019.  Did you write it on the 2nd?

4        A    I don't remember.  I just -- I know it

5    had to go to HR for Stephanie Smith to sign off

6    on it.  So my guess is that it was written some

7    time that week.  If October 3rd is a Thursday, it

8    was written some time between Monday and

9    Wednesday in order for it to get to HR.

10       Q    Okay.  HR had to approve this letter?

11       A    Yes.

12       Q    And this is your signature here on the

13   bottom?

14       A    Yes.

15       Q    And does this letter articulate the

16   stated reasons, your stated reasons, for your

17   decision to terminate Miss Kotoklo?

18       A    Yes.

19       Q    Are there any other reasons that you

20   terminated Miss Kotoklo?

21       A    No.

22       Q    Everything is encapsulated in this

23   letter here?

24       A    Yes.

# DePaul
# University



October 3, 2019

The John T. Richardson Library
2350 North Kenmore Avenue
Chicago, Illinois 60614-3210
773/325-7862

Mireille Kotoklo
400 E 33rd Street, Apt 1914
Chicago, IL 60616

Dear Mireille:

This letter is written to advise you that, effective October 3, 2019, your employment as Coordinator, Access Services in the Library at DePaul University, is terminated. The decision to terminate your employment is based on management's lack of confidence in your ability to perform your job responsibilities at an acceptable level. Specifically, the erosion of trust and confidence in your ability to lead and manage Access Services. The erosion of trust and confidence emanates from your inability to collaborate with other departments in the library as well as from your dishonesty as a coordinator. Most recently, the failure on your part to disclose to administration the Progressive Disciplinary Action Form you submitted to HR on behalf of a former employee you were actively attempting to rehire.

Your final check will include pay through October 3, 2019. Upon termination, all benefits associated with this position will cease to be valid. Your health benefits will end on October 31, 2019. All other benefits will end on October 3, 2019. Information regarding Consolidated Omnibus Budget Reconciliation Ave (Cobra) and any other benefits will be mailed to you under a separate cover. Any unused vacation will be paid out.

At your earliest convenience, please return any University property that may be in your possession and that relates to your position with this department. University property includes, but is not limited to, your DePaul University identification (ID) card (unless you need to maintain your ID for another University position or for access to the campus in your capacity as a DePaul student), any departmental files and your office keys.

Please contact Anish Shah in Employee Engagement and Equal Employment Opportunity at ashah53@depaul.edu or (312) 362-7367 if you have any questions or concerns regarding your DePaul employment.

Sincerely,

Robert D. Karpinski Ph.D.
Associate Vice-President, Academic Affairs

KOTOKLO000201

EXHIBIT
8

Page 84

1      Q      I would like to direct your attention
2   to the last sentence in the first paragraph of
3   this letter.  Can you, just so we have a nice
4   clean record, can you please read it?
5      A      Sure.  "Most recently the failure on
6   your part to disclose to administration the
7   progressive disciplinary action form you
8   submitted to HR on behalf of a former employee
9   you were actively attempting to rehire".
10     Q      I'm sorry.  I should have asked for
11  you to read also the second to last sentence.
12  Can you read that also, please?
13     A      "The erosion of trust and confidence
14  emanates from your inability collaborate with
15  other departments in the library as well as from
16  your dishonesty as a coordinator".
17     Q      Okay.  And you believe that the
18  dishonesty was the -- was Miss Kotoklo's failure
19  to disclose the progressive disciplinary action
20  form?
21     A      Yes.
22     Q      Were there any other instances where
23  you believed Miss Kotoklo was dishonest?
24     A      We -- I had reached out to human

Page 85

1   resources to support Miss Kotoklo in her role as

2   Coordinator of Access Services.  Sarah Frost led

3   a team building activity.  I should say -- let me

4   back up.  Met with Mireille about what was going

5   to take place during that activity.  Communicated

6   the purpose of the activity and then said I will

7   follow up -- Sarah said I will follow up with you

8   after the activity to give you the feedback from

9   your staff from which you will create goals.

10             A meeting was then set up between

11  Sarah, Ashley, myself and Miss Kotoklo in which

12  she was to bring her goals to the meeting and the

13  goals were not brought to the meeting.  A blank

14  piece of paper, a blank legal pad was brought to

15  the meeting.  And the message was I don't have my

16  goals.  I didn't know I had to bring my goals.

17             According to Sarah that was

18  communicated -- Sarah communicated that to us, to

19  myself and Ashley, that's why we thought the

20  meeting was happening.  I don't think it was

21  representing the truth that Miss Kotoklo didn't

22  know she had to come ready to discuss her goals

23  as a result of that team building activity.

24        Q    So were those the only two instances

Page 86

1   then where you believe Miss Kotoklo was

2   dishonest?

3        A    That I can think of right now, yes.

4        Q    Would anything refresh your

5   recollection?

6        A    I don't know.

7        Q    In Exhibit Number 8 there -- and this

8   is a long exhibit, but there is a page Bates

9   number Kotoklo 323.  Can you please turn to that

10  page?

11       A    323?

12       Q    323, correct.  And unfortunately the

13  pages are not sequential and we'll get to the

14  reason for that later in the deposition.

15       A    That's okay.

16       Q    Are you there?

17       A    I'm sorry.  Yes, I am.

18       Q    All right.  And this is it looks like

19  an e-mail chain.  And there is a chain where it

20  looks like you and Sarah Frost are having a

21  conversation.  Do you see that?

22       A    Yes.

23       Q    Okay.  And you ask Miss Frost whether

24  she asked Miss Kotoklo to bring her goals to the

**From:** Frost, Sarah
**Sent:** Monday, November 4, 2019 11:42 AM
**To:** Shah, Anish
**Subject:** FW: Team session follow up

**From:** Karpinski, Robert <RKARPINS@depaul.edu>
**Sent:** Tuesday, September 24, 2019 2:01 PM
**To:** Frost, Sarah <sarah.frost@depaul.edu>
**Subject:** RE: Team session follow up

Thanks, Sarah.
Rob

**From:** Frost, Sarah <sarah.frost@depaul.edu>
**Sent:** Tuesday, September 24, 2019 1:49 PM
**To:** Karpinski, Robert <RKARPINS@depaul.edu>
**Subject:** Re: Team session follow up

I did not. We spoke when I met with her 1:1 and I asked her to work on goals to share with you but did not specifically instruct her to bring them to the meeting.

-Sarah

Sent from my iPhone

On Sep 24, 2019, at 1:45 PM, Karpinski, Robert <RKARPINS@depaul.edu> wrote:

> Hi, Sarah-
>
> I hope all is well-
>
> I have a question – prior to this meeting back on 8/23....did you send Mireille an email asking for her to bring her goals to the meeting?
>
> Thanks
> Rob
>
> -----Original Appointment-----
> **From:** Frost, Sarah <sarah.frost@depaul.edu>
> **Sent:** Monday, August 19, 2019 11:50 AM
> **To:** Karpinski, Robert; McMullin, Ashley; Kotoklo, Mireille
> **Subject:** Team session follow up
> **When:** Friday, August 23, 2019 10:30 AM-11:30 AM (UTC-06:00) Central Time (US & Canada).
> **Where:** Library?
>
> Hello,

1

KOTOKLO000323

I'd like to get together to wrap up our activity with the group and talk about goals going forward. Does this time work for everyone?

-Sarah

.

2

KOTOKLO000324

Page 87

1    meeting.  Do you see that e-mail?

2        A     I do.

3        Q     And how does Miss Frost respond?

4        A     She said when I met with her one on

5    one or one to one and I asked her to work on

6    goals to share with you, but did not specifically

7    instruct her to bring them to the meeting.

8        Q     So she said -- and, I'm sorry, what

9    was the first sentence there, I did not?

10       A     I did not, yes.

11       Q     So does that -- reading that e-mail

12   chain, does that change your testimony?  Do you

13   now want to amend your testimony at all with

14   respect to statements where you believe Miss

15   Kotoklo was dishonest?

16       A     Well, while it says here that Sarah

17   did not specifically instruct her to bring them

18   to the meeting, she did ask Mireille to work on

19   her goals to share with me.  But at that meeting

20   there was no -- nothing was shared around

21   Mireille's goals.

22            So perhaps she wasn't asked to bring

23   them to the meeting, but she was asked to work on

24   them and yet was in no way prepared to talk about

Page 88

1    any work on goals at the meeting with the three

2    of us.

3        Q    All right.  So what happened in that

4    meeting?  Did you explain the sorts of goals that

5    you wanted her to have at that meeting?

6        A    The meeting was Sarah Frost's meeting.

7    And my recollection is that Sarah pivoted when

8    there was no -- when there was no conversation

9    about the goals that Mireille was to work on

10   because Mireille wasn't prepared to talk about

11   them, Sarah pivoted.

12            And our conclusion was at the end of

13   the meeting that Mireille would have the goals

14   ready to share with Ashley.

15       Q    Now, would you say right now your

16   relationship to Miss Kotoklo is adversarial?

17       A    No.

18       Q    No?  She's a plaintiff and you're a

19   defendant and you're --

20       A    You mean like at this moment?

21       Q    Yes, right now is your relationship

22   adversarial?

23       A    What do you mean by adversarial?  I

24   don't have any ill will.  I don't have any --

Page 89

1      Q      Miss Kotoklo is suing you, right?

2      A      Yes.

3      Q      And she's suing you for -- I guess

4  here is my question.  Why are you not granting

5  her the respect of a courtesy?

6      A      I don't understand the question.

7      Q      Why are you referring to my client by

8  first name?

9      A      I think because that's the way I spoke

10 to her when we were working together at DePaul.

11 There is no ill will or intent intended there.

12 My apologies.

13     Q      All right.  So we have two instances

14 where you believe Miss Kotoklo was dishonest.

15 One where you -- one in connection with her

16 alleged failure to make a disclosure of a

17 progressive disciplinary action form and one with

18 respect to the September 24th meeting, correct?

19     A      Yes.

20     Q      And these are the only instances of

21 dishonesty that you can recall with respect to

22 Miss Kotoklo?

23     A      Correct.

24     Q      And now with respect to this alleged

Page 90

1   failure to disclose the progressive disciplinary

2   action form -- let's do this so we have a very

3   clean record.  Can you please look at Exhibit

4   Number 6?

5        A      Should I keep eight close by?

6        Q      Please.

7                      (Whereupon said document was

8                      marked as Exhibit Number 6,

9                      for identification.)

10       THE WITNESS:  Okay.

11  BY MR. BRAMWELL:

12       Q      Is this the progressive -- Exhibit

13  Number 6 this is Kotoklo 540, correct?

14       A      Correct.

15       Q      And you are familiar with this

16  document?

17       A      Yes, I've read it.

18       Q      Okay.  And you're familiar with it?

19       A      Yes.

20       Q      And this is the progressive discipline

21  action form that Miss Kotoklo allegedly failed to

22  disclose?

23       A      Yes.

24       Q      What policy required Miss Kotoklo to

Page 91

1  disclose that Mr. Eshete was on progressive

2  discipline?

3      A    I'm not aware of any policy that

4  required that.

5      Q    Okay.  So there is no -- and we know

6  that Mr. Eshete's employment was not terminated

7  for any reason on the progressive discipline

8  policy, right?

9      A    Correct.

10      Q    And you are aware and were aware prior

11  to the recommendation to hire Mr. Eshete, you

12  were aware of the reasons he was placed on

13  progressive discipline?

14      A    So if I understand your question

15  before Miss Kotoklo officially wanted to hire Mr.

16  Eshete, are you asking me that I was aware of

17  this progressive discipline form being completed?

18      Q    No.  And I appreciate you asking for

19  clarification.  And now that I hear you restate

20  my question, I realize it was a garbage question.

21  Let me try it again.  And let the record reflect

22  that I was just laughing there.

23          Okay.  So you understand that Mr.

24  Eshete had been placed on progressive discipline

Page 92

1    for lateness issues, correct?

2        A      Yes.

3        Q      And for attendance issues?

4        A      Well, for me lateness and attendance

5    are connected to each other.

6        Q      Okay.  Perfect.

7        A      Lateness is an attendance issue.

8        Q      Okay.  So you were aware let's say or

9    when did you become aware that Mr. Eshete had

10   issues with respect to lateness and attendance?

11       A      So when it was brought to my attention

12   from members of the access services team that

13   were part of Miss Kotoklo's team that Mr. Eshete

14   had issues in attendance, apparently his team,

15   Miss Kotoklo's team, was very much aware of times

16   in which Mr. Eshete didn't show up for work.

17              Again, I wasn't part of the library's

18   team at the time.  I reached out -- if I remember

19   correctly, I reached out to HR to ask about it

20   because I didn't know whether that was true or

21   not.  I didn't know whether he was legitimately

22   late.  Were they just saying that because I don't

23   know why.  And it was from HR that I learned that

24   Miss Kotoklo had filed a progressive discipline

Page 93

1   action form related to an attendance issue for

2   Mr. Eshete.

3        Q    Now, Miss Kotoklo didn't try to remove

4   this information from Mr. Eshete's file, did she?

5        A    I don't know.

6        Q    Do you have any reason to believe that

7   she did?

8        A    No.

9        Q    Did Miss Kotoklo ever hide the fact

10  that Mr. Eshete had issues with lateness in the

11  past?

12       A    She didn't share it.  I don't know

13  whether that constitutes hiding it.  But you

14  marry he's the best candidate for the job with a

15  manager who filed a progressive disciplinary

16  action form related to an attendance issue, it

17  raises a red flag.

18       Q    Okay.  And, I'm sorry, when did you

19  realize that there was this attendance issue?

20       A    It was at some point during the

21  process of attempting to hire Dil for the night

22  position.  I don't remember exactly the date.

23       Q    It was before then?

24       A    It was --

Page 94

1      Q     I'm sorry.  I'm sorry.  I asked a bad
2   question.
3            You learned about Dil's -- about Mr.
4   Eshete's attendance issue prior to the
5   recommendation that he be hired?
6      A     I don't know whether -- I don't know
7   the timing of when I learned it exactly, but I
8   know it was during the process of either
9   interviewing him or making the recommendation to
10  hire him that I learned about it.
11     Q     Let's look at Exhibit Number 12,
12  please.
13                    (Whereupon said document was
14                     marked as Exhibit Number 12,
15                     for identification.)
16  BY MR. BRAMWELL:
17     Q     Look at -- and Exhibit Number 12 is
18  Kotoklo 257 through 258, do we agree?
19     A     Yes.
20     Q     And the second page of this exhibit is
21  Kotoklo 258, right?  Yes or no?
22     A     Yes, sorry.
23     Q     Are you familiar with this e-mail
24  that's on the full page of 258?

Page 95

1      A      Yes.

2      Q      And bullet point three, "I would like

3  the opportunity to speak with you and Ashley

4  before you start the interviews.  I have had

5  several folks express concerns about one of the

6  candidates you are considering.  I need to share

7  those concerns with you".

8      A      I'm trying to find where you are.  Oh,

9  I see, number three.

10     Q      Uh-huh.

11     A      Yes, I see that.

12     Q      All right.  Was one of -- was that

13 candidate Dil Eshete?

14     A      Yes.

15     Q      Okay.  And does this refresh your

16 recollection at all as to when you learned about

17 Mr. Eshete's attendance issues?

18     A      Refreshing my memory in terms of dates

19 and timeline it does not.

20     Q      Okay.  What concerns did you want to

21 share with Miss Kotoklo about Mr. Eshete?

22     A      At this time in access services Miss

23 Kotoklo was to be working on building a strong

24 department, working on collaboration, working on

**Karpinski, Robert**

| | |
|---|---|
| **From:** | Karpinski, Robert |
| **Sent:** | Thursday, September 5, 2019 4:45 PM |
| **To:** | Kotoklo, Mireille |
| **Cc:** | McMullin, Ashley |
| **Subject:** | RE: Evening Circulation Supervisor position |

No worries..
Rob

**From:** Kotoklo, Mireille <MKOTOKLO@depaul.edu>
**Sent:** Thursday, September 5, 2019 4:43 PM
**To:** Karpinski, Robert <RKARPINS@depaul.edu>
**Cc:** McMullin, Ashley <AMCMULLI@depaul.edu>
**Subject:** RE: Evening Circulation Supervisor position

Yes. I was at the Convocation, luncheon and search committee meeting. I responded to the Ashley message which was on top first. Sorry.

Thanks,
MK

**From:** Karpinski, Robert <RKARPINS@depaul.edu>
**Sent:** Thursday, September 5, 2019 4:16 PM
**To:** Kotoklo, Mireille <MKOTOKLO@depaul.edu>
**Cc:** McMullin, Ashley <AMCMULLI@depaul.edu>
**Subject:** RE: Evening Circulation Supervisor position

Thank you, Mireille. It seems that the timing of our emails crossed in the 'wires' so to speak.
Rob

**From:** Kotoklo, Mireille <MKOTOKLO@depaul.edu>
**Sent:** Thursday, September 5, 2019 3:15 PM
**To:** Karpinski, Robert <RKARPINS@depaul.edu>
**Cc:** McMullin, Ashley <AMCMULLI@depaul.edu>
**Subject:** RE: Evening Circulation Supervisor position

Hello Rob,

Ashley informed me this morning that you asked that we conduct a full search by interviewing all top candidates we have selected, and I told her we will comply.
The search committee has received all the applications which we reviewed together and selected the top candidates.
The interviews will be scheduled based on the committee as well Ashley's schedule so she may meet the candidates.

Thank you,
MK

KOTOKLO000257

**EXHIBIT**

**12**

**From:** Karpinski, Robert <RKARPINS@depaul.edu>
**Sent:** Thursday, September 5, 2019 2:00 PM
**To:** Kotoklo, Mireille <MKOTOKLO@depaul.edu>
**Cc:** McMullin, Ashley <AMCMULLI@depaul.edu>
**Subject:** Evening Circulation Supervisor position

Hi, Mireille-

I am writing to you concerning the interview you have scheduled for tomorrow, Friday, 9/6. Ashley let me know that you have three people you want to interview, but only one interview has been scheduled. I request the following:

1.) Please do not interview anyone tomorrow – first, all three resumes and cover letters should go to Ashley along with the other members of the search committee then the interviews should be scheduled. In order for this process to have integrity, no one candidate can be seen to be receiving preferential treatment during the interview process. If one of the candidates worked here previously, then providing him/her with an interview is acceptable.

2.) Schedule all three interviews in conjunction with the search committee and Ashley. Ashley would like to spend time with each candidate during this process.

3.) I would like the opportunity to speak with you and Ashley before you start the interviews. I have had several folks express concerns about one of the candidates you are considering. I need to share those concerns with you.

Thanks for your consideration and patience.

Rob

**Robert D. Karpinski, Ph. D.**
Associate Vice-President, Academic Affairs | Office of the Provost | DePaul University
1 East Jackson Blvd. | Chicago, IL 60604-2201
Office Location: 55 East Jackson Blvd, 22nd Floor | Chicago, IL 60604-2201
Tel: (312) 362-7637 | Fax: (312) 362-5745
rkarpins@depaul.edu | www.depaul.edu

2

KOTOKLO000258

Page 111

1  with Miss Kotoklo and Ashley and myself and they

2  were points that I needed to make in that meeting

3  with Miss Kotoklo and Ashley.

4      Q    You typed these notes out?

5      A    I did.

6      Q    Okay.  And you met with Miss Kotoklo

7  and Miss McMullin on September 6th, 2019?

8      A    Correct.

9      Q    And how long did that meeting take?

10     A    I don't remember.

11     Q    15 minutes?

12     A    I don't remember.

13     Q    Half-an-hour?

14     A    Maybe.

15     Q    Okay.  More than an hour?

16     A    Probably not.

17     Q    Okay.  Between half-an-hour and an

18 hour you think the meeting took?

19     A    That's fair.

20     Q    And what did you say to -- what did

21 you and Miss McMullin say to Miss Kotoklo and

22 what did Miss Kotoklo say to you and Miss

23 McMullin?

24     A    Well, I know I would have made the

Page 112

1    following points:  Since meeting with access

2    services staff I was made aware that Dil had

3    attendance problems and was given preferential

4    treatment; the demise of work morale in access

5    services was due in large part to Dil; you're

6    working on five goals to make the work

7    environment better in access services, the choice

8    of Dil could erase any progress to date; and

9    third for the integrity of the process three

10   candidates need to be interviewed by the search

11   committee and spend time with Ashley.

12              And then my notes at the bottom would

13   be that I wrote -- that I handwrote would be that

14   I believe Mireille shared that Travis did not

15   expressed any concerns about work performance.

16   I'm assuming during the search committee meetings

17   related to Dil being tardy.

18        Q    Okay.  So you knew about tardiness

19   issues then on September 6th?

20        A    Correct.

21        Q    Okay.  And what else was said during

22   that meeting?

23        A    I don't remember other than what's in

24   my notes in front of me.

Page 118

1    never mind.  Scratch that question.

2              Did Miss Kotoklo complain -- ever

3    complain on September 6th or afterwards about

4    having to do multiple interviews?

5         A    Not that I recall.

6         Q    Would anything refresh your

7    recollection?

8         A    If there was some document or notes

9    that I made.

10        Q    You told Miss Kotoklo that the point

11   of interviewing at least three people was to

12   protect the integrity of the process, correct?

13        A    Correct.

14        Q    Okay.  Did you speak to any other

15   members of the search committee about your

16   concerns about Mr. Eshete?

17        A    Do you mean absent Miss Kotoklo or --

18        Q    Any other member of the search

19   committee other than Miss Kotoklo -- Strike that.

20             Who were the other members of the

21   search committee for the night circulation

22   supervisor position?

23        A    Travis Eastham and Fi Rismiller.

24        Q    Did you speak to either of them about

Page 146

1      Q     With respect to -- so to understand

2    and let's take a look at document number Bates

3    labeled Kotoklo 204.  That's in this Exhibit 8.

4      A     I have it.

5      Q     Okay.  Looks like you had a meeting

6    with Miss Kotoklo and Christine McClure, right?

7      A     Correct.

8      Q     And Miss McClure was Miss Kotoklo's

9    direct supervisor at the time?

10     A     Correct.

11     Q     All right.  And you write, "Mireille,

12   as you know I have been meeting with folks from

13   the library one on one for several months.  I

14   would like this opportunity tomorrow to share

15   with you what I have learned pertaining to access

16   services.  I look forward to a productive

17   conversation", right?

18     A     Yes.

19     Q     And did you meet then with Miss

20   Kotoklo on Thursday, September -- March 21st?

21     A     Yes.

22     Q     And the meeting lasted an hour?

23     A     I don't know.

24     Q     It looks like you blocked off an hour

Page 147

1    here.  Did the meeting end early or did it go

2    over?

3         A     I don't remember.

4         Q     Do you remember what was discussed

5    during that meeting?

6         A     So I was meeting with -- I went up to

7    the library in December of '18.  Quickly learned

8    that I needed to talk with the staff of the

9    library about who they were looking for in the

10   next university librarian.  What kind of, you

11   know, what qualities, what experience were they

12   looking for.  But also wanting to know how are

13   things functioning in the library.  How are

14   things working.  What can I do to make things

15   better.

16            So it was kind of a twofold.  And I

17   met many people between January and March.  Some

18   meetings I believe even went beyond March.  And I

19   learned many things about every area in the

20   library one of which was access services.  And I

21   learned that there was the perception of lack of

22   collaboration.  That access services staff

23   weren't necessarily allowed to participate across

24   the university on committees.  That access

Page 148

1    services was basically an island and yet a major

2    component of library operations.

3           So and I'm sure I learned many other

4    things that I'm not remembering right now, but I

5    wanted the opportunity on March 21st to

6    communicate what I learned with Miss Kotoklo.

7       Q     And how did Miss Kotoklo respond to

8    this -- in this meeting?

9       A     My recollection is that Miss Kotoklo

10   was surprised and at various points pushed back

11   and said I don't prevent people in my area from

12   cooperating.  There was no, in my memory,

13   acceptance of any of it being valid.

14      Q     Did you alert her prior to this March

15   21st meeting that you were going to have all of

16   these issues to discuss with her?

17      A     Well, I think that's why I said I

18   wanted to share with her what I was learning

19   pertaining to access services.  That's what I

20   meant by that.

21      Q     So the answer to that question is no?

22      MR. CHARRON:  Objection, misstates his

23   testimony.

24

```
                                                    Page 149

 1    BY MR. BRAMWELL:

 2         Q     You can answer.

 3         A     Ask the question again, please.

 4         MR. BRAMWELL:  Will you please read the

 5    question back.

 6                        (Record read by the reporter as

 7                         follows:

 8                         "Q  Did you alert her prior to

 9                         this March 21st meeting that

10                         you were going to have all of

11                         these issues to discuss with

12                         her?")

13         THE WITNESS:  No.

14    BY MR. BRAMWELL:

15         Q     So would it be fair to say that she

16    was blind-sided by this?

17         MR. CHARRON:  Objection, calls for

18    speculation.

19         THE WITNESS:  I don't --

20         MR. CHARRON:  Hold on, Rob.  One second.

21    Calls for speculation.  Go ahead.

22         THE WITNESS:  I don't think so.

23    BY MR. BRAMWELL:

24         Q     So and she pushed back and she -- she
```

```
                                      Page 150
 1    did not accept certain comments that you were
 2    making?
 3         A    Right.
 4         Q    Did she accept other comments that you
 5    were making?
 6         A    I don't remember.
 7         Q    So she just, to understand, she didn't
 8    accept certain comments and you're not sure
 9    whether she didn't accept all the comments?
10         A    Correct.
11         Q    Okay.  Now, Miss Kotoklo asked you for
12    specific examples and information about where you
13    thought she was falling short and specific
14    examples of information about these criticisms,
15    right?
16         A    Right.  Correct.
17         Q    She asked you for that on March 21st?
18         A    Correct.
19         Q    Let's take a look at Kotoklo 245.
20    It's in the same exhibit.  Are you there?
21         A    I am.  Yes, I have it.
22         Q    All right.  Are you familiar with this
23    document?
24         A    Yes.
```

## Karpinski, Robert

| | |
|---|---|
| **From:** | Karpinski, Robert |
| **Sent:** | Thursday, April 18, 2019 3:20 PM |
| **To:** | Kotoklo, Mireille |
| **Subject:** | RE: Access Services |

Hello, Mireille-

Thanks for your email. You did not miss an email from me.

I will set up a time for us to talk about this in person next week. Thanks for the follow-up.

Rob

**From:** Kotoklo, Mireille <MKOTOKLO@depaul.edu>
**Sent:** Thursday, April 18, 2019 3:17 PM
**To:** Karpinski, Robert <RKARPINS@depaul.edu>
**Subject:** Access Services

Hello Rob,

During our meeting regarding Access Services on March 21, you said you will send me some guidance to help me address some of the issues other staff members have reported to you about me so I may go over it during my vacation. I have checked my emails several times daily while on vacation and I have not seen anything from you on the subject; I have done the same while you were away to no avail. Did I miss your message?

Thank you,
MK

1

KOTOKLO000245

Page 151

1      Q      What is it?

2      A      It's an e-mail from Miss Kotoklo to me

3    regarding our meeting on the 21st.

4      Q      Okay.  And she is reminding you that

5    you promised to give her some more feedback,

6    right?

7      A      Correct.

8      Q      Why did it take you nearly a month to

9    provide the feedback that she asked for on March

10   21st?

11     A      If I remember correctly Miss Kotoklo

12   was leaving for vacation following our meeting.

13   I am sure Miss Kotoklo could verify that.  And

14   then I was gone for two weeks on a vincentian

15   trip with the university.  So I was out of the

16   office for two weeks.  So those are three weeks

17   where I wasn't -- she wasn't in and I wasn't at

18   work.  So that explains the delay.

19     Q      You had the opportunity though when

20   she was on vacation at least to write something

21   up, right?

22     A      I did.

23     Q      And you -- it looks like Miss Kotoklo

24   said that she wanted to review this guidance

Page 152

1    during her vacation, right?

2         A    She never communicated that with me.

3         Q    So this -- looking at Kotoklo 245,

4    first sentence, "During our meeting regarding

5    access services on March 21st you said that you

6    -- you said you would send me some guidance to

7    help me address some of the issues other staff

8    members have reported to you about me so I may go

9    over it on my vacation".

10             She never -- this is the first time

11   you ever heard of that?

12        A    Yes.

13        Q    Okay.

14        A    That she wanted feedback to review on

15   her vacation.  That's the first time I ever heard

16   that.

17        Q    Let's take a look at page 246.  That's

18   the very next page.  Now, this is May 1st and

19   you're finally providing Miss Kotoklo some

20   feedback?

21        A    Yes.

22        Q    So it's taken 40 days for you to

23   provide that feedback?

24        A    Yes.

## Karpiński, Robert

| | |
|---|---|
| **From:** | Karpiński, Robert |
| **Sent:** | Wednesday, May 1, 2019 4:58 PM |
| **To:** | Kotoklo, Mireille |
| **Cc:** | Robert Karpinski |
| **Subject:** | Meeting Follow-Up |

Mireille-

Thank you for making the time to meet with me today. I am writing with a few follow-up items:

1.) I already introduced you via email to Sarah Frost from HR. I look forward to hearing the schedule/plan you and she come up with for team building and collaboration in Access Services.
2.) I will speak with Gautam about April's revised job description.
3.) I spoke with Terry about adding the issue to our Mgt. Team meeting concerning internal promotions; not sure we will have time at tomorrow's (5/2) meeting since we have a pretty full agenda
4.) You will take the lead on relocating the self-check-out machine from the second floor to the first near – near the circulation desk. You will reach out to me and/or Gautam for any help you may need.

Finally, there seems to be a misunderstanding from our March 21 meeting where we discussed April's transition to her new role. I think our interpretations of the meeting are different. However, regardless, let me reiterate that my door is always open to you. I hope in the future you will share any frustrations or concerns with me in a more timely fashion.

Thanks again-
Rob

**Robert D. Karpinski, Ph. D.**
Associate Vice-President, Academic Affairs | Office of the Provost | DePaul University
1 East Jackson Blvd. | Chicago, IL 60604-2201
Office Location: 55 East Jackson Blvd, 22nd Floor | Chicago, IL 60604-2201
Tel: (312) 362-7637 | Fax: (312) 362-5745
rkarpins@depaul.edu | www.depaul.edu

1

KOTOKLO000246

Page 155

1      A      Yes.

2      Q      Would you then agree that this is

3  indicative of somebody who is looking to obtain

4  feedback and looking to improve?

5      A      Looking for feedback, yes.  I don't

6  know whether she intended to improve or not.

7      Q      Does somebody who does not intend to

8  improve look for feedback?

9      A      Perhaps.

10     Q      Why?

11     A      Because if they want to refute what

12  the feedback is, they don't necessarily want to

13  improve, but they want to deny or refute that

14  feedback, they would also -- they may also ask

15  for that feedback.  I don't think you can make

16  the assumption that someone who asks for feedback

17  always wants to improve.

18     Q      I would like you to take a look at

19  Exhibit Number 20.

20     A      We haven't opened that one yet, right?

21     Q      No, we have not.

22                    (Whereupon said document was

23                     marked as Exhibit Number 20,

24                     for identification.)

Page 160

1   Court Reporter, can you tell me where we are on

2   time, please.

3                    (Discussion outside the

4                     record.)

5       THE WITNESS:  So in reviewing the document

6   what concerned me and I received it on June 20th

7   was that to the first point of the April -- the

8   March 21st meeting, Miss Kotoklo wasn't happy

9   with my advice to her the way I handled her

10  coming to me.

11              So April Hummons worked in access

12  services.  April received her Masters in Library

13  Science Degree, applied for a librarian job at

14  DePaul.  There were I believe two finalists for

15  the job.  April was one of them and April got the

16  job.

17              So during the period of transition

18  when Miss Kotoklo was given the news that April

19  was being given the job as a librarian with her

20  MLS Degree and two-weeks notice, Mireille was

21  unhappy about that and came to talk to me about

22  it.

23              And when she came to talk to me about

24  it I did say to Miss Kotoklo that, you know,

Page 161

```
 1    there were two finalists.  April was one of them.
 2    You were aware that April was one of those two
 3    finalists.  There was a chance that she would get
 4    the job.  What did you do to prepare for April
 5    leaving your department and moving to a different
 6    department in the library?  In other words, it
 7    shouldn't have been a surprise nor catch you off
 8    guard, you know, that if April was going to
 9    Loyola or Dominican to work, she would give
10    two-weeks notice and she would be out of the
11    building.  She would at least still be present.
12              And I learned in this e-mail that that
13    wasn't received well and Miss Kotoklo felt that I
14    was on the defensive and questioned her ability
15    to manage her department, to plan or anticipate
16    issues which is indeed true.  This is an issue
17    that could have been anticipated.  None of us
18    should have been caught off guard that April was
19    given the job as a librarian.  So that was one
20    issue that concerned me.  But also the -- what is
21    perceived to be a verbatim recollection of
22    meetings and conversations all under the lens of
23    Miss Kotoklo's perception that concerned me.
24              And then at the end of the document
```

Page 162

1   Miss Kotoklo says, "When I look at the whole
2   situation, I feel that there is the deliberate
3   effort to intimidate, silence and marginalize me
4   to try to create a paper trail to build up a case
5   against me".  And I felt that that was very
6   concerning and I needed some help from the HR
7   side how to answer this because I felt that that
8   was not true.  And yet based on that statement I
9   wasn't going to simply respond to this e-mail
10  that I needed some help, some guidance.
11  BY MR. BRAMWELL:
12      Q    Did you -- it looks like you were able
13  to reach out to HR within an hour of receiving
14  this e-mail?
15      A    Yeah, the e-mail was sent at 1:58 and
16  I received this from Miss Kotoklo at 12:58.
17      Q    How is it that you can respond to this
18  within an hour, this being Exhibit 20, but you
19  can't provide Miss Kotoklo specific examples for
20  feedback for 40 days?
21      MR. CHARRON:  Objection, argumentative.
22  BY MR. BRAMWELL:
23      Q    You can answer.
24      A    I was at my desk.  I wasn't in France.

**From:** Karpinski, Robert
**Sent:** Thursday, June 20, 2019 1:58 PM
**To:** Diaz, Isabel
**Subject:** Fwd: Access Services

Hi Isabel

I am forwarding an email to you from Mireille. I'll need some help with this one!

Thanks

Rob

Sent from my iPhone

Begin forwarded message:

> **From:** "Kotoklo, Mireille" <MKOTOKLO@depaul.edu>
> **Date:** June 20, 2019 at 12:58:31 PM CDT
> **To:** "Karpinski, Robert" <RKARPINS@depaul.edu>
> **Subject: Access Services**
>
> Hello Rob,
>
> I want to thank you for sharing your conclusions with me during the last three meetings we had in March 21 and May 1. You brought several issues to my attention and I would like to take this opportunity to offer a response.
>
> **First meeting on March 21**
> On March 20 at 11 am, I requested an appointment with you for Thursday March 21, to talk about April's transition to another department within the library. I felt that we missed an opportunity to handle the transition in a way that promotes good working relationships and courtesy. I came to share this with you as you always proclaim that you want to make the library a better place before we hire a new University Librarian.
> I came away from that meeting shocked and vowed not to find myself in such a situation again. I realized later that this first meeting was setting the tone of the second meeting scheduled later that day; or rather, the information you wanted to share with me in the second meeting might have influenced the tone of the first one.
>
> During that meeting, you did not hear or understand me. You were on the defensive; you questioned my ability to manage a department, to plan or anticipate issues, etc. You told me that I knew April had applied for the position; you asked me what I would have done if April had left the university completely; you reminded me that there were only two candidates; you stated that I asked Christine something impossible regarding the transition; that Christine could not tell me about the offer, etc. I could not be certain that April would get the position even though I thought

1

KOTOKLO000456

EXHIBIT

20

she deserved it. We had a case in this library when the candidate everyone thought would get the job did not. I also shared with you that I had instances when a staff member would go on leave then Human Resources would inform me after the fact. In those situations, we have managed to maintain the services. All I wanted to say was that Christine in her capacity as interim AUL responsible for the two areas concerned could have approached me regarding April's start date.

Fortunately, we talked about this during our third meeting On May 1 and we were able to bring the necessary clarifications regarding the goal of the meeting.

**Second meeting on March 21.**
On March 20 at 2:00pm, I received an appointment for Thursday March 21, to meet with you regarding Access Services. During that meeting, you stated that you had conversations with the library staff and wanted to offer me the opportunity to give my side of the story on the following points they raised:
- There are perceptions that I do not collaborate
- I prevent or disapprove the Access Services staff to work outside the department
- The Access Services staff reported working in a hostile work environment
- Everything is top down
- The staff stated they are working just for a paycheck or waiting for retirement
- That people could not talk or they are disciplined
- Job descriptions have not been revised in a long time

The Access Services staff members serve or have served on many committees in and outside the library. I reported that in the past, other departments were choosing the same Access Services staff member to serve on committees or projects and he received rewards and recognition as a result. I denounced that situation which was taken into consideration.

April has worked on several projects with Cataloguing without my knowledge and I made requests on her behalf to receive the Rewards and Recognition award every time.

I have arranged with Heather a plan for April to serve at the Reference desk so she may get some experience that would help her in quest for a professional position.

I have agreed to lose a position in Access Services staff in order to preserve a professional position in Reference. However, Reference did not carry out the other part of the agreement between Heather, Brian, and I.

Regarding not talking or talking. I explained that the discussion started with suggestions to assign duties to our student assistants in an efficient manner. That discussion led to talking and I reminded the staff about the already visited topic of talking. Becky asked what we should do if all the efforts with the students are unsuccessful; I told her there is progressive discipline. I was clear in that meeting that is was not the normal chat one has with co-workers, I meant the one that is excessive and consistent. We work in cubicles and we have to be mindful of other staff members and be professional at the desk. You asked why I do not talk to specific person instead of bringing up to the group. This was not an agenda item, and a reminder is always good when you have a large staff and you want to give people the opportunity to rectify a situation or habit.

At the conclusion of the meeting, and per your request, I sent you the directives you gave; they are:

1. Build my team
2. Support collaboration within and outside the AS dept.

2

KOTOKLO000457

3. Work on relationships within and outside the AS Dept.
4. Take advantage of April's departure to revise and update her position and find from the team what qualities we are looking for in the person who will fill her vacated position.
5. Revise the AS staff's job descriptions.
6. No retaliation

I asked for some examples, as it was difficult for me to respond to such accusations without any example. You said you did not have any example handy, but you would review your notes or ask and see what you can share with me. You mentioned that these perceptions came up repeatedly during your conversations with the library staff. You stated that you think that the perceptions must have something to do with my approach. You promised to send me some guidance via email on Saturday or Sunday while I was on vacation to help me. Though I was on vacation out of the country, I checked my mail several times but received nothing. On my return, you were on the Vincentian Heritage Tour and on vacation; I kept on waiting for your message. When you returned I kept on waiting until I decided to send you a message on April 18 to see if I missed your email enclosing the guidance. You promised to meet in a week and sent me an appointment for May 1.

I came away from that meeting concerned by the lack of examples, but waiting to hear them. I wanted to know the basis for those perceptions, as there are many examples that contradict these allegations. From what you shared, I feel that there is a deliberate intention to discredit me and blame me for the low morale in the library. I wondered how the meetings were organized or the information collected and what the agenda was. I know you did not invite me to have such conversations with you. It seemed as if you are trying to build a case on me. I felt unjustly criticized in an attempt to create a paper trail.

### Third meeting on May 1
On May 1, you stated that you did not remember promising to send me an email but that your task was to go back to your notes or the people you talked to and get examples to back up the accusations you brought up on our second meeting. You provided the following examples and made additional comments.

### Dorian and Gautam said I was getting in the way of doing their jobs.
The incident she/they mentioned to you relates to reporting absences. First, I did not know she was keeping a manual record of absences, and I expressed my surprise by that practice that has been in place for a long time.
I have asked the Access Services staff to report their absences to Dorian and to all staff in a couple of meetings. One option was to add Dorian to our mailing list, which the staff refused. We have a phone tree that we use in order to ensure that there is always someone to open the library; in such a case, messages to all staff are ineffective.

I found Dorian example "weird" because when she joined the library I helped her a lot. She was calling me to asked questions about various tasks even though I was not her official trainer (Chris and Terry were responsible to train her, I believe). I was anticipating and sharing with her information she may need to do her job as well.

I have helped Dorian do her job however, she has tried to do my job by planning with Mariam and April to give more hours to Gerald who is a temporary employee (his hourly rate is considerably higher than the part-timers). They created a schedule for him to work in December and when I asked Dorian how that was possible financially, she said she had checked with

3

KOTOKLO000458

Gautam and there was plenty of money in the temporary staff budget. I asked her how it is possible at this time or the year (it was November). I never asked the temporary worker to work outside of the hours assigned because of the high hourly rate. My first choice is always the students and the part-time staff. I asked all three of them whose initiative was it to schedule Gerald, they kept accusing one another, and I dropped the matter do not create any issue. It seems Dorian was the one who wanted to give more hours to Gerald and April made the schedule that Mariam sent to Dorian. I imagine Gerald or the temporary agency contacted Dorian for more hours. I became aware of the operation because I had to approve this schedule. I did not mentioned that to anyone, I just let it go.

When Gautam got the request, he did not check with me and gave permission to proceed. He has and continues to approve requests of all sorts related to Access Services without informing me. I let it all go.

I put all those actions on the account of the fact that he or she is a new employee, or as being part of working together. If given the opportunity, I also have many examples to give (but I am not interested). In fact, everything is working very well now with Gautam.

**April stated the Access Services staff had to ask for permission to go to the bathroom**
I have a vague recollection of what she is referring to here, as this story may be at least over ten (10) or fifteen (15) years old, but I think it is definitely a misinterpretation.

### R4- I called Eric at home.

I also have a vague recollection of this, as it may have happened at least over five (5) years ago. I say five (5) years because Nicole Casner the Head of Acquisition left in 2015 if I can remember correctly. I know we had a mold issue with R4 and I am not sure if this call about the mold issue.

### Mariam reported that I assigned the processing of dead requests to her without informing her.

I apologize for the misunderstanding. I thought April was going to train Mariam on the topic. When I met with April to go over her tasks, I asked her to train Mariam so she may process the dead requests. I stated that at the Access Services meeting of March 14 that Mariam would handle the dead request. Mariam called me that same night and I explained the situation to her.

**April reported to be prevented to work with Ashley directly regarding statistics**. Why could not she work directly with Ashley?

To ensure that Ashley receives accurate information I worked with April on the reports she was running before it got to Ashley. April and I met to ensure that the information was correct and then she put it on the W drive so Ashley can have direct access. We have done that on many occasions for statistics; she runs the report requested, we go over it before we submit them to anyone. On several occasions, April has told me that she prefers to send me the information to forward to the Ashley with whom she said she did not want to deal. We have worked on several projects in that way. Is it wrong for me to review information that April runs before we send it out? Especially when I am the one receiving the request?

### Access Services Meetings
This came up regarding the AS department meeting of March 14 when an agenda item regarding student assistants assignments led to a discussion about talking. You feel that the staff is not

4

KOTOKLO000459

participating in the meetings, that they do not say much. I mentioned that could be due to the style of the meeting minutes' taker. You suggested that we could all take turn. I stated that not everyone likes to take minutes and we have found a volunteer who is taking the minutes. I offered to record the meetings; you did not think it was necessary. I mentioned that we usually use the whole hour. Christine who coincidently decided to sit on our meetings from now on may give you suitable reports.

## Job descriptions

I have brought up the subject of the revision of the Access Services staff job descriptions to my manager without success. The revision of job descriptions to my knowledge has always been the responsibility of the library administration. The only time I review job descriptions is when there is a vacancy and before its advertisement. I revised April's job description; the rest of the Access Services staff is reviewing theirs.

## Top down, hostile work environment, people are here for the paycheck or waiting for retirement etc.

You mentioned that the Access Services staff reported that everything was top down; that the work environment is hostile and that the staff is working for a paycheck and or waiting for retirement. I have heard these comments about people working for a paycheck or waiting for retirement from the AS staff as well as other staff member and I hope you do not hold me responsible for that. You did not provide any example regarding top down, or how do I make the work environment hostile.

We discussed most of the issues and make decisions as a department.

## Additional comments

You stated towards the end of the meeting that the library staff do not want to come to me because they feel I will say no. You said you want me to participate in the management meetings, talk about what is going on in my department because no one knows what is going on in Access Services.

I do participate in meetings and contribute ideas. I am not one who talks to talk. I make sure that I voice my opinion if needed either in private or in a meeting. I will participate more.

### Scott comments about me.

You mentioned that Scott talked to you about me, but you did not believe what he said because I welcomed you so warmly when you joined the library. Scott never raised or addressed any issue with me during his tenure here. Outside the library meetings, I had very few meetings with him. I met with him the first time in February 2014, regarding the snowstorm. Then five (5) times regarding a reduction in force in the Access Services department that affected three (3) people over the past four (4) or five (5) years. We met three (3) times regarding Megan's position. The first meeting was in May 2018 to see if he was going to keep the position as it is. The second happened right after a management meeting to bring to his attention one point of the job description and a third time to make suggestions, which I am sure he shared with you as you had replaced father Udovic by that time. It is therefore difficult to imagine what unflattering comments he made about me that you did not believed because I had welcomed you so warmly to the library. Could it be his feelings about my wish to be on the search committee for Megan's position? Or were they the same unsupported allegations?

At the conclusion of that meeting, you asked me to move the self-check machine downstairs and contact Sarah Frost from HR to help me build my team. I am still working with the vendors and

5

KOTOKLO000460

CARLI to get the self-check machine to work. Sarah Frost will conduct team-building exercises on July 12.

I have been treading the grounds of this library cautiously. I measure what I say and do because I know what is permissible with my co-workers becomes inexcusable with me; I realize I am under heightened scrutiny. As I can see in the examples you provided, the trivial errors that everyone makes in the course of working or interacting with others as well as old and unclear matters are enough to label me. One refusal no matter how justified it can be becomes a reason to assert that I am not collaborating or cause for exclusion. I am sorry to hear that the library staff do not want to ask me anything because I would say no, so they do not approach me. It shows a lack of respect for me among other issues and a lack of appreciation for the times I have said yes. I am sorry not to meet my co-workers expectations and I respect the way they handle the matter.

When I look at the whole situation, I feel that there is a deliberate effort to intimidate, silence and marginalize me, to try to create a paper trail, to build up a case against me.

I hope I was clear in my message. Please feel free to contact me if you have any question or if I failed to mention anything. I have been at DePaul for eighteen years, and I have to admit I have not seen a situation like this. I think the use of generalizations has for objective the protection of some staff members. This approach however is unfair and fosters distrust. I am happy you shared your findings and hope it will be the beginning of an honest conversation.


Respectfully,


Mireille Kotoklo

CONFIDENTIAL

Page 166

1   BY MR. BRAMWELL:

2        Q    You can answer.

3        A    I don't know when the meeting was, but

4   as I look at roles and expectations it looks

5   familiar around what access services team wanted,

6   you know, each manager hires and manages

7   students, office culture, update job

8   descriptions, trust.

9              It looks -- those topics look like

10  they came out of that facilitated session.

11       Q    Okay.  Would Sarah Frost be the person

12  to ask about this document?

13       A    Yes.

14       Q    And by this document I'm talking about

15  Exhibit Number 21.  All right.  I want to take

16  you back in time again to September of 2019.  I

17  understand that there are, at that time, 2 open

18  positions in access services, a day circulation

19  supervisor and a night circulation supervisor; is

20  that right?

21       A    Yes.

22       Q    And are either the day circulation

23  supervisor or the night circulation supervisor in

24  charge of staff at the library at any time?

Page 167

1    A    Yes, they -- it's a little bit of a
2  difference between both mainly because the day
3  circulation supervisor that's the busiest time
4  for the library.  So they have a lot of
5  responsibility working with student workers
6  whereas at night it's much slower.
7            There was a temp hired to work with
8  the night circulation supervisor so not as much
9  staff.  Who they have to supervise specifically I
10 don't know.
11   Q    What does in-charge staff mean?
12   A    Well, it means different things.  And
13 it means different things historically within
14 access services.  It could mean that you schedule
15 student workers, you supervise them, you hire
16 them, you train them.
17           In other areas within the library it's
18 handled different ways.  So it varies depending
19 on role.  But typically you would hire, you would
20 schedule, train, supervise.
21   Q    Okay.  Neither the day circulation or
22 the night circulation supervisor would ever be in
23 charge of the entire library during the period
24 while they were working, right?

Page 177

1  answer it.

2       A     I'm looking and I'm reading through

3  this e-mail and looking at Miss Kotoklo's

4  paragraph about Mr. Eshete and that he served in

5  the position and he knows the policies and

6  procedures, minimal training.  What I don't see

7  there is anything about references.

8            So under Diane Madrid she says she

9  scored the lowest for her references.  And under

10 Andrew she says he received the best references,

11 but I don't see anything about the references for

12 Mr. Eshete.  And I'm just wondering what they

13 were and why it wasn't communicated.

14      Q     That would have been a great question

15 for your attorneys to ask Miss Kotoklo at her

16 deposition which you insisted on taking first.

17           Now, you met with the search committee

18 the very next morning, right?

19      A     I would have to check my calendar to

20 see if it was the Tuesday, September 17th.

21      Q     Would you like to take that

22 opportunity to check your calendar?

23      A     Sure.  Let me do that now.  Yes, in my

24 calendar it was Tuesday, September 17th, from

Page 178

1    9:30 to 10:00.

2          Q      Okay.  And so you knew then at least

3    at the beginning of that meeting that the search

4    committee had recommended the hire of Dilnesa

5    Eshete, Mr. Eshete, correct?

6          A      Yes.

7          Q      How did you come about that knowledge?

8          A      In the e-mail.

9          Q      Which e-mail?  There are lots of them.

10         A      I'm assuming Ashley would have told

11   me.  I'm sorry, I'm confusing the e-mail I'm

12   looking at from Miss Kotoklo to Ashley.  Ashley

13   would have let me know that.

14         Q      And how would she have let you know?

15   Would she have e-mailed you?  Called you?  Texted

16   you?  Come to your office?

17         A      Either she would have come to my

18   office or e-mailed me.

19         Q      Okay.

20         A      Most likely she would come to my

21   office which was normal for her to stop in, but I

22   don't know in this particular situation.

23         Q      Do you remember what you said to Miss

24   McMullin and what she said to you?

Page 181

1      Q      Okay.  So there are three full layers

2   between you and this library assistant position,

3   right?

4      A      Yes.

5      Q      Why are you taking such an interest in

6   this library assistant position?

7      A      I'm taking an interest in the hiring

8   of the person for this position.  Information had

9   come to me that was concerning.  I wanted to make

10  sure that the search committee made the right

11  decision in hiring.  I didn't have the confidence

12  that that was indeed the case and I wanted to

13  have a conversation about it which I think is

14  part of my responsibility.

15     Q      And when did you decide to reject the

16  search committee's recommendation?

17     A      I don't know at what point I rejected

18  it specifically, but it was clear to me in that

19  meeting with the search committee that

20  information had not been shared from Miss Kotoklo

21  to the other members of the search committee.

22  That they weren't aware.

23             I know Miss Rismiller hadn't worked

24  with Mr. Eshete when he was previously employed,

Page 183

1   hiring Mr. Eshete, Ashley met with Fi at some
2   point to talk about the concerns that Fi had
3   regarding the search process.
4        Q    Okay.  So it was after the 17th is
5   what you're telling me?
6        A    I believe so.
7        Q    Okay.  What about Mr. Eastham?
8   Eastham or Eastham?
9        A    Eastham.  What about him?
10       Q    I'm sorry, you froze.  I asked what
11  about Mr. Eastham?
12       A    Right.  And I don't know.  What do you
13  mean what about him?
14       Q    Well, did he know about Mr. Eshete's
15  attendance issues?
16       A    Yes, he at some point when we met, I
17  don't know whether it was the day we met on the
18  17th or prior, meaning myself with Miss Kotoklo,
19  Mr. Eastham, Miss Rismiller, he acknowledged that
20  Dil had attendance issues.  I remember Travis
21  mentioning that, so he was aware of Mr. Eshete's
22  issues.
23       Q    Okay.  And we have already discussed I
24  believe that you never spoke to any member of the

Page 200

1    the fact that Dil had issues related to

2    attendance in my opinion is unacceptable; but

3    also serving as a reference for him when you're

4    chairing the search committee, that doesn't do

5    any favors for the other candidates who are also

6    applying for the job.

7            So there were things that were done

8    out of the normal course than the way things are

9    done and -- anyway.

10       Q    When you say anyway, was there more?

11       A    No, that's it.

12       Q    Okay.  Now, Mr. Eastham served as a

13   reference too, correct?

14       A    I believe so.

15       Q    Was that improper?

16       A    Yes.

17       Q    Now, if Miss Kotoklo cleared -- if

18   Miss Kotoklo spoke to HR and got permission and

19   HR told her it was okay for her both to be on the

20   search committee and serve as a reference, would

21   that change your opinion as to whether it was

22   okay for her to do that?

23       A    No, it's still my opinion that the

24   chair of a search committee should not be a

Page 201

1   reference for the candidates.  My opinion.
2       Q    Is that part of any DePaul policy?
3       A    Not that I'm aware of.
4       Q    It's just Karpinski -- it's just the
5   world according to Karpinski?
6       MR. CHARRON:  Objection.  I mean, come on.
7   Ask a question.
8       THE WITNESS:  If that's what you think.
9   BY MR. BRAMWELL:
10      Q    Is that what you think?
11      A    No, it's not.
12      Q    No.  Okay.  So then what is the policy
13  that says that it's improper?
14      MR. CHARRON:  Objection, asked and answered.
15      THE WITNESS:  And I am not --
16      MR. CHARRON:  Rob, one second.  Objection,
17  asked and answered.  Go ahead.
18      THE WITNESS:  It isn't just the issue of
19  serving as a reference, that issue.  I felt I
20  needed to share my opinion that it's
21  inappropriate and that's what I shared because
22  it's the way I feel as an administrator.  It's
23  inappropriate.  But take that along with the fact
24  that that's the only candidate that Miss Kotoklo

Page 202

1  wanted to interview and it gets a little murkier

2  for me.

3  BY MR. BRAMWELL:

4      Q    So if Miss Kotoklo spoke to HR and got

5  permission to interview just the one candidate,

6  would that change your opinion?

7      A    Maybe.

8      Q    Okay.

9      A    But we know that -- I know that Miss

10  Kotoklo did not share with HR that Mr. Eshete as

11  a prior employee had attendance issues and I

12  think --

13      Q    Mr. Eastham knew that though, right?

14      A    But Mr. Eastham is not the coordinator

15  or manager of that department.

16      Q    I asked you a yes or no question.  Mr.

17  Eastham knew that, right?

18      A    Yes.

19      Q    And when these interviews occur each

20  member of the search committee can ask whatever

21  questions they want, right?

22      A    Yes.

23      Q    Do you believe that Miss Kotoklo had

24  her thumb on the scale with respect to the hire

Page 205

1   McMullin about it?

2        A    I let Miss McMullin know that there

3   was litigation happening and that I could not

4   talk about it.

5        Q    Did you have any other questions --

6   sorry.  Strike that.

7             Did you have any other conversations

8   with Miss McMullin about the litigation?

9        A    No.

10       Q    And you have no idea why Miss McMullin

11  is forwarding you all this information on October

12  24th?

13       A    No, I don't.

14       Q    All right.  Let's take a look, please,

15  at -- Let's take a look, please, at Exhibit

16  Number 24.

17                      (Whereupon said document was

18                       marked as Exhibit Number 24,

19                       for identification.)

20                      (Discussion outside the

21                       record.)

22  BY MR. BRAMWELL:

23       Q    Okay.  We are taking a look at Exhibit

24  Number 24.

Page 206

1       A       Yes, number 444.

2       Q       Yes, 444 to 445.  Are you -- and let

3  the record reflect Miss Kotoklo has now rejoined

4  the deposition.

5               Mr. Karpinski are you familiar with

6  this document, Exhibit 24?

7       A       Yes.

8       Q       How are you familiar with it?

9       A       It's an e-mail Miss Kotoklo sent to me

10  on September 19th.

11      Q       How did you feel when you received the

12  e-mail?

13      A       I don't remember how I felt.

14      Q       Let's go through it here.  "So during

15  our meeting on September -- Tuesday, September

16  17, 2019, at 9:30 with members of the search

17  committee, Fi, Travis and I and Ashley, you

18  raised a few concerns that you had about a former

19  employee's candidacy and the search committee

20  recommendation to hire him".  Do you see that

21  paragraph?

22      A       I do.

23      Q       What were those concerns that you

24  raised?

**Karpinski, Robert**

| | |
|---|---|
| **From:** | Kotoklo, Mireille |
| **Sent:** | Thursday, September 19, 2019 5:29 PM |
| **To:** | Karpinski, Robert |
| **Subject:** | Search committee |

Hello Rob,

During our meeting on Tuesday September 17, 2019 at 9:30am with the members of the search committee (Fi, Travis and I), and Ashley you raised a few concerns that you had about a former employee's candidacy and the search committee recommendation to hire him.

You stated that hiring the right person is important. You asked if the decision to recommend this candidate was consensual and asked us to give you the reasons for the selection.

You stated that employees who were subject to the reduction in force had priority only when they have no issues.

You asked if the three candidates would be able to handle (unusual) issues that occur during the evening shifts.

You mentioned that in light of Dilnesa's candidature people came to you to bring concerns about tardiness as well as performance issues regarding tasks that he did not performed at all or on time. I asked if that happened after we have talked on Friday September 6, and asked how the people knew he was a candidate, apparently everybody knew.

You mentioned that you requested the references report and that Travis and I should have recused ourselves from being references for Dil as this gave him an advantage over the other two candidates. You stated that as the committee chair the right thing would have been to recuse myself. I responded that I cleared that with HR/Recruitment. You stated that there is no law against it but we should have not serve as references.

You said you feel very uncomfortable with this recommendation and wonder if you should re-open the search. You stated that would go back to your informers to verify the information they gave you. You mentioned you have family matters to attend to and will get back to it on Friday.

Previously on September 6, you met with Ashley and I to share information you received about Dilnesa. You stated that you met in December 2018 around the holiday break with the Access Services staff who reported that Dilnesa was often late and unreliable; that he received preferential treatment. You mentioned that you did not share this information with me because Dilnesa was no longer working here, but you wanted to inform me as soon as you heard about his candidacy. You mentioned that I could interview him as a courtesy. You expressed your concern about him not showing up for work and the impact it would have on me. You mentioned that you do not want to him to come back and have the Access Services team feels that nothing has changed and his presence negatively affects the effort to build a team. You asked me if Travis raised any concern about Dilnesa.

Rob, you are in charge and your decision prevails whatever it is.

I am not trying to defend anyone, a person from the African continent or a race. I am trying to get someone who is qualified for this position. In his imperfection, (no one is perfect) he is the perfect match I can find. He has served in the exact same capacity at Loop; he has served in three out of the six functions that make up Access Services; I personally worked with him for 8 years. We also need to consider that classes have already started, Cary is leaving in a couple of weeks, Matthew is new etc...

1

CONFIDENTIAL

KOTOKLO000444

**EXHIBIT**

**24**

- Regarding handling the evening situations, Dilnesa has worked evening at Loop as well as here at the JTR library. The other two candidates' institutions are probably not open that late and I will bet they are not open to the public so they do not deal with the public as much as we do here at DePaul.

I have conducted the search with the utmost fairness and compliance. I consulted HR/Recruitment in every step. I do not do courtesy interviews; I only interview the candidates that can be possible hires.

I felt very uneasy to hear that Dilnesa received preferential treatment. I have always treated everyone the same way. I have extended the same flexibility regarding schedule and absences to all employees equally. Is it because he is African? There is so much difference between an Ethiopian and an Ivorian but people may not know. I treat everyone fairly.

Is there another reason why we should not hire Dilnesa?
I am also curious to know what each of the Access Services staff says about one another.

Your decision prevails. I am not trying to go against you or create any trouble. I am just trying to justify my choice and the search committee's.
Your decision prevails.

Respectfully,

Mireille Kotoklo

2

KOTOKLO000445

Page 224

1      Q      Did you tell Miss Kotoklo that the
2    search committee should have just given Mr.
3    Eshete a courtesy interview during this September
4    17th meeting?
5      A      I don't remember saying that.
6      Q      Would you disagree if that's what Miss
7    Kotoklo said you said?
8      A      Yes.
9      Q      So then you did not tell the search
10   committee that they should have given Mr. Eshete
11   a courtesy interview?
12     A      I don't remember using that language
13   with any hire in the library.  So I certainly
14   don't remember it in this particular situation.
15     Q      How did Mr. Eshete receive
16   preferential treatment?
17     A      If he was the only one to have been
18   interviewed for a position, he would have been
19   given preferential treatment at that moment.
20     Q      Were there any other instances where
21   Mr. Eshete received preferential treatment from
22   Miss Kotoklo?
23     A      I don't know.
24     Q      Did anybody ever tell you about any

Page 225

1    other instances where Miss Kotoklo provided

2    preferential treatment to Mr. Eshete?

3         A      Members of the access services staff

4    when they came and met with me talked about him

5    leaving work for another job and coming back, not

6    completing tasks and that Miss Kotoklo never did

7    a thing about it.

8         Q      Except write him up for latenesses?

9         A      Lateness, right?  It was one lateness,

10   correct?

11        Q      Well, let's take a look at Exhibit

12   Number 6.

13        A      You have to give me a minute

14   because --

15        Q      That's fine.  Take your time.

16        MR. CHARRON:  Mr. Bramwell, while Mr.

17   Karpinski is looking for that I just had

18   something come up.  I have to make a call for

19   about only 10 or 15 minutes.  It just needs to be

20   like around sometime before 3:00 if we can take a

21   quick break.

22        MR. BRAMWELL:  Let's take a break now.

23   Actually, let's take a break after this little

24   line of questioning.

Page 226

1          MR. CHARRON:  Okay.  That works.

2          MR. BRAMWELL:  We'll take a break shortly.

3    BY MR. BRAMWELL:

4          Q    Do you have Exhibit 6 in front of you?

5          A    I do, yes.

6          Q    Okay.  So it doesn't look like this is

7    one instance that Miss Kotoklo is addressing,

8    right?

9          A    So it happened November 21st and then

10   the prior one of September 15th and November

11   20th.  So more than one time.

12         Q    Okay.  Were there any other instances

13   of alleged preferential treatment that Miss

14   Kotoklo provided to Mr. Eshete?

15         MR. CHARRON:  Objection, asked and answered.

16         THE WITNESS:  None other than what I stated

17   that I'm aware of.

18   BY MR. BRAMWELL:

19         Q    Did you ever address these issues of

20   alleged preferential treatment with Miss Kotoklo?

21         A    During the interview process, during

22   all of this time in September she would have been

23   aware of what I was hearing because I was sharing

24   it with her because she repeats it back to me.

Page 231

1   of six functions are at access services.

2       Q    If not for the issues of lateness and

3   alleged preferential treatment -- Actually,

4   strike that.

5            Let's take a look at Exhibit Number

6   23.

7       A    We haven't opened that one yet.

8       Q    No?  Okay.

9                 (Whereupon said document was

10                 marked as Exhibit Number 23,

11                 for identification.)

12  BY MR. BRAMWELL:

13      Q    Are you familiar with this document?

14      A    Yes.

15      Q    How are you familiar with it?

16      A    It's an e-mail from Gianna in HR to me

17  about Miss Kotoklo's termination.

18      Q    Okay.  And looking at the first e-mail

19  in the chain, Isabel -- First of all, Gianna I

20  assume that Gianna is the person who was at the

21  meeting on October 3rd when you terminated Miss

22  Kotoklo?

23      A    Correct.

24      Q    Okay.  And so on September 17th, 2019,

Page 232

1    at 12:59 p.m. you e-mail Isabel Diaz and Gianna

2    Bellavia-Johnston and you say, "Ashley and I

3    could use some guidance concerning an employee in

4    the library, do you have any time this Friday"?

5         A    I see that.

6         Q    Okay.  And you wrote that?

7         A    Yes.

8         Q    And I don't know if I identified this

9    by Bates number, I may have, but it's Kotoklo 442

10   to 443, right?

11        A    Yes.

12        Q    Okay.  And the guidance concerning an

13   employee in the library was Miss Kotoklo?

14        A    Correct.

15        Q    Okay.  And it's fair to say at this

16   point you decided you wanted to fire Miss

17   Kotoklo?

18        A    I wanted -- yes, and I wanted HR's

19   help.

20        Q    Okay.  What was the last straw?

21        A    It wasn't a matter of it being a last

22   straw.  It was a compilation of losing trust in

23   her ability to lead that department along with

24   the fact that the search process -- the way the

## Karpinski, Robert

| | |
|---|---|
| **From:** | Bellavia-Johnston, Gianna |
| **Sent:** | Friday, September 20, 2019 4:14 PM |
| **To:** | Karpinski, Robert. |
| **Cc:** | McMullin, Ashley |
| **Subject:** | RE: Hello from the Li |

Hi Rob and Ashley- I am comfortable with you writing up the termination request. Please be sure that it portrays the specific details and timeline in which Mirelle was provided feedback about performance and expectations as well as clear examples of the issues since you have been managing her. You will also want to include the work with Sarah and how Mirelle did not meet those expectations. I always tell managers to write the request to include all details as Stephanie is unaware of the situation and she needs the full picture to be able to make an informed decision.

I do want you to be aware that my last day with the University is Oct 4th and I would like to be able to see this through with you. Stephanie usually needs about 48 hours to approve a request and then we need about a day to get the term letter and logistics in order.

Once I have your request I will review right away so we can keep this moving.

Gianna Bellavia-Johnston
Employee Engagement and Equal Employment Opportunity Specialist
1 E. Jackson I Chicago, Illinois. 60604
Office Location: 14 E. Jackson I Chicago, Illinois 60604
Tel: (312) 362-8506 I Fax: (312) 476-3232
gbellavi@depaul.edu I hr.depaul.edu I www.depaul.edu

## DePaulHR...*We connect people to purpose*

CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and is intended solely for the use of the named addressee. If you are not the intended recipient, please do not read, copy, or use this e-mail, and do not disclose it to others. Please notify the sender of the delivery error by replying to this message, and then delete it from your system.

**From:** Karpinski, Robert
**Sent:** Tuesday, September 17, 2019 12:59 PM
**To:** Diaz, Isabel <IDIAZ4@depaul.edu>
**Cc:** Bellavia-Johnston, Gianna <GBELLAVI@depaul.edu>; McMullin, Ashley <AMCMULLI@depaul.edu>
**Subject:** Hello from the Li

Isabel and Gianna-

Hello-

Ashley and I could some guidance concerning an employee in the library. Do you have any time this Friday?

Thanks

1

EXHIBIT
23

KOTOKLO000442

Rob

**Robert D. Karpinski, Ph. D.**
Associate Vice-President, Academic Affairs | Office of the Provost | DePaul University
1 East Jackson Blvd. | Chicago, IL 60604-2201
Office Location: 55 East Jackson Blvd, 22nd Floor | Chicago, IL 60604-2201
Tel: (312) 362-7637 | Fax: (312) 362-5745
rkarpins@depaul.edu | www.depaul.edu

2

Page 233

1    search process was handled for Dil, Mr. Eshete.

2         Q    Because this is three-and-a-half hours

3    after the start of your meeting with the staff,

4    right, or sorry with the search committee?

5         A    Can I look back at that exhibit?

6         Q    Sure.

7         A    Yes, I met with the group on September

8    17th at 9:30.

9         Q    And the group confirmed that it wanted

10   to -- it recommended the hire of a Black

11   immigrant?

12        MR. CHARRON:  Objection, argumentative.

13        THE WITNESS:  They recommended to hire Mr.

14   Eshete.

15   BY MR. BRAMWELL:

16        Q    Okay.  Why did you go to -- why did

17   you e-mail Miss Diaz and Miss Bellavia-Johnston?

18        A    Because I wanted some help concerning

19   Miss Kotoklo.

20        Q    And that help was how to fire her?

21        A    The help was to give me guidance for

22   what the next steps would be in the process.

23        Q    Okay.  And why did you ask for a

24   meeting on Friday?

Page 235

1    then it goes on to discuss a few other things,

2    right?

3         A    Yes.

4         Q    Did you ever tell Miss Diaz or Miss

5    Bellavia-Johnston that you -- your request to

6    terminate Miss Kotoklo was coming mere hours

7    after you confirmed that her recommendation was

8    to hire a Black immigrant?

9         MR. CHARRON:  Objection, argumentative.

10   BY MR. BRAMWELL:

11        Q    You can answer.

12        A    I don't think -- I don't know.  I

13   don't remember if I did that or not.

14        Q    Should you have?

15        MR. CHARRON:  Objection, calls for

16   speculation.

17   BY MR. BRAMWELL:

18        Q    You can answer.

19        A    No.

20        Q    No, you shouldn't have?

21        A    No.

22        Q    I'm trying to understand because you

23   lambasted Miss Kotoklo for not, allegedly, not

24   telling people that critical information about

Page 236

1    Mr. Eshete.  Now, looks like you're withholding
2    critical information from your HR function.  Why
3    are you withholding that information?
4        MR. CHARRON:  Objection, argumentative.
5    That's completely inappropriate.  There is no
6    evidence he withheld anything from anybody.  He
7    said he didn't recall.
8        MR. BRAMWELL:  Stop coaching the witness
9    with the speaking objections.  You can answer.
10       MR. CHARRON:  Make an appropriate question.
11   BY MR. BRAMWELL:
12       Q     You can answer, Mr. Karpinski.
13       A     I would like the question repeated.
14       MR. BRAMWELL:  Sure.  Madam Court Reporter.
15                   (Record read by the reporter as
16                    follows:
17                    "Q  I'm trying to understand
18                    because you lambasted Miss
19                    Kotoklo for not, allegedly,
20                    not telling people that
21                    critical information about Mr.
22                    Eshete.  Now, looks like
23                    you're withholding critical
24                    information from your HR

Page 237

```
 1                     function.  Why are you
 2                     withholding that
 3                     information?")
 4        THE WITNESS:  I don't know what information
 5   I was withholding.
 6   BY MR. BRAMWELL:
 7        Q    Information that she was trying to
 8   hire a Black immigrant, right?
 9        MR. CHARRON:  Objection, argumentative.  Ask
10   a question.
11        MR. BRAMWELL:  Strike that.  And, Mr.
12   Charron, I appreciate your vigorous zealous
13   advocacy.
14   BY MR. BRAMWELL:
15        Q    Mr. Karpinski, we've determined that
16   Mr. Eshete was Black, right?
17        A    Yes.
18        Q    And we have determined he was an
19   immigrant?
20        MR. CHARRON:  Objection.  Mr. Karpinski
21   previously said he didn't know.
22        THE WITNESS:  I don't know that.
23   BY MR. BRAMWELL:
24        Q    And Mr. -- Miss Kotoklo wanted to hire
```

Page 238

1    this person, right?

2         A    She did.

3         Q    In fact, the entire search committee

4    wanted to hire that person, right?

5         MR. CHARRON:  Objection, misstates

6    testimony.

7         THE WITNESS:  I'm not sure about that.

8    BY MR. BRAMWELL:

9         Q    Okay.  But you never told HR -- Strike

10   that.  I already have an answer.

11              Take a look at Exhibit Number 3.

12                   (Whereupon said document was

13                    marked as Exhibit Number 3,

14                    for identification.)

15   BY MR. BRAMWELL:

16        Q    Are you okay, Mr. Karpinski?

17        A    I am.  I just -- I'm trying to -- I

18   don't know whether we've opened them already or

19   not because they are not marked exhibit numbers.

20   So I'm trying to keep them in a good pile.

21        Q    You might need to annotate the

22   document.

23        A    I have it open.  I have it.

24        Q    Okay.  This is Exhibit Number 3.

# Exhibit G

CONFIDENTIAL

Page 1

1 IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

2 EASTERN DIVISION

3

4 MIREILLE KOTOKLO,     )

                )

5        Plaintiff, ) No. 1:20-cv-00635

                )

6     -vs-      ) HON. JOAN B. GOTTSCHALL

                )

7 ROBERT KARPINSKI and DePAUL  ) MAGISTRATE JUDGE

UNIVERSITY,         ) M. DAVID WEISMAN

8               )

       Defendants. )

9

10

11

12       CONFIDENTIAL

13

14

15    Zoom videotaped deposition of MIREILLE

16 KOTOKLO, taken before KAREN KOSTAS, CSR, RMR, CRR,

17 RDR and Notary Public, pursuant to the Federal Rules

18 of Civil Procedure for the United States District

19 Courts pertaining to the taking of depositions, at

20 155 North Wacker Drive, Suite 4300, in the City of

21 Chicago, Cook County, Illinois, at 9:00 a.m. on the

22 2nd day of October, 2020.

23

24

CONFIDENTIAL

Page 17

1      A     Not that I -- I don't think so.

2      Q     Okay.  All right.  So why are you

3  suing DePaul and Mr. Karpinski?

4            MR. BRAMWELL:  Objection, best

5  evidence.

6            Go ahead and answer.

7      A     Because I was terminated without any

8  progressive discipline.

9            During the termination,

10  Mr. Karpinski stated that -- he asked me

11  why -- he asked me why I insisted to hire Mr.

12  Eshete.  I had a search before the evening

13  supervisor position that had no interference

14  at all.

15            There were two of us who were

16  references to Mr. Eshete, I was the only one

17  who was terminated.  Travis, a white employee,

18  was not, he was the other one who was -- who

19  served as a reference as well.

20            Cary Cline had -- There was a search

21  for a position and Cary Cline had absolutely

22  no interference when -- when they were -- when

23  they hired him from the Access Services

24  Department to the Technical Services

Page 18

1   Department.

2           There are many, many other reason

3   that I don't recall right now.  But I can come

4   back to them when I remember.

5   BY MR. CHARRON:

6       Q    Okay.  So let's unpack that a little

7   bit.

8           You said during the termination --

9   All right.

10          First you said you were terminated

11  -- Sorry.  I'm looking at my notes.

12          You said you were terminated without

13  any progressive discipline, is that right?

14          THE REPORTER:  Counsel, I can't

15  really understand you.  Can you repeat that,

16  please.

17          MR. CHARRON:  You can't understand

18  me.  I apologize.  Let me make sure my mic...

19          THE REPORTER:  Yeah.  Maybe speak

20  into your mic a little bit.

21          MR. CHARRON:  Yeah.  My apologies.

22  BY MR. CHARRON:

23      Q    So you said one of the reasons, one

24  of the bases for your claim is that you were

CONFIDENTIAL

Page 19

1    terminated without progressive discipline, is

2    that right?

3        A    Yes.

4        Q    Okay.  And why do you believe that

5    amounts to -- Sorry.

6            Why do you believe that amounts to

7    discrimination?

8        A    Because I guess the other -- I don't

9    know anybody who was terminated without

10   progressive discipline.  And I think that's

11   the only reason it was because I refused to

12   remove a black immigrant just like myself out

13   of consideration for hiring.  And that's the

14   reason why he did that.

15           He also had many different occasions

16   that demonstrated that it was discrimination

17   against people like me and -- and Dil,

18   Mr. Eshete.

19       Q    Okay.  So --

20       A    And --

21       Q    Go ahead.

22       A    And I worked at DePaul for -- for a

23   long time and I know what the progressive

24   discipline is.  We had several training.  So I

CONFIDENTIAL

Page 20

1    know how it works and I know what it is.  I

2    had none of that.

3         Q    Okay.  So prior to your termination

4    did Mr. Karpinski counsel you about your

5    performance?

6         A    What do you mean by counsel me?

7         Q    Discuss with you concerns about your

8    performance.

9         A    Yes.  He met with me --

10             MR. BRAMWELL:  Object.  I'm sorry.

11   I'm just going to object on vagueness.

12             Go ahead and answer.

13        A    Yes.  He met with me and brought up

14   a few concerns, that he had some concern, that

15   I ask him to -- to -- to explain, to

16   substantiate.  So that's -- that's the only

17   time that he talked to me about things that

18   were very, very vague and unsupported.

19   BY MR. CHARRON:

20        Q    Okay.  Do you have the depositions

21   that I sent yesterday?

22        A    Yes.  It's right behind me.

23        Q    Sorry.  The exhibits.  The exhibits.

24             Do you have the exhibits I sent

CONFIDENTIAL

Page 35

1    Mr. Karpinski make any comments about your

2    race?

3              Miss Kotoklo, are you there?

4         A    I don't remember.  I don't remember.

5              MR. BRAMWELL:  She has got to think.

6    She has got to think.

7    BY MR. CHARRON:

8         Q    I didn't know if the screen was

9    frozen.  I apologize.  I didn't mean to

10   interrupt you.

11        A    I don't remember.  Yeah.

12        Q    Okay.

13             MR. BRAMWELL:  Miss Kotoklo, are you

14   finished with your answer?

15   BY MR. CHARRON:

16        Q    Just to -- Just to clarify the

17   transcript, did Mr. Karpinski make any

18   comments about your race?

19        A    I don't remember.  But it's very

20   obvious who I am.

21        Q    Okay.  When you say it's very

22   obvious who you are, what do you mean by that?

23        A    When you see me, you know that I'm

24   black.  And when I speak, you know I'm not

CONFIDENTIAL

Page 36

1    from here.

2         Q    Okay.  How do you know that?  How do

3    you know that you're not from here?

4              I apologize.  I should have

5    clarified.

6         A    No.

7         Q    How do you -- How do -- How does

8    Mr. Karpinski know you're not from here?  And

9    by here, what do you mean?

10        A    No.  Like I am an immigrant.  That's

11   what I mean.

12        Q    Okay.

13        A    By my accent.

14        Q    Okay.

15        A    My name.

16        Q    Did Mr. Karpinski -- Did

17   Mr. Karpinski ever mention the fact that you

18   were an immigrant?

19        A    Not that I recall.

20        Q    Okay.  Does Mr. Karpinski know where

21   you're from?

22             MR. BRAMWELL:  Objection, calls for

23   speculation.

24        A    Yes.

Page 45

1   me feel small.  It's like in high school.
2   They say this about you, they say this about
3   you.  Who is this, who is that?  Who?  What?
4   When?
5       Q    Okay.  And do you -- Did
6   Mr. Karpinski tell you why he gave you some
7   examples and not others?
8       A    No.  I asked him for example.  He
9   chose the one that -- And that -- that shows
10  that maybe he had nothing, he had nothing
11  against me.
12      Q    Do you know -- I'm sorry.
13      A    Or to pin -- to pin to me.
14      Q    Do you know why he chose the
15  examples he gave?
16      A    No.
17           MR. BRAMWELL:  Calls for
18  speculation, objection.
19      A    No.  You ask him.
20  BY MR. CHARRON:
21      Q    Okay.  So as far as the bias against
22  you, and let me -- I want to make sure I get
23  this correctly, so please give me a run, you
24  don't know why Mr. Karpinski was biased

CONFIDENTIAL

Page 50

1    she said, oh, you want to consider, I don't

2    know if his name was Andrew, but for the

3    position, a white young man, one of our former

4    students, worker.  And she had no objection on

5    that.  If we wanted to hire him, and if he

6    wanted the position, that would be no problem.

7    Easy.  Easy.

8             Cary Cline was working in cataloging

9    in Technical Services, mess up something

10   there.  Was sent to me, without me knowing

11   that's the reason he was transferred to my

12   department.  They posted the position back

13   when Maxine retired.  He applied.  He had no

14   problem moving back to Technical Services.

15   None.

16            But Dil was not -- did not have that

17   privilege.  One of the reference librarian who

18   was terminated during the reduction in force,

19   the same -- same time as Dil, in, I think,

20   June, April, May, 2018, was called.  I believe

21   she was called and came to work as reference a

22   few hours.  And maybe she still does when she

23   can and when they need somebody.  Dil didn't

24   have that.

CONFIDENTIAL

Page 59

1      A     No, I don't have any evidence that

2   he made it.  I know it's under his leadership.

3   BY MR. CHARRON:

4      Q     Okay.  Going to the next example you

5   gave, it was a white student had applied for

6   the day position.

7            This is the day circulation

8   supervisor position?

9      A     Yes.

10     Q     Okay.

11     A     Yes.

12     Q     Who was the white student?

13     A     I don't remember his name.  I want

14   to say it's Andrew, but I don't remember his

15   name.  If -- If -- He was a stack maintenance

16   student, I can tell you that.  And he was the

17   only student supervisor we had for -- as a

18   stack maintenance student.  So it should be

19   easy to find his name.

20            If I -- If I may say, you may want

21   to ask Angela Jordan, she was on the committee

22   and she -- she -- he was under -- he was

23   working under her.

24     Q     Okay.  And so he applied to the day

CONFIDENTIAL

Page 60

1   position, is that correct?

2        A    Yes.  Yes.

3        Q    Okay.  You did not decide to hire

4   him, is that correct?

5        A    Yes.

6        Q    Okay.  Did you interview that

7   individual?

8        A    Yes.

9        Q    You did.  Okay.  And remind me why

10  that is different treatment from you.

11       A    Regarding the student?

12       Q    Yes.  That applied for the position.

13       A    Yes.  So regarding the student, it's

14  the fact that I had mentioned and talked with

15  Angela, I had mentioned that this young man

16  was someone we would consider for the evening

17  position.  And I shared  that -- We shared

18  that with -- with -- with Gautam who is the

19  business manager for the library and who

20  filled for Ashley who was filling for Megan.

21            So he told Ashley that this is what

22  they are considering, this young man, maybe we

23  want to consider him for the evening position,

24  he didn't get the day position.  And she came

CONFIDENTIAL

Page 61

1   to me and said Gautam told me that you are
2   considering this young man for -- for the
3   evening position.  She didn't say you cannot
4   do that, I object to this.  She seemed to be
5   fine with this decision.
6        Q    So that was -- When you say -- That
7   was your recommendation that he be considered
8   for the evening position, is that right?
9        A    Yes, that was my recommendation with
10  one of the committee who is his supervisor.
11  She was his supervisor.  And she say, you
12  know, we have those five candidates, really,
13  you know, he may be good for the evening
14  position, but the day position, we need
15  someone else for that.  The evening is sort of
16  lower than the day position.
17       Q    Okay.
18       A    Even though --
19       Q    Oop, I apologize.
20       A    Sorry.  Sorry.
21            Even though they are counterpart
22  position.  Like since we open early in the
23  morning and close late, we have two people in
24  the same -- sort of the same position.  The

CONFIDENTIAL

Page 62

```
 1   evening is lower than the day position, so we

 2   thought that was a good way for him to get

 3   started.

 4        Q    Did that individual apply for the

 5   evening position?

 6        A    No, he wasn't interested.

 7        Q    Okay.  And how is that an example of

 8   different treatment from you?

 9        A    It's an example because first when I

10   recommended, and I was in a discussion just

11   like any discussion you would have when you

12   have candidate, to Gautam, Gautam told Ashley,

13   and Ashley brought it back to me.  She didn't

14   have any issue with that.

15             But, when Dil applied, actually last

16   minute, for the position, all the red flags

17   were raised.  All the -- It became a big deal.

18   No, you cannot talk to him, you need to

19   have -- to hire -- to -- to interview all the

20   candidate, you have to do a regular interview

21   for him.

22             Even though we had called, because

23   it was clear he was the best candidate we got,

24   we got application, we called HR, the
```

CONFIDENTIAL

Page 63

```
 1   committee.  We had a conference call with HR

 2   and asked the recruitment.  And asked, we have

 3   a candidate, he seemed to be, you know, is

 4   clearly the top, he was a former employee,

 5   what -- how do we go, we have other, you know,

 6   we picked three, how do we go.

 7            They said go ahead and interview Dil

 8   first, the one you think is and then see how

 9   that goes.  And if it doesn't, then go and

10   interview the other three.  And I relayed that

11   to Ashley and it became a big -- that was the

12   beginning of the issue.

13       Q    Okay.

14       A    So -- So she asked to -- us to

15   interview the three.  So that's definitely a

16   difference here.

17       Q    Okay.  Did -- Did anybody discuss,

18   going back to the white student that was

19   potentially going to be considered for the

20   night position, --

21       A    Yes.

22       Q    -- did anybody discuss his candidacy

23   with Mr. Karpinski?

24       A    I'm sure --
```

CONFIDENTIAL

Page 65

1    Q    Okay.  And we'll get to Dil in a
2    minute.  I just want to go through your --
3    your examples as you provided them.
4          The next one I think you provided as
5    an example of different treatment was Cary
6    Cline, is that correct?
7    A    Yes.
8    Q    Okay.  And I'll kind of walk this
9    step-by-step.
10         I think the first thing you said was
11   he was transferred to your department because
12   he messed up in another department, is that
13   right?
14   A    Yes.
15   Q    Okay.  How do you know he messed up
16   in another department?
17   A    Well, I found out afterwards because
18   they didn't tell me that because they did not
19   want him any more at -- in the cataloging
20   department.  That they had to find another
21   home for him.  And it was my department.
22         I found out later that that's what
23   he had done, that he had messed up -- I'm
24   sorry for the term -- some cataloging records

CONFIDENTIAL

1   that had an impact on -- on -- a bad impact

2   on -- on the library records or something.

3   So --

4        Q    I don't want to interrupt.

5        A    Yeah.

6        Q    When did that mess-up occur, do you

7   know?

8        A    No.

9        Q    When were you told about it?

10       A    I don't -- I don't remember.  But

11  I -- The last I -- I saw was when we had to

12  make the decision for -- the decision was made

13  for the reduction in force.

14       Q    Okay.  I'll get to that.

15            So you -- you -- you don't know when

16  you were told about this -- this error in

17  cataloging?

18       A    I don't -- I don't remember is what

19  I'm saying.

20       Q    Okay.

21       A    The last -- The last I saw, to

22  refresh my memory, was when, in 2018, maybe

23  the last end of 2017, during the discussion

24  for -- for who was going to be reduced, that

CONFIDENTIAL

Page 93

1    that you and the committee wanted to interview

2    Dil only, or initially, is that correct?

3         A    Yes.

4         Q    Okay.  And then --

5         A    Yes.

6         Q    And then Ashley told you that you

7    needed to interview the three top candidates,

8    is that right?

9         A    Yes.  That she talked to Rob and he

10   wants -- he wants the committee to interview

11   the three candidates.

12        Q    And Ashley wanted -- told you about

13   that Rob wanted you to do that.  Okay.

14             And then when you met with Rob on

15   the 6th, what was the reason that he told you

16   he wanted you to interview the three top

17   candidates?

18        A    I don't think he gave a reason.  I

19   don't remember him giving a reason for me to

20   interview three candidates.

21             I know that the day before he had

22   established that we need to order -- to

23   interview the three candidates, which we did,

24   because we already had that -- we already

Page 94

1    picked up three candidates that we were

2    supposed to interview, Dil first and then see

3    and interview the other two, if needed.

4         Q    Okay.

5         A    But I don't recall him giving me a

6    reason why we needed to interview the three

7    candidates.  I know that at some point he said

8    that we could have given -- I could have given

9    Dil a courtesy interview.  And I told him I

10   don't do courtesy interviews.  I don't -- I'll

11   interview the people I'm serious about.

12        Q    Is interviewing the top three to

13   five candidates kind of a normal procedure for

14   a search committee?

15        A    Yes.

16        Q    Okay.

17        A    Yes.

18        Q    Okay.  So in your notes here,

19   looking at them, during your meeting on 9-6,

20   did Rob, or Mr. Karpinski, did he provide some

21   concerns that had been told to him about Dil,

22   did he tell you?

23        A    Yes.

24        Q    Okay.

CONFIDENTIAL

Page 104

1   the one that hired -- that received no

2   interference, that hired Matthew Wedge, I had

3   asked the reference librarian if she had

4   someone.  She said she didn't have anybody to

5   volunteer.  So I called the special -- the

6   Archives Department and Morgan Macintosh was

7   the one who volunteered.  So for this time the

8   reference -- the head of reference recommended

9   Fee (phonetic) and then she joined our

10  committee.

11      Q    Okay.  So after you and the

12  committee interviewed the three top

13  candidates, did you meet to discuss those

14  candidates?

15      A    Yes.

16      Q    Okay.  What did you discuss during

17  that meeting?

18      A    We discussed the qualifications.  HR

19  has forms to go over, so we used the forms to

20  grade each of the candidates.

21

22          (Kotoklo Exhibit 26 marked.)

23

24          MR. BRAMWELL:  Again, I'm going to

CONFIDENTIAL

Page 106

1      Q     Okay.

2      A     We talk and then she wrote, yes.

3      Q     Okay.  Perfect.  Perfect.

4            Okay.  So this is -- I think if you

5      flip down to, what is it, I guess it's only

6      two pages, the second page, it is checked

7      Potentially Hired for this Role.

8            When you, Fee (phonetic) and Travis

9      were discussing Dil's candidacy, did -- did

10     Travis discuss any concerns with you about

11     hiring Dil?

12     A     Yes, he did bring.  He initially

13     said that Dil was -- was late.  And I told him

14     he was sick, Dil was sick.  And I mean I

15     learned that after -- after he left DePaul, I

16     mean when he was reduced.  He was sick.

17           And the other concern was what if a

18     person has another job.  And I said I don't

19     think DePaul has a policy where you cannot

20     have a second job.  So that's outside of this

21     search.

22           Those are the -- the -- the comment

23     that they made that I recall.

24     Q     Okay.  Of the three candidates you

CONFIDENTIAL

Page 108

1    Q    Okay.  And when you say several, did

2    you -- did you review every résumé that you

3    received?

4    A    We -- Yes.  We went through some

5    criteria.  Yes.

6    Q    Okay.  And -- And so you reviewed

7    everything and selected those top three that

8    you ended up interviewing, is that right?

9    A    Yes.  Yes.

10    Q    Okay.  After -- After the committee

11    made the decision to recommend Dil for hire --

12    And, by the way, is the committee's decision

13    the final decision on hiring somebody?

14    A    Would you repeat the question?

15    Q    Yeah.  No problem.

16         So if -- if -- if the committee

17    recommends somebody for hire, does that mean

18    DePaul automatically hires them or does

19    somebody else need to make the decision?

20    A    Most of the time, yes, DePaul hires

21    them.

22    Q    Okay.

23    A    So that's another thing.  Matthew

24    Wedge, I just hired, I just gave the name and

CONFIDENTIAL

Page 109

1   we did the paperwork.  And that's how it has

2   been for the eighteen years I've been at

3   DePaul.  That's the way it has been.  We do

4   the committee, when we recommend somebody, I

5   tell the business manager, I tell my boss, and

6   then it goes through.

7        Q    Okay.  So after you made the

8   recommendation, and by you, I mean the

9   committee, did you have another meeting with

10  Rob, the other members of the committee, and

11  Ashley?

12       A    Yes, I think so.  Yes.

13       Q    Okay.  Can you tell me about that --

14  that meeting?

15       A    Yes, I'll tell you what I can

16  remember.

17            We -- We met and Mr. Karpinski asked

18  why we selected Dil.  So Fee (phonetic) is the

19  one who answered the questions.  He asked

20  about each candidate.  And Fee (phonetic)

21  responded what, you know, he asked if each

22  candidate could do the work.

23            He also mentioned that Travis and I

24  should have recused ourselves from serving as

CONFIDENTIAL

Page 110

1    reference to Dil.  And I told him that when I

2    received that e-mail, a call to be a

3    reference, I call HR and explain the

4    situation.  And they told me, you know, the

5    lady I talked to, talked to her boss, I got

6    clearance, and I filled the reference for --

7    for Dil.  And he told me that I should have

8    recused myself regarding what HR tells me.

9            What else.  So he asked if anybody

10   else -- if the other two candidates can do --

11   and -- and he said -- can do the job.  And so

12   Fee (phonetic) responded to that.  I -- I

13   still -- I know that Dil is the best -- was

14   the best candidate for the position.

15           What else did he ask?  And he

16   mentioned at the end of the meeting that he

17   has a family thing to attend and would get

18   back to us later.  I think he gave a date, but

19   I don't remember.

20           What else did he said.

21      Q    Did he discuss the concerns about --

22           MR. BRAMWELL:  I'm sorry.  I'm

23   sorry.  I'm sorry.

24           Miss Kotoklo, were you complete

CONFIDENTIAL

Page 111

1   with -- were you finished with your answer?

2        A    Yes.  That's what I can remember.

3   I'm still trying to remember what he says.

4            So asked if the candidates were --

5   were able do the work.  And I don't know if I

6   said that -- Yeah, I said that Dil is the best

7   candidate.  That I got the clearance from HR

8   before I serve as a reference.  And another

9   librarian also serve as a reference for Dil.

10           So that's what I can remember

11  happened in that meeting.

12

13           (Kotoklo Exhibit 34 marked.)

14

15  BY MR. CHARRON:

16       Q    Okay.  Pull up Exhibit 34.

17            Do you recognize this document?

18       A    Yes.

19       Q    Okay.

20       A    Yes.

21       Q    Is this an e-mail you sent to Rob,

22  Mr. Karpinski, following your meeting -- the

23  meeting, the meeting we just discussed?

24       A    Yes.

CONFIDENTIAL

Page 119

1    candidate.

2         Q    With performance -- With a poor

3    attendance history, correct?

4              MR. BRAMWELL:  Objection,

5    argumentative.

6    BY MR. CHARRON:

7         Q    You can answer.

8         A    Yes.  With -- With poor attendance.

9    I've worked with Dil for several years.  He

10   has served as -- in the same position that we

11   were trying to fill.  And no one in the

12   department was -- He is perfect.  Everybody

13   else is a five.  So I don't think that was an

14   issue at all.

15             We -- We were able to see that with

16   the young student assistant.

17             That we would have no problem with

18   Cary who had made very important mistakes in

19   cataloging who was able to transfer from one

20   department back and forth.  That was

21   definitely discrimination.

22        Q    Okay.  Other than -- Did anybody

23   tell you it was discrimination?

24             Sorry.  Let me rephrase that.  That

CONFIDENTIAL

Page 120

1    was not a good question.

2              Did anybody tell you the decision

3    not to hire Dil was based on his race?

4        A    I could see it.  I didn't need

5    anybody to tell me.  Because, like I said, he

6    was the best qualified candidate.  I don't

7    have -- I'm not privy to the other two

8    candidates', and I don't need to, personnel

9    file or their -- their files or their

10   background.

11             He came up on top with the search

12   committee.  We calculated excusal on the

13   Interview Feedback Form, we got the reference

14   grading, we put it, we made the addition, and

15   he came up first.  You couldn't deny it.  He

16   was the best qualified candidate.  The other

17   two, that's what it is.

18             And he was a black immigrant out of

19   the three candidates.  I don't think there

20   would have been a problem if we had selected

21   Andrew from that search.  But he was the --

22   the candidate, the best qualified candidate.

23   He was the choice of the research committee.

24       Q    Okay.  I understand your position

CONFIDENTIAL

Page 122

1          Did any of the current staff in your
2   department, the current at the time staff in
3   your department, express concerns to
4   Mr. Karpinski about Andrew Lovdahl's
5   candidacy?
6      A    Not that I know.  You have to ask
7   Mr. Karpinski.
8      Q    Okay.  I think you mentioned that
9   Dil had the best ratings.  Was that on the
10  feedback form or on the references, or on your
11  feedback form?
12     A    On -- On -- On the feedback form.
13  And he came -- He came second on the -- the
14  reference.
15          And I -- I have to mention that
16  Andrew would not have been satisfied and would
17  have been sent to reference.  But because
18  there was a lot of scrutiny, we decided to
19  send the three application to -- to HR for
20  reference, to check the references.
21     Q    Oh, I got it.
22     A    Yes.  It was a choice, it was a
23  choice, so normally we send the top two to
24  determine the references.

CONFIDENTIAL

Page 123

1      Q    Got it.  So in this sense you sent

2  all three?

3      A    We sent all three to avoid.

4      Q    That makes sense.  Okay.

5           Other than what we've talked about

6  so far, is there any other reason that you

7  believe that the decision not to hire Dil was

8  based on his race or national origin?

9      A    Yes.

10     Q    What's the other reason?

11     A    The other reason that he wasn't the

12  one to -- to be -- to be reduced -- to be

13  terminated for the reduction in force.  And he

14  was -- he was denied this -- this position

15  that he was qualified for, most qualified for.

16     Q    Okay.  Sorry.  You kind of cut out

17  at least on my end on the reduction in force.

18  What did you say about that?

19     A    I said that he was not the one that

20  was originally selected to be terminated in

21  the reduction in force.

22     Q    Got it.  Got it.

23     A    And then he was denied the position

24  that he was most qualified for.

CONFIDENTIAL

Page 178

1    remember distinctly, he asked me why I
2    insisted on hiring Dil.
3         Q    Okay.  What was your response?
4         A    I didn't say anything.  I didn't say
5    anything.  Because, again, I see the same
6    accusation, unsupported accusation.  I see a
7    termination that when I received no
8    progressive discipline at all.  That's what I
9    see.  And you can imagine my state of mind
10   that day.  Coming in for an appraisal and
11   being presented -- I didn't say anything.
12        Q    Okay.
13        A    So that's -- Those are the same
14   thing that was unsupported.  The goals were
15   established or communicated on September 12th
16   and on October 3rd I am terminated for not,
17   you know, working.  I'm -- I'm terminated for
18   the same accusations that were unsupported.
19   And -- And the expectation, you know, if there
20   was, that in fifteen or sixteen days, I would
21   improve to be at the level that was
22   satisfactory.  That's definitely retaliation.
23   Definitely.  Definitely.
24        Q    Okay.

CONFIDENTIAL

Page 179

```
 1      A    And I get no warning, no progressive
 2   discipline, at all.
 3      Q    Okay.  As far as the retaliation,
 4   did you complain to anybody at DePaul about
 5   discrimination?
 6      A    Would you be a little more specific?
 7      Q    Did you complain to anybody at
 8   DePaul about discrimination based on your
 9   race?
10      A    Yes.  Ever?  Yes.
11      Q    Who did you complain to?
12      A    I went to HR.
13      Q    When was that?
14      A    A little before -- A little -- I
15   think -- But HR may have a record.  I think it
16   was in 2000 and -- I don't want to be -- I
17   don't want to give the wrong date.  But it's
18   either -- I know it was between August,
19   September, 2017 or August, September, 2018.
20   Probably 2018.
21           And that was -- I went to talk to
22   Isabel regarding the search for the AUL
23   position that I would be reporting to.  All of
24   the people who were going to report to that
```

CONFIDENTIAL

Page 219

1    of -- of stress for me.  And it continues to

2    be.  Looking at I am going to apply for a

3    position, asking me why, why did you leave

4    that position.  And I don't know, I had to

5    stop.  I was terminated.  What was the reason?

6    There is no good reason that an employer

7    would -- would -- would say, oh, she was

8    terminated.

9           It's my reputation.  Nineteen years,

10   eighteen years I spent at DePaul.  And I was

11   treated like an unclean person.  Out of

12   nowhere, no progressive discipline at all.

13   At all.

14       Q    Not to mention -- Oops.  Sorry.

15       A    Sorry.

16           I don't have anybody here to go to

17   if I'm kicked out of this place.  I don't have

18   anybody.  And my kids are suffering.  And they

19   are not -- Because they -- they don't want to

20   tell me their suffering to add to that.

21           THE REPORTER:  I'm sorry.  Can you

22   repeat that because you broke up.

23       A    I'm sorry.  I said my kids --

24           THE REPORTER:  My kids are suffering

# Exhibit H

Page 1

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2                     EASTERN DIVISION
3    MIREILLE KOTOKLO,              )
                                    )
4                  Plaintiff,       )
                                    )
5       vs.                         )      No. 20-cv-635
                                    )
6    ROBERT KARPINSKI and           )
     DEPAUL UNIVERSITY,             )
7                                   )
                   Defendants.      )
8
9
10          The Deposition of ASHLEY MCMULLIN, taken
11    remotely via Zoom technology before JEANINE WATKINS,
12    C.S.R., pursuant to the provisions of the Federal
13    Rules of Civil Procedure of the United States
14    District Court, pertaining to the taking of
15    depositions, with parties appearing in Illinois,
16    commencing at the hour of approximately 9:00 o'clock
17    a.m. on December 16, 2020.
18
19
20
21
22
23
24

Page 19

```
 1   has gone on for four years already, right?
 2       A.   Uh-huh.
 3       Q.   So you're the assessment and marketing
 4   librarian at DePaul since you start in 2014 through
 5   July of 2019; is that right?
 6       A.   Uh-huh.  Uh-huh.
 7       Q.   Uh-huh doesn't show up on a transcript.
 8       A.   I'm sorry.  Yes.  Yes.
 9       Q.   That's quite all right.  Everybody does it.
10            And you are currently the interim associate
11   university librarian?
12       A.   No.  I am currently the -- I'm currently
13   the -- I'm not the interim.  I'm the associate
14   university librarian at this point.
15       Q.   Okay.  So in July of 2019 you go from
16   assessment and marketing librarian, and then you
17   become the interim associate university librarian;
18   is that correct?
19       A.   Yes.
20       Q.   Okay.  And then when do you become the -- a
21   full associate university librarian?
22       A.   May of 2020.
23       Q.   Okay.  All right.  So, how do you become --
24   how do you go from assessment and marketing
```

```
                                        Page 20
 1   librarian to interim associate university librarian?
 2        A.   There was an open call for the position,
 3   and I -- I expressed interest.  I had a meeting with
 4   Rob, and he made the selection in terms of who was
 5   in that position.
 6        Q.   So you didn't have to meet with the search
 7   committee to get your interim -- can we call it AUL?
 8        A.   Uh-huh.  Yes.
 9        Q.   Okay.  So you didn't have to meet with a
10   search committee to become an interim AUL?
11        A.   No.
12        Q.   Rob just said, I want Ashley, and that's
13   that?
14        A.   Yes.
15        Q.   Okay.  What about then becoming the full
16   associate -- what about becoming the full AUL?  Did
17   you have to meet with a search committee?
18        A.   No.
19        Q.   Rob just said, you know, kabam, you're now
20   the full associate university librarian?
21        A.   Yes.
22        Q.   Were multiple people interviewed for that
23   position?
24        A.   No.
```

Page 21

```
1              MR. CHARRON:  Objection.  Vague.
2    BY MR. BRAMWELL:
3         Q.   You can answer.
4         A.   No.
5         Q.   And can I ask you to keep your voice up,
6    please?  My mother is a wonderful person.
7    Unfortunately, one of her negative traits is she
8    can't hear.  And that's a trait that I inherited.  I
9    wish I inherited more of her traits.  But I just
10   need to ask you to keep your voice up, please.  All
11   right.
12             So, I'd like to talk a little bit about
13   reporting relationships starting in July of 2019
14   when you become interim AUL.  I understand that you
15   then become Ms. Kotoklo's direct supervisor; is that
16   correct?
17        A.   Yes.
18        Q.   So, you become Ms. Kotoklo's direct
19   supervisor.  And you're Travis Eastham's indirect
20   supervisor, correct?
21        A.   Yes.
22        Q.   So to draw a line, there is a totem pole or
23   however you want to call it, there is Travis Eastham
24   and directly above Travis is Mireille and directly
```

Page 27

1     Q.    Now, you said, encouraging them to

2   participate.   Was participation voluntary or

3   mandatory?

4     A.    Voluntary.

5     Q.    Okay.   So, all right.   And so when you're

6   talking about lack of participation, you're talking

7   about Ms. Kotoklo not participating in voluntary

8   activities?

9     A.    Well, it's voluntary in the sense that no

10  one is prescribing that each coordinator does a

11  specific project and it has to be done on this year,

12  but the library is responsible for doing these

13  projects, for submitting these things, and so a lot

14  of times what would happen is if we don't get

15  volunteers from across the library, it just falls on

16  the same coordinators to do the projects every year.

17  So we did get them done, but I just -- I was never

18  able to get Access Services involved in this part of

19  the work.

20    Q.    Did Ms. Kotoklo ever flat-out refuse the

21  direct instruction?

22    A.    No.

23          I guess there was one incident.   Yeah.   I

24  mean --

Page 28

1      Q.   What was that?

2      A.   It seems small at this point.  There was a

3  system where we collect data for the number of

4  questions that are asked.  We have to report that

5  for our annual statistics to the Association For

6  Colleges and Research Library, the ACRL statistics.

7  There was a system in there where we were collecting

8  reference stats.  How many questions are asked at

9  each of the desks.  And Mireille refused to run

10  those statistics.  She said she didn't base in the

11  data.

12     Q.   When was this?

13     A.   It was like in the middle of when I was at

14  -- it was kind of an ongoing issue, I would say, for

15  three to six months.  I couldn't tell you which year

16  it was.

17     Q.   Was it in 2019?

18     A.   Probably not.  I would guess it was 2018.

19     Q.   Okay.  So, a year before she's terminated,

20  approximately?

21     A.   Yes.  Or maybe it might have been two years

22  before that.

23     Q.   Okay.  But you don't recall any other

24  occasion where she flat-out refused an instruction?

Page 29

1    A.   No.

2    Q.   Have you, during your time at DePaul, you

3  know -- I'm sorry.  I forgot to ask a series of

4  questions here, and I'm just going to take a step

5  back.  I'm going to ask a question or line of

6  questions that I ask to all nonparty witnesses at

7  their deposition.  The goal of this question is not

8  to embarrass you.  So I hope it does not.  But have

9  you ever been arrested?

10   A.   No.

11   Q.   And then I assume that you've never been

12 convicted of a crime?

13   A.   No.

14   Q.   Ms. McMullin, and thank you for that.

15        Ms. McMullin, in your years at DePaul have

16 you ever been involved in the hiring, in the process

17 to hire somebody other than the day or the night

18 circulation supervisor positions that came open in

19 2019?

20   A.   Yes.

21   Q.   Yes.  Okay.  When was that?

22   A.   I was on the search committee for

23 university archivists.  That was, I want to say that

24 was either 2018 or 2019.  And we all participate in

Page 32

1    feedback.  You gather all that information.  And

2    then the search committee takes all of that

3    information, and do you check references at all?

4        A.   Yes.

5        Q.   Okay.  So then you check references.  And

6    you gather all that information.  And then you make

7    a recommendation.  Is that correct?

8        A.   Yes.

9        Q.   Do you do anything else?

10       A.   Oftentimes they will have met -- for the

11   librarian level they would have met with the

12   university librarian and so we would check with, you

13   know, you might have a conversation with them about

14   that.  And it would also depend on if the hiring --

15   the person who ran the search committee was the

16   direct hiring manager, whether, you know, like

17   different conversations might need to be had based

18   on who that person is going to be working most

19   directly with.

20       Q.   And then the search committee makes a

21   recommendation ultimately?

22       A.   Yes.

23       Q.   And then it's up to the university

24   librarian to say, you know, thumbs up or thumbs

Page 33

1   down?

2       A.   Yeah.  I guess.  I think that -- I don't

3   know of an instance where that is usually the case

4   that they would take the recommendation of the

5   committee.

6       Q.   Have you ever, other than the night

7   circulation supervisor position at issue in this

8   litigation, have you ever -- are you aware of any

9   cases where a search committee's recommendation has

10  not been followed?

11      A.   Only through word of mouth.  Not my own

12  experience.

13      Q.   You have no firsthand knowledge of any of

14  that?

15      A.   Yeah.  I mean I've heard from people who

16  are on search committees that there were times where

17  there was disagreement within the search committee,

18  and that the head of the search committee made a

19  final determination that might not have been in line

20  with what everybody on the committee would have

21  preferred, but I have never had that personal

22  experience.

23      Q.   Okay.  And certainly you've never heard of

24  a unanimous search committee's recommendation being

Page 34

1   rejected other than the recommendation of the
2   university hire, Mr. Eshete?
3       A.   No.
4       Q.   Now, I want to ask you about -- have you
5   read Ms. Kotoklo's lawsuit?
6       A.   No.
7       Q.   All right.  I understand in late summer,
8   early fall of 2019, that two positions came open at
9   the library; is that right?
10      A.   The two Access Services?
11      Q.   Yes.  There were two positions, a day
12  circulation supervisor and a night circulation
13  supervisor position?
14      A.   Yes.
15      Q.   What's the difference between the two
16  positions?
17      A.   Well, I think that at the time there was a
18  bigger difference than there is now, so it's a
19  little bit harder for me to speak to it.  But the
20  day circulation supervisor -- so, during the day it
21  tends to be busier than it is in the evening.  The
22  evenings are a little bit quieter.
23           The day circulation supervisor, especially
24  at that time, had more supervision responsibilities

1   in terms of working with student employees.

2           The person we had had in that role took a

3   lot of initiative and had been there for a very long

4   time, and so she -- she had a lot of additional

5   duties in her job responsibility.

6       Q.   Who was the person in the day position?

7       A.   April Hummons.

8       Q.   And it was a Miriam Usmani in the night

9   circulation position?

10      A.   Yes.

11      Q.   And thank you for drawing the distinction

12  between what the world looked like in 2019 and what

13  is looks like now.  In 2019 are there other

14  differences between the day and night circulation

15  supervisor positions?

16      A.   Not that I can think of off the top of my

17  head.

18      Q.   Okay.  I'd like you, please, to open up the

19  documents that I have marked as Exhibit Numbers 3

20  and 4, please.

21           (Exhibit Numbers 3 and 4 were

22           introduced for the record.)

23      A.   What should I do with the documents that I

24  already opened?

Page 43

1   of telling people when he first meets them that his

2   name is Ethiopian, he's lying?

3           MR. CHARRON:  Objection.  Calls for

4   speculation.

5   BY MR. BRAMWELL:

6       Q.   You can answer.

7       A.   I don't -- I don't think that means he's

8   lying.  I just don't remember him saying that.

9       Q.   I understand that Mr. Eshete was in

10  consideration to serve as the night circulation --

11  I'm sorry.  Strike that.  Let's strike that and

12  start again.

13          I understand that in 2019 Mr. Eshete was

14  under consideration to serve as the night

15  circulation supervisor; is that correct?

16      A.   Yes.

17      Q.   And Ms. McMullin, what's your race, by the

18  way, just so the record is clear?

19      A.   I'm white.

20      Q.   When did you first learn that Ms. -- that

21  Mr. Eshete was under consideration to serve as the

22  night circulation supervisor?

23      A.   It would have probably been, you know,

24  August or -- I'm assuming it was in August.

Page 47

1    question that we had.  Yes.  I'm guessing it was

2    Isabel Diaz.

3        Q.   And what did HR tell you?

4        A.   That you would still bring in a candidate

5    for a full interview even if they've been there

6    before.

7        Q.   Did you understand that you only had to --

8    I'm sorry.  Let me just strike that.

9             Did you understand that you needed to bring

10   in multiple candidates?

11       A.   I don't know.  I don't think that HR

12   required that you had to bring in multiple

13   candidates.  Yeah.

14       Q.   Okay.  And you don't remember if it was

15   just you or if it was you and Rob that had this

16   conversation with HR; is that correct?

17       A.   I don't.  I'm sorry.

18       Q.   That's quite all right.  But you are sure

19   that you participated in that conversation with HR?

20       A.   I think I did.

21       Q.   Okay.

22       A.   There were -- yeah.  I'm sorry.  There were

23   a couple of, you know, emails and phone calls back

24   and time around the time around these interviews.

Page 53

1      Q.   Okay.  What were the attendance problems?

2      A.   I didn't know that he had attendance

3  problems when we first started the search.  I

4  learned about it from, you know, once we received

5  this email, we also received feedback from multiple

6  other staff members in the department that said they

7  actually had -- they gave examples that they had

8  been taking days off because they were so frustrated

9  that Dil took so many days off.  That was like their

10  way of, I don't know, less -- evening it out.  They

11  called them Dil days.  Which was really surprising

12  to me.

13          And then we confirmed that when we

14  contacted HR and they said that -- they gave us a

15  list of the dates and I think that Dorian at some

16  point compared that.  Dorian is our administrative

17  assistant.  So that was kind of how we investigated

18  that.

19      Q.   Who were these other members of the

20  department who you spoke with?

21      A.   What other -- which -- oh.  Of Access

22  Services?

23      Q.   Yes.

24      A.   There was --

Page 54

1      Q.   You were talking about?

2      A.   I'm sorry, what?

3      Q.   Who were these people talking about Dil

4   days?

5      A.   About his attendance?

6      Q.   Yes.

7      A.   So, there was a day further along in the

8   search where Eric Venable reached out to Rob

9   Karpinski saying that he wanted to meet regarding

10  the search.  And Rob said, you know, Ashley should

11  really be part of this meeting.  I'm going to bring

12  her in.  And then when we went to meet with Eric,

13  every person in the department came except for

14  Travis Eastham and Mireille, and they came in to

15  share their concerns about the hire of Dil.  They

16  were concerned about what that would do for staff

17  morale in the department.  They wanted to share --

18  that's when I learned about the Dil days thing.

19  They shared about attendance and about performance

20  concerns.

21     Q.   Who is, every person in the department

22  other than Travis and Mireille?

23     A.   Eric Venable, Becky Pagan, Angela Jordan,

24  Jamahl Stann.  I think that was it at the time.

Page 55

1   Because we had the open position.

2       Q.   Now, Mr. Eshete was undergoing treatment

3   for cancer at the time, right?

4       A.   I did not know that.

5            MR. CHARRON:  Let me get my objection in,

6   Ashley.

7            Objection.  Calls for speculation.

8   BY MR. BRAMWELL:

9       Q.   You can answer.

10      A.   I did not know that.

11      Q.   If Mr. Eshete had latenesses or absences

12  because he was undergoing treatment for brain

13  cancer, would that be a good reason that he would --

14  for attendance issues?

15           MR. CHARRON:  Objection.  Purely

16  hypothetical.

17  BY MR. BRAMWELL:

18      Q.   You can answer.

19      A.   Yes.  Those would be good reasons to be

20  out.

21      Q.   Do you need a break?

22      A.   I'm okay right now.

23      Q.   Okay.  Did you ever tell anyone in the

24  library that Mr. Eshete was applying for the night

Page 62

1    pulled, in their mind, had not pulled their share,

2    or who had received preferential treatment or who

3    had had extended absences, that that would not be

4    good for, you know, the improvements on morale that

5    Rob and Mireille had been working on.

6        Q.   Now, you mentioned that Ms. Kotoklo told

7    you at this time that Mr. Eshete had health

8    problems.  Did either you or Mr. Karpinski explore

9    that at all?

10       A.   I don't think that we asked what they were.

11   It seemed like she was not being forthcoming about

12   it.  I mean she didn't come out and say, Dil had

13   brain cancer at that time.  She just said that he

14   had health issues.  And I did not explore it

15   further.

16       Q.   Okay.  Did you or Mr. Karpinski take that

17   information that you had gotten about these health

18   issues and offer to talk to staff about them?

19       A.   No.  I'm not sure, but I would have --

20   that's something where I wouldn't think to talk to

21   staff about another employee's health issues.

22       Q.   What about just telling staff, hey, look, I

23   understand the absence issues.  There is a good

24   reason for them, and we don't expect them to

Page 63

1   continue?  Was there anything like that?

2       A.   No.

3       Q.   Anybody offer to -- offer any

4   administrative support to Mireille that would have,

5   you know, helped staff understand that Dil's

6   absences were for legitimate reasons as opposed

7   to -- or could be for legitimate reasons as opposed

8   to illegitimate ones?

9       A.   No, we did not do that.

10      Q.   What's the policy if there is an employee

11  who can't cover a shift in the library?

12      A.   I don't know that we have the -- like can

13  you rephrase your question, in the sense of, like

14  are you specifically asking about Access Services?

15      Q.   Sure.  Let's go to Access Services.  You

16  have a staff member who is supposed to show up for

17  work on this evening.

18      A.   Okay.

19      Q.   They're supposed to show up for work this

20  evening on December 16.  All of a sudden you hear

21  that they can't show up for -- that they just can't

22  show up.  What happens?

23      A.   It would depend on what -- that's why I

24  asked for clarification.  It would depend on which

Page 66

1    department.

2        Q.   Okay.  So, if somebody calls off and you

3    can't get coverage for one of your immediate

4    employees because they just can't take the shift,

5    there is no list of people that you could call up to

6    just, you know, sub for the evening or --

7        A.   No.  I mean everybody in the department

8    knows each other, so I think that they would just

9    kind of do it from who they know.  Then there is

10   also student employees.  We usually try to have a

11   staff member there.  So, I don't know that that

12   would be, you know, a full substitution, but -- and

13   I don't know that it's happened, but they could also

14   potentially call, you know, Mireille, call me.  You

15   know, one of their supervisors if they are in a real

16   situation where they don't have coverage.

17       Q.   Okay.  Going back to Exhibits Number 6 and

18   Number 9.  Both of them mention preferential

19   treatment that was allegedly given to Mr. Eshete.

20   Do you see those references?

21       A.   Yes.

22       Q.   I'm sorry.  You need to speak up, please.

23       A.   Yes.

24       Q.   How was Ms. Kotoklo giving preferential

Page 67

1    treatment to Mr. Eshete?

2         A.   I -- I don't have like the specific

3    examples because I didn't work in the actual

4    department.  Things that -- I thought that this was

5    really related to how she would have handled his

6    absences.  I don't have a specific example.

7         Q.   Okay.  When you had this meeting with the

8    entire Access Services committee, did they talk

9    about examples of preferential treatment?

10        A.   They talked about examples of times where

11   there was work that didn't get done, and they felt

12   like Mireille didn't really step in or handle that

13   situation.  So, I would say that was kind of what

14   they were getting at when they talked about

15   preferential treatment in that meeting.

16        Q.   Okay.  Do you remember when this meeting

17   was?

18        A.   No.  I'm sorry.  I don't.

19        Q.   Was it before or after this September 6th

20   meeting with Ms. Kotoklo?

21        A.   Well, since the email from Miriam came on

22   the 5th and this is the 6th, I would guess it was

23   after, but I can't say for sure.

24        Q.   Was it before or after a -- that the

Page 70

1      A.   I guess I didn't specifically reach out to
2  her about it because I felt like the staff had come
3  to us in confidence to talk about their concerns.
4  They were really specific, specifically about some
5  concerns about Mireille as well.  And just in the
6  amount of time that was going on between all of
7  those things, you know, I did not -- I didn't have
8  time.  I didn't -- not that I didn't have time like
9  in my day-to-day, but enough time hadn't gone by to
10  have that conversation with her, and I don't know
11  still if that would have been appropriate.
12      Q.   So if I understand correctly, there were
13  two issues raised by the Access Services staff.  One
14  issue with respect to Dil and one set of issues with
15  respect to Mireille.  Is that right?
16      A.   Yes.
17      Q.   Okay.  You could have separated those
18  issues out, right?  You could have spoken to
19  Ms. Kotoklo only about the issues related to a
20  potential hire if you thought they were important,
21  correct?
22          MR. CHARRON:  Objection.  Improper
23  hypothetical.
24  BY MR. BRAMWELL:

Page 71

1     Q.   You can answer.

2     A.   Yes, we could have.

3     Q.   Why didn't you?

4     A.   I guess it would go back to the same thing

5  that I just said.  I felt like they came to us in

6  confidence, and we were working on building trust

7  and morale and teamwork and collaboration in the

8  department.  And I don't know that that would have

9  helped.

10    Q.   What were the concerns about Mireille?

11    A.   So, for example, when we asked, you know,

12 well, how did Mireille -- you know, like with the

13 situations with Dil and this issue of preferential

14 treatment and not getting the work done, we said,

15 well, did you talk to Mireille about that?  Like

16 what kind of a response did you receive?  Things

17 like that.  And they said, no, Mireille had told us

18 that she doesn't want us to come to her with issues

19 about each other.  She doesn't want us to come to

20 her if we have something negative to say about one

21 of our colleagues.  So they had stopped talking to

22 her about that sort of thing.

23    Q.   Who said that?

24    A.   I couldn't tell you which them it was.

Page 72

1   There was consensus about most of the things.  They

2   were talking over each other and all kind of --

3   yeah.

4       Q.   How long did this meeting last?

5       A.   No more than an hour.

6       Q.   And you and Rob were both there as well as

7   the members of Access Services except for Mireille

8   and Travis.  Anybody else there?

9       A.   No.

10      Q.   Were any notes taken?

11      A.   Again, I might have taken notes myself, but

12  it wasn't like a scheduled meeting.  It wasn't

13  something like where you would take minutes for it.

14  So nothing official.

15      Q.   Did Rob take notes?

16      A.   I don't know, but maybe.

17      Q.   Did you see him taking notes?

18      A.   I don't remember.

19      Q.   Did you report any of these issues to HR?

20      A.   Well, we had several conversations with HR,

21  as I said, throughout this entire process.  So, it's

22  likely that that was one of the things that we

23  discussed with them.

24      Q.   All right.  So, just to summarize, all of

Page 73

1   Access Services with the exception of Mireille and

2   Travis meet with you and Rob sometime between

3   September 6th and September 17th for at least an

4   hour, and during that meeting there were lots of

5   complaints about Dil.  Is that fair?

6        A.   Yes.

7        Q.   Okay.  And you never shared any of this

8   information with Mireille?  Is that fair?

9        A.   Yes.

10       Q.   And you never shared -- did you share any

11  of this information with Travis Eastham?

12       A.   No.

13       Q.   What about Fi Rismiller?

14       A.   No.

15       Q.   I'd like you to take a look, please, at

16  Exhibit Number 8.

17       A.   Would now be an okay time to take a short

18  break?

19       Q.   Absolutely.  How much time do you need?

20       A.   Just a restroom break.  Five minutes?

21            MR. BRAMWELL:  Five minutes.  Let's come

22  back at 10:42, please.

23            THE WITNESS:  Okay.

24            (There was a discussion

Page 75

1      Q.   And you wanted to meet with the candidates
2   for the evening search committee -- I'm sorry.
3   Strike that.  Let me start that again.
4           You wanted to meet with the candidates for
5   the evening circ supervisor position, is that right?
6      A.   Yes.  Same as the daytime.
7      Q.   And did you avail yourself of this
8   opportunity?
9      A.   Yes.
10     Q.   So you met with Mr. Eshete during his
11  interview process, correct?
12     A.   Yes.
13     Q.   Why didn't you just ask to join the search
14  committee?
15     A.   I -- that's just not how we normally would
16  have done things.  You know, I'm not supposed to be
17  part of their search committee itself.  It's more as
18  a, like I had said before, as a resource for
19  Mireille or folks on the circ committee if there
20  were any issues that should arise or if there were
21  any, you know, glaring concerns or something like
22  that.
23     Q.   But of after Dil's candidacy is rejected,
24  you then get on the search committee for the night

Page 81

1      Q.   I'm sorry?

2      A.   Yes.

3      Q.   Yes, it was.  Did you share any of the

4   information about your interview with Mr. Eshete

5   with any members of the search committee?

6      A.   I don't remember any specific

7   conversations.  I don't think there was anything,

8   again, like there was no -- nothing specific to

9   share between the three candidates that stood out.

10     Q.   Okay.

11     A.   On my one-on-one's with them.

12     Q.   So you met with each of the three

13  candidates, and you were agnostic toward their hire?

14  You didn't prefer any one candidate over another?

15     A.   I would not say that I was agnostic.  Each

16  of the candidates had pros and cons for sure.  They

17  had strengths and weaknesses.

18     Q.   Sorry.  Continue.

19     A.   So, amongst the three, I don't -- I wasn't

20  100 percent sold on any of them.  You know, I had

21  the information about Dil, like the concerns about

22  all of that.  And the other two each had things

23  that, you know, just weren't, neither of them, one

24  was better than the other.  Neither of them was the

Page 82

1    perfect candidate.

2        Q.    Could you have told the search committee to

3    take Dil out of the running?

4        A.    I don't know.  Wait.  Could I have in what

5    sense?  Like was I allowed to?

6        Q.    Yes.  Were you allowed to?

7        A.    I don't know.  I guess we could have.  We

8    had approached it as we met with Mireille in that

9    meeting that we had with her one-on-one with the

10   expectation that she would consider those concerns

11   and share them with the search committee.

12           So that's why a lot of these things that

13   you're asking me about might not have happened,

14   because we really had thought by sharing our

15   concerns with Mireille, that she would share those

16   with the other members of the search committee.

17       Q.    Do you have any reason to suspect she did

18   not share those concerns with the search committee?

19       A.    Yes.

20       Q.    Why do you believe that she did not share

21   them with the search committee?

22       A.    At some point when I had -- I talked to Fi

23   about how the search had been going.  And one of the

24   things that came from that conversation was that

Page 96

1    that big group meeting?

2         A.   Not with me that I recall.

3         Q.   Are you aware of any conversations with

4    members of Access Services and other people about

5    the search?

6         A.   No.

7         Q.   Now, I'd like to ask you to please open up

8    Exhibit Number 11.

9              (Exhibit Number 11 was

10             introduced for the record.)

11             Just let me know when you have it open,

12   please.  Again, I'm looking at a different screen.

13   It's Kotoklo, for the record, Kotoklo 317.

14        A.   I'm sorry.  What's that?

15        Q.   It's Kotoklo 317 is what's the Bates number

16   is, and it's Exhibit Number 11.

17        A.   Yes.

18        Q.   You have it open.  Are you familiar with

19   this document?

20        A.   Yes, I am.

21        Q.   How are you familiar with it?

22        A.   This is the email that Mireille sent to me

23   with the recommendation for hiring Dil.

24        Q.   And it looks like up top there is another

**Karpinski, Robert**

| | |
|---|---|
| **From:** | McMullin, Ashley |
| **Sent:** | Thursday, October 24, 2019 2:19 PM |
| **To:** | Karpinski, Robert |
| **Subject:** | FW: Recommendation for hire for Evening Supervisor position |

**From:** Kotoklo, Mireille <MKOTOKLO@depaul.edu>
**Sent:** Monday, September 16, 2019 4:48 PM
**To:** McMullin, Ashley <AMCMULLI@depaul.edu>
**Cc:** Eastham, Travis <teastham@depaul.edu>; Rismiller, Firouzeh <FRISMILL@depaul.edu>
**Subject:** Recommendation for hire for Evening Supervisor position

Hello Ashley,

The Search Committee (Fi, Mireille and Travis) has completed its search for the Evening Circulation Supervisor position at the JTR Library.

After screening thirty candidates and initially choosing five candidates, we identified the top three for in-person interviews. We deemed the other two candidates less qualified for this position.

The search committee interviewed Andrew Lovdahl, Dilnesa Eshete and Diane Madrid on Monday September 9, 2019.

Dilnesa Eshete has the most relevant experience of the three candidates. He has served in the same position at the Loop campus and served at the Access Services desk at the JTR library for several years. He knows all the procedures and policies in the Department. He requires minimal training and will be operative immediately. He was part of the 2017-18 reduction in force and has priority according to the University.

Diane Madrid ranks second in her experience. She has Circulation experience. She scored the lowest for her references. As a veteran, Diane has priority according to the University.

Andrew Lovdahl is the least experienced of the three. He has no Circulation experience. He received the best references of all three candidates however.

After careful consideration of all information obtained, including references, we recommend Dilnesa Eshete for the position.

Thank you,

.MK

i

KOTOKLO000317

**EXHIBIT**

**11**

Page 106

1      A.   No, I don't.

2      Q.   Do you believe that Ms. Kotoklo pressured

3  Fi or Travis?

4           MR. CHARRON:   Same objection.

5  BY MR. BRAMWELL:

6      Q.   You can answer.

7      A.   I don't know if I would call it pressure.

8  It's just based on my conversation with Fi that it

9  sounded like, as the person who's the supervisor in

10  that position, if you take a really strong stance on

11  it, the other members of the search committee might

12  defer to you.

13     Q.   Would you agree that Mr. Karpinski took a

14  really strong stance that Dil should not be hired?

15     A.   Yes.

16     Q.   And Ms. Kotoklo did not defer to that, did

17  she?

18          MR. CHARRON:   Objection.

19  BY MR. BRAMWELL:

20     Q.   You can answer.

21     A.   No.

22     Q.   This, beginning with the search committee

23  on -- I'm sorry.  Let me strike that and start

24  again.

Page 121

1     A.   Yes.

2     Q.   All right.  And did you have any

3 conversations with Gianna or Isabel or anyone else

4 at HR?

5     A.   Yes.

6     Q.   When did you have conversations?

7     A.   Who did I have conversations with?

8     Q.   When did the conversations occur?

9     A.   I don't know.  I don't know.  I actually

10 don't even know the date that Mireille was

11 terminated so I'm having a hard time putting the

12 timeline together here for things that happened so

13 close together.

14     Q.   If the record shows that Mireille was

15 terminated on October 3rd, would you agree with

16 that?

17     A.   Yes.

18     Q.   So, what was this conversation then that

19 you had with HR following the September 17th email?

20     A.   Yeah.  So, at this point we're kind of

21 talking through whether to continue working through

22 the goals that we've established with Mireille and

23 possibly setting her up on a performance improvement

24 plan, or if it would be more appropriate to

Page 122

1    terminate.

2        Q.   So, Mireille was not on a performance

3    improvement plan at this point?

4        A.   No.

5        Q.   Was she on any progressive discipline at

6    this point?

7        A.   Not that I know of.  There had been a

8    meeting scheduled, we found out from HR, with the

9    previous administration.  And that meeting did

10   not -- Mireille didn't come to the meeting.

11       Q.   Okay.

12       A.   Is what they said.  I was not there.

13       Q.   And she was not on progressive discipline

14   that you knew of?

15       A.   No.

16       Q.   Okay.  Did you discuss this September 17th

17   email at Exhibit 19 with Rob before he sent it?

18       A.   Oh.  The one to have the conversation?

19   Yes.

20       Q.   What did you say to Rob and what did Rob

21   say to you?

22       A.   I don't know the specifics, but like I

23   said, we were trying to figure out the best way to

24   approach something like this.  We just wanted HR's

Page 140

1    to bring up other issues to you?

2        A.   Oh.  Yes.  I would think that Mireille

3    would know that if there were any issues with Dil's

4    work performance or his attendance or any of the

5    things that we were asking about, that she should

6    bring those to our attention, yes.

7        Q.   But the issue with respect to progressive

8    discipline, she brought that to your attention; she

9    just didn't say, I also didn't put him on

10   progressive discipline?

11       A.   Yes.  Well, she didn't share about the

12   no-call-or-no-show or anything like that.  She just

13   said that yes, he had had attendance issues but it

14   was related to the health condition.

15       Q.   So, I want to go back now to this meeting

16   on September 17th with the search committee.  After

17   that meeting ends, do you and Mr. Karpinski have

18   further discussion about Dil's hire?

19       A.   Yes.  We must have.

20       Q.   What do you say to him and he to you?

21       A.   I honestly don't remember how the

22   conversation went between him and me.  I don't

23   remember.

24       Q.   Okay.  You just know that, again looking at

# Exhibit I

Page 1

1          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                   EASTERN DIVISION
3    MIREILLE KOTOKLO,              )
                                    )
4                 Plaintiff,        )
                                    )
5       vs.                         )      No. 20-cv-635
                                    )
6    ROBERT KARPINSKI and           )
     DEPAUL UNIVERSITY,             )
7                                   )
                  Defendants.       )
8
9
10          The Rule (30(b)(6) Deposition of Ashley
11   McMullin, DePaul University, taken remotely via Zoom
12   technology before JEANINE WATKINS, C.S.R., pursuant
13   to the provisions of the Federal Rules of Civil
14   Procedure of the United States District Court,
15   pertaining to the taking of depositions, with
16   parties appearing in Illinois, commencing at the
17   hour of approximately 1:20 p.m. on December 16,
18   2020.
19
20
21
22
23
24

Page 16

1      A.   No.

2           MR. CHARRON:   No.

3    BY MR. BRAMWELL:

4      Q.   I asked with respect to Topic Number 7, the

5    performance of a white student Andrew as disclosed

6    in the transcript of Ms. Kotoklo's deposition.

7    Documents were produced, Bates labeled Kotoklo 3165

8    to 3173.  Do you see those?

9      A.   Yes.

10     Q.   This references a student named Austin.

11   Does Austin go by Andrew?

12     A.   Not that I know of.

13     Q.   Did Austin apply to serve as the day

14   circulation supervisor?

15     A.   Yes, he did.

16     Q.   Does Austin have any issues with

17   attendance?

18     A.   I believe that he did have some absences

19   that were related to a health issue.

20     Q.   Okay.  Is it true that Austin was -- okay.

21   He did have some absences related to a health issue?

22     A.   Yes.

23     Q.   Okay.  I asked about the receipt of flowers

24   or a plant by Tammy Leudtke.  Did I pronounce that

# Exhibit J

Page 1

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2                     EASTERN DIVISION
3    MIREILLE KOTOKLO,              )
                                    )
4                   Plaintiff,      )
                                    )
5       vs.                         )      No. 20-cv-635
                                    )
6    ROBERT KARPINSKI and           )
     DEPAUL UNIVERSITY,             )
7                                   )
                     Defendants.    )
8
9
10          The Deposition of FIROUZEH RISMILLER, taken
11   remotely via Zoom technology before JEANINE WATKINS,
12   C.S.R., pursuant to Rule 30 of the Federal Rules of
13   Civil Procedure of the United States District Court,
14   pertaining to the taking of depositions, with
15   parties appearing in Illinois, commencing at the
16   hour of approximately 10:40 o'clock a.m. on
17   December 18, 2020.
18
19
20
21
22
23
24

Page 25

1   logic, but I mean, again, I agreed with the

2   recommendation.

3       Q.   Okay.  And then was there any, ever any

4   discussion about just interviewing one of the

5   candidates?

6       A.   Yeah.  So, I don't remember the order, but

7   I think -- I remember Dil's resume.  I don't know if

8   Dil applied later or the last resume received, but

9   his resume came in later than everybody else that we

10  had been kind of going through and reviewing the

11  resume.  And once that resume -- I don't know, I

12  think the name -- I don't know what the process is

13  how the resumes get added.  I think HR works with

14  the hiring manager.  But when Dil's resume came up,

15  Mireille was interested only in interviewing him.

16  And she, yeah, so that's -- that's when she let us

17  know that he had had a similar position in the past

18  and had worked in the library for some years, and he

19  would be a great candidate.  So, that's when that

20  came up.

21      Q.   Did you agree with that decision?

22      A.   To only interview Dil?

23      Q.   Yes.

24      A.   I mean again, I think he had had --

Page 26

1   Mireille mentioned that he had had the position in

2   the past and he had been part of the layoff.  And he

3   would be a good candidate.  So, yeah, with that

4   logic, we talked about if it's okay with HR I would

5   not have a problem with moving forward with only

6   interviewing Dil.

7       Q.   Were you ever part of a conversation with

8   HR about that topic?

9       A.   I think Mireille called our HR person from

10  the conference room that we were kind of discussing,

11  and she tried to reach our HR.  I think -- again, I

12  don't remember like the logistics of it.  And then I

13  don't think she was able to reach HR right then.  I

14  think she left a message for them.  But I think

15  somehow -- I don't know if it was the same like

16  while we were sitting in that room that she got the

17  word from HR or somehow HR I think had reached out

18  and mentioned that, I don't think there was any

19  policy against it.  That's as much as I remember.

20          MR. BRAMWELL:  I'm sorry.  There was a

21  hiccup.  Can you read the question?

22          (The requested portion

23           of the record was read.)

24          MR. BRAMWELL:  Back on the record.

Page 29

1      Q.   Could everybody -- did everybody have the
2  ability to determine what the questions were going
3  to be?
4      A.   Yes.  I think we had like a list of
5  questions, and we might have reviewed them and --
6  yes.
7      Q.   Did anybody ever at any point raise a
8  question about Dil's attendance record?
9      A.   Can you repeat that, please?
10     Q.   Sure.  Did anybody during this time raise
11 any questions about Dil's attendance record?
12     A.   I apologize.  My daughter is right here.
13 Sorry.
14          (Discussion off the record.)
15          I lost my train of thought.  Do you mind
16 repeating the question?
17     Q.   Sure.  Around this time does anybody raise
18 any issues about Dil's attendance record?
19     A.   Yes.  During the process of kind of -- I
20 don't remember when it was, but Travis brought up
21 that in the past, when Dil had worked in the
22 library, he hadn't always been reliable.
23     Q.   Do you remember approximately when Travis
24 brought this up?

Page 30

1      A.   No, I don't.  I don't know if it was before

2   we interviewed Dil or after.

3      Q.   Was it before you made your recommendation

4   to hire him?

5      A.   Yes.

6      Q.   So you -- you were aware that before

7   recommending that Dil was to be hired, you were

8   aware that he had attendance issues in the past?

9      A.   Yes.  That question came up during his

10  interview.

11     Q.   Oh.  It did.  All right.  And I assume that

12  Dil answered the question to everyone's

13  satisfaction?

14     A.   He answered the question.

15     Q.   But not -- let me ask it this way.  Did it

16  answer it to your satisfaction?

17     A.   I mean it wasn't something that I could

18  judge.  I wasn't his supervisor in the past.  I

19  never worked with him.  He wasn't part of my team.

20  So, again, I don't know.  I mean I guess he gave an

21  answer.

22     Q.   All right.  You took all the notes for the

23  interviews?

24     A.   I took my own notes during the interviews.

Page 31

1    We all took our own notes.  Well, I took my own

2    notes during the interviews, yes.

3         Q.   And then after the interviews end, what

4    happened?

5         A.   After the interviews ended, we met.  And we

6    talked about the candidates.  And we made

7    recommendations.

8         Q.   Okay.  Do you remember any of the

9    discussions?

10        A.   Not specifically.  I think -- again, I

11   don't remember if the conversation about Dil's

12   attendance in the past was something we talked about

13   during that time or when his resume came out.  But,

14   yeah, we -- we met and we talked about candidates

15   and we kind of moved forward.

16        Q.   Okay.  What about the -- what about any

17   questions about the propriety of somebody having a

18   second job?  Do you recall any conversations about

19   that topic?

20        A.   I don't recall.

21        Q.   Did you ever ask during these meetings

22   about Dil having a second job and whether that was

23   okay?

24        A.   I don't -- I don't think that was something

1    that was an issue.  I don't actually, now that you

2    mention it, I don't even remember that he had a job,

3    a second job.

4        Q.   Okay.  When did the committee decide that

5    it was going to recommend Dil?

6        A.   I don't remember the date, but it was after

7    one of the meetings that we had after we had

8    interviewed all of the candidates.  And we talked

9    about them.  And we discussed the candidates' pros

10   and cons.  And then I remember Mireille wanted

11   somebody who could hit the ground running.  And she

12   had mentioned that, you know, Dil was a great

13   candidate because he had done the job before.  And

14   something very similar.  I don't know the capacity

15   of his previous role, but he knew the job, and she

16   didn't want to train anyone, and she wanted to make

17   sure that somebody who could come onboard and do the

18   job right away.  And that's why we went with Dil.

19       Q.   And was the recommendation for Dil

20   unanimous?

21       A.   I believe so.  Yes.  There were a couple of

22   other candidates that we interviewed, and I believe

23   their recommendations were that they could all

24   perform the job.  But again, given that the other

Page 33

1    candidates weren't from DePaul and they required

2    some training, and Mireille was the hiring manager

3    and she wanted somebody to start and hit the ground

4    running, we all agreed to hire Dil.

5        Q.   All right.  Was he yours first choice?

6        A.   He was not.

7        Q.   No?  Who was your first choice?

8        A.   I don't remember who my first choice was.

9    But I remember Dil wasn't my first choice.

10       Q.   Did you have any objections to Dil?

11       A.   You know, it wasn't like any objections,

12   but I thought, you know, the other candidates, and

13   again I don't remember the details of their

14   experiences, but I thought their job experiences

15   would be a better fit for the position.

16       Q.   Okay.  Dil was not your first choice, but

17   you did not have an objection to recommending his

18   hire; is that correct?

19       A.   That's correct.

20       Q.   Did Mireille pressure you to hire Dil or to

21   recommend Dil?

22       A.   I wasn't under pressure.  It's kind of an

23   understanding that she was the hiring manager and

24   she is the head of that department.  And I respected

Page 35

1           Yes.  I remember this email.

2      Q.   And then I'll move up a little bit.  Is

3  this your email address, frismill@depaul.edu?

4      A.   It is.

5      Q.   Did you write down here:  Looks good to me

6  as well.  See you both tomorrow morning?

7      A.   Yes.

8      Q.   If you had thought Dil was a bad

9  recommendation would you have said so?

10     A.   I didn't think that Dil was a bad

11 candidate.  This isn't something that Mireille just

12 came up with on her own.  This was after we had

13 discussed all the three candidates.

14          So, again I mean I didn't think Dil was a

15 bad candidate.  I didn't think he was the most

16 qualified.  And then I agreed again because Mireille

17 -- I respected her opinion that he would be the best

18 candidate because she had worked with him, and this

19 was her department.

20     Q.   I understand that you had a meeting on

21 September 17th with Mireille and with Travis and

22 with Rob Karpinski and with Ashley McMullin.  Do you

23 remember that?

24     A.   I don't remember the exact date, but we did

Page 37

1    Q.   Okay.  So if Ashley testified that she had
2    a conversation with you, you just don't recall it?
3    A.   Yeah.  I don't recall a specific
4    conversation with Ashley about the search committee.
5    Q.   All right.  What about with Rob Karpinski?
6    A.   I don't recall having a conversation with
7    Rob about the search committee.
8    Q.   Do you believe it was well known with the
9    library that you were on the search committee for
10   the night supervisor position?
11   A.   I don't know about well known, but it's
12   really not a secret, and we have a lot of search
13   committees that are going on at the same time.  It's
14   not something that's advertised widely, but it's not
15   something that's a secret, especially not for a
16   non-librarian role.
17   Q.   We're just meeting each other.  We're been
18   speaking for little less than an hour right now, but
19   you seem like a friendly, approachable person.  Are
20   you a friendly, approachable person?
21   A.   I hope so.
22   Q.   Did anybody in the library think that
23   you're stand-offish, or do you have any issues
24   getting along with your coworkers?

Page 38

1      A.   No.

2      Q.   Did any of your coworkers feel comfortable

3   with you if they've got questions or concerns about

4   things?

5      A.   I hope so.

6      Q.   During the process to search for a night

7   circulation supervisor, did anybody ever come up to

8   you and say, oh, my God, I understand you're

9   considering Dil, please don't do it?

10     A.   No.

11     Q.   Now, is there anything else that you can

12  tell me about search process that occurred prior to

13  the 17th?

14     A.   Nothing specific that we haven't talked

15  about.

16     Q.   Is there -- I understand that you had a

17  meeting with Rob and Ashley and Mireille and Travis

18  on the 17th?

19     A.   Yes.

20     Q.   Do you recall what time that meeting

21  started?

22     A.   I don't remember.  I'm sorry.

23     Q.   Was it in the morning or in the afternoon?

24     A.   I don't remember.

Page 40

1    that was coming forward which would have been

2    helpful to have as part of the search committee

3    process.

4        Q.   Do you believe Rob and Ashley should have

5    shared that information with you?

6        A.   I -- I believe that would have been helpful

7    information to the search committee, yes.

8        Q.   Do you remember what -- what did Rob say

9    those concerns were?

10       A.   I don't remember specifically, but again,

11   it was about tardiness and not being, you know, not

12   showing up for shifts when, you know, Dil had signed

13   up for.  So stuff about tardiness.  I don't remember

14   exactly the concerns, but I remember that there were

15   concerns about his attendance from the time he had

16   worked at DePaul library before.

17       Q.   I understood that you knew about the

18   attendance issues, right?

19       A.   Yeah.  We -- I mean that was something that

20   Travis had brought up during the search committee,

21   yes.

22       Q.   And did -- what was the response to that,

23   to Travis raising that issue?

24       A.   I believe Mireille said that he had medical

Page 41

1   issues and those were resolved.  And that it

2   wouldn't happen again.

3       Q.   Do you remember if Mr. Karpinski ever said

4   that Dil should receive only a courtesy interview?

5       A.   I don't remember that.

6       Q.   What else do you remember about the

7   September 17th meeting?

8       A.   I mean it was a very short meeting from

9   what I recall.  I think that was the gist of it,

10  that, that we -- Rob objected to us moving forward

11  with hiring Dil.

12      Q.   Were there any other conversations that you

13  recall about Dil?

14      A.   During that meeting?

15      Q.   During that meeting or around the time of

16  the search committee?

17      A.   I'm sorry.  Can you clarify?

18      Q.   Sure.  So, certainly there were

19  conversations about Dil during -- let's break it up.

20  Certainly there were conversations about Dil on

21  September 17.  Do you recall any other conversations

22  about Dil during that meeting?

23      A.   Like I said, I don't remember everything we

24  talked about, but that was what I took away from it.

Page 43

1      A.    Again, all I remember is about his

2   attendance.

3      Q.    Okay.  But I thought you testified earlier

4   that Mireille had told you about issues with

5   attendance?

6      A.    That's correct.

7      Q.    So I guess the question is:  How are the

8   issues with attendance a surprise on September 17

9   and during the subsequent conversation with Ashley?

10     A.    It -- I mean if the whole department

11  objected as opposed to just kind of being concerned,

12  oh, just an attendance issue.  It was a red flag for

13  me.

14     Q.    Do you have any firsthand knowledge that

15  the whole department objected, or is this just

16  coming through Ashley?

17     A.    I don't know how many people from the

18  department objected.  I knew several individuals

19  from the department.  I don't know names.  Never

20  asked for names.  I just know that several people

21  from the department had reached out either to Ashley

22  or Rob.

23     Q.    So, the only reason you believe that people

24  from the department objected are because Ashley told

Page 44

1    you or because Rob told you?

2        A.    That's correct.  Rob and Ashley both

3    mentioned, Rob in the meeting and Ashley in the

4    individual meeting I had with her later, they both

5    brought that up, and absolutely I believe them.

6        Q.    But no individual member of the department

7    ever came to you?

8        A.    No.

9        Q.    Okay.  Did you have any other meetings with

10   Ashley about Dil?

11       A.    No.

12       Q.    Did you have any meetings with Rob about

13   Dil?

14       A.    No.

15       Q.    Did you have any meetings with anybody else

16   in Access Services about Dil?

17       A.    No.

18       Q.    When was the last time you spoke to

19   Mireille?

20       A.    I don't recall.  It must have been, you

21   know, while she was at, still at DePaul.  I don't

22   remember when it was.

23           MR. BRAMWELL:  I want to take a minute or

24   two to collect my thoughts.  Can we come back at